**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
————————————————————————X

ANNABELLE MATYAS, DAISY BADILLO, and DAHLIA MENDOZA,

Plaintiffs

DOCKET NO.

-against-

**COMPLAINT**

*Jury Trial Demanded*

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK, MELISSA
AVILES-RAMOS, Chancellor; and
KATHERINE RODI, Director of Employee Relations,

Defendants

————————————————————————x

**PLAINTIFFS ANNABELLE MATYAS, DAISY BADILLO, and DAHLIA MENDOZA**

("Plaintiffs") proceeding Pro Se, as and for their Summons and Complaint filed to protect

their Constitutional rights against the above-captioned Defendants the **DEPARTMENT**

**OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS,**

**Chancellor, and KATHERINE RODI, Director of Employee Relations,** alleges upon

knowledge as to their own facts and upon information and belief as to all other matters:

## PRELIMINARY STATEMENT

1.  While government is fully empowered to make emergency action against
    life-threatening dangers, it is bedrock law in this country that constitutional rights
    and prohibitions do not change in an emergency. "The Constitution was adopted in a
    period of grave emergency. Its grants of power to the Federal Government and its

limitations of the power of the States were determined in the light of emergency and they are not altered by emergency." Home Bldg. & Loan Ass'n v Blaisdell, 290 U.S. 398, 425 (1934). Thus "even in a pandemic, the Constitution cannot be put away and forgotten." Roman Catholic Diocese of Brooklyn v Cuomo, 208 L.Ed. 2d 206, 210 (2020).

2. Plaintiffs bring this action under 42 U.S.C. Section 1983, 42 USC 1988 and 18 USC Section 242, 1st, 5th and 14th Amendments to the United States Constitution; Stigma Plus pursuant to the flag placed on Plaintiffs' fingerprints ("Problem code"); Education Law §3020 and §3020-a; Fraud in the Inducement; NYSHRL,NYCHRL, Executive Law §296(1) and N.Y.C. Admin. Code §8-107(3)(a), and those parts of the New York State Constitution which similarly apply with like language and together with this Court's pendent jurisdiction over causes of action arising under New York State laws, both common and statutory; State laws governing employment, bodily integrity, and freedom of religion, in procedure and substance.

3. Plaintiffs complain here about the deprivation of their Constitutional rights in the lawless implementation of the COVID Vaccination Mandate ("CVM") in the City of New York by the Defendants acting under color of law.

4. Plaintiffs seek monetary and declaratory relief against Defendants for committing acts with the intent and for the purpose of depriving Plaintiffs of Constitutionally protected property and liberty rights pursuant to their tenured status, without procedural and substantive due process and for refusing to, or neglecting to, prevent such deprivations and denials to Plaintiffs.

5. All Plaintiffs were denied their religious accommodation appeals and were

terminated without their tenure rights, namely a §3020-a arbitration. Plaintiffs were

charged with misconduct, flagged with a problem code in their personnel files, but

deprived of their statutory and contractual constitutional right to this unique due

process hearing. In New York State, Tenured teachers' constitutional due process

right is to go through an arbitration called §3020-a based upon Education Law

3020 and 3020-a. https://www.nysenate.gov/legislation/laws/EDN/3020-A

6. In the law and in the Union contract, no tenured employee of the Defendants can be

   terminated without a hearing except if he/she is convicted of a sex offense or some

   other felony offense. (Section 3020-a (1)(d); Article 21 G, UFT Collective

   Bargaining Agreement "CBA").

7. The Defendants placed a problem code on Plaintiffs files on October 4, 2021,

   which charged them with misconduct; however, they never were given their

   constitutionally mandated §3020-a arbitration hearing on their charge(s).

8. None of the Plaintiffs in this case have been previously named in any Court with a

   cause of action for the on-going stigma and damage done by the lawless process

   detailed here created by the placement of a flag on their files known as the

   "Problem Code", which is a discipline code. See **EXHIBIT 1** Problem Code

   Documents.

9. This flag is a disciplinary code that permanently blocks Plaintiffs from getting

   paid to do their jobs which were Constitutionally protected by the rules of tenure

   and Education Law §3020, which gave Plaintiffs the right to a due process hearing

   called "§3020-a arbitration" before they had any reduction in salary and/or were

   terminated.

10. Defendants, under color of law, ignored this law because it was not convenient, and thus deprived Plaintiffs of their property right of employment without due process, namely going through an arbitration process.

11. Plaintiffs' terms of employment spelled out clearly in the §3020 statute and their Union contract, CBA, of the United Federation of Teachers were never changed, and the LWOP or Leave Without Pay that removed Plaintiffs from their jobs was a false, invalid name for suspension without pay punishment. See Burlington Northern and Santa Fe Railway Company  v White, 548 US 53 (2006); https://advocatz.com/2023/04/13/suspension-without-pay-is-retaliatory-discrimination/

12. Despite giving religious accommodations (RA) to hundreds of other tenured employees similarly situated – some reported 160 were given accommodations, other reports claimed 148, or 176, out of 3300 appeals from educators - and despite offering those approved both remote work and reassignment locations and at home on full salary, Defendants, acting at all times under color of law, offered no accommodations whatsoever to Plaintiffs in this case and terminated them without justification and without a fair hearing.

13. On November 28, 2021 the Scheinman Award, LWOP, and the Scheinman Arbitration and Mediation Services Inc ("SAMS") were found to be constitutionally unsound, and thrown out. A new procedure was set up, of hearings under a Citywide Panel created and  managed by Eric Eichenholtz from the City Law Department. Indeed, the Citywide Panel did not comply with Title VII or Human Rights Law, and made choices about who would be approved religious and medical accommodations

in total secrecy. No one knew who, or why, certain City workers were chosen to remain on the job, and others were terminated. This is clearly retaliatory discrimination.

14. Defendants engaged in widespread religious and medical discrimination in implementing its vaccine mandates by discarding due process rights outright and adopting a facially discriminatory accommodation policy that conditioned an exemption on membership in a favored religion.

15. Plaintiffs received no justification for their being denied their appeal for accommodation despite their completion of their administrative remedies to obtain such an accommodation.

16. Plaintiffs' demands for relief include recovery of monetary damages in backpay above $400,000; full reinstatement to Plaintiffs' prior titles and positions with all raises and benefits; their names and personal data removed from the Office of Personnel Investigations' ("OPI") database; and/or they will each be given a §3020-a Arbitration Hearing to defend and support their keeping their jobs without getting vaccinated.

## **PARTIES**

17. Plaintiff Annabelle Matyas was a tenured teacher hired in 2001 to work for the Department of Education of the City of New York. She had an impeccable reputation and record. While a tenured teacher, Plaintiff Matyas had Constitutional rights, including protected liberty and property rights, to her position. She completed her administrative remedies by filing requests for a religious exemption and a §3020-a hearing but was denied both and charged with misconduct. Plaintiff

)

was a public employee of Defendants within the meaning of an "employee" as defined in New York State Civil Service Law § 75- b(1)(b) and a covered person under Citywide Administrative Services and Education Law §§3020 and 3020-a.

18. Plaintiff Dahlia Mendoza was a tenured teacher hired in 1991 to work for the Department of Education of the City of New York. She had an impeccable reputation and record. While a tenured teacher, Plaintiff Mendoza had Constitutional rights, including protected liberty and property rights, to her position. She completed her administrative remedies to obtain a religious exemption and a §3020-a hearing but was denied both, after being charged with misconduct. Plaintiff was a public employee of Defendants within the meaning of an "employee" as defined in New York State Civil Service Law § 75- b(1)(b) and a covered person under the Citywide Administrative Services and Education Law §§3020 and 3020-a.

19. Plaintiff Daisy Badillo was a tenured Bilingual Special Education teacher hired in November 1996 to work for the Department of Education of the City of New York. She had an impeccable reputation and record. While a tenured teacher, Plaintiff Badillo had Constitutional rights, including protected liberty and property rights, to her position. She completed her administrative remedies by filing a request for a religious exemption and a 3020-a hearing but was denied both and charged with misconduct. Plaintiff was a public employee of Defendants within the meaning of an "employee" as defined in New York State Civil Service Law § 75- b(1)(b) and a covered person under the Citywide Administrative Services and Education Law §§3020 and 3020-a.

20. Defendant the Department of Education of the City of New York ("DOE") has overseen the NYC system of public schools located throughout all five (5)

boroughs of the City of New York and has been, and continues to be, a recipient

of substantial federal funds, and has offices at 65 Court Street in Brooklyn, New

York 11201.

21. Defendant Melissa Aviles-Ramos is the Chancellor of the Department of Education

of the City of New York ("DOE") and has a responsibility to oversee and manage

the NYC system of public schools located throughout all five (5) boroughs of the

City of New York.

22. Defendant Katherine Rodi is employed by the Department of Education of the City

of New York ("DOE") and started work as the Director of Employee Relations in

2012. She also has the responsibility of overseeing the DOE's Office of Safety and

Health, and the Office of Personnel Investigations where she decides who among the

DOE's employees are placed on a "Problem Code". She monitors the disciplinary

information in the personnel file that is highlighted by the Problem Code for

principals who may want to hire a former or current employee.

23. Both Melissa Aviles-Ramos and Katherine Rodi are named Defendants in

Complaint because under HRL § 296(1), supervisors who own some portion of

the employer-entity, or who possess sufficient authority to affect personnel

decisions, may be held individually liable for acts of discrimination. See Bonner

v. Guccione, 916 F. Supp 271, 279 (S.D.N.Y. 1996) (holding that there is no

unfairness in imputing liability to an owner or person high enough up in a

company's hierarchy that she or he has power over personnel decisions); Sacay v.

The Research Foundation of the City University of New York, 44 F. Supp.2d 505

(E.D.N.Y. 1999) (noting that inference that a supervisor played a role in the

allegedly discriminatory decision to discharge an employee provided a minimally sufficient basis for individual liability under the HRL).

## JURISDICTION AND VENUE

24. The Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 for claims arising federal questions under 42 U.S.C. 1983, in particular the protections given by the Equal Protection Clause, First, Fifth, and Fourteenth Amendments to the Constitution, as well as State law claims codified in the New York State Constitution and Education Law §§3020 and 3020-a (the "tenure law"). This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C 1343(2)(4) for claims arising federal questions under 42 U.S.C. 1983 as Defendant at all times relevant herein acted under color of law.

25. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. §1367(a), as well as New York State Human Rights Law ("NYSHRL") and New York City Human Rights Law ("NYCHRL"), New York Executive Law §296 and Administrative Code §8-107, in that such claims are so related to Plaintiffs' claims within the original jurisdiction of this Court that they form part of the same case or controversy. Defendants were at all times acting under color of law in breaching their covenant of goodwill and fair dealing with the Plaintiffs as well as committing fraud in the inducement.

26. This action's venue properly lies in the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. § 1391, because the New York City Department of Education has offices at 65 Court Street, Brooklyn, N.Y. This Court has the power to issue declaratory relief pursuant to 28 U.S.C. §§2201 and 2202.

## STATEMENT OF RELEVANT FACTS

27. Defendants engaged in widespread religious discrimination in implementing its vaccine mandates by discarding due process rights outright and adopting a facially discriminatory religious accommodation policy that conditioned an exemption on membership in a favored religion.

28. Defendants ignored the Equal Protection Clause of the 14th Amendment in creating a different due process for New York City employees such as Plaintiffs here, than employees similarly situated with tenure in New York State but outside of New York City. Outside of New York City tenured teachers have the right to a §3020-a hearing if charged with insubordination/misconduct. That hearing process under a neutral arbitrator is the only authority to hear evidence, witness testimony, and Respondents' reasons for remaining unvaccinated.

29. The Mayor's Emergency Orders and the Orders from the DOH also did not and cannot alter the terms of employment within the City workforce. All terms of employment must be negotiated and ratified by the Union's respective members under the Taylor Law. No Union ratified any changes to their members' Collective Bargaining Agreements (CBAs).

30. The Mayor and the Commissioner of Health had no authority to deprive Plaintiffs of their due process hearing as cited in Ed. Law §§3020 and 3020-a. Vaccinations never existed as terms of employment in the UFT CBA.

31. As tenured teachers, Plaintiffs are in a protected class of people who have a property and Constitutional right to their jobs. The Tenure Law, Education Law §§3020 and 3020-a, and the UFT Collective Bargaining Agreement (CBA) have

been held by the Court as the public policy of New York State for decades. A constitutionally protected due process procedure is detailed in the Education Law §§3020 and 3020-a. Defendants ignored this approved public policy and Constitutional right. See **EXHIBIT 2**, Rights of Tenured Teachers.

32. In 2019 national and international media created a panic-driven public rush to allegedly "protect" the people at a global scale from a so-called lethal virus which came to be known as COVID-19.

33. Defendants did not see this as the emergency claimed, but as an opportunity to decrease the City's payroll so that protected employees could be fired without a hearing or any due process. The plan to remove these employees by implementing a one-step massive firing procedure was successful, despite being unjustified, unconstitutional, and lawless.

34. Defendants have a very long history of attempting to undermine the Tenure Law job protections cited in Education Law §3020, and have tried to get the State Legislature to throw out the protections and have the Jack Welch business model replace this Law. Then, the DOE under Mayoral Control could fire anyone at any time, *despite* having tenure.

35. But Defendants were never able to get the State legislature to make this change so the only way they could get rid of all the senior civil servants and tenured educators was by coercion, fraud, and lawless actions. This became the mantra of the CVM in NYC under the fraudulent scheme of "protecting the safety and welfare of the children". The CVM did nothing to pursue this alleged goal.

36. Indeed, the mass terminations of senior educators have undermined the public school system and harmed the children who were left without their teachers.

37. In 2020, New York City shut down entirely, and any restaurants or public places that stayed open were punished. Teachers remained at home, teaching remotely from March 2020 to September 2021, more than a year and a half.

38. On August 5, 2021 CDC Director Rochelle Walensky said on national TV that the vaccines could not stop transmission of Covid-19.( Blitzer, W. (August 6, 2021):

   **FULLY VACCINATED PEOPLE WHO GET A COVID-19 BREAKTHROUGH INFECTION CAN TRANSMIT THE VIRUS, CDC CHIEF SAYS**
   https://www.cnn.com/2021/08/05/health/us-coronavirus-thursday/index.html

39. In 2021 national media and TV news reported that scientists and doctors did not believe that COVID vaccines stopped transmission of the COVID virus, and that natural immunity was more powerful than any vaccine. They spoke out against any mandate to vaccinate. See **Declaration of Jayanta Bhattacharya** https://www.documentcloud.org/documents/22125801-bhattacharya-declaration/; **The Man Who Talked Back: Jay Bhattacharya On The Fight Against COVID Lockdowns** at https://www.hoover.org/research/man-who-talked-back-jay-bhattacharya-fight-against-covid-lockdowns; and **EXHIBIT 3** Dr. Harvey Risch.

40. Plaintiffs suffered extreme emotional trauma knowing that they would have to choose between their health, their religion, or their jobs. In fact, beginning in August 2021, the Commissioner, working together with the Mayor's office, issued over a hundred "emergency" orders that collectively functioned to mandate the COVID vaccine ("CVM") for nearly every working person in the City. But not everyone was required to take it. At the behest of his top donors, he issued Executive Order 62 (EO 62)

available at

https://www.nyc.gov/office-of-the-mayor/news/062-003/emergency-executive-order-

62. In this order, Mayor Adams carved out exemptions for professional athletes,

performers, and their entourages, election workers, school bus drivers and delivery

personnel, as well as most of the private sector. All got unilateral exemptions.

41. While this case challenges Defendants' deprivation of Plaintiffs' due process in the

manner in which the COVID Mandate was implemented, not the Mandate itself, it is

worth noting the decision of Judge Gerard J. Neri in the case Medical Professionals

For Informed Consent et al., v Mary T. Bassett, Index. No. 008575/2022:

"Arbitrary action is without sound basis in reason and is generally taken without
regard to the Respondents acknowledge then-current COVID-19 shots do not prevent
transmission (see Summary of Assessment of Public Comment, NYSCEF Doc.
No.7,p. 25). The Mandate defines, in the loosest meaning of the word, "fully
vaccinated" as determined by the Department in accordance with applicable federal
guidelines and recommendations" (ibid). "[I]t is a well-established rule that resort
must be had to the natural signification of the words employed, and if they have a
definite meaning, which involves no absurdity or contradiction, there is no room for
construction and courts have no right to add to or take away from that meaning"
(Gawron v. Town of Cheektowaga, 117 A.D.3d 1410, 1412 [Fourth Dept. 2014],
citing Majewski v. Broadalbin-Perth Cent. Sch. Dist., 91 N.Y.2d 577,583 [1998]). A
term which is defined at the whim of an entity, subject to change without a moment's
notice contains all the hallmarks of "absurdity" and is no definition at all. In the
alternative, the Court finds the Mandate is arbitrary and capricious."

In his footnote he wrote:

"1 Absurdity -1) the quality or state of being absurd; 2) something that is

absurd – https://www.merriam-webster.com/dictionary/absurdity

Absurd - 1) ridiculously unreasonable, unsound, or incongruous; 2) having no

rational or orderly relationship to human life; 3) dealing with the absurd (the state or

condition in which human beings exist in an irrational and meaningless universe and

in which human life has no ultimate meaning) -

https://www.merriam-webster.com/dictionary/absurd"

42. On August 12, 2021 Harry Nespoli, Chairperson of the Municipal Labor Committee and aware of the secret negotiations between the UFT and DOE on discipline and rights, wrote a letter to Renee Campion, Commissioner of the New York City Office of Labor Relations ("OLR") wherein Nespoli wrote about MLC's officers meeting with the City to negotiate working conditions for municipal employees who could not get the vaccine due to religious, medical, or other reasons. He also mentioned:

"Make no mistake, despite calling this a vaccination policy, the City's proposal creates a new criterion and process for discipline that would allow agencies to suspend workers without pay and without the typical forms of due process provided for under the collective bargaining agreements and law….no policy should be implemented before it is negotiated."

43. Barely a month later on September 10, 2021, after an Impasse brought Arbitrator Martin Scheinman to the bargaining table with the DOE and UFT, Scheinman issued his Arbitration Award that changed everything for Plaintiffs and all teachers in New York City who refused the Vaccine on religious or medical grounds. **EXHIBIT 4** Sheinman Award 9-10-21

44. The procedures cited in the Award were designed to unconstitutionally narrow the definition of what beliefs could qualify for religious or medical exemptions/accommodations. Most religions and medical conditions known to conflict with a COVID vaccine were excluded from protection and access to any accommodation.

45. There is a clear distinction between the City's public sector vaccination mandates themselves, which no union—including the UFT—agreed to, and pay and personnel

policies adopted to implement the imposed mandates. Plaintiffs' union, the UFT, never agreed to ratify the CVM as a condition of employment and the CBA never changed. Rulings made in this Court refuting this are no longer valid.

46. The Scheinman Award determined that accommodations might be given if:

> "religious exemptions for an employee to not adhere to the mandatory vaccination policy must be documented in writing by a religious official (e.g., clergy). Requests shall be denied where the objection is personal, political, or philosophical in nature. Exemption requests shall be considered for recognized and established religious organizations (e.g., Christian Scientists)." Award at p.9.

47. Obviously, the Award favored Christian Scientists and made an error in requiring the government to decide which other religions were "recognized" as "established religious organizations". Thus if an applicant belongs to a religion that is not deemed "established" and "recognized" by the government employer, whatever that means, the person must be denied.

48. The Award also stated that religious objection based on personally held or "philosophical" religious beliefs must be denied and that the religious objection "must be documented in writing by a religious official". In other words the certification requirement discriminates against those who practice religions that do not belong to a hierarchical organization or who have different religious beliefs than their pastor or church leader.

49. Also, it is long-established law in New York that governments cannot require a person to show a clergy letter or belong to an "established religion" to have their religious beliefs protected. See, e.g., Sherr v. Northport-E. Northport Union Free Sch. Dist., 672 F. Supp. 81, 92 (E.D.N.Y.1987). Defendants were on notice that the clergy requirement was illegal.

50. The Scheinman Award added that, even if the DOE were to determine a person does belong to an "established" and "recognized" religion, and that religious organization provided a clergy letter, the applicant must still be denied if the "leader" of their faith has publicly expressed support for vaccination. By not defining who a "Leader" might be, the Award could categorically deny accommodation to whole categories of religious employees. The DOE allowed accommodation based upon membership in a preferred religious organization. This is clearly an example of religious discrimination.

51. Vaccinations for COVID never existed as terms of employment in the CBA, and the CBA was never changed to add such mandated vaccinations. The Supreme Court has repeatedly held that there is a right to be free from unjustified intrusions on personal bodily integrity, suggesting that such a right is protected by the due process clause of the Fourteenth Amendment. These include unsolicited medical procedures. Union pacific Ry. Co. v Botsford, 41 U.S. 250 (1891); Cruzan ex rel. Cruzan v. Director, Missouri Department of Health, 497 U.S. 261, 312 (1990) ("Thus, the State's general interest in life must accede to Nancy Cruzan's particularized and intense interest in self-determination in her choice of medical treatment. There is simply nothing legitimately within the State's purview to be gained by superseding her decision.")

52. At the same time that Scheinman's Award was received by Plaintiffs telling them to apply to get their medical or religious exemption in to the DOE, Plaintiffs received the Scheinman "LWOP" or leave without pay that never existed in any contract or law book. This LWOP was punitive and created a new category for discipline: being

unvaccinated. See **EXHIBIT 5** LWOP. Scheinman made up this label to remove

unvaccinated employees from the DOE without any due process.

53. On June 2022 Martin Scheinman issued an Award in which he apologized for

creating the LWOP out of whole cloth. UPDATE: Educators Accused of Submitting

Fake Vaccination Cards Win Jobs Back and Backpay

https://wp-advocatz-uploads.s3.amazonaws.com/uploads/2022/10/Scheinman-June-2

7-AWARD.pdf

54. On September 15, 2021, the DOH issued a proclamation that established the Covid

Mandate but also opened the door to individual accommodations – ¶6. **EXHIBIT 6.**

This made the CVM not generally applicable, and the implementation of the CVM not

neutral.

55. Employment Law and the teacher's CBA says that leaves are voluntary. But in

Scheinman's September 10, 2021 Award and LWOP, the leave was forced upon

Plaintiffs who could not get vaccinated. The criteria was extremely restrictive and

discriminatory. For religious exemptions the criteria were also very limited:

"Religious exemptions for an employee to not adhere to the mandatory vaccination
policy must be documented in writing by a religious official (e.g., clergy). Requests
shall be denied where the leader of the religious organization has spoken publicly in
favor of the vaccine, where the documentation is readily available (e.g., from an
online source), or where the objection is personal, political, or philosophical in
nature. Exemption requests shall be considered for recognized and established
religious organizations. (e.g. Christian Scientists)" (p. 9)

56. In his Award, Scheinman created four unconstitutional actions that deprived

Plaintiffs of their Constitutionally protected due process rights:

- Scheinman created a pathway to his own enrichment by putting his own

company, Scheinman Arbitration and Mediation Services ("SAMS"), in

charge of hearing the appeals of religious exemptions denied by the DOE. This was an intentional scam on all Applicants, not only because New York State is one of 5 states in America which do not honor religious exemptions, but also because the arbitrators who heard the appeals, his employees, denied 100% of the applicants, deliberately, to please New York City's Mayor and the DOE for whom he does a lot of work;

- The process for deciding religious exemption requests was discriminatory and favored certain religions and titles and not others, including criteria that were never explained and were without any basis in law;

- Scheinman insisted that the Award and the newly created "LWOP" or "leave without pay" was not disciplinary, but he intentionally lied about this. The LWOP procedure forced people to get the vaccine or lose their job, health insurance and protections guaranteed under the US Constitution and Bill of Rights. He made challenging the CVM into a disciplinary charge extreme enough to immediately remove Plaintiffs from their salaries on October 4, 2021 as punishment for their "crime" – which was making up a religious belief or a medical condition to deliberately commit misconduct by not complying with the CVM.

57. Scheinman's LWOP also permanently scarred Plaintiffs by placing their fingerprints onto a secret database that not only put problem codes onto their personnel files and names, but permanently blocked them both from working at the DOE or for a vendor of the DOE.

58. The specific details for the granting of religious exemptions and medical

accommodations that were cited in the Award of Martin Scheinman were considered the "challenged criteria" and "constitutionally unsound" by the Court of Appeals in the case Kane/Keil v The City of New York (21-cv-2678) on November 28, 2021. His Award was thrown out, and the LWOP process was designated "constitutionally unsound" as a matter of law. See **EXHIBIT 7** Court of Appeals Order.

59. The September 10, 2021 Award, LWOP and the CVM were all held to be neither neutral nor generally applicable. (See EO 62 ¶38). Kane/Keil and the rulings in these cases are no longer valid.

60. There is more recently uncovered news that shows how badly City Workers and Plaintiffs in this case were deprived of their human rights and due process by Defendants. For example, there are huge discrepancies in the numbers of City workers in the various City Agencies who were given approved accommodations and allowed to continue working without getting vaccinated. Why some were given approved medical or religious accommodations, and what these accommodations were, has been covered up, except for a few articles in the New York Post: **NYC teachers with vaccine exemptions are being treated like pariahs**
https://nypost.com/2022/03/05/nyc-teachers-with-vaccine-exemptions-treated-like-out casts/

and**,**

**City has unvaccinated educators doing remote learning now from the former St. Brigid School https://evgrieve.com/2022/03/city-has-unvaccinated-educators-doing.html.**

61. Scheinman was and is very aware of the stigma connected to the problem code and how the secret process works. He works as an arbitrator in Education Law §3020-a cases, where the problem code is always placed on a charged teacher's file before the hearing begins.

62. The Office of Personnel Investigations, ("OPI"- sub-Agency of the DOE Human Resources) where Defendant Katherine Rodi is Executive Director, punitively blocks anyone from ever getting a job in New York City public schools by creating a data file on a person seeking employment that has damaging information about misdeeds that may or may not be true. Also, OPI keeps all information about the problem code secret, especially from the employee whose file has the Code on it.

63. Katharine Rodi was deposed in a PERB case November 2015. This is part of her testimony:

   a) "Just being suspended does not get you on a flag. An arbitrator's decision tied to misconduct will get a person a flag.
   b) If they were found guilty of something, they would get a flag.
   c) ...the flag is put on before 3020-a charges are filed; the flag is put on with the letter of discipline, even if it says that any further misconduct may result in your termination."
   d) IF 3020-a charges are dismissed, Rodi reads the decision to determine whether the charges for termination was dismissed or whether the actual underlined misconduct was dismissed. Sometimes the level of misconduct does not lead to termination, but that does not undo the flag.

   PERB Case U-32479

64. Plaintiff Matyas was not told about any of this problem code information until June, 2022; Plaintiffs Badillo and Mendoza saw their problem code on February 14, 2023.
   **EXHIBIT 8, 25.**

65. After Plaintiffs were allegedly "terminated" their deprivation of Constitutional rights, punishment and the discriminatory process created and fueled by Defendants were not over. Plaintiffs were informed about the problem code, which meant that they could not work as a teacher in NYC or outside for the DOE or any vendor; they were permanently scarred and blocked from working with no way to get off of the code; and, their protections from termination before they were given a 3020-a arbitration hearing were invalidated by Defendants.

66. Plaintiffs remain unable to get any information about how they were problem coded, how they may get the Code removed, and what process they can use to clear their names.

67. At St. Brigid's School, the rubber room for the unvaccinated DOE employees, RF, an unvaccinated Assistant Principal "worked" everyday by checking people in and out. See **EXHIBIT 9.**

68. How and why did RF get this job on full salary, and Plaintiffs not?

### **Plaintiff Annabelle Matyas**

69. Plaintiff, a stellar tenured Biology teacher since 2001, was unlawfully deprived of her employment, of freedom from abuse of process and malicious prosecution, was labelled guilty of misconduct and stigmatized by this label, and denied her tenure rights due to her religious beliefs that prohibited her from getting the COVID vaccine.

70. Plaintiff obtained tenure in 2005 as a junior-senior high school teacher. After taking a four-year break from teaching, she was granted her tenure and returned to her position in 2015.

71. Plaintiff has never had any disciplinary charge filed against her.

72. Plaintiff submitted a religious exemption request in support of her life-long sincere religious beliefs to SOLAS – the DOE's database – on September 20, 2021. **EXHIBIT 10** SOLAS Religious Statement.

73. Plaintiff's Religious Statement and request for accommodation was denied the next day because she "did not meet the criteria". **EXHIBITs 11a, 11b, 11c.**

74. Plaintiff then submitted her Religious accommodation to the Citywide Panel, set up in November 2021. See **EXHIBIT 12.** Then she submitted a Statement **(EXHIBIT 12A)** to the Panel on December 3, 2021 but was denied again without any reason or just cause. **EXHIBIT 12b.**

75. At this point it was incumbent on the Defendants to give Plaintiff a §3020-a hearing because of her tenure. Instead, Plaintiff Matyas received a letter from the Defendants on April 11, 2022, which informed her she was terminated. **EXHIBIT 13.**

76. Plaintiff Matyas requested her job back in June 2023, after the CVM ended in February. She was not given her tenure back, without any justification.

77. Defendants never engaged in a statutorily cooperative dialogue thereby engaging in an unlawful discriminatory practice warranting the uniquely broad remedial powers of this Court pursuant to NYSHRL and NYCHRL to reinstate Plaintiff and compensate her for past harm. She has complied with all procedural prerequisites required by law.

### **Plaintiff Dahlia Mendoza**

78. Plaintiff Dahlia Mendoza has been a very effective teacher working for the

Defendants since 1991.

79. Plaintiff has never had any disciplinary case filed against her for any reason.

80. On September 10, 2021 Plaintiff received the Bargaining Award created by Martin Scheinman that gave all employees of the New York City Department of Education the directive that all employees must get vaccinated against COVID, or submit a religious or medical exemption request.

81. On September 20, 2021 Plaintiff submitted to the DOE online SOLAS System her Religious Statement describing her sincere religious belief against the vaccine, and requesting an exemption/accommodation. **EXHIBIT 14**

82. On September 22, 2021 Plaintiff's religious appeal (RA) was acknowledged but denied. **EXHIBIT 15**.

83. On September 23, 2021 Plaintiff's RA appeal was forwarded to the Scheinman Arbitration and Mediation Services. Inc ("SAMS"), Martin Scheinman's Company, and on October 5 her RA was heard. She had 15 minutes in front of Arbitrator Timothy Taylor. **EXHIBIT 16a**

84. On October 28, 2021 Plaintiff sent a letter to the UFT Secretary of the Executive Board Mike Sill, describing her outrage at the unconstitutional actions of the Defendants and preserving her rights to sue. **EXHIBIT 17.**

85. On November 20, 2021 Plaintiff wrote to Defendants, her employer in despair over having to choose between her faith and her job. **EXHIBIT 18**

86. On December 10, 2021 Plaintiff heard from the Chancellor's Strategic Response Team in response to her letter sent November 3, 2021. Lissette Roman replied that the Department cannot provide a specific response. **EXHIBIT 19**

87. On November 30 2021 Plaintiff's RA was received by the Citywide Panel, the forum replacing the SAMS panel. On January 7, 2022 Plaintiff received a list of questions from the Citywide Panel, which she answered on January 14, 2021. Then on  March 28, 2022 she heard that she had been denied because of "undue burden". **EXHIBIT 20**

88. On April 1, 2022 Plaintiff requested a 3020-a hearing, saying she had a statutory right to this as part of her due process. She never received any response. **EXHIBIT 21**

89. On April 11, 2022 Plaintiff received an email telling her she was terminated, saying that she had not been vaccinated, which was a condition of employment. This was a lie. Nowhere in her contract was there anything about vaccines being required as a term of employment. **EXHIBIT 22**

90. On April 14, 2022 Plaintiff wrote Mayor Eric Adams about the wrong-doing she saw within the Defendants' procedures. **EXHIBIT 23**

91. On August 22, 2022 Plaintiff received a letter from the Defendants telling her that she could return to her position if she was vaccinated. **EXHIBIT 24**

92. On February 14, 2023, after the CVM ended, Plaintiff went on her Payroll portal and saw that she was on the Problem Code "PR". She was blocked from ever working for the Defendants. **EXHIBIT 25**

93. Defendants never engaged in a statutorily cooperative dialogue thereby engaging in an unlawful discriminatory practice warranting the uniquely broad remedial powers of this Court pursuant to NYSHRL and NYCHRL to reinstate Plaintiff and compensate her for past harm. She has complied with all procedural prerequisites required by law.

**Plaintiff Daisy Badillo**

94. Plaintiff Daisy Badillo started working for the Defendants in 1996.

95. Plaintiff has never had any disciplinary action charged against her until October 4, 2021.

96. Plaintiff received the Scheinman September 10, 2021 Award (Ex. 4) and immediately started work on obtaining her religious accommodation. She has a sincere religious belief against taking the COVID vaccination, and sent this statement to the Defendants via SOLAS online on 9-17-21. See **EXHIBITs 26**

97. On September 19, 2021 Plaintiff's RA was denied. **EXHIBIT 27**

98. Plaintiff then appealed to SAMS on September 19, 2021. **EXHIBIT 28**

99. Plaintiff was denied by Arbitrator Timothy Taylor, who works for Martin Scheinman, Taylor simply put an "X" in the box "denied' **EXHIBIT 29**.

100. Plaintiff's RA was sent to the CITYWIDE Panel where she was denied on February 15, 2022. **EXHIBIT 30**

101. On February 18, 2022 Plaintiff was sent a form to fill out from the UFT to request a 3020-a. No one at the DOE responded. **EXHIBIT 31**

102. On March 17, 2022 Plaintiff was terminated, and immediately she tried to obtain her termination pay and CAR days. She retired 7-3-2022, however the Defendants would not recognize her retirement, only her termination with a problem code. **EXHIBIT 32**

103. On February 14-2023 Plaintiff saw that she had a problem code on her personnel file even though the CVM ended February 8, 2023. **EXHIBIT 33**. In May 2022 Plaintiff received information that the DOE had placed a Problem

Code on her personnel file without his consent. She could not find out why this happened, or how he could remove the flag from his file, scarring his good name and career and leaving him without any information on how to remove this scarlet letter.

## CAUSES OF ACTION

### AS AND FOR A FIRST CAUSE OF ACTION
### FOR RELIGIOUS DISCRIMINATION

104.    Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 113 as if the same were fully set forth at length herein.

105.    Plaintiffs submitted to Defendants in statements on their sincere religious beliefs which forbade each of them from getting vaccinated with the COVID-19 vaccine. All were denied for no reason that justified the action.

106.    Plaintiffs were secretly placed on a Problem Code as punishment, yet other teachers similarly situated were granted exemption/accommodations for their religious beliefs which prohibited getting vaccine.

107.    Defendants have neither a legitimate nor compelling interest in exercising express and overt religious discrimination. Defendants' invocation of "undue hardship" "other" and "does not meet criteria" defenses are plainly false pretexts attempting to cover for the Defendants' explicit religious discrimination.

108.    Defendants had knowledge of Plaintiffs' sincerely-held religious beliefs yet chose to ignore these beliefs, forced them into a suspension without pay, denied their exemption requests and Appeals based upon an unconstitutional ruling that

cited "undue burden" without any further details or reason, and terminated them.

This directly contradicts the ruling in Groff v Dejoy, U.S. Supreme Court Docket

22-174, June 29, 2023 :

"The Court holds that showing "more than a de minimis cost," as that phrase is used in common parlance, does not suffice to establish "undue hardship" under Title VII. ….. Further, a hardship that is attributable to employee animosity to a particular religion, to religion in general, or to the very notion of accommodating religious practice, cannot be considered "undue." Bias or hostility to a religious practice or accommodation cannot supply a defense."

109.    Defendants wrongfully, deliberately, in bad faith and under color of law attempted to fraudulently induce Plaintiffs to choose to relinquish their protected beliefs in order to submit to an experimental vaccine, and then punished them for not agreeing to this extortion and discrimination.

110.    A government employer may not punish some employees, but not others, for the same activity, due only to differences in the employees' religious beliefs. Likewise, the government may not test the sincerity of an employee's religious beliefs by judging whether her beliefs are doctrinally coherent or legitimate in the eyes of the government.

111.    Nor may a government employer discriminate against religion by implementing policies that exempt employees for secular reasons more readily than religious ones. All such discrimination violates the Free Exercise and Establishment Clauses of the First Amendment and the corresponding rights incorporated against the states by the Fourteenth Amendment. "When there is no plausible explanation for religious discrimination other than animus, it is subject to strict scrutiny, regardless of whether the government employer admits that its actions were motivated by hostility to certain religions." (Jane Does et al., v Board of Regents of the University of

Colorado et al., No. 22-1027, U.S. Court of Appeals D.C. No.

1:21-CV-02637-RM-KMT., May 7, 2024).

<u>**AS AND FOR A SECOND CAUSE OF ACTION:**</u>
<u>**FIFTH AMENDMENT TAKINGS CLAUSE**</u>
<u>**(Plaintiffs were deprived of their Protected Employment**</u>
<u>**without just Compensation)**</u>

112.    Plaintiffs repeat, reiterate, and re-allege each and every allegation set forth

above in paragraphs 1 through 121 as if the same were fully set forth at length

herein.

113.    As a result of the Defendants' actions as set forth above, Plaintiffs have been,

and continue to be, deprived of their Federal rights under 42 U.S.C., Section 1983,

42 USC 1988, 18 USC 242, NYCHRL and NYSHRL and the Fourteenth

Amendment due process rights, applying the First, Fifth and Fourteenth

Amendments' rights of the U.S. Constitution.

114.    Plaintiffs are tenured educators and as such they have property rights to their

employment, which are constitutionally protected under the public policy Tenure Law.

115.    In a Takings Claim of the 5th Amendment, Plaintiffs must affirmatively establish

that they have been denied just compensation. Williamson County Reg'l Planning

Comm'n v. Hamilton Bank, 473 U.S. 172, 195, 105 S.Ct. 3108, 87 L.Ed.2d 126 (1985).

116.    This is essentially because the Takings Clause itself prohibits only takings without

just compensation. See id. at 194, 105 S.Ct. 3108.

117.    Nevertheless, the government may not harm others without any legitimate purpose.

See Crown Point Dev., Inc., 506 F.3d at 856. Here, Defendants robbed students in

Plaintiffs' classes without just cause. Plaintiffs could have masked and tested, as

educators did statewide.

118.    Defendants deliberately denied Plaintiffs their property interests in keeping their

jobs, due to a temporary virus. Firing Plaintiffs and placing them on the problem code

so that neither could work anywhere is unjustified retaliation and discrimination.

119.    Takings that involve violations of due process may therefore be unconstitutional,

"notwithstanding any available compensation." S. Pac. Transp. Co. v. City of Los

Angeles, 922 F.2d 498, 507 n. 11 (9th Cir. 1990).

120.    As a result of Defendants' actions, Plaintiffs have suffered and were damaged.

Damages can be assessed at Trial or in settlement.

121.    Defendants have deprived Plaintiffs of such rights under color of State Law.

122.    By reason of the foregoing, Defendants unlawfully discriminated against

Plaintiffs as to the terms, conditions and privileges of employment, in that

Defendants did not allow Plaintiffs to practice their religion, which caused them to

be terminated unlawfully; Defendants refused to honor Plaintiffs' right to a 3020-a

hearing under Education Law §§3020 and 3020-a.

123.    These acts by Defendants are in violation of Plaintiffs' rights to protected

employment and an expectation that they would receive just compensation for their

loss. None was given.

## AS AND FOR A THIRD CAUSE OF ACTION:
## VIOLATION OF EQUAL PROTECTION

124.    Plaintiffs repeat, reiterate, and reallege each and every allegation

contained in paragraphs 1 through 134 as if the same were fully set forth at

length herein.

125.    Retaliation claims are analyzed under the same framework as Americans with

Disabilities Act ("ADA") claims, the elements of which to prove a prima facie case being, "(I) a Plaintiff was engaged in protected activity; (ii) the alleged retaliator knew that Plaintiff was involved in protected activity; (iii) an adverse decision or course of action was taken against Plaintiff; and (iv) a causal connection exists between the protected activity and the adverse action." Weixel v. Bd. of Educ. of City of New York, 287 F.3d 138, 148 (2d Cir. 2002); citing Weissman v. Dawn Joy Fashions, Inc., 214 F.3d 224, 234 (2d Cir. 2000). The Plaintiff's burden at this prima facie stage is de minimis. Treglia v.Town of Manlius, 313 F.3d 713, 719 (2d Cir. 2002).

126.    Once the Plaintiff establishes a prima facie case of retaliation, the burden shifts to the Defendant to articulate a legitimate, non-retaliatory reason for the challenged employment decision. Thereafter, if a Defendant meets this burden, the Plaintiff must point to evidence that would be sufficient to permit a rational factfinder to conclude that the employer's explanation is merely a pretext for impermissible retaliation. Cifra v. Gen Elec. Co., 252 F.3d 205, 216 (2d Cir. 2001).

127.    Bodily integrity is defined by the Courts as the right of a competent person to refuse forced medical treatment that conflicts with individual conditions and could cause harm or death. See Glucksberg, 521 U.S. at 725, 117 S.Ct. at 2270 ("The right [to refuse  medical treatment is] not simply deduced from abstract concepts of personal autonomy." (emphasis added)).

128.    This conclusion aligns with the Supreme Court's understanding of the bodily integrity right under the Due Process Clause, which traces its roots to common-law battery. See Cruzan, 497 U.S. at 278, 110 S.Ct. at 2851 (stating that previous

Supreme Court cases implied a right to refuse medical treatment); Vacco v. Quill, 521 U.S. 793, 807, 117 S.Ct. 2293, 2301 (1997) (explaining that the reasoning of Cruzan, which assumed the existence of a federal constitutional right to refuse medical treatment, was grounded in "well-established, traditional rights to bodily integrity and freedom from unwanted touching"); see also, e.g., Rochin v. California, 342 U.S. 165, 174, 72 S.Ct. 205, 210 (1952).

129.    When litigants assert the right to bodily integrity under the Federal Constitution, they sometimes make First Amendment religious freedom arguments. Cruzan v. Dir., Mo. Dep't of Health, 497 U.S. 261, 270, 110 S.Ct. 2841, 2847 (1990). "The right to be free of state-sponsored invasion of a person's bodily integrity is protected by the [constitutional] guarantee of due process." Guertin v. Michigan, 912 F.3d 907, 921 (6th Cir. 2019) (quoting In re Cincinnati Radiation Litig., 874 F.Supp. 796, 810-11 (S.D. Ohio 1995)).

130.    Defendant's conduct was intentional, conducted with bad faith, and wholly irrational.

131.    In Garvey c City of NY (Index No. 85163/2022), Judge Ralph Porzio wrote in his decision:

> "Though vaccination should be encouraged, public employees should not have been terminated for their non-compliance....The Health Commissioner cannot create a new condition of employment for City employees. The Mayor cannot exempt certain employees from these orders. Executive Order 62 renders all of these vaccine mandates arbitrary and capricious....prohibit an employee from reporting to work."

132.    New York City was the only location in New York State which mandated the vaccine or termination for public employees. New York City was also the only place where tenured educators were suspended without pay and terminated without a

3020-a hearing. Every other tenured educator in the State whether vaccinated or not, were given accommodations such as masks and testing. Anyone designated for charged misconduct received a §3020-a hearing. As a direct result of Defendants' violation of the Plaintiffs' Fourteenth Amendment rights of equal protection, Plaintiffs have suffered irreparable harm for which there is no adequate remedy of law.

133.    Because of Defendants' violation of Plaintiffs Fourteenth Amendment rights of equal protection under the law, as alleged herein above, Plaintiffs have suffered and are entitled to recover compensatory and nominal damages including backpay.

134.    Based on the foregoing, Defendants under color of law subjected Plaintiffs to discrimination, unlawfully discriminating against the Plaintiffs in the terms and conditions of their employment in violation of their Constitutional rights to property, liberty and a due process, §3020-a hearing, 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law), and N.Y.C. Human Rights Law.

### AS AND FOR A FOURTH CAUSE OF ACTION
### FOR FAILURE TO REASONABLY ACCOMMODATE
### THE PLAINTIFFS' SINCERELY HELD RELIGIOUS BELIEFS

135.    Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 115 as if the same were fully set forth at length herein.

136.    Plaintiffs have sincerely held religious beliefs which forbid them from getting vaccinated with the COVID-19 vaccine, but Defendants never accommodated their requests for exemption from CVM.

137.    Defendants had knowledge of Plaintiffs' sincerely-held religious beliefs yet

chose to ignore these beliefs and denied them their exemption requests without explanation. Defendants then terminated Plaintiffs' employment. This directly contradicts the ruling in Groff v Dejoy, U.S. Supreme Court Docket 22-174, June 29, 2023.No reasonable accommodation was offered to Plaintiffs yet other employees of the Defendants received accommodations for their religious accommodation requests.

138.    At all relevant times Defendants knew that they had "rubber rooms" and reassignments at home as the new workplace for employees similarly removed from their positions in the Department:

**New Rubber Rooms Pop Up Throughout NYC To Warehouse Unvaccinated Employees Who have Won medical or Religious Exemptions https://nycrubberroomreporter.blogspot.com/2022/03/new-rubber-rooms-pop-up-throughout-nyc.html** and

**Idled NYC educators do nothing but sign in remotely, even from Europe** https://nypost.com/2023/01/14/idled-nyc-educators-do-nothing-but-sign-in-remotely-even-from-europe/ By Susan Edelman, NY POST, Published Jan. 14, 2023.

139.    For more than twenty years, Defendants have been re-assigning employees to "rubber rooms", some of which held about 1-2000+ employees. All tenured employees put in these rooms stayed on full salary, and remained up to 15 years doing nothing. During the pandemic, these re-assigned employees awaited their §3020-a hearings at home. Defendants never mentioned this to the Plaintiffs. See **EXHIBIT 9**, "RF" was the administrator of the rubber room for the unvaccinated at St. Brigid's school. He was granted his religious appeal, and returned to his job

when the COVID mandate ended. He was never terminated or placed off salary.

140.    Defendants never engaged in a dialogue about Plaintiffs' accommodation or reassignment. This deprivation of a lawful procedure was intentional, acted on under color or law, and pursued in bad faith.

141.    Defendants never gave Plaintiffs their 3020-a arbitration hearing mandated under Ed. Law §3020, which details the due process that is due in the cases cited here. Plaintiffs were guaranteed their 3020-a hearing by law and contract. This is public policy and a Constitutional right held in New York State. Only the State legislature may change this.

142.    Based on the foregoing, the Defendants failed to provide a reasonable accommodation and as a result, discriminated against the Plaintiffs on the basis of their sincere religious beliefs, and thereby unlawfully discriminated against Plaintiffs in the terms and conditions of their employment as they failed to accommodate Plaintiffs.

## AS AND FOR A SIXTH CAUSE OF ACTION FOR FRAUD IN THE INDUCEMENT TO DENY PLAINTIFFS THEIR PROPERTY AND LIBERTY RIGHTS TO A CONSTITUTIONALLY PROTECTED DUE PROCESS HEARING AS TENURED TEACHERS MANDATED BY EDUCATION LAW 3020

143.    Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 121 as if the same were fully set forth at length herein.

144.    Plaintiffs were punished with wrongfully being disciplined for their alleged "insubordination" in not getting vaccinated with the COVID vaccine without any §3020-a hearing and no accommodation offers or review by the Defendants.

145.    Tenure is a safeguard that protects good teachers from unfair firing — a basic due process right.

146.    Though it's been on the books for more than a century, New York state's tenure laws remain wildly misunderstood. Tenure, simply put, is a safeguard that protects good teachers from unfair firing. Once a teacher is granted tenure — a right that must be earned after four years or more of service, oversight and evaluation — a teacher cannot be fired without a fair hearing. Tenure does not mean a job for life. It means simply that a teacher has the right to a fair hearing on charges that could end a career. This is fundamental due process — an American value enshrined in our Bill of Rights.

147.    Tenure must be earned. It is not automatic. Tenure is a safeguard that protects teachers' civil rights. Tenure ensures good teachers cannot be fired for reasons of race, gender, age, religion, handicapping condition or sexual orientation. It ensures that good teachers cannot be fired because of cronyism or local politics. It ensures they cannot be fired for pregnancy. Before tenure was in place, teachers could — and did — lose their jobs for arbitrary and politically motivated reasons, or for no reason at all.

148.    Seniority rights, which like tenure are a fundamental employment right, ensure that when layoffs are unavoidable, they are conducted fairly and objectively. A system based on seniority guards against abuses by those who would use 'layoffs' as another way to fire those who advocate too fiercely for their students or are at the top of the pay scale.

149.    Fundamental rights for workers are essential to a decent standard of living in

New York state. And fundamental rights for teachers are essential to fairness and defending what students need.

150.    Education Law Section §3020 , Chapter 16, Title 4, Article 61 states as follows: "Discipline of teachers (Ex. 1).

1. No person enjoying the benefits of tenure shall be disciplined or removed during a term of employment except for just cause and in accordance with the procedures specified in section three thousand twenty-a of this article;
2. No person enjoying the benefits of tenure shall be suspended for a fixed time without pay or dismissed due to a violation of article thirteen-E of the public health law..... (iii) the provisions of subdivisions one and two of this section shall not apply to agreements negotiated pursuant to this subdivision…"

151.    Plaintiffs did not, at any time, waive their rights to a §3020-a hearing on their religious and medical exemption/accommodation requests. Once the decision was made to charge Plaintiffs with "misconduct" – by placing a Problem Code on their personnel files – Defendants put in motion a process which had a red flag at every step.

152.    New York State guarantees a tenured teacher's due process rights to continued employment by statute requiring that "no [tenured teacher] ... shall be disciplined or removed during a term of employment except for just cause and in accordance with the procedures specified in section three thousand twenty-a of this article or in accordance with alternate disciplinary procedures contained in a collective bargaining agreement ... " Education Law §3020. See **EXHIBIT 34** Matyas 3020-a request.

153.    They wanted their due process rights to be honored. Instead, they were declared insubordinate by the Department, their personnel file was flagged and their fingerprints tagged with a "Problem Code" designating misconduct

and put into the same database used by the FBI.

154.  At no time did Defendant Rodi give any information to Plaintiffs on how they could get off the problem code permanently.

155.  Education Law Section §3020-a hearing procedure was legislatively formulated several decades ago as the procedural vehicle both to protect public policy underpinnings of the tenured statutes as well as to fulfill the requirements of constitutional due process. Tenured teachers at public institutions are entitled to due process protection when their liberty interests are arguably infringed. Liberty interests arise when institutions make charges or allegations against employees that may damage their reputations or impose a "stigma or other disability" preventing them from obtaining other employment.

156.  As tenured teachers have a property and liberty right to their jobs, when there is any penalty that reduces the benefits of these rights, there must be Just Cause.

157.  These hearings are often called Just Cause hearings, and the Just Cause Standard is commonly used by Arbitrators for 3020-a  hearings in order to guide the process. The due process used by Defendants to terminate Plaintiffs had no Just Cause.

158.  There are multiple errors of procedural and substantial due process which cannot give any penalty a fair cloak, as the procedural errors have not been explained nor remedied. The right to a 3020-a arbitration is not waivable, nor can the Defendants skip over this unique and mandated procedure. But Defendants did just that.

159.    Based on the foregoing, Defendant subjected Plaintiffs to discrimination on the basis of their religious beliefs and medical condition, unlawfully discriminating against Plaintiffs in the terms and conditions of their employment in violation of 42 U.S.C. § 1983; 1st, 5th and 14th Amendments due process clauses; Tenure rights and Law; N.Y. Executive Law§ 296 (New York State Human Rights Law); and N.Y.C. Human Rights Law.

160.    Plaintiffs request (1) backpay and all benefits and pension steps; (2) reinstatement to their former working title with a salary that reflects 2 ½ years of missing time and wages, with pension steps and raises included; (3) judgment against Defendant for refusing to, or neglecting to, prevent such deprivations and denials to Plaintiffs.

## PLAINTIFFS DEMAND A TRIAL BY JURY

161.    Plaintiffs demand a trial by jury.

**WHEREFORE,** Plaintiffs demand judgment against the Defendant for all compensatory, emotional, psychological and punitive damages, injunctive relief, and any other damages permitted by law pursuant to the above referenced causes of action. It is respectfully requested that this Court grant Plaintiffs any other relief to which they are entitled, including but not limited to:

1.    Awarding Plaintiffs their tenured positions, salary steps and raises, earned before October 2021, in full, with benefits; and

2.    Awarding Plaintiffs all the back pay owed since they were removed

# EXHIBIT 1

Untitled Document                                                                                          11/25/22, 8:16



**Department of
Education**

November 18, 2022


Brooklyn, New York


Title: Teacher/
Applicant ID:
PRP#:

Dear Ms.

Your name was recently submitted to the Office of Personnel Investigation (OPI) for security clearance to work with the NYC Department of Education (DOE) or a DOE contracted vendor. According to our records, your services with the DOE were terminated due to noncompliance with the vaccine mandate and you currently appear out of compliance. The purpose of our contact was to request information so that your application could be processed for security clearance. Requests were sent to you at the email address you provided                @aol.com' on November 10, 2022 and November 16, 2022. You were given a deadline to provide the requested information. To date, we have not received the required information.

Due to your non-compliance, you are unable to work with the DOE or any DOE contracted vendors. As such, your case has been administratively closed, and no security clearance determination has been made. Please note that at this time, you do not have security clearance to work with the DOE and/or one of its contracted vendors.


Sincerely,

The Office of Personnel Investigation
Division of Human Resources
NYC Department of Education


cc: File

From: kking@uft.org >
Date: Thu, Apr 28, 2022 at 12:50 PM
Subject: response from UFT regarding the problem code
>

**Karen King** (KKing@uft.org)To:you Details
Hello,

Technically you should receive charges. At this time, however, the DOE is not going to issue
3020-a charges because they do not believe they have to do so. We have filed a legal challenge to
protect your due process rights, should the judge decide in our favor, you will be entitled to a
hearing at that time.

The problem code was added to all employees who were placed on 2VM vaccine mandate leave.
It was placed there the day you went on the leave. DOE's central offices placed this code on all
employees who went on the leave. It will be removed once you are eligible to return to work.

**Karen King**
*Administrative Assistant to the Assistant Secretary &*
*Director of Personnel, Payroll, and Special Projects*
United Federation of Teachers
50 Broadway, 13th Floor
New York, N.Y. 10004
*kking@uft.org*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

MICHAEL KANE, et al,

                                        Plaintiffs,

            - against –                              21-CV-7863 (VEC) (Lead Case)


BILL DE BLASIO, et al.,

                                        Defendants.

-------------------------------------------------------------- x

MATTHEW KEIL, et al.
                                        Plaintiffs,

            - against -                              21-CV-8773 (VEC)


THE CITY OF NEW YORK, et al.,

                                        Defendants

-------------------------------------------------------------- x

   **MALLORY O. SULLIVAN,** under penalty of perjury, declares pursuant to 28 U.S.C. §
1746, that the following statements are true and correct:

            1.        I am the Deputy Director of the Office of Employee Relations
("OER") at the New York City Department of Education ("DOE"), and I have held this position
since November 2014. Prior to serving in my current position, I was an Agency Attorney with
the DOE's Office of the General Counsel for approximately four years.

            2.        I submit this declaration to provide information about DOE's
employment record system in response to certain allegations regarding "problem codes" as set
forth in the Declaration of Natasha Solon dated May 20, 2022 (ECF dkt. 162). I am familiar

with the facts set forth herein based on my personal knowledge as well as discussions with other DOE employees and the review of DOE records.

　　　　　3.　　　　　In my role as Deputy Director, I oversee the DOE's Office of Personnel Investigation ("OPI"), which is responsible for, among other things, screening and conducting background investigations for all candidates for employment with the DOE or with vendors under contract with the DOE and monitoring employee and vendor employee security clearances. As a part of these processes, OPI uses internal system codes.

　　　　　4.　　　　　The DOE maintains electronic employment records and employee service histories for DOE employees ("DOE employment records"). DOE employment records are kept within a system called NYCAPS, which is operated by the City of New York for all DOE and City employees. DOE employment records are only visible to the DOE and reflect employees' dates of employment, titles held, and various changes in active employment status.

　　　　　5.　　　　　In addition, DOE has codes within NYCAPS designed to engender special attention should an individual seek employment, re-employment, or change titles with the DOE. Such a code might be used where, for example, an employee left DOE employment with a performance issue, had a nomination for employment rescinded, or was the subject of an arrest. This is designed to ensure that prior to any new employment or new title within DOE, the employee's application undergoes further review by OPI. These types of codes have been colloquially referred to as "problem codes." These codes are only visible to internal DOE Human Resources staff, and the underlying basis for such code is only accessible by OPI.

　　　　　8.　　　　　Separately, DOE implemented an internal NYCAPS code specific to the Commissioner of Health Order mandating vaccination of DOE employees ("Vaccination Mandate"). This code remains visible to only OPI staff to ensure vaccination status was

reviewed prior to any return of an employee placed on a leave without pay due to non-compliance with the Vaccination Mandate. A DOE employee would not have a "problem code" in their service history as a result of any non-compliance with the Vaccination Mandate.

        9.      In this instant case, Natasha Solon was placed on leave without pay due to non-compliance with the Vaccination Mandate, and returned to service once compliance with the Vaccination Mandate was confirmed. At no point did Natasha Solon have a "problem code" in her service history as a result of her non-compliance with the Vaccination Mandate nor was there ever any code in her service history arising out of her vaccination status visible to anyone outside of OPI.

Dated:       May 27, 2022
            New York, New York

                                      By: _____

                                           Mallory Q. Sullivan
                                         Deputy Director
                                         Office of Employee Relations

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                                           :
MICHAEL KANE, et al.,                                      :
                                                           :
                              Plaintiffs,                  :
                                                           :
                - against -                                :       Case No.  21-cv-7863 (VEC) (Lead)
                                                           :
BILL DE BLASIO, et al.,                                    :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
                                                           :
MATTHEW KEIL, et al.                                       :
                                                           :
                              Plaintiffs,                  :
                                                           :
                - against -                                :       Case No.  21-cv-8773 (VEC)
                                                           :
THE CITY OF NEW YORK, et al.,                              :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X

**DECLARATION OF BARRY BLACK IN FURTHER SUPPORT OF**
**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**BARRY BLACK**, an attorney admitted to practice before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am an attorney for Plaintiffs and fully familiar with the facts and circumstances of this case.

2. I respectfully submit this declaration in response to Mallory O. Sullivan's Declaration.

3. Attached as Exhibit 1 is a true and correct copy of a declaration from Betsy Combier.

4. Attached as Exhibit 2 is a true and correct copy of a declaration from Plaintiff Dennis Strk.

5. Attached as Exhibit 3 is a true and correct copy of a declaration from proposed class member Patricia Catoire.

### First False Assertion in Sullivan Declaration

6. The Sullivan Declaration asserts that there are two different kinds of codes in the NYCAPS system: a "problem code" and some other unnamed code. the "problem code" indicating anything from a performance issue to criminal activity, and the unspecified code flagging the absence of vaccination. Glaringly absent from Sullivan's recitation is how these codes appear to the reader. That is because there is no difference; they are one and the same.

7. Indeed, DOE Human Resources Director Eric Amato explicitly stated in an email to UFT Assistant Secretary Michael Sill and General Counsel Beth Norton that a "[p]roblem code was added to all employees who were placed on 2VM vaccine mandate leave. Our central offices placed this code on all employees who went on the leave." Ex. 1, ¶ 13, Ex. A.

8. Moreover, terminated Plaintiffs had a problem code plainly visible in their payroll portal, indicated by a "**Problem PR**" notation in their salary history tab. Ex. 2, ¶ 5, Ex. A; Ex. 1 ¶ 10 (DOE's "problem code" is also referred to as a "pr" code).

1

## Second False Assertion in Sullivan Declaration

9. The Sullivan Declaration falsely posits that the no one outside DOE's Office of Personnel Investigations has access to the problem code. To the contrary, any non-DOE school or official that wants to learn whether a former DOE employee has a problem code in his or her personnel file can easily do so in a variety of ways. For example, non-DOE schools which offer DOE-funded positions have access to the DOE's payment portal, Galaxy, which allows them to see problem codes; indeed Plaintiffs present evidence of at least 15 former DOE employees who were not hired at non-DOE schools because the non-DOE schools discovered their problem codes. Ex. 1, ¶¶ 14-18. Simple phone calls work as well: a former UFT Special Representative explained that she used to "receive[] countless calls every week asking . . . if there was a problem code on an employee's personnel file" and that her UFT colleague next door would then check her computer and "tell [her] 'yes' or 'no' within a minute." Ex. 1, ¶ 8. In some instances, DOE representatives disclosed the problem codes to prospective employers from non-DOE schools calling to verify employment. Ex. 1, ¶ 19. In one instance, a third-party HR representative at Bright Start Learning Center of NYC—a non-DOE school operating pursuant to NYS Department of Health Bureau of Early Intervention directives—informed a former DOE employee that she had had been flagged as "ineligible" in her personnel file. Ex. 3, ¶¶ 8-9, 13.

10. It is noteworthy that such evidence was already in the record before Defendants filed the Sullivan declaration, but Defendants did not even attempt to discredit it. ECF No. 162 ¶¶ 11-13 (Plaintiff Solon was told by an official at non-DOE school that it could not hire her because of the problem code in her personnel file).

2

## Further Evidence of Irreparable Harm

11. Plaintiffs' irreparable harm did not cease with their terminations. Instead, the problem codes in their files make them unemployable indefinitely at both DOE and non-DOE schools.

12. The UFT has stated unequivocally that such problem codes "will be removed once [they] are eligible to return to work." Ex. 1, ¶ 13, Ex. A.

13. Thus, Plaintiffs face ongoing coercion to violate their religious beliefs and become vaccinated, in order to become employable -- and remove the scarlet letter from their permanent records.

14. The Court is reminded that Plaintiff Solon's problem code was removed within 24 hours of her getting vaccinated. ECF No. 162 ¶ 18.

Dated: New York, New York

      June 3, 2022

Respectfully submitted,

Barry Black
Nelson Madden Black LLP
*Attorney for Plaintiffs*
475 Park Avenue South, Suite 2800
New York, NY 10016
(212) 382-4303

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X :

MICHAEL KANE, et al.,                                   :
                                                        :
                                  Plaintiffs,           :
                                                        :
                    - against -                         :     Case No.  21-cv-7863 (VEC) (Lead)
                                                        :
DE BLASIO et al.,                                       :
                                                        :
                                  Defendants.           :
---------------------------------------------------------X :

MATTHEW KEIL, et al.                                    :
                                                        :
                                  Plaintiffs,           :
                                                        :
                    - against -                         :     Case No.  21-cv-8773 (VEC)
                                                        :
THE CITY OF NEW YORK et al.,                            :
                                                        :
                                  Defendants.           :
---------------------------------------------------------X

## DECLARATION OF BETSY COMBIER

Betsy Combier declares as follows, pursuant to 28 U.S.C. § 1746:

1.   My name is Betsy Combier and I am the President and lead paralegal of Advocatz, a paralegal consulting business for people who need a partner as they go through the Courts, grievances, or life problems.

2.   I respectfully submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3.   I know the facts stated herein to be true based upon my personal knowledge and based upon my review of the files of hundreds of my clients whom I have represented in proceedings with the New York City Department of Education ("DOE"), except

1

for statements which are made on information and belief and, as to those, I verily believe them.

4. I have a degree in Child Psychology from Northwestern University, an MA Certificate from the Johns Hopkins' School for Advanced International Studies where my specialization was the Soviet Military Industrial Complex, an MPS in Interactive Telecommunications from New York University, and a Certificate in Art and Drama Therapy from The New School.

5. I have successfully assisted parents, children, and caregivers with the educational needs of their children, and I have been advocating for the due process rights of Union members—in particular, members of the AFL-CIO, United Federation of Teachers ("UFT") and Local 32 B&J—for 17 years.

6. From 2007-2010, I worked as Special Representative to the UFT where my job was to oversee the eight re-assignment centers in the NYC DOE, first in all boroughs, and then at the Manhattan, Brooklyn, and Bronx locations.

7. I am very familiar with the arbitration hearing process, set forth in New York Education Law § 3020-a, having assisted teachers in approximately 300 3020-a hearings since 2003.

8. I am also very familiar with "problem codes"—the flag the DOE puts in the personnel file of employees to indicate that they should not be hired due to unexplained misconduct of some kind. Employees can be flagged for everything from receiving an unsatisfactory or ineffective rating to engaging in egregious criminal acts. During the three years I worked at the UFT headquarters, I received countless calls every week

2

asking me if there was a problem code on an employee's personnel file. When that happened, I would simply ask the person next door to my office, another UFT Special Representative, whether she could check her computer, and she would tell me "yes" or "no" within a minute.

9.      When the DOE puts a problem code in the employee's personnel file, it also places a flag on the employee's fingerprints, which is then sent to the national databases at both the Federal Bureau of Investigation and the State Division of Criminal Justice Services.

10.     I have represented more than 15 DOE employees before the DOE's Office of Personnel Investigation in proceedings in which they requested the removal of their problem codes. The flag has several names such as "problem code," "pr" code, "pc" code, "ineligible," and "no hire/inquiry" code; however, all refer to a salary block, whatever title it is given.

11.     I have helped approximately 20 DOE employees get their problem codes removed from their personnel files.

12.     I know of many former DOE employees who have problem codes in their personnel files because they declined to be vaccinated in violation of the DOE's mandate and were not granted a religious or medical exemption. The DOE places a problem code on the employee's personnel file immediately upon getting information that the employee did not submit proof of vaccination. As soon as the employee gets the vaccination and submits proof, the code is removed from his or her file.

3

# EXHIBIT A

From: **Amato Eric** <EAmato4@schools.nyc.gov>
Date: Wed, Feb 9, 2022 at 8:06 AM
Subject: RE: PR code
To: ██████████████████████████    Michael Sill <msill@uft.org>
Cc: Beth A. Norton
<bnorton@uft.org>, Kking@uft.org <Kking@uft.org>. dcampbell@uft.org <dcampbell@uft.org>

PR = Problem code – Problem code was added to all employees who were placed on 2VM vaccine
mandate leave. It was placed there the day you went on the leave. Our central offices placed this code
on all employees who went on the leave. It will be removed once you are eligible to return to work.

Thanks,
Eric

5. In October, 2021, I was involuntarily suspended for failing to get vaccinated in violation of my sincerely held religious beliefs.

6. After the Second Circuit held that the DOE's religious exemption policy was unconstitutional, I was able to apply for reconsideration by the Citywide Panel. The email sent to me stated that we did not need to submit anything because they would rely on the original material.

7. I received no response for months. Meanwhile my situation became desperate.

8. I depleted all of my savings, my son had to take a leave of absence from school because I could not pay the parental portion of tuition, and my children and I were running out of food, and on the brink of losing our home.

9. I owed over $2,000 in heating bills.

10. I applied to over sixty jobs during this period. Despite my extensive qualifications and spotless record, few positions called me back, and none offered me a job.

11. Finally, during an interview in Westchester, the woman conducting the interview took pity on me. She told me she liked me and wished she could hire me.

12. However, she said she had to be honest with me – neither she nor anyone else would be able to hire me.

13. I asked why. She said that there was a "problem" code in the system flagging my name. Outside schools cannot see the reason for the code, other than there is a problem flagged indicating not to hire. Examples she gave me of typical problem codes arose from robbery and other serious misconduct.

14. I have a spotless record and was shocked to find out about this code.

15. I investigated further and learned that the internal records at the DOE showed the reason for the problem code was that I was not vaccinated.

16. My situation grew more desperate every day, and it soon became clear that I would get no other work while this code remains.

17. Finally, to save my family and our home, I took the vaccine, which is against my sincerely held religious beliefs.

18. Within twenty-four hours of submitting my paperwork to the DOE, I was reinstated, and the problem code was removed.

19. Even though I felt I had no choice, this decision has been deeply traumatic and continues to cause irreparable harm.

20. I pray every day for help to overcome my anger, pain, and guilt for having to violate my faith.

21. The experience continues to impact me and to cause me serious distress.

22. I do not feel safe at my job. I do not feel safe in society.

23. The fact that the courts would continue to uphold this brazen unconstitutional condition and fail to intervene to protect us as we lose everything we have worked so hard to achieve continues to shake my faith in this country.

24. If, as the Second Circuit admitted, the DOE violated the Constitution, how can this Court or any other continue to allow the DOE to continue to harm so many of us for not taking the vaccine?

25. I am vaccinated now, but when the inevitable booster requirement comes, I will have to go through all of this again. I do not think that I can violate my faith again. The harm it caused me to do it to save my family was too severe.

26. I only hope that this Court intervenes before that occurs, or at least intervenes before more of my colleagues are forced to be violated the way I was.

27. This is spiritual rape. There is no other way to put it. I did not consent to this.

28. This Court must help us to stop the continuing injustice.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      New York, New York
            May 20, 2022

                                        By: Natasha Solon

From: **Beth A. Norton** <BNorton@uft.org>
Date: Thu, Jul 28, 2022, 12:36 PM
Subject: RE: Questions about voluntary resignations and follow ups
To:
Cc: Michael Sill <MSill@uft.org>, Michael Mulgrew <MMulgrew@uft.org>, Tanisha Franks <TFranks@uft.org>, Karen King <KKing@uft.org>

The arbitration award doesn't "expire," I am not sure what you mean by that.

As the language you quoted from the waiver indicates, you will be deemed to have voluntarily resigned your position with the DOE on September 6 if you are not, at that time, in compliance with the health order (vaccinated with 2 shots of Pfizer or Moderna, or 1 shot of J&J). This will be treated as a traditional resignation, it is not a termination. You will be permitted to cash out your CAR and vacation days at the contractual rates. The code on your file indicates that you are not vaccinated, that will not be lifted until such time as you are vaccinated.

You should be receiving an email from the DOE in the next week or so asking for your intent for the fall.

At this time there is no indication that the vaccine mandate will be lifted, so if you wish to return you would have to comply with the health order. If that changes we will let you know.

Regards,

**Beth A. Norton**
General Counsel
United Federation of Teachers
52 Broadway 14th Floor
New York, NY 10004
212-701-9420

# EXHIBIT 2



**The University of the State of New York**
The State Education Department
Teacher Tenure Hearing Unit
89 Washington Ave., Room 987 EBA
Albany, New York 12234

Ph:  **(518) 473-2829**
Fax:  **(518) 402-5940**

(09/21)

# Rights of Tenured Employees
### (This document only applies to cases where charges were filed on or after July 1, 2015.)

**This document, while not intended to be exhaustive, describes certain rights of tenured employees in Education Law §3020-a and §3020-b* proceedings. The information contained in this document should not act as a substitute for the applicable statutes or regulations. Individuals are advised to consult with an attorney as significant adverse consequences may result from these proceedings.**

> ### Special Notice to Tenured Employees of the
> ### New York City Department of Education
>
> *Many of the provisions in Education Law §3020-a and/or §3020-b, including those described in this document, have been substantially modified by the collective bargaining agreement and subsequent amendments and/or revisions between the United Federation of Teachers ("UFT") and the New York City Department of Education ("NYCDOE"). Education Law §3020(3) permits the NYCDOE to modify the provisions of Education Law §3020-a through the collective bargaining process. If you are a tenured employee of the NYCDOE, you are advised to review your collective bargaining agreement and any amendments and/or revisions thereto to determine whether your rights may deviate from the provisions described below. If you have any questions, you should consult with the UFT and/ or an attorney.*

Tenured individuals cannot be disciplined or removed from employment except for "just cause" pursuant to Education Law §3020. The procedures for such discipline or removal are set forth in Education Law §3020-a, Education Law §3020-b, and the Commissioner's Regulations 8 NYCRR Ch. II, Sub. C, Part 82-3.

## Charges

1. The employing board of education ("board") must determine, by a majority vote, that probable cause exists to bring a disciplinary proceeding against the tenured employee ("employee").
2. If the board finds probable cause, the tenured employee must be provided with a written statement specifying: a.) the charges in detail; b.) the maximum penalty the board will seek if the employee is found guilty of the charges or that will be imposed if the employee does not request a hearing; and c.) a copy of this form outlining the employee's rights. The charges must be sent by certified or registered mail, return receipt requested or by personal delivery.
3. Charges cannot be brought more than three years after the alleged incompetency or misconduct, except when the charge is of misconduct constituting a crime when committed.

## Suspension Pending Hearing

The employee may be suspended pending a hearing on the charges and the final determination thereof. An employee may be suspended without pay if: a.) the employee has pleaded guilty to or has been convicted of certain felony drug crimes or a felony crime involving the physical abuse of a minor or student; or b.) the employee is charged with misconduct constituting physical or sexual abuse of a student. Employees suspended without pay due to charges constituting physical or sexual abuse of a student, are entitled to an expedited probable cause hearing.

## Termination Without Hearing

The employee shall be terminated without a hearing upon conviction of a sex offense as defined by Education Law §305(7-a)(b)(2). Employees acting as school administrators or supervisors shall be terminated without a hearing upon conviction of defrauding the government as defined by Education Law §305(7-b)(b)(2).

## Hearing Request/Failure to Request

1. Within 10 days of receiving charges, the employee must provide a written request to the clerk or the secretary of the employing board if the employee desires a hearing on the charges.
2. In the written request for hearing, the employee should indicate the name and contact information for the attorney who will represent the employee, if any. Such attorney shall be authorized to receive all correspondence related to the proceeding on the employee's behalf.

## Rights of Tenured Employees *(cont.)*

3. If the employee does not request a hearing within 10 days of receipt of the charges, the employee shall be deemed to have waived the right to a hearing if there is an unexcused failure to request a hearing.

4. If the employee waives his right to a hearing, the board shall proceed, within fifteen days, by a majority vote to determine the case and fix the penalty, if any, to be imposed.

### Hearing Officer Selection Process

1. Within 3 business days of receipt of the written hearing request, the clerk or secretary of the board shall notify the commissioner of the need for a hearing.

2. Upon receipt of such notification, the commissioner shall request that the American Arbitration Association provide a list of names of individuals to potentially serve as hearing officers along with relevant biographical information concerning the individual. The commissioner shall forthwith send such list to both parties.

3. For charges brought pursuant to §3020-a, the employee and the board must notify the commissioner of their agreed upon hearing officer selection within 15 days of receiving the list of potential hearing officers. If the parties fail to agree or fail to notify the commissioner of their selection within 15 days, the commissioner shall appoint a hearing officer from the list.

4. For charges brought pursuant to §3020-b, where an employee has received two consecutive ineffective ratings, the employee and the board must notify the commissioner of their agreed upon hearing officer selection within 7 days of receiving the list of potential hearing officers. If the parties fail to agree or fail to notify the commissioner of their selection within 7 days, the commissioner shall appoint a hearing officer from the list.

5. For charges brought pursuant to §3020-b, where an employee has received three consecutive ineffective ratings, the commissioner shall appoint a hearing officer from the list.

### Pre-Hearing Conference

1. The pre-hearing conference shall be private.

2. The hearing officer shall hold a pre-hearing conference within 10-15 days of receipt of notice from the commissioner confirming his or her acceptance to serve in such position, in the case of a standard or expedited §3020-a hearing.

3. For expedited §3020-b hearings where the employee has received 2 consecutive ineffective APPR ratings, the hearing officer shall hold a pre-hearing conference within 7 days of receiving notice confirming the hearing officer's agreement to serve.

4. For expedited §3020-b hearings where the employee has received 3 consecutive ineffective APPR ratings, the hearing officer shall hold a pre-hearing conference within 5 days of receiving notice confirming the hearing officer's agreement to serve.

5. At the pre-hearing conference, the hearing officer has the power to: a.) issue subpoenas; b.) hear and decide motions and applications made by either party. c.) set a schedule for full and fair disclosure of witnesses and evidence for both parties, and d.) set the time and place for hearings to ensure that the hearing is conducted within the statutory timelines.

6. Generally, pre-hearing motions must be made on written notice to the hearing officer and adverse party at least 5 days before the pre-hearing conference. Any pre-hearing motions not made as provided for herein shall be deemed waived. However, for expedited hearings, written notice to the adverse party shall be made no later than 2 days before the pre-hearing conference.

### General Hearing Procedures

1. The hearing will be conducted by a single hearing officer

2. The employee shall have a reasonable opportunity to defend his or herself, including making any additional motions and applications and an opportunity to testify on his or her own behalf, however, the employee shall not be required to testify.

3. Each party has the right to be represented by counsel, and may subpoena and cross-examine witnesses. All testimony shall be under oath.

4. An accurate record of the hearing shall be kept at the expense of the commissioner. Upon request, the employee is entitled to a copy of the record without charge

5. If the hearing officer needs to be replaced and the parties fail to notify the commissioner of their mutually agreed upon replacement within 2 business days, the commissioner shall select the replacement

## Rights of Tenured Employees *(cont.)*

6. At the conclusion of the testimony, the hearing officer may allow the parties to submit memoranda of law, however, such submission may not delay the date that the hearing officer is required to render a decision.
7. In general, hearings must be completed within 60 days of the pre-hearing conference. Please see below for the time periods applicable to particular expedited hearings.
8. In general, all evidence must be submitted within 125 days of the filing of charges and no additional evidence shall be accepted after such time, absent extraordinary circumstances beyond control of the parties.

### Expedited Hearing Based on Revocation of Certification

1. If the charges are based upon revocation of the employee's certification, an expedited hearing must be held.
2. The hearing shall commence within 7 days of the pre-hearing conference and is limited to one day. The hearing may not be adjourned except upon request of a party and only for good cause as determined by the hearing officer.

### Expedited Hearing Based on Charges Constituting Physical or Sexual Abuse of Student

1. If the charges are based upon allegations of physical or sexual abuse of a student, an expedited hearing must be held.
2. The hearing shall commence within seven days after the pre-hearing conference and shall be completed within sixty days after the pre-hearing conference. Adjournments may not be granted that would extend the hearing beyond 60 days, except where the hearing officer determines that the delay is both substantially beyond control of the requesting party and an injustice would result if the adjournment were not granted.

### Expedited Hearing Based on Two Consecutive Ineffective APPR Ratings

1. The Board may bring charges alleging incompetence based upon two consecutive ineffective APPR ratings, in which case an expedited hearing would be held, but the board is not required to bring charges.
2. The hearing must begin within 7 days of the pre-hearing conference and be completed within 90 days following the date that the employee requested the hearing. Adjournments may not be granted that would extend the hearing beyond 90 days, except where the hearing officer determines that the delay is both substantially beyond control of the requesting party and an injustice would result if the adjournment were not granted.
3. The charges must allege that the board has developed and substantially implemented a teacher or principal improvement plan for the employee following the first evaluation in which the employee was rated ineffective and the immediately preceding evaluation if the employee was rated developing.

### Expedited Hearing Based on Three Consecutive Ineffective APPR Ratings

1. The Board shall bring charges alleging incompetence where any teacher or principal receives three consecutive ineffective APPR ratings, in which case an expedited hearing must be held.
2. The hearing must commence within 5 days of the pre-hearing conference and be completed within 30 days following the date that the employee requested the hearing. Adjournments may not be granted that would extend the hearing beyond 30 days, except where the hearing officer determines that the delay is both substantially beyond control of the requesting party and an injustice would result if the adjournment were not granted.

### Decision

1. With the exception of expedited hearings, the hearing officer shall render a written decision within 30 days of the last hearing date.
2. For expedited hearings, the hearing officer shall render a written decision within 10 days of the last hearing date.
3. The commissioner must immediately forward copies of the decision to the parties.
4. The hearing officer shall render a written decision that includes findings of fact and conclusions, based upon the findings of fact, as to each charge and shall state the penalty, or other action, if any, against the employee on each charge.

## Rights of Tenured Employees *(cont.)*

5. In those cases where a penalty is imposed, such penalty may be a written reprimand, a fine, a suspension for a fixed time without pay, or dismissal.

6. In determining penalty, the hearing officer shall give serious consideration to the penalty recommended by the board, and if the hearing officer imposes a different penalty, then the hearing officer must indicate the reasons for the alternate penalty based upon the record.

7. Within 15 days of the receipt of the hearing officer's decision, the board shall implement the decision. If the employee is acquitted of the charges, he or she must be restored to his or her position with full pay for any period of suspension without pay and the charges expunged from the employment record.

8. The hearing officer shall indicate in the decision whether any of the charges brought by the board were frivolous as defined by the Civil Practice Law and Rules §8303-a. If the hearing officer finds that all of the charges were frivolous, the hearing officer shall order the board to reimburse both the employee and the department reasonable costs that were incurred. If the hearing officer finds that some, but not all of the charges were frivolous, the hearing officer shall order the board to reimburse a portion of the reasonable costs incurred to the department and the employee.

### Appeal

1. Not later than 10 days after receipt of the hearing officer's decision, either the employee or the board may make an application to the New York State Supreme Court to vacate or modify the hearing officer's decision pursuant to Civil Practice Law and Rules §7511.

2. The filing of the pendency of an appeal shall not delay the implementation of the hearing officer's decision.

### Restoration of Rights

If an employee who was convicted of a felony crime as specified in Education Law §3020-a(2)(b) has his or her conviction reversed, the employee, upon application, shall be entitled to have his or her pay and other emoluments restored, for the period of time extending from the date of suspension to the date of the decision

---

*Pursuant to §§ 30-2.14 and 30-3.17 of the Rules of the Board of Regents, educators whose Annual Professional Performance Reviews (APPRs) include results from the State's growth model (i.e., teachers of grades 4-8 ELA and Mathematics; principals of buildings including those grade levels; and principals of buildings including all of grades 9-12) or any other measures based on the grades 3-8 ELA and Mathematics State assessments will receive both an "original" evaluation and a "transition" evaluation. This process will continue through the 2018-19 school year, during the time that the State transitions to new ELA and Mathematics learning standards and assessments and during that time the State will explore potential revisions to the evaluation framework. The "original" evaluation will include the results of the State's growth model and any other measures based on the grades 3-8 ELA and Mathematics State assessments. This evaluation is provided for advisory purposes only and cannot be used for employment related decisions. Affected educators will also receive a "transition" evaluation that excludes the above referenced measures. During the transition period, only this transition score and rating will be used for purposes of employment decisions, including tenure determinations and for purposes of proceedings under Education Law §§3020-a and 3020-b

# EXHIBIT 3

# EXHIBIT 5

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FOURTH DEPARTMENT

– – – – – – – – – – – – – – – – – – – – – – – X

MEDICAL PROFESSIONALS FOR INFORMED
CONSENT, et al.

*Appellees-Petitioners*

Index No. CA 23-00161

-against-

MARY T. BASSETT, et al,

*Appellants-Respondents*

– – – – – – – – – – – – – – – – – – – – – – X

STATE OF CONNECTICUT    )
                        ) ss.: TRUMBULL
COUNTY OF FAIRFIELD     )

HARVEY A. RISCH, MD, PHD, being duly sworn, deposes and says:

1.      I make this affidavit in support of Appellee-Petitioners' opposition to Appellants'
motion for stay.

2.      I am familiar with the facts set forth herein based on my review of the affidavits and
evidence submitted with Appellants' motion for a stay, hundreds of scientific studies and research
findings, on my own extensive research and on my personal knowledge and the expertise gained
through my career as a university professor, research scientist and epidemiologist. Some of the
credentials and experience that qualify me to give this opinion are listed below.

NYSCEF DOC. NO. 5                                                  RECEIVED NYSCEF: 02/28/2023

3.      I am Professor Emeritus of Epidemiology at Yale School of Public Health, a practicing academic epidemiologist with more than 40 years of experience in epidemiologic methods, both in research and teaching.  My research has included both infectious and noninfectious factors.

4.      Over this career, I have taught introductory, intermediate, and advanced epidemiologic research methods to public health graduate students, postdoctoral fellows, hospital residents, and junior faculty members. I have also taught coursework on pharmacoepidemiology, which is the epidemiologic study of vaccines, medications, and medical devices, and their antecedent conditions and reasons for use.

5.      I have published some 400 peer-reviewed original research papers in well-regarded scientific journals and have an h-index of 105, with more than 48,000 publication citations to-date.

6.      I have served as grant reviewer or chair on two dozen grant review panels, most of which were at NIH, and served as peer reviewer for 60 scientific and medical journals.

7.      I have been Associate Editor of the *Journal of the National Cancer Institute* since 2000, Member of the Board of Editors of the *American Journal of Epidemiology* from 2014-2020, and Editor of the *International Journal of Cancer* since 2008.

8.      I am an elected member of the Connecticut Academy of Science and Engineering and, based on my strong epidemiologic methods experience and PhD work in infectious epidemic models, was selected to be a member of the Academy committee that was organized in 2020 to formulate plans for helping the reopening of the state of Connecticut after its lockdown ended.

9.      I thus began researching COVID-19 epidemiology, prevention, treatment, and vaccination with my participation in the Reopening Committee.  In the subsequent 2.5 years, I extensively studied medical and epidemiologic factors related to the COVID-19 virus, the vaccines, and the disease in the US and internationally.

2

3.      I am Professor Emeritus of Epidemiology at Yale School of Public Health, a practicing academic epidemiologist with more than 40 years of experience in epidemiologic methods, both in research and teaching. My research has included both infectious and noninfectious factors.

4.      Over this career, I have taught introductory, intermediate, and advanced epidemiologic research methods to public health graduate students, postdoctoral fellows, hospital residents, and junior faculty members. I have also taught coursework on pharmacoepidemiology, which is the epidemiologic study of vaccines, medications, and medical devices, and their antecedent conditions and reasons for use.

5.      I have published some 400 peer-reviewed original research papers in well-regarded scientific journals and have an h-index of 105, with more than 48,000 publication citations to-date.

6.      I have served as grant reviewer or chair on two dozen grant review panels, most of which were at NIH, and served as peer reviewer for 60 scientific and medical journals.

7.      I have been Associate Editor of the *Journal of the National Cancer Institute* since 2000, Member of the Board of Editors of the *American Journal of Epidemiology* from 2014-2020, and Editor of the *International Journal of Cancer* since 2008.

8.      I am an elected member of the Connecticut Academy of Science and Engineering and, based on my strong epidemiologic methods experience and PhD work in infectious epidemic models, was selected to be a member of the Academy committee that was organized in 2020 to formulate plans for helping the reopening of the state of Connecticut after its lockdown ended.

9.      I thus began researching COVID-19 epidemiology, prevention, treatment, and vaccination with my participation in the Reopening Committee. In the subsequent 2.5 years, I extensively studied medical and epidemiologic factors related to the COVID-19 virus, the vaccines, and the disease in the US and internationally.

2

10.     I base my understandings of vaccine immunity and safety from studies and data of the three genetic vaccines that have received emergency use authorization (EUA) from the US Food and Drug Administration (FDA): the two mRNA-technology vaccines (Pfizer-BioNTech and Moderna) and the adenovirus vector-based vaccine (Johnson & Johnson).

11.     In my professional opinion, Appellants' claim that a vaccine mandate will reduce the spread of COVID-19 in any meaningful way is not supported by the great weight of evidence and does not comport with the current recommendations of the Centers for Disease Control and Prevention ("CDC").

### The Current Scientific Consensus, based on the Overwhelming Weight of Available Evidence, does not Support the Assertion that Vaccination can Meaningfully Stop the Spread of COVID-19

12.     My understanding from the papers is that Appellants assert that maintaining a vaccine mandate pending the outcome of their appeal is necessary to stop the spread of COVID-19 in hospitals and healthcare facilities and thus prevent irreparable harm.

13.     This claim is not supported by the scientific evidence, nor is it supported by the consensus of public health officials and scientists as represented by official CDC statements.

14.     In fact, in 2022, CDC specifically updated its guidance to state, "CDC's COVID-19 prevention recommendations no longer differentiate on a person's vaccination status."[1]

15.     As further discussed below, there is no reasonable scientific debate about the fact that the original primary COVID-19 vaccinations have essentially completely lost effectiveness for preventing infection transmission, nor about that currently available vaccines provide only transient

---

[1] Centers for Disease Control and Prevention. Summary of Guidance for Minimizing the Impact of COVID-19 on Individual Persons, Communities, and Health Care Systems — United States, August 2022. https://www.cdc.gov/mmwr/volumes/71/wr/mm7133e1.htm (August 19, 2022; last visited January 31, 2023)

3

benefit and wane in effectiveness, nor about that unvaccinated employees pose no different risk of spreading COVID-19 over those vaccinated with the two-dose primary series.

16.     Given these well-established facts, there is no scientific basis to assert that a vaccine mandate will meaningfully stop the spread of COVID-19 in healthcare facilities, or that staying the lower court's decision to strike the mandate is necessary to prevent irreparable harm.

## All Available Regular-Dose COVID-19 Vaccines Target the Original SARS-CoV-2 Virus, Rendering Them Largely Ineffective

17.     All currently available COVID-19 vaccines were designed to target the spike (S) glycoprotein of the original SARS-CoV-2 strain (Wuhan HU-1) identified in Wuhan, China, in late 2019.

18.     Since then, however, substantial mutations have occurred to that structure—at least fifteen mutations of the Spike S receptor-binding domain (RBD) have been identified in Omicron alone. (Cao et al., 2022a).[2]

19.     This dramatic evolution of the variant has resulted in substantial antibody escape, estimated at above 85% of all neutralizing antibodies tested by the same group of researchers, in another study evading neutralizing antibodies with a twelve- to 44-fold higher efficiency than the Delta variant (Hoffmann et al., 2022).[3]

20.     "Antibody escape" renders antibodies elicited against the earlier virus strains ineffective against the escaped substrains.

21.     The Omicron subvariants present an even higher capacity for antibody escape while also becoming more transmissible due to additional mutations in the spike protein.

---

[2] Cao Y, Wang J, Jian F, Xiao T, Song W, Yisimayi A, Huang W, Li Q, Wang P, An R, Wang J, Wang Y, Niu X, Yang S, Liang H, Sun H, Li T, Yu Y, Cui Q, Liu S, Yang X, Du S, Zhang Z, Hao X, Shao F, Jin R, Wang X, Xiao J, Wang Y, Xie XS. Omicron escapes the majority of existing SARS-CoV-2 neutralizing antibodies. Nature 2022a;602(7898):657-663. https://www.nature.com/articles/s41586-021-04385-3

[3] Hoffmann M, Krüger N, Schulz S, Cossmann A, Rocha C, Kempf A, Nehlmeier I, Graichen L, Moldenhauer AS, Winkler MS, Lier M, Dopfer-Jablonka A, Jäck HM, Behrens GMN, Pöhlmann S. The Omicron variant is highly resistant against antibody-mediated neutralization: Implications for control of the COVID-19 pandemic. Cell 2022;185(3):447-456.e11. https://www.cell.com/cell/fulltext/S0092-8674(21)01495-1

22.     Specifically, more recently circulating variants like BA.4 and BA.5 are some four-fold more resistant to "sera from vaccinated and boosted individuals than BA.2," which itself was already more resistant than the baseline Omicron variant (Wang et al., 2022).[4] Omicron variants in turn have been far more resistant than Delta, which was more resistant than the original virus strains to original vaccine-related immunity.

23.     In other words, vaccination with the primary series, which is what this mandate requires, has little to no effect on a person's ability to become infected and/or pass on currently circulating strains of SARS-CoV-2, and may in fact even be counterproductive.

24.     The data further show that, even for currently available vaccine boosters updated to target Omicron subvariant BA.1, the recent mutations in BA.5 render such an update largely ineffective (Cao et al., 2022b).[5]

25.     Similarly, bivalent booster vaccines targeting BA.4 and BA.5 are highly ineffective against current substrains BQ.1.1 and XBB.1 (Miller et al., 2023).[6]

26.     These substrains together comprise the overwhelming majority of virus variants presently in circulation in the US (see CDC chart, next page, dated January 28, 2023).[7]

---

[4] Wang Q, Guo Y, Iketani S, Nair MS, Li Z, Mohri H, Wang M, Yu J, Bowen AD, Chang JY, Shah JG, Nguyen N, Chen Z, Meyers K, Yin MT, Sobieszczyk ME, Sheng Z, Huang Y, Liu L, Ho DD.  Antibody evasion by SARS-CoV-2 Omicron subvariants BA.2.12.1, BA.4 and BA.5.  Nature 2022 Aug;608(7923):603-608. https://www.nature.com/articles/s41586-022-05053-w
[5] Cao Y, Yisimayi A, Jian F, Song W, Xiao T, Wang L, Du S, Wang J, Li Q, Chen X, Yu Y, Wang P, Zhang Z, Liu P, An R, Hao X, Wang Y, Wang J, Feng R, Sun H, Zhao L, Zhang W, Zhao D, Zheng J, Yu L, Li C, Zhang N, Wang R, Niu X, Yang S, Song X, Chai Y, Hu Y, Shi Y, Zheng L, Li Z, Gu Q, Shao F, Huang W, Jin R, Shen Z, Wang Y, Wang X, Xiao J, Xie XS.  BA.2.12.1, BA.4 and BA.5 escape antibodies elicited by Omicron infection.  Nature 2022b;608(7923):593-602. https://www.nature.com/articles/s41586-022-04980-y
[6] Miller J, Hachmann NP, Collier AY, Lasrado N, Mazurek CR, Patio RC, Powers O, Surve N, Theiler J, Korber B, Barouch DH.  Substantial neutralization escape by SARS-CoV-2 Omicron variants BQ.1.1 and XBB.1.  N Engl J Med. 2023 Jan 18.  https://www.nejm.org/doi/full/10.1056/NEJMc2214314
[7] Centers for Disease Control and Prevention.  Variant Proportions.  https://covid.cdc.gov/covid-data-tracker/#variant-proportions (2023; last visited January 28, 2023)





This shows weighted and Nowcast estimates for the United States. The table and map show estimates for the week ending in 1/28/2023 (Nowcast)

**Weighted and Nowcast Estimates in United States for Weeks of 10/23/2022 – 1/28/2023**

**Nowcast Estimates in United States for 1/22/2023 – 1/28/2023**



* Enumerated lineages are US VOC and lineages circulating above 1% nationally in at least one week period. "Other" represents the aggregation of lineages which are circulating <1% nationally during all weeks displayed.
** These data include Nowcast estimates, which are modeled projections that may differ from weighted estimates generated at later dates
# BA.1, BA.3 and their sublineages (except BA.1.1 and its sublineages) are aggregated with B.1.1.529. Except BA.2.12.1, BA.2.75, XBB and their sublineages, BA.2 sublineages are aggregated with BA.2. Except BA.2.75.2, CH.1.1 and EN.1, BA.2.75 sublineages are aggregated with BA.2.75. Except BA.4.6, sublineages of BA.4 are aggregated to BA.4. Except BF.7, BF.11, BA.5.2.6, BQ.1 and BQ.1.1, sublineages of BA.5 are aggregated to BA.5. Except XBB.1.5, sublineages of XBB are aggregated to XBB. For all the other lineages listed, their sublineages are aggregated to the listed parental lineages respectively. Previously, CH.1.1 was aggregated to BA.2.75. Lineages BA.2.75.2, XBB, XBB.1.5, EN.1, BA.4.6, BF.7, BF.11, BA.5.2.6 and BQ.1.1 contain the spike substitution R346T.

## Vaccine Protection Wanes More Rapidly than Natural Infection

27.    By four to six months after the full course of either the Pfizer or Moderna vaccines,

protection against infection by the BA.1 or BA.2 subvariants is estimated to be somewhere between

zero to thirty percent—in other words, almost entirely attenuated only six months after the last

injection (UK Health Security Agency, 2022).[8]

---

[8] UK Health Security Agency.  COVID-19 Vaccine Surveillance Report, Week 27, Publishing reference: GOV-12727, July 7, 2022.
https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1088974/Vaccine-surveillance-report-week-27.pdf (last visited January 30, 2023).



Figure 3. Effectiveness of Previous Infection, Vaccination, and Hybrid Immunity against Any Symptomatic Omicron Infection According to Time since Previous Infection or Vaccination.
I bars indicate 95% confidence intervals.

28.    Dozens of studies show that circulating antibodies, T-cells and B-cells reflective of SARS-CoV-2 infection last at least as long, and in most cases longer than, protection from vaccination (Alexander, 2022).[9]

---

[9] Alexander PE. 160 Plus Research Studies Affirm Naturally Acquired Immunity to Covid-19: Documented, Linked, and Quoted. Brownstone Institute, 2022. https://brownstone.org/articles/research-studies-affirm-naturally-acquired-immunity/ (last accessed January 30, 2023)

7

29.    Moreover, multiple other studies show conclusively that any protection the vaccine two-dose regimen can provide against Omicron infection wanes by six months (Kirsebom et al., 2022[10]; Tseng et al., 2022[11]; Nielsen et al., 2022[12]; Altarawneh et al., 2022[13]).  The relevant Figure 3 from the Altarawneh study is shown at the top of the previous page (2-dose vaccination circled in red).

30.    The Qatar study (Altarawneh et al., 2022) also shows in that figure that in contrast to vaccine effectiveness, previous infection effectiveness against reinfection remains stable for at least one year.

31.    One empirical study of 11,000 UK healthcare workers demonstrates strong resistance to reinfection for at least 6 months.[14]

---

[10] Kirsebom FCM, Andrews N, Stowe J, Toffa S, Sachdeva R, Gallagher E, Groves N, O'Connell A-M, Chand M, Ramsay M, Lopez Bernal J. COVID-19 vaccine effectiveness against the omicron (BA.2) variant in England.  Lancet Infect Dis 2022; published online May 24.  https://www.thelancet.com/journals/laninf/article/PIIS1473-3099(22)00309-7/fulltext

[11] Tseng HF, Ackerson BK, Bruxvoort KJ, Sy LS, Tubert JE, Lee GS, Ku JH, Florea A, Luo Y, Qiu S, Choi SK, Takhar HS, Aragones M, Paila YD, Chavers S, Talarico CA, Qian L.  Effectiveness of mRNA-1273 against infection and COVID-19 hospitalization with SARS-CoV-2 Omicron subvariants: BA.1, BA.2, BA.2.12.1, BA.4, and BA.5.  medRxiv preprint, December 2, 2022.  https://www.medrxiv.org/content/10.1101/2022.09.30.22280573v2

[12] Nielsen KF, Moustsen-Helms IR, Schelde AB, Gram MA, Emborg HD, Nielsen J, Hansen CH, Andersen MA, Meaidi M, Wohlfahrt J, Valentiner-Branth P.  Vaccine effectiveness against SARS-CoV-2 reinfection during periods of Alpha, Delta, or Omicron dominance: A Danish nationwide study.  PLoS Med 2022;19(11):e1004037.  https://journals.plos.org/plosmedicine/article?id=10.1371/journal.pmed.1004037

[13] Altarawneh HN, Chemaitelly H, Ayoub HH, Tang P, Hasan MR, Yassine HM, Al-Khatib HA, Smatti MK, Coyle P, Al-Kanaani Z, Al-Kuwari E, Jeremijenko A, Kaleeckal AH, Latif AN, Shaik RM, Abdul-Rahim HF, Nasrallah GK, Al-Kuwari MG, Butt AA, Al-Romaihi HE, Al-Thani MH, Al-Khal A, Bertollini R, Abu-Raddad LJ.  Effects of Previous Infection and Vaccination on Symptomatic Omicron Infections.  N Engl J Med 2022;387(1):21-34.  https://www.nejm.org/doi/10.1056/NEJMoa2203965

[14] Hanrath AT, Payne BAI, Duncan CJA.  Prior SARS-CoV-2 infection is associated with protection against symptomatic reinfection.  J Infect 2021;82(4):e29-e30.  https://www.journalofinfection.com/article/S0163-4453(20)30781-7/fulltext

32.     Four empirical studies demonstrate strong resistance to reinfection for at least 7 months, in Qatar,[15] Denmark,[16] UK[17] and Austria.[18]

33.     One empirical study in the London, UK, metropolitan area demonstrates strong resistance to reinfection for at least 8 months.[19]

34.     Three empirical studies demonstrate strong resistance to reinfection for at least 9 months, in England,[20] Israel[21] and the US,[22] and another in the US for 10 months.[23]

[15] Abu-Raddad LJ, Chemaitelly H, Coyle P, Malek JA, Ahmed AA, Mohamoud YA, Younuskunju S, Ayoub HH, Al Kanaani Z, Al Kuwari E, Butt AA, Jeremijenko A, Kaleeckal AH, Latif AN, Shaik RM, Abdul Rahim HF, Nasrallah GK, Yassine HM, Al Kuwari MG, Al Romaihi HE, Al-Thani MH, Al Khal A, Bertollini R.  SARS-CoV-2 antibody-positivity protects against reinfection for at least seven months with 95% efficacy.  EClinicalMedicine 2021;35:100861. https://www.thelancet.com/journals/eclinm/article/PIIS2589-5370(21)00141-3/fulltext
[16] Hansen CH, Michlmayr D, Gubbels SM, Molbak K, Ethelberg S.  Assessment of protection against reinfection with SARS-CoV-2 among 4 million PCR-tested individuals in Denmark in 2020: a population-level observational study.  Lancet 2021;397(10280):1204-1212.  https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(21)00575-4/fulltext
[17] Lumley SF, O'Donnell D, Stoesser NE, Matthews PC, Howarth A, Hatch SB, Marsden BD, Cox S, James T, Warren F, Peck LJ, Ritter TG, de Toledo Z, Warren L, Axten D, Cornall RJ, Jones EY, Stuart DI, Screaton G, Ebner D, Hoosdally S, Chand M, Crook DW, O'Donnell AM, Conlon CP, Pouwels KB, Walker AS, Peto TEA, Hopkins S, Walker TM, Jeffery K, Eyre DW; Oxford University Hospitals Staff Testing Group.  Antibody Status and Incidence of SARS-CoV-2 Infection in Health Care Workers.  N Engl J Med 2021;384(6):533-540. https://www.nejm.org/doi/10.1056/NEJMoa2034545
[18] Pilz S, Chakeri A, Ioannidis JP, Richter L, Theiler-Schwetz V, Trummer C, Krause R, Allerberger F.  SARS-CoV-2 re-infection risk in Austria.  Eur J Clin Invest 2021;51(4):e13520.  https://onlinelibrary.wiley.com/doi/10.1111/eci.13520
[19] Breathnach AS, Riley PA, Cotter MP, Houston AC, Habibi MS, Planche TD.  Prior COVID-19 significantly reduces the risk of subsequent infection, but reinfections are seen after eight months.  J Infect 2021 Apr;82(4):e11-e12. https://www.journalofinfection.com/article/S0163-4453(21)00010-4/fulltext
[20] Hall VJ, Foulkes S, Charlett A, Atti A, Monk EJM, Simmons R, Wellington E, Cole MJ, Saei A, Oguti B, Munro K, Wallace S, Kirwan PD, Shrotri M, Vusirikala A, Rokadiya S, Kall M, Zambon M, Ramsay M, Brooks T, Brown CS, Chand MA, Hopkins S; SIREN Study Group.  SARS-CoV-2 infection rates of antibody-positive compared with antibody-negative health-care workers in England: a large, multicentre, prospective cohort study (SIREN).  Lancet 2021;397(10283):1459-1469.  https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(21)00675-9/fulltext
[21] Gazit S, Shlezinger R, Perez G, Lotan R, Peretz A, Ben-Tov A, Herzel E, Alapi H, Cohen D, Muhsen K, Chodick G, Patalon T.  The Incidence of SARS-CoV-2 Reinfection in Persons With Naturally Acquired Immunity With and Without Subsequent Receipt of a Single Dose of BNT162b2 Vaccine : A Retrospective Cohort Study.  Ann Intern Med 2022;175(5):674-681.  https://www.acpjournals.org/doi/full/10.7326/M21-4130
[22] León TM, Dorabawila V, Nelson L, Lutterloh E, Bauer UE, Backenson B, Bassett MT, Henry H, Bregman B, Midgley CM, Myers JF, Plumb ID, Reese HE, Zhao R, Briggs-Hagen M, Hoefer D, Watt JP, Silk BJ, Jain S, Rosenberg ES.  COVID-19 Cases and Hospitalizations by COVID-19 Vaccination Status and Previous COVID-19 Diagnosis - California and New York, May-November 2021.  MMWR Morb Mortal Wkly Rep 2022;71(4):125-131. https://www.cdc.gov/mmwr/volumes/71/wr/mm7104e1.htm
[23] Spicer KB, Glick C, Cavanaugh AM, Thoroughman D.  Protective Immunity after Natural Infection with Severe Acute Respiratory Syndrome Coronavirus-2 (SARS-CoV-2) - Kentucky, USA, 2020.  Int J Infect Dis 2022;114:21-28. https://www.ijidonline.com/article/S1201-9712(21)00800-6/fulltext

35.    Finally, one empirical study in Italy demonstrates strong resistance to reinfection for at least 11 months,[24] and one at the Cleveland Clinic in the US, for at least 13 months.[25]

36.    These twelve empirical studies demonstrate that natural infection with SARS-CoV-2 generates effective immunity in dramatically reducing risk of reinfection for at least 6-13 months. Such reduced risks are comparable to or more durable than the temporary reduced infection risks lasting roughly no more than 6 months provided by vaccination, as shown above.

37.    Appellants' own data set also shows that natural immunity is superior to vaccine immunity. CDC analysis of the NYSDOH COVID-19 cumulative laboratory-confirmed incidence data for the period May through November 2021 showed that 1.82% of vaccinated people without previous COVID-19 diagnosis got COVID-19, vs 0.62% of unvaccinated people who had previously had COVID-19, an almost 3-fold higher rate for vaccinated individuals[26]. This study was co-authored by Respondent-Appellant Bassett and Appellants' Affiant Dr. Emily Lutterloh in January 2022.

38.    The same CDC report found almost identical rates in California for the same period: 1.55% of vaccinated people without previous COVID-19 diagnosis got COVID-19, vs 0.50% of unvaccinated people who had previously had COVID-19, again a 3-fold rate for vaccinated vs unvaccinated persons.

39.    Similarly, the primary study that Dr. Lutterloh relies on in the affidavit submitted with these motion papers also found that vaccine effectiveness wanes over months, whereas immunity from natural infection does not. "We ... found that time since last dose of a COVID-19 vaccine (as a continuous variable) was associated with increased infectiousness of SARS Co-V2-infections. ... We

---

[24] Vitale J, Mumoli N, Clerici P, De Paschale M, Evangelista I, Cei M, Mazzone A. Assessment of SARS-CoV-2 Reinfection 1 Year After Primary Infection in a Population in Lombardy, Italy. JAMA Intern Med 2021;181(10):1407-1408. https://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2780557

[25] Kim P, Gordon SM, Sheehan MM, Rothberg MB. Duration of Severe Acute Respiratory Syndrome Coronavirus 2 Natural Immunity and Protection Against the Delta Variant: A Retrospective Cohort Study. Clin Infect Dis 2022;75(1):e185-e190. https://academic.oup.com/cid/article/75/1/e185/6448857

[26] See fn 22, supra.

10

did not observe a statistically significant relationship between time since last SARS-Co-V2 infection and risk of transmission." (NYSCEF Doc. 3 at p. 225, *Lutterloh Ex: B*) (Tan et al., 2023).[27] This means that increasingly over months after the last vaccine dose, risk of infection significantly increased, whereas after prior infection, a significant increasing risk of reinfection was not seen.

40.    I am informed that all named Petitioners and most healthcare workers seeking reinstatement as a result of the lower court's order have natural immunity. The science does not support an inference that their return to work will pose a direct threat to public health.

41.    Dr. Lutterloh states that natural immunity should not apply to COVID-19 mandates (NYSCEF Doc. 3, Ex. L - Lutterloh Aff. ¶ 12 fn 3). In particular, she notes, "Serology is appropriate for diseases people typically only contract once in their lifetime, well characterized serology is reliably commercially available, and positive serology indicates essentially complete immunity. COVID-19 does not fit this profile."

42.    Respectfully, these three criteria do not represent the purpose of documenting serological evidence of having had COVID-19. The evidence cited herein at ¶¶ 28-35 shows that prior SARS-CoV-2 infection reduces the risk of reinfection in degree comparable to and for durations longer than 2-dose vaccine-based immunity. A serological test positive for indicators of natural immunity to SARS-CoV-2 is extremely specific for having previously had COVID-19. There is no requirement to demonstrate complete immunity by serologic evidence; there is no requirement that the previous COVID-19 not have occurred more than once, nor that infection could not theoretically recur, as breakthrough infections certainly can after vaccination (see ¶ 43 *infra*); and commercial testing for natural COVID-19 serology is available.[28] A positive commercial serologic test demonstrates the

---

[27] Tan ST, Kwan AT, Rodríguez-Barraquer I, Singer BJ, Park HJ, Lewnard JA, Sears D, Lo NC. Infectiousness of SARS-CoV-2 breakthrough infections and reinfections during the Omicron wave. Nat Med 2023 Jan 2. https://www.nature.com/articles/s41591-022-02138-x
[28] https://www.questdiagnostics.com/patients/get-tested/conditions/infectious-disease/covid-19/antibody

fact of past COVID-19, and that fact is sufficient to assert durable immunity to reinfection by the virus, as good as or better than receipt of the primary series of vaccination required by the NYSDOH regulation at issue.

43.    As discussed herein, 2-dose COVID-19 vaccine immunity does not provide complete immunity, and it does not protect the vaccinated individual from getting or transmitting COVID-19. The criteria stated by Dr. Lutterloh at ¶ 41 are not imposed on vaccine-based immunity and are therefore not comparable between vaccine-based and natural immunity.  These criteria represent an ad hoc and arbitrarily incorrect characterization of the fact of a positive result in commercial serologic testing for past COVID-19.

### Currently Available Vaccines May Actually Increase
### The Risk of Infection or Transmission of SARS-CoV-2

44.    Data from a number of more recent high-powered studies show that currently available vaccines may eventually actually increase the risk of infection and transmission of COVID-19 rather than decrease it.

45.    A study performed during Qatar's Omicron wave in December 2021 to mid-January 2022 involving more than 1.6 million persons bears out this fact by demonstrating that any previous protection afforded by full primary doses of the currently available vaccines no longer exists (Altarawneh et al., 2022).[29]

46.    The Qatar national study showed that full vaccination with either BNT162b2 (Pfizer) or mRNA-1273 (Moderna) had "negligible" effectiveness to prevent infection, and that the vaccines were conferring null or negative efficacy—in other words, by six months after vaccination, **those vaccinated but not boosted were more likely to develop symptomatic infections than unvaccinated individuals.**  (Altarawneh et al., 2022)[30] (see earlier figure).

---

[29] *See* fn 13, *supra.*
[30] *Id.*

12

47.     The same eventual negative efficacy is seen after five months post-vaccination in the large Southern California Kaiser Permanente study by Tseng et al. (Tseng et al., 2022).[31]

48.     The same eventual negative efficacy is seen after eight months post-vaccination in the large Swedish study by Nordström et al. (Nordström et al., 2022).[32]

49.     Public Health UK data from March 2022 similarly show that boosted adults in all age groups had approximately three times the infection risk of unvaccinated adults (UK Health Security Agency, 2022).[33]

50.     Even if there were some average behavioral differences between the vaccinated and unvaccinated individuals in the UK data, these would be very unlikely to have accounted for the large observed increased infection risks in the vaccinated, let alone suggest that the vaccinated should have had lower risk. Whatever general health differences might have tended to have been present in vaccinated vs unvaccinated individuals at the beginning of the UK vaccine rollouts were largely dissipated by March 2022 to which these data pertain.

51.     Follow-up data of some 51,000 Cleveland Clinic health-care employees shows that the cumulative risk of getting COVID-19 is positively directly related to the number of previous vaccine doses (0, 1, 2, 3, >3) received (Shrestha et al., 2022)[34] (figure at top of next page).  These risk differences between doses were statistically significant, and again demonstrate that vaccination is not associated with decreased risk of SARS-CoV-2 infection but quite possibly with increased risk.

---

[31] *See* fn 8, *supra*.

[32] Nordström P, Ballin M, Nordström A.  Risk of infection, hospitalisation, and death up to 9 months after a second dose of COVID-19 vaccine: a retrospective, total population cohort study in Sweden.  Lancet 2022 (399), February 26. https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(22)00089-7/fulltext

[33] UK Health Security Agency.  COVID-19 vaccine surveillance report Week 13, Publishing reference: GOV-11859, March 31, 2022.
https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1066759/Vaccine-surveillance-report-week-13.pdf (last visited January 22, 2023).

[34] Shrestha NK, Burke PC, Nowacki AS, Simon JF, Hagen A, Gordon SM.  Effectiveness of the Coronavirus Disease 2019 (COVID-19) Bivalent Vaccine.  medRxiv preprint, December 19, 2022.
https://www.medrxiv.org/content/10.1101/2022.12.17.22283625v1

medRxiv preprint doi: https://doi.org/10.1101/2022.12.17.22283625; this version posted December 19, 2022. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.

It is made available under a CC-BY-NC-ND 4.0 International license .



**Figure 2.** Simon-Makuch plot comparing the cumulative incidence of COVID-19 for subjects stratified by the number of COVID-19 vaccine doses previously received. Day zero was 12 September 2022, the day the bivalent vaccine began to be offered to employees. Point estimates and 95% confidence intervals are jittered along the x-axis to improve visibility.

52. All of these data comprise definitive, large-scale evidence that the vaccines do not provide public-health benefit in reducing SARS-CoV-2 transmission, and within a few months after the last dose, may even potentially increase transmission risks.

53. Thus, as discussed *infra* starting at ¶ 54, government and public health officials have recognized that the currently available vaccines do not protect against infection transmission.[35]

---

[35] The raw NYSDOH COVID-19 breakthrough infection tracker data cited by Dr. Lutterloh (NYSCEF Doc. 3, Ex. L - Lutterloh Aff. ¶ 8 fn 1) on infection risk in vaccinated vs unvaccinated individuals do not bear upon the risk of COVID-19 reinfection. According to CDC NY state data in the León et al. publication (*See* fn 22, *supra*), unvaccinated New Yorkers who had had previous COVID-19 infection comprised 20.9% of all unvaccinated individuals by the time of the study analysis. The breakthrough infection tracker data thus include a very large majority who have not previously had COVID-19 and are at much higher risk of infection than those previously infected.

14

54.    The CDC, for example, acknowledged that whatever protection against transmission or infection that the currently available vaccines might have afforded against earlier variants, transmission can occur with Omicron regardless of vaccination status.  They state, "Omicron spreads more easily than earlier variants, including the Delta variant. **Anyone with Omicron infection, regardless of vaccination status or whether or not they have symptoms, can spread the virus to others.**" (Centers for Disease Control and Prevention, 2022).[36]

55.    There are no statements on this CDC web page making any assertions that the vaccines have a benefit for preventing infection transmission.

56.    On August 11, 2022, CDC conceded that the COVID-19 vaccines do not provide sustained public health infection or transmission benefit: "Receipt of a primary series alone, in the absence of being up to date with vaccination* through receipt of all recommended booster doses, provides minimal protection against infection and transmission (3,6). Being up to date with vaccination provides a transient period of increased protection against infection and transmission after the most recent dose, although protection can wane over time." (Massetti et al., 2022).[37]

57.    The term "transient" means a short period of time, thus these vaccines do not serve an appreciable public health function in sustained reduction of infection or transmission risks.

58.    And, while Attorney Brockner asserts that the CDC recommends that healthcare workers follow COVID-19 vaccination recommendations and requirements, he fails to mention that the CDC has updated guidance for healthcare workers to specifically caution that "[c]onventional strategies were updated to advise that, in most circumstances, asymptomatic healthcare personnel with

---

[36] Centers for Disease Control and Prevention.  Omicron Variant: What You Need to Know.
https://www.cdc.gov/coronavirus/2019-ncov/variants/omicron-variant.html (August 11, 2021; last visited January 22, 2023)
[37] Massetti GM, Jackson BR, Brooks JT, Perrine CG, Reott E, Hall AJ, Lubar D, Williams IT, Ritchey MD, Patel P, Liburd LC, Mahon BE.  Summary of Guidance for Minimizing the Impact of COVID-19 on Individual Persons, Communities, and Health Care Systems - United States, August 2022.  MMWR Morb Mortal Wkly Rep 2022;71(33):1057-1064. https://www.cdc.gov/mmwr/volumes/71/wr/mm7133e1.htm

higher-risk exposures do not require work restrictions, regardless of their vaccination status."[38] (NYSCEF Doc. 3, Ex. F at 103) as well as that "vaccination status is no longer used to inform source control, screening testing, or post-exposure recommendations."[39]

59.     Nor do Appellants mention CDC's updated generalized guidance in 2022, stating that "CDC's COVID-19 prevention recommendations no longer differentiate on a person's vaccination status.[40]

60.     **Given that the vaccines do not prevent COVID-19 infection or transmission and are officially acknowledged not to do so, clearly there can be no benefit for mandating their usage.**

61.     The regulation at issue mandated that the primary series be completed in 2021 and does not at this time appear to include any booster requirement.

62.     Given the fact that vaccine efficacy wanes substantially in a matter of a few months, there is no rational basis to exclude unvaccinated healthcare workers but allow healthcare workers to come to work who had their last dose some two years ago.

63.     Nor would the addition of a booster requirement justify the mandate from a public health perspective.

64.     The booster vaccines recently released for the fall 2022/winter 2023 season are already appearing to show failure to provide appreciable public health value.  This is because, just like the original vaccine doses, they have only transient benefit toward their targeted substrains BA.4 and BA.5, as well as that those substrains have already lost predominance in the US.  The CDC chart provided

---

[38] Centers for Disease Control and Prevention.  Strategies to Mitigate Healthcare Personnel Staffing Shortages. https://www.cdc.gov/coronavirus/2019-ncov/hcp/mitigating-staff-shortages.html (September 23, 2022; last visited January 30, 2023)
[39] Centers for Disease Control and Prevention.  Interim Infection Prevention and Control Recommendations for Healthcare Personnel During the Coronavirus Disease 2019 (COVID-19) Pandemic. https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-recommendations.html (September 23, 2022; last visited January 30, 2023)
[40] *See* fn 1, *supra.*

16

earlier shows that these Omicron variants are now of negligible circulation. The current substrains, BQ.1.1 and XBB.1, largely escape neutralization by antibodies resulting from the bivalent vaccine booster (Kurhade et al., 2022[41]; Davis-Gardner et al., 2023[42]; Miller et al., 2023[43]; Uraki et al., 2023[44]).

65.    Because the COVID-19 vaccines, both the original formulations and the bivalent boosters, fail to provide any sustained suppression of population infection spread, they are inadequate as agents for pandemic control. This officially acknowledged lack of efficacy makes mandates for them, both for the original two-dose vaccines as well as for monovalent or bivalent boosters, unwarranted.

### Conclusion

66.    By a large body of evidence, as well as by official statements of the CDC, there is no difference in risk of SARS-CoV-2 transmission by vaccinated vs unvaccinated individuals.

67.    It is not a scientifically supportable position to state that maintenance of a vaccine mandate requiring the primary series of vaccines (effective 2021) is necessary to avoid irreparable harm.

68.    On the contrary, particularly in an unprecedented staffing crisis, it would instead cause irreparable harm to patients and caregivers to continue to ban, based on their failure to receive the first two doses of the COVID-19 vaccine, ready, willing and able experienced doctors, nurses and other healthcare personnel from returning to work.

---

[41] Kurhade C, Zou J, Xia H, Liu M, Chang HC, Ren P, Xie X, Shi PY. Low neutralization of SARS-CoV-2 Omicron BA.2.75.2, BQ.1.1 and XBB.1 by parental mRNA vaccine or a BA.5 bivalent booster. Nat Med 2022 Dec 6. https://www.nature.com/articles/s41591-022-02162-x

[42] Davis-Gardner ME, Lai L, Wali B, Samaha H, Solis D, Lee M, Porter-Morrison A, Hentenaar IT, Yamamoto F, Godbole S, Liu Y, Douek DC, Lee FE, Rouphael N, Moreno A, Pinsky BA, Suthar MS. Neutralization against BA.2.75.2, BQ.1.1, and XBB from mRNA Bivalent Booster. N Engl J Med 2023;388(2):183-185. https://www.nejm.org/doi/full/10.1056/NEJMc2214293

[43] See fn 6, supra

[44] Uraki R, Ito M, Furusawa Y, Yamayoshi S, Iwatsuki-Horimoto K, Adachi E, Saito M, Koga M, Tsutsumi T, Yamamoto S, Otani A, Kiso M, Sakai-Tagawa Y, Ueki H, Yotsuyanagi H, Imai M, Kawaoka Y. Humoral immune evasion of the omicron subvariants BQ.1.1 and XBB. Lancet Infect Dis 2023;23(1):30-32. https://www.thelancet.com/journals/laninf/article/PIIS1473-3099(22)00816-7/fulltext

17

Dated: February 1, 2023

Harvey A. Risch

Affirmed before me this 1st day of February 2023.

Notary Public

SOPHIA NADHAZI
Notary Public, State of Connecticut
My Commission Expires Dec. 31, 2023

# EXHIBIT 4



**SCHEINMAN**
ARBITRATION & MEDIATION SERVICES

September 10, 2021

<u>Via E-Mail Only</u>
Renee Campion, Commissioner
Steven H. Banks, Esq.
New York City Office of Labor Relations
The Office of Labor Relations
22 Cortlandt Street, 14th Floor
New York, NY 10007

Alan M. Klinger, Esq.
Stroock & Stroock & Lavan, L.L.P.
180 Maiden Lane, 33rd Floor
New York, NY 10038

Beth Norton, Esq.
Michael Mulgrew, President
United Federation of Teachers
52 Broadway, 14th Floor
New York, NY 10004

Re:    **Board of Education of the City School District of the City of New York and**
       **United Federation of Teachers, Local 2, AFT, AFL–CIO**
       **(Impact Bargaining)**

Dear Counsel:

Enclosed please find my Award in the above referenced matter.

Thank you.

Sincerely,

*Martin F. Scheinman*

MFS/sk
BOE.UFT.Impact Bargaining. award

Ex 1

```
----------------------------------- X
In the Matter of the Arbitration
                                    X
           between
                                    X
BOARD OF EDUCATION OF THE CITY                    Re: Impact Bargaining
SCHOOL DISTRICT OF THE CITY OF      X
NEW YORK
                                    X
            "Department"
                                    X
            -and-
                                    X
UNITED FEDERATION OF TEACHERS,
LOCAL 2, AFT, AFL-CIO               X

            "Union"                 X
----------------------------------- X
```

**APPEARANCES**

> **For the Department**
>> Renee Campion, Commissioner of Labor Relations
>> Steven H. Banks, Esq., First Deputy Commissioner
>> and General Counsel of Labor Relations


> **For the Union**
>> STROOCK & STROOCK & LAVAN, L.L.P.
>>> Alan M. Klinger, Esq.


>> Beth Norton, Esq., UFT General Counsel
>> Michael Mulgrew, UFT President




**BEFORE:** Martin F. Scheinman, Esq., Arbitrator

[FILED: NEW YORK COUNTY CLERK 07/19/2022 02:10 PM]

NYSCEF DOC. NO. 4    Case 1:25-cv-01861-OEM-MMH    Document 1    Filed 04/04/25    Page 86 of 217 PageID #:    RECEIVED NYSCEF: 07/19/2022

86

## BACKGROUND

The Union ("Union" or "UFT") protests the Department of Education's ("Department" or "DOE") failure to reach agreement on the impact of its decision mandating all employees working in Department buildings show proof they started the Covid-19 vaccination protocols by September 27, 2021. The Union contends the Department failed to adequately provide, among other things, for those instances where employees have proof of a serious medical condition making the vaccine a danger to their health, as well as for employees who have a legitimate religious objection to vaccines.

Most of the basic facts are not in dispute.

For those in the New York City ("NYC" or "City") metropolitan area, we are now in the 18th month of the Covid-19 pandemic. During that time, we have seen substantial illness and loss of life. There have been periods of significant improvement and hope, but sadly, we have seen resurgence with the Delta variant. Throughout this period, NYC and its municipal unions have worked collaboratively to provide needed services for the City's 8.8 million residents in as safe an environment as possible. Yet, municipal employees have often borne great risk. The Department and the UFT are no exception. The DOE and the UFT immediately moved to remote instruction and then later a hybrid model of both in-person and remote learning for the 2020-2021 school year. Educators at all levels strove to deliver the best experience possible under strained circumstances. For this

2

coming school year, both the DOE and the UFT have endeavored to return, as much as possible, to in-person learning. They have developed protocols regarding masking and distancing to effectuate a safe environment for the City's students and educators.

To this end, the Delta resurgence has complicated matters. In recognition of increased risk, there have been various policies implemented at City agencies and other municipal entities. Mayor de Blasio in July 2021 announced a "Vaccine-or-Test" mandate which essentially requires the City workforce, including the UFT's educators, either to be vaccinated or undergo weekly testing for the Covid-19 virus effective September 13, 2021.

Most relevant to this matter, on August 23, 2021, the Mayor and the NYC Commissioner of Health and Mental Hygiene, David A. Chokshi, MD, announced a new policy for those workforces in NYC DOE buildings. Those employees would be subject to a "Vaccine Only" mandate. That is, such employees would need to show by September 27, 2021, they had at least started the vaccination protocol or would not be allowed onto DOE premises, would not be paid for work and would be at risk of loss of job and benefits. This mandate was reflected in an Order of Commissioner Chokshi, dated August 24, 2021. That Order, by its terms, did not expressly provide for exceptions or accommodations for those with medical contraindications to vaccination or sincerely-held religious objections to inoculation. Nor did it address matters of due process with regard to job and benefits protection.

3

The UFT promptly sought to bargain the impact and implementation of the Vaccine Only mandate. A number of discussions were had by the parties but important matters remained unresolved.

On September 1, 2021, the UFT filed a Declaration of Impasse with the Public Employment Relations Board ("PERB") as to material matters. The City/DOE did not challenge the statement of impasse and PERB appointed me to mediate the matters. Given the exigencies of the imminent start of the school year and the coming of the September 27, 2021, mandate, together with the importance of the issues involved to the workforce, mediations sessions were held immediately on September 2, 3, 4 and 5, 2021, with some days having multiple sessions. Progress was made, and certain tentative understandings were reached, but significant matters remained unresolved. By agreement of the parties, the process moved to arbitration. They asked I serve as arbitrator.[1]

Arbitration sessions were held on September 6 and 7, 2021. During the course of the hearings, both sides were given full opportunity to introduce evidence and argument in support of their respective positions. They did so. Both parties made strenuous and impassioned arguments reflecting their viewpoints on this entire issue.

During the course of these hearings, I made various interim rulings concerning the impact of the "Vaccine Only" mandate. I then

---

[1] My jurisdiction is limited to the issues raised during impact bargaining and not with regard to the decision to issue the underlying "Vaccine Only" order.

4

directed the parties to draft language reflecting those rulings.
Even though I am very familiar with the language of the current
Collective Bargaining Agreement, as well as the parties'
relationship since I am a member of their permanent arbitration panel
and have served as a fact-finder and mediator during several rounds
of bargaining, I concluded the parties are more familiar with
Department policy and how leave and entitlements have been
administered in accordance with prior agreements.  As such, my
rulings reflect both the understandings reached during the
negotiations prior to mediation, those reached in the mediation
process and the parties' agreed upon language in response to my
rulings.  All are included, herein.

I commend the parties for their seriousness of purpose and
diligence in addressing these complicated matters.  The UFT made
clear it supports vaccination efforts and has encouraged its members
to be vaccinated.  Nonetheless, as a Union, it owes a duty to its
members to ensure their rights are protected.  The City/DOE
demonstrated recognition of the importance of these issues,
particularly with regard to employees' legitimate medical or
religious claims.  I appreciate both parties' efforts in meeting the
tight timeline we have faced and the professionalism they
demonstrated serving the citizens of the City and what the million
plus students deserved.  They have invested immense effort to insure
such a serious issue was litigated in such a thoughtful way.

FILED: NEW YORK COUNTY CLERK 07/19/2022 02:10 PM

NYSCEF DOC. NO. 4    Case 1:25-cv-01861-OEM-MMH    Document 1    Filed 04/04/25    Page 90 of 217 PageID #:    RECEIVED NYSCEF: 07/19/2022
90

Yet, in the end, it falls to me, as Arbitrator, to arrive at a fair resolution of the matters at hand.

This matter is one of the most urgent events I have been involved with in my forty (40) plus years as a neutral. The parties recognized the complexity of the issues before me, as well as the magnitude of the work that lies ahead to bring this conflict to completion in a timely manner. For this reason, they understood and accepted the scope and complexity of this dispute could not be handled by me alone. They agreed my colleagues at Scheinman Arbitration and Mediation Services ("SAMS") would also be involved.

I want to thank my colleagues at SAMS, especially Barry J. Peek, for their efforts and commitment to implementing the processes to resolve this matter. This undertaking could not be accomplished by any single arbitrator.

## Opinion

After having carefully considered the record evidence, and after having the parties respond to countless inquiries. I have requested to permit me to make a final determination, I make the rulings set forth below. While some of the language has been drafted, initially, by the parties in response to my rulings, in the end the language set forth, herein, is mine alone. I hereby issue the following Award:

## I.    Exemption and Accommodation Requests & Appeal Process

As an alternative to any statutory reasonable accommodation

6

FILED: NEW YORK COUNTY CLERK 07/19/2022 02:10 PM

NYSCEF DOC. NO. 4    Case 1:25-cv-01861-OEM-MMH    Document 1    Filed 04/04/25    Page 91 of 217 PageID #: 91    RECEIVED NYSCEF: 07/19/2022

process, the City, the Board of Education of the City School District for the City of New York (the "DOE"), and the United Federation of Teachers, Local 2, AFT, AFL-CIO (the "UFT), (collectively the "Parties") shall be subject to the following Expedited Review Process to be implemented immediately for full-time staff, H Bank and non-pedagogical employees who work a regular schedule of twenty (20) hours per week or more inclusive of lunch, including but not limited to Occupational Therapists and Physical Therapists, and Adult Education teachers who work a regular schedule of twenty (20) or more hours per week. This process shall only apply to (a) religious and medical exemption requests to the mandatory vaccination policy, and (b) medical accommodation requests where an employee is unable to mount an immune response to COVID-19 due to preexisting immune conditions and the requested accommodation is that the employee not appear at school. This process shall be in place for the 2021-2022 school year and shall only be extended by mutual agreement of the Parties.

Any requests to be considered as part of this process must be submitted via the SOLAS system no later than Monday, September 20, 2021, by 5:00 p.m.

A. Full Medical Exemptions to the vaccine mandate shall only be considered where an employee has a documented contraindication such that an employee cannot receive any of the three (3) authorized vaccines (Pfizer, Moderna, J&J)— with contraindications delineated in CDC clinical

FILED: NEW YORK COUNTY CLERK 07/19/2022 02:10 PM

NYSCEF DOC. NO. 4    Case 1:25-cv-01861-OEM-MMH    Document 1    Filed 04/04/25    Page 92 of 217 PageID #: RECEIVED NYSCEF: 07/19/2022
92

considerations for COVID-19 vaccination. Note that a prior immediate allergic reaction to one (1) type of vaccine will be a precaution for the other types of vaccines, and may require consultation with an allergist.

B. Temporary Medical Exemptions to the vaccine mandate shall only be based on the following valid reasons to defer or delay COVID-19 vaccination for some period:

o Within the isolation period after a COVID-19 infection;

o Within ninety (90) days of monoclonal antibody treatment of COVID-19;

o Treatments for conditions as delineated in CDC clinical considerations, with understanding CDC guidance can be updated to include new considerations over time, and/or determined by a treating physician with a valid medical license responsible for the immunosuppressive therapy, including full and appropriate documentation that may warrant temporary medical exemption for some period of time because of active therapy or treatment (e.g., stem cell transplant, CAR T-cell therapy) that would temporarily interfere with the patient's ability to respond adequately to vaccination;

o Pericarditis or myocarditis not associated with COVID-19 vaccination or pericarditis or myocarditis associated with COVID-19 vaccination.

Length of delay for these conditions may vary, and the employee must get vaccinated after that period unless satisfying the criteria for a Full Medical Exemption described, above.

C. Religious exemptions for an employee to not adhere to the mandatory vaccination policy must be documented in writing by a religious official (e.g., clergy). Requests shall be denied where the leader of the religious organization has spoken publicly in favor of the vaccine, where the documentation is readily available (e.g., from an online source), or where the objection is personal, political, or philosophical in nature. Exemption requests shall be considered for recognized and established religious organizations (e.g., Christian Scientists).

D. There are cases in which, despite an individual having sought and received the full course of the vaccination, he or she is unable to mount an immune response to COVID-19 due to preexisting immune conditions. In these circumstances, each individual case shall be reviewed for potential accommodation. Medical accommodation requests must be documented in writing by a medical doctor.

E. The initial determination of eligibility for an exemption or accommodation shall be made by staff in the Division of Human Capital in the Office of Medical, Leaves and Benefits; the Office of Equal Opportunity; and Office of Employee

9

Relations. These determinations shall be made in writing no later than Thursday, September 23, 2021, and, if denied, shall include a reason for the denial.

F. If the employee wishes to appeal a determination under the identified criteria, such appeal shall be made in SOLAS to the DOE within one (1) school day of the DOE's issuance of the initial eligibility determination. The request for appeal shall include the reason for the appeal and any additional documentation. Following the filing of the appeal, any supplemental documentation may be submitted by the employee to the Scheinman Arbitration and Mediation Services ("SAMS") within forty eight (48) hours after the filing of the appeal. If the stated reason for denial of a medical exemption or accommodation request is insufficient documentation, the employee may request from the arbitrator and, upon good cause shown, the arbitrator may grant an extension beyond forty eight (48) hours and permit the use of CAR days after September 27, 2021, for the employee to gather the appropriate medical documentation before the appeal is deemed submitted for determination.

G. A panel of arbitrators identified by SAMS shall hear these appeals, and may request the employee or the DOE submit additional documentation. The assigned arbitrator may also request information from City and/or DOE Doctors as part of the review of the appeal documentation. The assigned

arbitrator, at his or her discretion, shall either issue a decision on the appeal based on the documents submitted or hold an expedited (virtual) factual hearing. If the arbitrator requests a factual hearing, the employee may elect to have a union representative present but neither party shall be required to be represented by an attorney at the hearing. The expedited hearing shall be held via Zoom telecommunication and shall consist of brief opening statements, questions from the arbitrator, and brief closing statements. Cross examination shall not be permitted. Any documentation submitted at the arbitrator's request shall be provided to the DOE at least one (1) business day before the hearing or the issuance of the written decision without hearing.

H. Appeal decisions shall be issued to the employee and the DOE no later than Saturday September 25, 2021. Appeal decisions shall be expedited without full Opinion, and final and binding.

I. While an appeal is pending, the exemption shall be assumed granted and the individual shall remain on payroll consistent with Section K below. However, if a larger number of employees than anticipated have a pending appeal as of September 27, 2021, as determined by SAMS, SAMS may award different interim relief consistent with the parties' intent. Those employees who are vaccinated and have applied for an

11

accommodation shall have the ability to use CAR days while their application and appeal are pending. Should the appeal be granted, these employees shall be reimbursed any CAR days used retroactive to the date of their initial application.

J. The DOE shall cover all arbitration costs from SAMS under this process. To the extent the arbitrator requests additional medical documentation or information from the DOE, or consultation with City and/or DOE Doctors, arranging and paying for such documentation and/or consultation shall be the responsibility of the DOE.

K. An employee who is granted a medical or religious exemption or a medical accommodation under this process and within the specific criteria identified above shall be permitted the opportunity to remain on payroll, but in no event required/permitted to enter a school building while unvaccinated, as long as the vaccine mandate is in effect. Such employees may be assigned to work outside of a school building (e.g., at DOE administrative offices) to perform academic or administrative functions as determined by the DOE while the exemption and/or accommodation is in place. For those with underlying medical issues granted an accommodation under Section I(D), the DOE will make best efforts to ensure the alternate work setting is appropriate for the employee's medical needs. The DOE shall make best efforts to make these assignments within the same borough as

12

the employee's current school, to the extent a sufficient number of assignments exist in the borough. Employees so assigned shall be required to submit to COVID testing twice per week for the duration of the assignment.

L. The process set forth, herein, shall constitute the exclusive and complete administrative process for the review and determination of requests for religious and medical exemptions to the mandatory vaccination policy and accommodation requests where the requested accommodation is the employee not appear at school. The process shall be deemed complete and final upon the issuance of an appeal decision. Should either party have reason to believe the process set forth, herein, is not being implemented in good faith, it may bring a claim directly to SAMS for expedited resolution.

## II. Leave

A. Any unvaccinated employee who has not requested an exemption pursuant to Section 1, or who has requested an exemption which has been denied, may be placed by the DOE on leave without pay effective September 28, 2021, or upon denial of appeal, whichever is later, through November 30, 2021. Such leave may be unilaterally imposed by the DOE and may be extended at the request of the employee consistent with Section III(B), below. Placement on leave without pay for these reasons shall not be considered a disciplinary action for any purpose.

13

Case 1:25-cv-01861-OEM-MMH   Document 1   Filed 04/04/25   Page 98 of 217 PageID #: 98

B. Except as otherwise noted, herein, this leave shall be treated consistent with other unpaid leaves at the DOE for all purposes.

C. During such leave without pay, employees shall continue to be eligible for health insurance. As with other DOE leaves without pay, employees are prohibited from engaging in gainful employment during the leave period.

D. Employees who become vaccinated while on such leave without pay and provide appropriate documentation to the DOE prior to November 30, 2021, shall have a right of return to the same school as soon as is practicable but in no case more than one (1) week following notice and submission of documentation to the DOE.

E. Pregnancy/Parental Leave

    i. Any soon-to-be birth mother who starts the third trimester of pregnancy on or before September 27, 2021, (e.g. has a due date no later than December 27, 2021), may commence UFT Parental Leave prior to the child's birth date, but not before September 27, 2021.

    ii. No documentation shall be necessary for the early use of Parental Leave, other than a doctor's written assertion the employee is in her third trimester as of September 27, 2021.

    iii. Eligible employees who choose to start Parental Leave prior to the child's birth date, shall be required to first use CAR days until either: 1) they exhaust CAR/sick days,

at which point the Parental Leave shall begin, or 2) they give birth, at which point they shall be treated as an approved Parental Leave applicant for all purposes, including their prerogative to use additional CAR days prior to the commencement of Parental Leave.

iv. Eligible employees who have a pregnancy disability or maternity disability outside of the regular maternity period may, in accordance with existing rules, borrow CAR/sick days and use a Grace Period. This eligibility to borrow CAR/sick days does not apply to employees during the regular maternity recovery period if they have opted to use Parental Leave.

v. In the event an eligible employee exhausts CAR/sick days and parental leave prior to giving birth, the employee shall be placed on a leave without pay, but with medical benefits at least until the birth of the child. As applicable, unvaccinated employees may be placed in the leave as delineated in Section II(A).

vi. If not otherwise covered by existing Family Medical Leave Act ("FMLA") or leave eligibility, an employee who takes Parental Leave before the birth of the child shall be eligible to be on an unpaid leave with medical benefits for the duration of the maternity recovery period (i.e., six weeks after birth or eight weeks after a birth via C-Section)

15

FILED: NEW YORK COUNTY CLERK 07/19/2022 02:10 PM

NYSCEF DOC. NO. 4    Case 1:25-cv-01861-OEM-MMH    Document 1    Filed 04/04/25    Page 100 of 217 PageID    RECEIVED NYSCEF: 07/19/2022
#: 100

vii.    All other eligibility and use rules regarding UFT Parental Leave as well as FMLA remain in place.

## III. Separation

A. During the period of September, 28, 2021, through October 29, 2021, any employee who is on leave without pay due to vaccination status may opt to separate from the DOE. In order to separate under this Section and receive the commensurate benefits, an employee must file a form created by the DOE which includes a waiver of the employee's rights to challenge the employee's involuntary resignation, including, but not limited to, through a contractual or statutory disciplinary process. If an employee opts to separate consistent with this Section, the employee shall be eligible to be reimbursed for unused CAR days on a one (1) for one (1) basis at the rate of 1/200th of the employee's salary at departure per day, up to 100 days, to be paid following the employee's separation with documentation including the general waiver and release. Employees who elect this option shall be deemed to have resigned involuntarily effective on the date contained in the general waiver as determined by the DOE, for non-disciplinary reasons. An employee who separates under this Section shall continue to be eligible for health insurance through September 5, 2022, unless they are eligible for health insurance from another source (e.g., a spouse's coverage or another job).

16

B. During the period of November 1, 2021, through November 30, 2021, any employee who is on leave without pay due to vaccination status may alternately opt to extend the leave through September 5, 2022. In order to extend this leave pursuant to this Section, and continue to receive the commensurate benefits, an employee must file a form created by the DOE which includes a waiver of the employee's rights to challenge the employee's voluntary resignation, including, but not limited to, through a contractual or statutory disciplinary process. Employees who select this option shall continue to be eligible for health insurance through September 5, 2022. Employees who comply with the health order and who seek to return from this leave, and so inform the DOE before September 5, 2022, shall have a right to return to the same school as soon as is practicable but in no case more than two (2) weeks following notice to the DOE. Existing rules regarding notice of leave intention and rights to apply for other leaves still apply. Employees who have not returned by September 5, 2022, shall be deemed to have voluntarily resigned.

C. Beginning December 1, 2021, the DOE shall seek to unilaterally separate employees who have not opted into separation under Sections III(A) and III(B). Except for the express provisions

17

Case 1:25-cv-01861-OEM-MMH    Document 1    Filed 04/04/25    Page 102 of 217 PageID #: 102

contained, herein, all parties retain all legal rights at all times relevant, herein.

September 10 , 2021.

_____
Martin F. Scheinman, Esq.
Arbitrator

STATE OF NEW YORK          )
                           )    ss.:
COUNTY OF NASSAU           )

I, MARTIN F. SCHEINMAN, ESQ., do hereby affirm upon my oath as Arbitrator that I am the individual described herein and who executed this instrument, which is my Award.

September 10 , 2021.

_____
Martin F. Scheinman, Esq.
Arbitrator

DOS.UFT.Impact Bargaining.awd

18

# EXHIBIT 5

Notice of Leave Without Pay - PLEASE READ

NYCDOE <noreply@schools.nyc.gov>
Sat 10/2/2021 3:10 PM
To:                    @schools.nyc.gov>

 **Department of Education**

Dear

You are receiving this message because **you are being placed on a Leave Without Pay (LWOP) because you are not in compliance with the DOE's <u>COVID-19 Vaccine Mandate</u>.** If you are a substitute or in certain titles you have been placed in another inactive status, not a LWOP. **This means you must <u>not</u> report to your work or school site beginning Monday, October 4th.**

While you are on Leave Without Pay (LWOP), you:

- Cannot work and will not receive compensation, but you will continue your medical benefits
- Cannot use annual leave, CAR or sick time
- Cannot enter your work or school site
- Cannot reach out to students or families

In order to return from LWOP status, you must complete two steps using the **<u>DOE Vaccination Portal</u>**

1. Upload proof that you have received your first dose of a COVID-19 vaccine. **Proof of COVID-19 Vaccine can be an image of your vaccination card, NYS Excelsior Pass, or another government record**
2. E-sign the attestation stating that you are willing to return to your worksite within seven calendar days of submission.

Once you have completed these two steps, your HR Director and supervisor will also be notified and will work with you to plan your return date.

**If you have been vaccinated this weekend and upload this information by Monday morning, you may report to work as usual on Monday, October 4th, and you will be put back on active status.**

On Monday, October 4th, if you have an acceptable proof of vaccination (e.g., vaccination card, NY State Excelsior pass, or other government record) but have not been able to upload to the **<u>DOE Vaccination Portal</u>**, you may show your proof to the School Safety Agent and/or Principal (or designee) at the door. You will be allowed in the building, and you must immediately upload proof of vaccination to the Vaccination Portal and confirm that you would like to return to work in order to ensure there is no break in payroll.

If you encounter technical issues accessing the Vaccination Portal, please contact the DOE Help Desk by <u>opening a ticket online</u> or calling 718-935-5100. If you need support uploading your proof of vaccination, please contact your principal or HRD who can do so on your behalf.

Please be advised that if you do not intend to return to the DOE after October 1, 2021, you will need to return all DOE property, including computers, IDs, blackberries, and keys, immediately. Failure to return any DOE property that has been assigned to you will delay the processing of your final payment and any payout of leave time.

Employees represented by UFT or CSA who have been placed on LWOP due to vaccination status may select (in SOLAS) special separation or leave options per the arbitration award:

- **Separation with benefits** (available in SOLAS as of Monday, October 4): Employees choosing to separate under this option:
  - **Must share their intention to separate via SOLAS by October 29, 2021.**
  - Will be required to waive their rights to challenge the involuntary resignation, including, but not limited to, through a contractual or statutory disciplinary process
  - Will be eligible to be reimbursed for unused CAR/sick leave on a one-for-one basis at the rate of 1/200th of the employee's salary at departure per day, up to 100 days, to be paid out following the employee's separation
  - Will be eligible to maintain health insurance through September 5, 2022, unless they have health insurance available from another source.
- **Extend the leave without pay due to vaccination status through September 5, 2022** (available in SOLAS as of Monday, November 1 through November 30, 2021):
  - Employees choosing this option will also be required to waive their rights to challenge their involuntary resignation, including, but not limited to, through a contractual or statutory discipline process
  - They will remain eligible for health insurance through September 5, 2022
  - Employees who have not returned by September 5, 2022 shall be deemed to have voluntarily resigned
- Beginning December 1, 2021, the DOE will seek to unilaterally separate employees who have not selected one of the options above or otherwise separated service.

For more information about where to get vaccinated, visit vaccinefinder.nyc.gov or call 877-VAX-4-NYC. For the latest COVID-19 staffing updates, please visit the Coronavirus Staff Update InfoHub page.

Sincerely,

NYCDOE Division of Human Capital

# EXHIBIT 6

## ORDER OF THE COMMISSIONER
## OF HEALTH AND MENTAL HYGIENE
## TO REQUIRE COVID-19 VACCINATION FOR
## DEPARTMENT OF EDUCATION
## EMPLOYEES, CONTRACTORS, VISITORS, AND OTHERS

**WHEREAS,** on March 12, 2020, Mayor Bill de Blasio issued Emergency Executive Order No. 98 declaring a state of emergency in the City to address the threat posed by COVID-19 to the health and welfare of City residents, and such order remains in effect; and

**WHEREAS,** on March 25, 2020, the New York City Commissioner of Health and Mental Hygiene declared the existence of a public health emergency within the City to address the continuing threat posed by COVID-19 to the health and welfare of City residents, and such declaration and public health emergency continue to be in effect; and

**WHEREAS,** pursuant to Section 558 of the New York City Charter (the "Charter"), the Board of Health may embrace in the Health Code all matters and subjects to which the power and authority of the Department of Health and Mental Hygiene (the "Department") extends; and

**WHEREAS,** pursuant to Section 556 of the Charter and Section 3.01(c) of the Health Code, the Department is authorized to supervise the control of communicable diseases and conditions hazardous to life and health and take such actions as may be necessary to assure the maintenance of the protection of public health; and

**WHEREAS,** the U.S. Centers for Disease Control and Prevention ("CDC") reports that new variants of COVID-19, identified as "variants of concern" have emerged in the United States, and some of these new variants which currently account for the majority of COVID-19 cases sequenced in New York City, are more transmissible than earlier variants; and

**WHEREAS,** the CDC has stated that vaccination is an effective tool to prevent the spread of COVID-19 and benefits both vaccine recipients and those they come into contact with, including persons who for reasons of age, health, or other conditions cannot themselves be vaccinated; and

**WHEREAS,** the CDC has recommended that school teachers and staff be "vaccinated as soon as possible" because vaccination is "the most critical strategy to help schools safely resume full operations [and] is the leading public health prevention strategy to end the COVID-19 pandemic;" and

**WHEREAS,** on September 9, 2021, President Joseph Biden announced that staff who work in Head Start programs and in schools run by the Bureau of Indian Affairs and Department of Defense will be required to be vaccinated in order to implement the CDC's recommendations; and

**WHEREAS,** on August 26, 2021, New York State Department of Health adopted emergency regulations requiring staff of inpatient hospitals and nursing homes to receive the first dose of a vaccine by September 27, 2021, and staff of diagnostic and treatment centers, hospices, home care and adult care facilities to receive the first dose of a vaccine by October 7, 2021; and

**WHEREAS,** Section 17-104 of the Administrative Code of the City of New York directs the Department to adopt prompt and effective measures to prevent the communication of infectious diseases such as COVID-19, and in accordance with Section 17-109(b), the Department may adopt

vaccination measures to effectively prevent the spread of communicable diseases; and

**WHEREAS,** the City is committed to safe, in-person learning in all pre-school to grade 12 schools, following public health science; and

**WHEREAS** the New York City Department of Education ("DOE") serves approximately 1 million students across the City, including students in the communities that have been disproportionately affected by the COVID-19 pandemic and students who are too young to be eligible to be vaccinated; and

**WHEREAS,** a system of vaccination for individuals working in school settings, including DOE buildings and charter school buildings, will potentially save lives, protect public health, and promote public safety; and

**WHEREAS,** pursuant to Section 3.01(d) of the Health Code, I am authorized to issue orders and take actions that I deem necessary for the health and safety of the City and its residents when urgent public health action is necessary to protect the public health against an existing threat and a public health emergency has been declared pursuant to such section; and

**WHEREAS,** on August 24, 2021, I issued an order requiring COVID-19 vaccination for DOE employees, contractors, and others who work in-person in a DOE school setting or DOE building, which was amended on September 12, 2021; and

**WHEREAS,** unvaccinated visitors to public school settings could spread COVID-19 to students and such individuals are often present in public school settings and DOE buildings;

**NOW THEREFORE** I, Dave A. Chokshi, MD, MSc, Commissioner of Health and Mental Hygiene, finding that a public health emergency within New York City continues, and that it is necessary for the health and safety of the City and its residents, do hereby exercise the power of the Board of Health to prevent, mitigate, control and abate the current emergency, to

**RESCIND and RESTATE** my September 12, 2021 Order relating to COVID-19 vaccination for DOE employees, contractors, visitors, and others; and

I hereby order that:

1. No later than September 27, 2021, or prior to beginning employment, the following individuals must provide proof of vaccination as described below:
   a. DOE staff must provide proof of vaccination to the DOE.
   b. City employees who work in-person in a DOE school setting, DOE building, or charter school setting must provide proof of vaccination to their employer.
   c. Staff of contractors of DOE or the City, as defined below, must provide proof of vaccination to their employer, or if self-employed, to the DOE.
   d. Staff of any charter school serving students up to grade 12, and staff of contractors hired by charter schools co-located in a DOE school setting to work in person in a DOE school setting or DOE building, must provide proof of vaccination to their employer, or if self-employed, to the contracting charter school.

2. An employer to whom staff must submit proof of vaccination status, must securely maintain a record of such submission, either electronically or on paper, and must demonstrate proof of compliance with this Order, including making such records immediately available to the Department upon request.

3. Beginning September 13, 2021, all visitors to a DOE school building must show prior to entering the building that they have:
   a. Been fully vaccinated; or
   b. Received a single dose vaccine, or the second dose of a two-dose vaccine, even if two weeks have not passed since they received the dose; or
   c. Received the first dose of a two-dose vaccine.

4. Public meetings and hearings held in a DOE school building must offer individuals the opportunity to participate remotely in accordance with Part E of Chapter 417 of the Laws of 2021.

5. For the purposes of this Order:

   "Charter school setting" means a building or portion of building where a charter school provides instruction to students in pre-kindergarten through grade 12 that is not collocated in a DOE building.

   "DOE school setting" includes any indoor location where instruction is provided to DOE students in public school pre-kindergarten through grade 12, including but not limited to locations in DOE buildings, and including residences of students receiving home instruction and places where care for children is provided through DOE's LYFE program. DOE school settings include buildings where DOE and charter schools are co-located.

   "DOE staff" means (i) full or part-time employees of the DOE, and (ii) DOE interns (including student teachers) and volunteers.

   "Fully vaccinated" means at least two weeks have passed after an individual received a single dose of a COVID-19 vaccine that only requires one dose, or the second dose of a two-dose series of a COVID-19 vaccine approved or authorized for use by the Food and Drug Administration or World Health Organization.

   "Proof of vaccination" means proof that an individual:
   a. Has been fully vaccinated;
   b. Has received a single dose vaccine, or the second dose of a two-dose vaccine, even if two weeks have not passed since they received the dose; or
   c. Has received the first dose of a two-dose vaccine, in which case they must additionally provide proof that they have received the second dose of that vaccine within 45 days after receipt of the first dose.

   "Staff of contractors of DOE or the City" means a full or part-time employee, intern or volunteer of a contractor of DOE or another City agency who works in-person in a DOE school

setting, a DOE building, or a charter school, and includes individuals working as independent contractors.

"Visitor" means an individual, not otherwise covered by Paragraph 1 of this Order, who will be present in a DOE school building, except that "visitor" does not include:
  a. Students attending school or school-related activities in a DOE school setting;
  b. Parents or guardians of students who are conducting student registration or for other purposes identified by DOE as essential to student education and unable to be completed remotely;
  c. Individuals entering a DOE school building for the limited purpose to deliver or pick up items;
  d. Individuals present in a DOE school building to make repairs at times when students are not present in the building;
  e. Individuals responding to an emergency, including police, fire, emergency medical services personnel, and others who need to enter the building to respond to or pick up a student experiencing an emergency;
  f. Individuals entering for the purpose of COVID-19 vaccination;
  g. Individuals who are not eligible to receive a COVID-19 vaccine because of their age; or
  h. Individuals entering for the purposes of voting or, pursuant to law, assisting or accompanying a voter or observing the election.

"Works in-person" means an individual spends any portion of their work time physically present in a DOE school setting, DOE building, or charter school setting. It does not include individuals who enter such locations for the limited purpose to deliver or pick up items unless the individual is otherwise subject to this Order. It also does not include individuals present such locations to make repairs at times when students are not present in the building unless the individual is otherwise subject to this Order.

6. Nothing in this Order shall be construed to prohibit any reasonable accommodations otherwise required by law.

7. This Order shall be effective immediately and remain in effect until rescinded, subject to the authority of the Board of Health to continue, rescind, alter or modify this Order pursuant to Section 3.01(d) of the Health Code.

Dated: September 15, 2021

Dave A. Chokshi, M.D., MSc
Commissioner

# EXHIBIT 7

# APPENDIX

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand twenty-one.

Before:      Pierre N. Leval,
               José A. Cabranes,
               Denny Chin,
                   *Circuit Judges.*

---

Michael Kane, William Castro, Margaret Chu, Heather Clark, Stephanie Di Capua, Robert Gladding, Nwakaego Nwaifejokwu, Ingrid Romero, Trinidad Smith, Amaryllis Ruiz-Toro,

                  *Plaintiffs-Appellants,*           **ORDER**

             v.                         21-2678-cv

Bill de Blasio, in his official capacity as Mayor of the City of New York, David Chokshi, in his official capacity of Health Commissioner of the City of New York, New York City Department of Education,

                  *Defendants-Appellees.*

---

Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk, Sarah Buzaglo,

                  *Plaintiffs-Appellants,*

             v.                         21-2711-cv

The City of New York, Board of Education of the City School District of New York, David Chokshi, in his Official Capacity of Health Commissioner of the City of New York, Meisha Porter, in her Official

Capacity as Chancellor of the New York City
Department of Education,

*Defendants-Appellees.*

---

The motions of Plaintiffs-Appellants ("Plaintiffs") for an injunction pending appeal having been heard at oral argument on November 10, 2021, and Defendants-Appellees ("Defendants") having represented to this Court that "the City is working toward making an opportunity for reconsideration available more broadly to DOE employee[s] who unsuccessfully sought religious exemptions pursuant to the arbitration award's appeal process," it is hereby

**ORDERED** that this appeal is expedited and will be heard by a merits panel sitting on November 22, 2021 (the "merits panel"). Pending further order by the merits panel,

1. Plaintiffs shall receive fresh consideration of their requests for a religious accommodation by a central citywide panel consisting of representatives of the Department of Citywide Administrative Services, the City Commission on Human Rights, and the Office of the Corporation Counsel.
2. Such consideration shall adhere to the standards established by Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law, and the New York City Human Rights Law. Such consideration shall not be governed by the challenged criteria set forth in Section IC of the arbitration award for United Federation of Teachers members. Accommodations will be considered for all sincerely held religious observances, practices, and beliefs.
3. Plaintiffs shall submit to the citywide panel any materials or information they wish to be considered within two weeks of entry of this order. The citywide panel shall issue a determination on each request no later than two weeks after a plaintiff has submitted such information and materials. Within two business days of the entry of this order, Defendants shall inform plaintiffs' counsel how such information and materials should be transmitted to the citywide panel.
4. The deadline to opt-in to the extended leave program and execute any accompanying waiver shall be stayed for Plaintiffs, and no steps will be taken to terminate the plaintiff's employment for noncompliance with the vaccination requirement.
5. If a plaintiff's request is granted by the citywide panel, the plaintiff will receive backpay running from the date they were placed on leave without pay.
6. This order is intended only to provide for temporary interim relief until the matter is considered by the merits panel of this court, which panel may entirely supersede these provisions for interim relief, and the parties are at liberty to advocate to the merits panel for alteration of these provisions. Unless the merits panel has previously entered a superseding order, within two weeks of the conclusion of Plaintiffs' proceedings before the citywide panel, the parties shall inform the merits panel of the result of those proceedings and advise of any further relief being sought.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

# EXHIBIT 8



**NYC Department of Education**

Functions | Employee Self Service | DOE Applications | Other | Logout

DFO

8:14:34 PM

## Employee Self Service: Payroll Register

### Salary History

Equate Date 12 31 9999
Prior Equate Date 03 06 2000
Certified YES
Rating NOT APPLICABLE
Problem PR

**Employee Information**

SSN ***-**-4200
Name BADILLO, DAISY
Pay Cycle 742 (5) - Pedagogue

Title History | Payr...
Salary History | Ch...

| Title | Pay C. | Pay Rate | Sal Cd | Effective Date | Expire Date | Salary T. | Date Changed |
|-------|--------|----------|--------|----------------|-------------|-----------|--------------|
| TRTSQ | S | 122,424.00 | UA8L | 10-15-2021 | 03-16-2022 | BASE | 03-18-22 |
| TRTSQ | S | 122,424.00 | UA8L | 05-14-2021 | 10-14-2021 | BASE | 10-15-21 |
| TRTSQ | S | 118,858.00 | UA8L | 05-14-2020 | 05-13-2021 | BASE | 05-13-21 |
| TRTSQ | S | 115,959.00 | UA8L | 03-22-2020 | 05-13-2020 | BASE | 05-01-20 |
| TRTSQ | S | 105,469.00 | UA8J | 02-14-2019 | 03-21-2020 | BASE | 03-31-20 |
| TRTSQ | S | 103,400.00 | UA8J | 06-16-2018 | 02-13-2019 | BASE | 06-11-19 |
| TRTSQ | S | 100,389.00 | UA8J | 05-01-2018 | 06-15-2018 | BASE | 06-11-19 |
| TRTSQ | S | 98,458.00 | UA8J | 03-22-2018 | 04-30-2018 | BASE | 06-11-19 |
| TRTSQ | S | 97,133.00 | UA8F | 05-01-2017 | 03-21-2018 | BASE | 06-11-19 |

# EXHIBIT 9

September 13th, 2021

To whom it may concern,

My name is R      F.        , my employee ID is #....... I have been employed with the NYCDOE for 20 years now. I am extremely proud of all the work I've done with the communities of the Bronx that I've had the privilege of working with. I am currently an Assistant Principal with in the Bronx.

"Religious liberty is a foundational principle of enduring importance in America enshrined in our Constitution and other sources of Federal law." I know that the law in this Country allows for personal religious beliefs and that's what makes me so proud to be an American, where my beliefs and freedoms are protected. I get to work in a city that is literally called the Melting Pot of the Country. It is filled with all different cultures and religions and we can live together respecting and encouraging one another's differences.

My faith, and religious journey is the most important thing in my life. I am a devout Christian; my life is led by the Holy Spirit that lives inside of me. It is my religious belief that my God is my healer and I put all my faith and hope in Him. It is my religious belief that it is a complete betrayal of faith to put my hope and faith in any vaccine to keep my body healthy. My God will heal me and my family. We have all contracted covid and He kept us all, safe and whole.

Any blood that may be in any vaccines is sacrilegious and I cannot allow my body to be corrupted or made unclean. 1 Corinthians 3:17 "If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple". Exodus 15:26 "I am the Lord that heals you." Fetal cells that may be used in creating this vaccine. goes against my stance on abortion. As a Christian I am against murder. Exodus 20:13 "You shall not murder." Therefore, taking this vaccine will desecrate my body. Even though I have been fully vaccinated in my childhood, that choice was performed by the choices of my non-religious parents, whom I loved dearly. As an adult, husband and father, I choose to live out my life through God's command from His Holy word, the Bible.

My faith and relationship in God are what helps guide my life and helps me discern what is needed to keep my body in line with the Word of God. I am created in the image of God. My body/blood is a sacred being and must remain pure in the sight of God. Taking this vaccine or any other vaccine for that matter would go against everything I believe and base my life upon.

I ask that you please keep this confidential, I am only sharing these personal things so you could have a better understanding of my declination of this vaccine due to my religious beliefs. Please understand my convictions. Thank you for your time and consideration.

Sincerely,

R      F

# EXHIBIT 10

# Annabelle Matyas



September 19, 2021

To Whom it May Concern:

I am an NYC DOE teacher licensed in Biology, 7-12 working at Rachel Carson Middle School 237. I love and respect my students and I am immensely grateful to have the opportunity serve in my position as their teacher. I pray that I will be able to continue in this position for years to come.

That said, according to federal law, Title VII of the Civil Rights Act of 1964, I have the right to a religious exemption for vaccination based on my sincerely held religious beliefs and faith in GOD. As such I am requesting a religious exemption to the immunization requirements for employment in the NYC Department of Education.

I request that this request for religious exemption be confidential as I am only sharing the contents within this letter because the law dictates that I do so. I request that the contents be 100% confidential as it contains thoughts, sentiments, and beliefs that I do not share in casual conversation.

PERSONAL NARRATIVE
I am a practicing bible Christian and have been so for over 14 years. My path toward GOD's divine truth has not been a simple one, so in this section I will provide some background as to how I came to know GOD and why I hold his teachings to be the only truth that need be followed.

It has been my family's difficult history throughout the years that have formed my belief system and has led me to see life as it really is.

My family originates from South America. When we came to this country, we found ourselves completely displaced from both family and resources. My world and that of my sister and brother consisted of our nuclear family alone. Our knowledge of GOD, therefore, came solely from our parents.

My mother and father come from a long line of devout Roman Catholics. My mother grew up in a convent with nuns and has always tried to remain at some level in communion with GOD. My father, also raised Romans Catholic, broke his relationship with GOD at age 16, as a consequence of his father's death in an engineering accident and being left as head of the household over 9 sisters and brothers, and a distraught mother.

My father was an amazingly studious, intelligent, and hardworking individual and took on his new role with unyielding dedication. Even as a young man my father commanded respect from everyone he met. He graduated from college in South America as valedictorian with the

highest of honors and a scholarship to study at the University of Chicago in America. He
postponed his studies for some years however to become a Civil Engineer and support his
family until they were old enough to be on their own. My father found truth and success to be
in the intelligence of man and therefore buried himself in all that is science and distanced
himself further and further from religion with each passing year. He eventually became a
Quantum physicist, having studied at the University of Chicago and Princeton University on
scholarship, and held tight to his atheist frame of mind. My father was an atheist until his last
year of his life which is when he became a born-again Christian.

During my childhood and the years when my father was an atheist, much instability plagued
my family as a whole. My parents experienced marital problems that eventually led them to the
demise of divorce. Financial problems plagued the family for the most part. Instances of
sexual abuse further strained the family unit. My siblings and I, as the children of the family,
suffered psychological traumas as a result of this instability caused by this loss of faith. My
father, a well-respected and educated man, insisted and was adamant about raising us without
the presence of GOD in our home, therefore; we were raised in an Atheist household despite
my mother's core Catholic beliefs. My father and subsequently my mother strayed away from
GOD's word, and as such my family was nearly completely destroyed.

> That your faith should not be in the wisdom of men, but in the power of GOD.
> (1 Corinthians 2:5)

After my parents' divorce my father took custody of my brother and moved to Edmonton,
Alberta where he would be a Professor of Physics. I will never know what occurred during my
brother's time with my father however, I do remember my brother who never cried, calling my
mother at age 15 crying and pleading for her to send him money to come back to NY and live
with us. Soon after, my father was alone in Canada with his coveted doctorate in Physics and
teaching at a renowned university. That year he sought GOD and looked for answers for why
all had gone awry. I imagine he never fully settled his struggle between GOD and science as
he escaped his conflict through suicide at the end 1985. I was 11 years old.

Through this tragedy GOD was not present for my siblings or me. My mother as single
working mother while attending school, would not have the time or energy to bring us to church
regularly or to explain to us the meaning of it all. I found my mother to be absent in most
aspects of parenting and found her belief in GOD to be devoid of any real meaning. I,
therefore, glorified the memory I had of my father and tried to educate myself as he had, while
my brother and sister, older than I, struggled with the truth that they knew of our father; he was
a sinner.

My brother found himself lost and in great conflict. Seeking solace, security, and a
reconciliation of childhood traumas he sought a relationship with GOD, but also succumbed to
temptations, indulging in illicit drugs, pursued the occult, and gravitated toward undesirable
company. He would drift from periods of great faith, attending Christian church regularly, to
periods where he would give in to secular desires. He was deeply tormented and
unfortunately no one in our family would ever offer him the encouragement he needed in his
walk toward the LORD. This conflict between faith and the comforts of the flesh eventually
proved to be intolerable as he later followed in our father's steps and escaped through suicide

2

in 2005. My sister and I will forever regret not having supported him in his attempt to know GOD and follow his word.

It was not until after the death of my father and later the death of my brother, that my sister and I began to question our belief system and spirituality to actively seek GOD. My sister, before me, successfully found a relationship with the LORD and has been a great example of the power of faith in GOD and his teachings. Through her faith she abandoned years of medication for depression and anxiety. GOD has given her the strength and love to overcome childhood struggles brought on by an atheist upbringing and begin anew.

> *"For I will restore health to you and heal you of your wounds." Says the LORD. (Jeremiah 30:17)*

GOD helped her overcome many obstacles that have been presented to her, as she has given herself to him and has been fortified with his strength. She and now I, take solace in this verse,

> *Trust in him at all times; ye people, pour out your heart before him; GOD is a refuge for us. Psalm 62.8.*

My sister's faith helped her triumph over the trauma of abuse brought on by our father and the lack of communication that plagued our home. She was able to find an inner peace I at the time, never thought possible. Through her example, I began to find that stability and security is only achieved by truly following GOD's teachings.

As I was the youngest in our family I was spared much of the abuse or even knowledge of it brought on by our father. I was 5 when my parents divorced and 11 when my father died. I grew up alone, lonely, and angry, as both my siblings struggled with the trauma of abuse and isolated themselves from me, and my mother was always away working two jobs, or with friends, but rarely available to me. I took pride and comfort in the memory of my father and tried to follow his lead through becoming educated.

Continuing my education was not easy, as I would fall into periods of great sadness and loneliness where everything seemed impossible. Without knowing exactly why or without ever having been taught, I would silently and secretly pray for guidance from GOD on many nights and read passages from my mother's Holy Bible. This somehow gave me strength to continue on those most dismal days. I know now that it was GOD that helped me eventually finish my degree in Biology and Psychology and become a Biology teacher.

> *But if from there you seek the LORD your GOD, you will find him if you seek him with all your heart and with all your soul. (Deuteronomy 4:29)*

> *But seek first the kingdom of GOD and His righteousness, and all these things shall be added to you. (Matthew 6:33)*

Regrettably, it was not until the death of my brother and when many family secrets of abuse were brought to light that I realized that neither my father, nor my brother, nor my mother, nor my sister, nor I, had ever had **FAITH in GOD**.

3

> *Trust in the LORD thy God with all your heart, and on your own intelligence rely not; In all your ways acknowledge him, and he shall direct your paths. ( Proverbs 3:5-6)*

This was the most painful; yet cathartic of realizations for me as for the first time in my life I knew how to find peace and healing.  My sister's dichotomous walk with GOD alongside mine reinforced this understanding.  And through our lead, our mother has also reconnected with her devout upbringing and the lessons she learned as a student in a convent.

Since my brother's passing GOD has been a part in everything I do and all decisions I make.  I read the Bible almost daily and have attend Bible studies whenever possible.  Through the years, I have found that my faith keeps me away from harm's reach and been able to attain peace that I have never known before my relationship with GOD. I am no longer lonely or insecure as to my place in the world.

> *The LORD is my rock, my fortress and my deliverer; my God is my rock, in whom I take refuge. He is my shield and the horn of my salvation, my stronghold. (Psalm 18:2)*

TRIGGERING EVENT
As a science teacher educated in Biology, I never questioned the science behind vaccines, and I could reason how they may be effective in tricking the body into an immune response that would ward off many viral diseases.  However, in reading the bible and knowing GOD, I *cannot* lay more faith in the science of man than in GOD provisions for those who believe in him.

> *Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (Matthew 6:33-34)*

My apprehension about vaccines grew further when teaching on vaccines to a group of 9th grade students in a biology class.  During this particular lesson a student of mine asked me if mixing the blood of a virus and the blood of a person made vaccines.  Since I know that viruses don't even have cells of their own, I understand that viruses cannot possibly have blood of their own, as blood is a tissue made of many cells, I confidently answered him 'NO, viruses require host cells so therefore they don't any have blood.' Luckily, he and the class were satisfied with my answer to his question and the lesson ended shortly thereafter.

However, for me the question persisted to pester me, as I knew that vaccines often included animal blood products as a medium to cultivate the virus in its weakened form and this would even further implicate the holiness of the procedure.

"BLOOD" RATIONALE
Until that time, I had never considered this idea before and it was severely troublesome for me as this would mean that being vaccinated is an act in strict opposition to GOD's tenets.

> *Those who mix human blood with the blood of sacrificed animals are sinners. (Luke 13.1-5)*

4

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure, and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

The story of Daniel in the bible is a great example of how GOD rewards those who lay their trust fully in him and keep their body holy and pure without defilement.

In the book of Daniel, Daniel risks the high status and rewards that come with becoming an advisor in the Babylonian court by refusing to consume the royal food and drink that would defile his body. Defilement is an act against GOD and faith. It was assumed that before long, Daniel and those who followed his lead would become too unhealthy and unfit to serve the king as they chose not to partake of the royal foods. However, after the long training period it was Daniel and his group who were the strongest and healthiest and the most superior among all men training to be advisors. Daniel chose his faith above the promises and rewards offered by the king and GOD protected him and secured him in his glory. This is the example I chose to follow.

*But Daniel resolved not to defile himself with the royal food and wine, and he asked the chief official for permission not to defile himself this way. (Daniel 1:8)*

*At the end of the time set by the king to bring them into his service, the chief official presented them to Nebuchadnezzar. The king talked with them, and he found none equal to Daniel, Hananiah, Mishael and Azariah; so they entered the king's service. (Daniel 1:18:19)*

GOD is very clear about defilement of our bodies. In Leviticus we are taught that we must keep our bodies and souls holy and not sully them or defile them in any way.

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

GOD is explicit as to what would defile us. Again, in Leviticus, it is explained:

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*The soul of every sort of flesh is its blood. (Leviticus 17:14)*

From this it becomes apparent that blood **must** be maintained holy, as the <u>blood</u> is in fact the <u>soul</u>.

5

GOD warns us that we **must** not mix our blood with that of other animals, as this would taint our souls.

> *Those who mix human blood with the blood of sacrificed animals are sinners.* (Luke 13.1-5)

> *Every moving animal that is alive may serve as food for you. As in the case of green vegetation, I do give it all to you. Only flesh with its soul—its blood—you must not eat.* (Genesis 9:3)

Currently all vaccines use animal blood products as a medium to cultivate viruses in their weakened form. This would be defilement of the blood and the soul. Therefore, there currently are no moral vaccines. All vaccines must be avoided including the vaccine for Covid-19.

Faith Rational
Through the years as I further studied the bible and its teachings my stance against vaccines has only grown stronger. The bible teaches that Christians must be true to their faith and not follow any false idols. There is only one GOD. To trust that a vaccine will protect us more than God would, is to have a false idol. I cannot betray my faith and GOD and my conscious. I will not follow any false idols in search of salvation I know that my salvation is secure in my faith in GOD.

> *But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD. (Joshua 24:15)*

My faith has confirmed to me that he will protect his flock and keep us healthy and strong if we follow HIS teachings.

> *And the Lord will guide you continually and satisfy your desire with good things, and make your bones strong, (Isaiah 58:11)*

> *If you listen carefully to the voice of the Lord your God and do what is right in His eyes, if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the Lord, who heals you. (Exodus 15:26)*

I understand that vaccines have been designed to protect us from becoming ill with a variety of viruses. However, for me as person of faith I know that GOD provides and shelters all those who believe and follow his tenets.

> *Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (*Matthew 6:33-34)

FILED: NEW YORK COUNTY CLERK 10/14/2022 12:03 PM
NYSCEF DOC. NO. 34

INDEX NO. 158203/2022
RECEIVED NYSCEF: 10/14/2022

Page 125 of 217
#: 125

We need not worry about becoming sick, because as long as we follow and trust in GOD, we will remain strong.

> *The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore.* (Psalm 121:7)

As a Christian, my faith in GOD surmounts any philosophies or scientific understandings of man. I must have faith in GOD's provisions and not allow any current and perhaps transient world system to lead me astray from my faith. This is idea is exemplified in Romans 12:1-3:

> *And do not conform to the present world system, but be transformed by the renewal of your mind, so as to sense for yourselves what is the good and acceptable perfect will of God.* (Romans 12:1-3)

To believe that a vaccine could protect me more than GOD can, would be to concede to a false idol. Again, this would be in strict opposition with my faith.

In Joshua 24, we are taught that although GOD promises to protect and secure eternally those who love and trust in him, he also gives us the choice to follow other gods.

> *But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD.* (Joshua 24:15)

We are given that choice to follow a false idol such as the science of man, however we must know that we would be in transgression of what GOD wants from us.

> *And the people answered and said, God forbid that we should forsake the LORD, to serve other gods.* (Joshua 24:16)

For my faith to be true, I must follow Joshua's lead and trust in GOD. Otherwise, my faith would be shallow and filled with hypocrisy.

I cannot justify or reconcile betraying my faith in GOD and his promise to protect us. I cannot be a hypocrite in front of GOD and allow myself to be swayed in respect to vaccines or otherwise.

Furthermore, I have learned through my studies that as GOD has made us in his image, we are just as we should be. Therefore, there is no need to alter our bodies in any way, or to vaccinate. We as his creations are perfect and sacred. To assume that we could enhance or improve our bodies would be the greatest insult to GOD and our faith in him as the divine. In Corinthians 3:16-17, we are reminded:

*Don't you know that you yourselves are God's temple and that God's Spirit dwells in your midst? If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple. (*Corinthians 3:16-17)

The bible teaches that GOD will provide and protect us. If I were to allow myself to be vaccinated I would in essence doubt in GOD's promise to protect us; again, I could not possibly reconcile this lack of faith.

*The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore. (Psalm 121:7)*

Again, as GOD made us in his image, we are therefore perfect and just as we should be. There is never a need to rely on any preventative medical treatment like a vaccine or biological.

*They that are whole have no need of the physician, but they that are sick: I came not to call the righteous, but sinners to repentance. (Mark 2:17)*

The Bible teaches that GOD hates arrogance, and the scientific community is overflowing with arrogance in believing that they know more than GOD does. How can I possibly think that introducing foreign organisms and fluids into myself is not defiling myself? This is an issue of great distress for me as I honestly feel that I would betray my faith in by allowing myself to be vaccinated. Yet, I could lose my one source of income if I don't. Regardless, GOD has given us the gift of life we must pay homage to him and follow his teachings, or our lives will go awry.

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*See to it that no one takes you captive by philosophy and empty deceit, according to human tradition, according to the elemental spirits of the world, and not according to Christ. (Colossians 2:8)*

Through his teachings in the bible I, like my sister have been afforded great strength. I know that and therefore must stay true to my moral consciousness in the decisions I make in my life. My father was extremely successful academically, having completed his Doctorate in Physics from a prestigious university and being well respected in his field. I know my father loved us but nonetheless the void of God and faith weakened our family and left our family susceptible and target to many evil influences and chaos. Through my life, I continue to see this trend in loved ones who to my dismay lose faith in GOD. It is when we part from our faith in GOD to give more credence to the science of man that we are weakened and unable to triumph over illness, chaos and the evils of the world. I will not and cannot doubt in my Holy Father and his word. I cannot betray my moral conscious and faith in GOD.

*The LORD is my strength and my song; he has become my salvation. He is my GOD, and I will praise him, my father's GOD, and I will exalt him. (Exodus 15:2)*

8

FILED: NEW YORK COUNTY CLERK 10/14/2022 12:03 PM
NYSCEF DOC. NO. 34

INDEX NO. 156203/2022
RECEIVED NYSCEF: 10/14/2022

Page 127 of 217 Page...
#: 127

I pray that with an understanding on how I arrived at my religious beliefs and faith in GOD, you will see that I must be true to my religion not allow myself to be vaccinated. I pray that you will grant me the exemption for these immunization requirements as I am requesting this exemption because it is my sincerest religious belief that I would be betraying the covenants of GOD and my faith in him if I allow for my blood and body to be defiled in anyway.

*In you, O LORD, I put my trust; let me never be ashamed; deliver me in Your righteousness. Psalm 31:1*

Sincerely and respectfully yours,

Annabelle Matyas

---

I Stella Jack, founder and presiding minister of Stella Jack Ministries International, which is located at 493 Clinton Avenue, Rockville Center, NY 11570, I do affirm that the above are Annabelle Matyas' sincerely held religious beliefs according to the Word of God, the Bible. It is in total agreement to the Christian Faith. I ask that you would grant the religious exemption.

Stella Jack
09/19/2021

phone 1-646-339-5205

9

# EXHIBIT 11a

7/25/22, 6:19 PM

## Your COVID-19 Vaccine Religious Exemption Application - Determination

solas_donotreply@schools.nyc.gov
Wed 9/22/2021 11:13 PM
To: Matyas Annabelle <AMatyas@schools.nyc.gov>

09/22/2021

Case#: A78447
File# 0797123
EMP ID: 198061

Dear ANNABELLE MATYAS,

We have reviewed your application and supporting documentation for a religious exemption from the DOE COVID-19 vaccine mandate. Your application has failed to meet the criteria for a religious based accommodation. Per the Order of the Commissioner of Health, unvaccinated employees cannot work in a Department of Education (DOE) building or other site with contact with DOE students, employees, or families without posing a direct threat to health and safety. We cannot offer another worksite as an accommodation as that would impose an undue hardship (i.e. more than a minimal burden) on the DOE and its operations.

This application was reviewed in accordance with applicable law as well as the Arbitration Award in the matter of your union and the Board of Education regarding the vaccine mandate.

Under the terms of the Arbitration Award, you may appeal this denial to an independent arbitrator. If you wish to appeal, you must do so within one school day of this notice by logging into SOLAS https://dhrnycaps.nycenet.edu/SOLAS and using the option "I would like to APPEAL". As part of the appeal, you may submit additional documentation and also provide a reason for the appeal.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX5921845 N3418 COVID-19_VAX_ReligiousExempt_GenDenial

ExS

# EXHIBIT 11b

FILED: NEW YORK COUNTY CLERK 07/26/2022 03:36 PM    Page 131 of 217    INDEX NO. 156203/2022
NYSCEF DOC. NO. 9                                                                          RECEIVED NYSCEF: 07/26/2022

7/25/22, 6:18 PM

**Your Appeal**

solas_donotreply@schools.nyc.gov
Thu 9/23/2021 4:52 PM
To: Matyas Annabelle <AMatyas@schools.nyc.gov>

09/23/2021

Case#: A78447
File# 0797123
EMP ID: 198061

Dear ANNABELLE MATYAS,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate
related exemption or accommodation. This appeal and your application materials and
documentation are being forwarded to Scheinman Arbitration and Mediation Services ("SAMS") and
independent arbitrators convened by SAMS who will consider your appeal.

Supplemental documentation may be submitted within 48 hours of your filing of the appeal to SAMS
by emailing the applicable address below. Please include your name and union in the subject line
and send from your DOE email.

UFT: AppealsUFT@ScheinmanNeutrals.com
CSA: AppealsCSA@ScheinmanNeutrals.com
Local 237: AppealsTeamstersLocal237@ScheinmanNeutrals.com
Local 891: AppealsLocal891IUOE@ScheinmanNeutrals.com

Sincerely,


*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX5925965 N3425 COVID-19_VAX_Exemption_Appeal

Ex 6

# Annabelle Matyas
**76-32 170th Street,**
**Fresh Meadows, NY 11366**
**(718) 930-5095**

September 19, 2021

To Whom it May Concern:

I am an NYC DOE teacher licensed in Biology, 7-12 working at Rachel Carson Middle School 237. I love and respect my students and I am immensely grateful to have the opportunity serve in my position as their teacher. I pray that I will be able to continue in this position for years to come.

That said, according to federal law, Title VII of the Civil Rights Act of 1964, I have the right to a religious exemption for vaccination based on my sincerely held religious beliefs and faith in GOD. As such I am requesting a religious exemption to the immunization requirements for employment in the NYC Department of Education.

I request that this request for religious exemption be confidential as I am only sharing the contents within this letter because the law dictates that I do so. I request that the contents be 100% confidential as it contains thoughts, sentiments, and beliefs that I do not share in casual conversation.

PERSONAL NARRATIVE
I am a practicing bible Christian and have been so for over 14 years. My path toward GOD's divine truth has not been a simple one, so in this section I will provide some background as to how I came to know GOD and why I hold his teachings to be the only truth that need be followed.

It has been my family's difficult history throughout the years that have formed my belief system and has led me to see life as it really is.

My family originates from South America. When we came to this country, we found ourselves completely displaced from both family and resources. My world and that of my sister and brother consisted of our nuclear family alone. Our knowledge of GOD, therefore, came solely from our parents.

My mother and father come from a long line of devout Roman Catholics. My mother grew up in a convent with nuns and has always tried to remain at some level in communion with GOD. My father, also raised Romans Catholic, broke his relationship with GOD at age 16, as a consequence of his father's death in an engineering accident and being left as head of the household over 9 sisters and brothers, and a distraught mother.

My father was an amazingly studious, intelligent, and hardworking individual and took on his new role with unyielding dedication. Even as a young man my father commanded respect from everyone he met. He graduated from college in South America as valedictorian with the

highest of honors and a scholarship to study at the University of Chicago in America. He postponed his studies for some years however to become a Civil Engineer and support his family until they were old enough to be on their own. My father found truth and success to be in the intelligence of man and therefore buried himself in all that is science and distanced himself further and further from religion with each passing year. He eventually became a Quantum physicist, having studied at the University of Chicago and Princeton University on scholarship, and held tight to his atheist frame of mind. My father was an atheist until his last year of his life which is when he became a born-again Christian.

During my childhood and the years when my father was an atheist, much instability plagued my family as a whole. My parents experienced marital problems that eventually led them to the demise of divorce. Financial problems plagued the family for the most part. Instances of sexual abuse further strained the family unit. My siblings and I, as the children of the family, suffered psychological traumas as a result of this instability caused by this loss of faith. My father, a well-respected and educated man, insisted and was adamant about raising us without the presence of GOD in our home, therefore; we were raised in an Atheist household despite my mother's core Catholic beliefs. My father and subsequently my mother strayed away from GOD's word, and as such my family was nearly completely destroyed.

> *That your faith should not be in the wisdom of men, but in the power of GOD.*
> *(1 Corinthians 2:5)*

After my parents' divorce my father took custody of my brother and moved to Edmonton, Alberta where he would be a Professor of Physics. I will never know what occurred during my brother's time with my father however, I do remember my brother who never cried, calling my mother at age 15 crying and pleading for her to send him money to come back to NY and live with us. Soon after, my father was alone in Canada with his coveted doctorate in Physics and teaching at a renowned university. That year he sought GOD and looked for answers for why all had gone awry. I imagine he never fully settled his struggle between GOD and science as he escaped his conflict through suicide at the end 1985. I was 11 years old.

Through this tragedy GOD was not present for my siblings or me. My mother as single working mother while attending school, would not have the time or energy to bring us to church regularly or to explain to us the meaning of it all. I found my mother to be absent in most aspects of parenting and found her belief in GOD to be devoid of any real meaning. I, therefore, glorified the memory I had of my father and tried to educate myself as he had, while my brother and sister, older than I, struggled with the truth that they knew of our father; he was a sinner.

My brother found himself lost and in great conflict. Seeking solace, security, and a reconciliation of childhood traumas he sought a relationship with GOD, but also succumbed to temptations, indulging in illicit drugs, pursued the occult, and gravitated toward undesirable company. He would drift from periods of great faith, attending Christian church regularly, to periods where he would give in to secular desires. He was deeply tormented and unfortunately no one in our family would ever offer him the encouragement he needed in his walk toward the LORD. This conflict between faith and the comforts of the flesh eventually proved to be intolerable as he later followed in our father's steps and escaped through suicide

2

in 2005. My sister and I will forever regret not having supported him in his attempt to know GOD and follow his word.

It was not until after the death of my father and later the death of my brother, that my sister and I began to question our belief system and spirituality to actively seek GOD. My sister, before me, successfully found a relationship with the LORD and has been a great example of the power of faith in GOD and his teachings. Through her faith she abandoned years of medication for depression and anxiety. GOD has given her the strength and love to overcome childhood struggles brought on by an atheist upbringing and begin anew.

> *"For I will restore health to you and heal you of your wounds." Says the LORD. (Jeremiah 30:17)*

GOD helped her overcome many obstacles that have been presented to her, as she has given herself to him and has been fortified with his strength. She and now I, take solace in this verse,

> *Trust in him at all times; ye people, pour out your heart before him; GOD is a refuge for us. Psalm 62.8.*

My sister's faith helped her triumph over the trauma of abuse brought on by our father and the lack of communication that plagued our home. She was able to find an inner peace I at the time, never thought possible. Through her example, I began to find that stability and security is only achieved by truly following GOD's teachings.

As I was the youngest in our family I was spared much of the abuse or even knowledge of it brought on by our father. I was 5 when my parents divorced and 11 when my father died. I grew up alone, lonely, and angry, as both my siblings struggled with the trauma of abuse and isolated themselves from me, and my mother was always away working two jobs, or with friends, but rarely available to me. I took pride and comfort in the memory of my father and tried to follow his lead through becoming educated.

Continuing my education was not easy, as I would fall into periods of great sadness and loneliness where everything seemed impossible. Without knowing exactly why or without ever having been taught, I would silently and secretly pray for guidance from GOD on many nights and read passages from my mother's Holy Bible. This somehow gave me strength to continue on those most dismal days. I know now that it was GOD that helped me eventually finish my degree in Biology and Psychology and become a Biology teacher.

> *But if from there you seek the LORD your GOD, you will find him if you seek him with all your heart and with all your soul. (Deuteronomy 4:29)*

> *But seek first the kingdom of GOD and His righteousness, and all these things shall be added to you. (Matthew 6:33)*

Regrettably, it was not until the death of my brother and when many family secrets of abuse were brought to light that I realized that neither my father, nor my brother, nor my mother, nor my sister, nor I, had ever had **FAITH in GOD**.

3

*Trust in the LORD thy God with all your heart, and on your own intelligence rely not; In all your ways acknowledge him, and he shall direct your paths. ( Proverbs 3:5-6)*

This was the most painful; yet cathartic of realizations for me as for the first time in my life I knew how to find peace and healing. My sister's dichotomous walk with GOD alongside mine reinforced this understanding. And through our lead, our mother has also reconnected with her devout upbringing and the lessons she learned as a student in a convent.

Since my brother's passing GOD has been a part in everything I do and all decisions I make. I read the Bible almost daily and have attend Bible studies whenever possible. Through the years, I have found that my faith keeps me away from harm's reach and been able to attain peace that I have never known before my relationship with GOD. I am no longer lonely or insecure as to my place in the world.

*The LORD is my rock, my fortress and my deliverer; my God is my rock, in whom I take refuge. He is my shield and the horn of my salvation, my stronghold. (Psalm 18:2)*

TRIGGERING EVENT
As a science teacher educated in Biology, I never questioned the science behind vaccines, and I could reason how they may be effective in tricking the body into an immune response that would ward off many viral diseases. However, in reading the bible and knowing GOD, I *cannot* lay more faith in the science of man than in GOD provisions for those who believe in him.

*Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (Matthew 6:33-34)*

My apprehension about vaccines grew further when teaching on vaccines to a group of 9th grade students in a biology class. During this particular lesson a student of mine asked me if mixing the blood of a virus and the blood of a person made vaccines. Since I know that viruses don't even have cells of their own, I understand that viruses cannot possibly have blood of their own, as blood is a tissue made of many cells, I confidently answered him 'NO, viruses require host cells so therefore they don't any have blood.' Luckily, he and the class were satisfied with my answer to his question and the lesson ended shortly thereafter.

However, for me the question persisted to pester me, as I knew that vaccines often included animal blood products as a medium to cultivate the virus in its weakened form and this would even further implicate the holiness of the procedure.

"BLOOD" RATIONALE
Until that time, I had never considered this idea before and it was severely troublesome for me as this would mean that being vaccinated is an act in strict opposition to GOD's tenets.

*Those who mix human blood with the blood of sacrificed animals are sinners. (Luke 13.1-5)*

4

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure, and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

The story of Daniel in the bible is a great example of how GOD rewards those who lay their trust fully in him and keep their body holy and pure without defilement.

In the book of Daniel, Daniel risks the high status and rewards that come with becoming an advisor in the Babylonian court by refusing to consume the royal food and drink that would defile his body. Defilement is an act against GOD and faith. It was assumed that before long, Daniel and those who followed his lead would become too unhealthy and unfit to serve the king as they chose not to partake of the royal foods. However, after the long training period it was Daniel and his group who were the strongest and healthiest and the most superior among all men training to be advisors. Daniel chose his faith above the promises and rewards offered by the king and GOD protected him and secured him in his glory. This is the example I chose to follow.

*But Daniel resolved not to defile himself with the royal food and wine, and he asked the chief official for permission not to defile himself this way. (Daniel 1:8)*

*At the end of the time set by the king to bring them into his service, the chief official presented them to Nebuchadnezzar. The king talked with them, and he found none equal to Daniel, Hananiah, Mishael and Azariah; so they entered the king's service. (Daniel 1:18:19)*

GOD is very clear about defilement of our bodies. In Leviticus we are taught that we must keep our bodies and souls holy and not sully them or defile them in any way.

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

GOD is explicit as to what would defile us. Again, in Leviticus, it is explained:

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*The soul of every sort of flesh is its blood. (Leviticus 17:14)*

From this it becomes apparent that blood **must** be maintained holy, as the blood is in fact the soul.

5

GOD warns us that we **must** not mix our blood with that of other animals, as this would taint our souls.

> *Those who mix human blood with the blood of sacrificed animals are sinners.* (Luke 13.1-5)

> *Every moving animal that is alive may serve as food for you. As in the case of green vegetation, I do give it all to you. Only flesh with its soul—its blood—you must not eat.* (Genesis 9:3)

Currently all vaccines use animal blood products as a medium to cultivate viruses in their weakened form. This would be defilement of the blood and the soul. Therefore, there currently are no moral vaccines. All vaccines must be avoided including the vaccine for Covid-19.

Faith Rational

Through the years as I further studied the bible and its teachings my stance against vaccines has only grown stronger. The bible teaches that Christians must be true to their faith and not follow any false idols. There is only one GOD. To trust that a vaccine will protect us more than God would, is to have a false idol. I cannot betray my faith and GOD and my conscious. I will not follow any false idols in search of salvation I know that my salvation is secure in my faith in GOD.

> *But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD. (Joshua 24:15)*

My faith has confirmed to me that he will protect his flock and keep us healthy and strong if we follow HIS teachings.

> *And the Lord will guide you continually and satisfy your desire with good things, and make your bones strong, (Isaiah 58:11)*

> *If you listen carefully to the voice of the Lord your God and do what is right in His eyes, if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the Lord, who heals you. (Exodus 15:26)*

I understand that vaccines have been designed to protect us from becoming ill with a variety of viruses. However, for me as person of faith I know that GOD provides and shelters all those who believe and follow his tenets.

> *Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (Matthew 6:33-34)*

6

We need not worry about becoming sick, because as long as we follow and trust in GOD, we will remain strong.

> *The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore.* (Psalm 121:7)

As a Christian, my faith in GOD surmounts any philosophies or scientific understandings of man. I must have faith in GOD's provisions and not allow any current and perhaps transient world system to lead me astray from my faith. This is idea is exemplified in Romans 12:1-3:

> *And do not conform to the present world system, but be transformed by the renewal of your mind, so as to sense for yourselves what is the good and acceptable perfect will of God.* (Romans 12:1-3)

To believe that a vaccine could protect me more than GOD can, would be to concede to a false idol. Again, this would be in strict opposition with my faith.

In Joshua 24, we are taught that although GOD promises to protect and secure eternally those who love and trust in him, he also gives us the choice to follow other gods.

> *But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD.* (Joshua 24:15)

We are given that choice to follow a false idol such as the science of man, however we must know that we would be in transgression of what GOD wants from us.

> *And the people answered and said, God forbid that we should forsake the LORD, to serve other gods.* (Joshua 24:16)

For my faith to be true, I must follow Joshua's lead and trust in GOD. Otherwise, my faith would be shallow and filled with hypocrisy.

I cannot justify or reconcile betraying my faith in GOD and his promise to protect us. I cannot be a hypocrite in front of GOD and allow myself to be swayed in respect to vaccines or otherwise.

Furthermore, I have learned through my studies that as GOD has made us in his image, we are just as we should be. Therefore, there is no need to alter our bodies in any way, or to vaccinate. We as his creations are perfect and sacred. To assume that we could enhance or improve our bodies would be the greatest insult to GOD and our faith in him as the divine. In Corinthians 3:16-17, we are reminded:

7

*Don't you know that you yourselves are God's temple and that God's Spirit dwells in your midst? If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple.* (Corinthians 3:16-17)

The bible teaches that GOD will provide and protect us. If I were to allow myself to be vaccinated I would in essence doubt in GOD's promise to protect us; again, I could not possibly reconcile this lack of faith.

*The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore. (Psalm 121:7)*

Again, as GOD made us in his image, we are therefore perfect and just as we should be. There is never a need to rely on any preventative medical treatment like a vaccine or biological.

*They that are whole have no need of the physician, but they that are sick: I came not to call the righteous, but sinners to repentance.  (Mark 2:17)*

The Bible teaches that GOD hates arrogance, and the scientific community is overflowing with arrogance in believing that they know more than GOD does. How can I possibly think that introducing foreign organisms and fluids into myself is not defiling myself? This is an issue of great distress for me as I honestly feel that I would betray my faith in by allowing myself to be vaccinated. Yet, I could lose my one source of income if I don't. Regardless, GOD has given us the gift of life we must pay homage to him and follow his teachings, or our lives will go awry.

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*See to it that no one takes you captive by philosophy and empty deceit, according to human tradition, according to the elemental spirits of the world, and not according to Christ. (Colossians 2:8)*

Through his teachings in the bible I, like my sister have been afforded great strength. I know that and therefore must stay true to my moral consciousness in the decisions I make in my life. My father was extremely successful academically, having completed his Doctorate in Physics from a prestigious university and being well respected in his field. I know my father loved us but nonetheless the void of God and faith weakened our family and left our family susceptible and target to many evil influences and chaos. Through my life, I continue to see this trend in loved ones who to my dismay lose faith in GOD. It is when we part from our faith in GOD to give more credence to the science of man that we are weakened and unable to triumph over illness, chaos and the evils of the world. I will not and cannot doubt in my Holy Father and his word. I cannot betray my moral conscious and faith in GOD.

*The LORD is my strength and my song; he has become my salvation. He is my GOD, and I will praise him, my father's GOD, and I will exalt him. (Exodus 15:2)*

8

# EXHIBIT 11c

SCHEINMAN ARBITRATION AND MEDIATION SERVICES
---------------------------------------------- x
In the Matter of the Arbitration

                                               x
                    between

                                               x
NEW YORK CITY DEPARTMENT OF EDUCATION               Re: UFT 1586

                                               x
                    and                             Vaccine Exemption Appeal

                                               x
           ANNABELLE MATYAS

                                               x

---------------------------------------------- x


**Issue:** Religious Exemption
_____


**Date of Hearing:** October 4, 2021
_____

                          <u>Award</u>

APPLICATION FOR EXEMPTION: GRANTED [ ]    DENIED [X]    OTHER [ ]


_____

_____

_____

_____

_____

_____


_____          October 5, 2021
                                       _____
**Arbitrator**                         **Date**

Timothy S. Taylor, Esq.

E-7

# EXHIBIT 12

## New Appeal Option for Religious Exemption to the COVID-19 Vaccine Mandate

**Division of Human Capital <DHC@schools.nyc.gov>**
Fri 11/19/2021 5:36 PM

📎 1 attachments (378 KB)
Directions to use SOLAS to Request Appeal to Citywide Panel.pdf;

**Dear Colleague,**

According to our records, you appealed a denial of a religious exemption to the COVID-19 vaccine mandate and that appeal was not granted by the third-party arbitrator. As you may be aware, other City employees now have an option to appeal a religious exemption denial by their agency to a central Citywide Panel. Based on your status, you now have an opportunity to also appeal to this Citywide Panel.

Please note the following about this new appeal option:

- Your request will be considered by a central Citywide Panel comprised of representatives of the Commission on Human Rights, the Department of Citywide Administrative Services, and the Office of the Corporation Counsel. The determination will be made by the panel according to the standards imposed by Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law, and the New York City Human Rights Law.

- To submit this appeal, you will use SOLAS, as you have before. Specific login instructions are below. There is no need to re-submit any materials you already included in your original application or in SOLAS as part of your appeal to the arbitrator, however, you may submit new documentation when you submit this appeal in SOLAS. Note that documentation from a religious official is not required but you are free to submit it.

- To be considered by the Citywide Appeal, you must submit the appeal via SOLAS by no later than 11:59 pm on Friday, December 3, 2021.

- While your new appeal is pending you will remain on Leave Without Pay status. However, the deadline to apply for the extension of your Leave Without Pay will be extended until seven calendar days after your new appeal is resolved.

- If you opted for the special provisions separation, you still may re-appeal. If your new appeal is approved, then you will be given a choice to be reinstated.

To make an appeal using this procedure:
1. Log into SOLAS
2. Click the button **at the bottom-right of your screen** titled "Apply for Leave/Exemption/Accommodation"
3. Go to section 'COVID-19 Vaccine Related Exemption or Accommodation" (scroll down

Ex 8

FILED: NEW YORK COUNTY CLERK 07/26/2022 03:36 PM    Page 144    INDEX NO. 156203/2022
NYSCEF DOC. NO. 11                                                      RECEIVED NYSCEF: 07/26/2022

7/25/22, 6:12 PM

if needed)
4. Select "I would like to APPEAL"
5. Provide your consent by clicking "OK" on the pop-up
6. Enter reason for appeal
7. **Optional**: upload additional documentation for appeal
8. Click "Confirm Appeal"
9. Click "OK" on the pop-up
10. You should see the option text changed to "Your appeal is pending a determination"

A copy of these instructions with screenshots from SOLAS is attached to this message. Please do not reply to or forward this message.

Thank you,

NYCDOE Division of Human Capital

# EXHIBIT 12a

# Annabelle Matyas
76-32 170th Street,
Fresh Meadows, NY 11366
(718) 930-5095

December 3, 2021

NYC Department of Education
65 Court Street
Brooklyn, NY 11201

**RE: New Appeal of Religious Exemption Denial**

To Whom it May Concern:

I have been a New York City Department of Education employee for over 16 years. On September 22, 2021, my religious exemption application to the DOE's Vaccine Mandate was denied, and my appeal of that denial was denied on October 6, 2021. I absolutely adore serving the children of New York City and their families as a teacher and still look forward to my continued service at the New York City Department of Education for many, many years to come. It is for that reason that I have severely struggled everyday since my religious exemption was first denied given the deadlines that would force me to choose between my faith and my job.

In the *Kane v. DeBlasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards they had used to consider religious exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards. Accordingly, the Court ordered the Plaintiffs to be reassessed under this alternative process.

Since my application and appeal were also considered under the same admittedly unconstitutional process, I hereby demand an immediate reexamination of my application and this additional document under a fair, constitutionally sound process. I trust this renewed assessment

1

*Ex 9*

will result in an exemption, since I know my religious beliefs to be demonstrably, wholly, and unequivocally sincere.

To attest to that sincerity in this letter I reiterate the sentiment of my original religious exemption application and add to it in saying that I wholeheartedly believe that God is the creator of everything and everyone. We are all created in his image and he has given us everything we need to live and be well.

> "So God created mankind in his own image, in the image of God he created them; male and female he created them." (Genesis 1:27.)

God has promised us protection from disease for all who follow His Word.

> "He said, "It you listen carefully to the Lord your god and do what is right in his eyes if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the Lord, who heals you." (Exodus 15:26)

Therefore I wholly TRUST in God alone for protection. In my life I have lost many whom I have immensely loved, my father, my brother, and most recently my husband under God. I was witness to their faltering faith where despite my dismay and broken heart they did not TRUST in God's protection wavered and ultimately led to their untimely earthly demise. I will not and can not follow in that lead.

The Bible tell us that we are given the choice to follow a false idol such as the science of man, however we MUST know, that trusting in a false idol such as the science of man or a vaccine for our protection over our trust and and faith in God's protection is an incredible transgression of what GOD wants from us.

> *And the people answered and said, God forbid that we should forsake the LORD, to serve other gods. (Joshua 24:16)*

2

For my faith to be true, I must follow Joshua's lead and trust in GOD. My faith prevents me from submitting myself to the covid-19 vaccine or any other vaccine for that matter. I cannot betray my faith in GOD and his promise to protect us.

Additionally, I want to add that since the mandate has been in place, I have researched and have learned that all of the available COVID-19 vaccines involve aborted fetal tissue and or human embryonic stem cell derivation lines. This is a direct act of rebellion against God.

- **Johnson & Johnson/Jansen:** Fetal cell cultures are used to produce and manufacture the J&J COVID-19 vaccine and the final formulation of this vaccine includes residual amounts of the fetal <u>host cell proteins</u> ($\leq 0.15$ mcg) and/or <u>host cell DNA</u> ($\leq 3$ng).
- **Pfizer/BioNTech:** the <u>HEK-293</u> abortion-related cellline was used in research related to the development of the Pfizer COVID-19 vaccine.
- **Moderna/NIAID**: Aborted fetal cell lines were used in both the development and testing of <u>Modern's</u> COVID-19 vaccine.

As a Bible Christian, the sanctity of life is a major tenet in my faith. The use of aborted fetal cells in manufacturing (in the processing, development, or research) is a direct violation of God's law and my faith. Life starts at conception and God is the source of that life. Any intervention that results in ending life would be a rejection of God's gift of a new life and a hostile rebellion against God.

These vaccines have a direct link to the abortion industry and I cannot be complicit in that evil. Participation in the COVID-19 vaccine encourages the manufacturers to make more vaccines. This would be an act against God.

"Abstain from every form of evil." Thessalonians 5:22.

I sincerely believe that taking a vaccine where cells from aborted fetuses are employed to create cell lines, even if just for research, would be a cooperation in evil that destroys God's creation.

3

"Now the word of the Lord came to me, saying, 'Before I formed you in the womb, I knew you, and before you were born, I consecrated you; I appointed you a prophet to the nations." Jeremiah 1:4-5.

"The Lord called me from the womb, from the body of my mother he named my name." Isaiah 49:1b

Again, abortion and/or cooperation in it is a hostile act of rebellion against God's gifts, creations, and akin to murder itself, therefore the work of evil itself. While it is a sin to murder my neighbor, it is entirely more, to dissect, claim possession, patent, exploit, then sell an elixir containing a child's mortal remains. And still more, to pervert the divine command to love thy neighbor and make it a moral imperative to receive, directly or indirectly, my neighbor's body (aborted fetal tissue) into my own person in the name of a false idol's protection! To make something which is sacred, commercial and proprietary when it is inherently non-commercial and non-proprietary is absolute evil against God and my faith. It is my undeniable conclusion that God disapproves of this exploitation.

Moreover, I will reiterate further, that the human body is the most sacred of all the natural material creations, as it is the home of the rational immortal soul fashioned in God's image and likeness, the chosen vessel for God himself when he entered the material world.

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure, and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

Again, it is a direct violation of my conscience and Christian Faith to purchase or defile my sacred body by receiving any products into my body from companies that submit to the depravity of

4

using the remains of aborted children for individual benefit or worse, corporate profit. Therefore I am wholly prohibited from ever receiving the COVID-19 vaccine.

These are my own sincere and genuine beliefs opposing the COVID-19 vaccines as per my understanding and translation of the Bible as we are all **permitted to worship Christ in the way we see fit.**

Once more, I am a dedicated New York City Department of Education pedagogue and I look forward to continuing to serve as such for years to come. To that end I trust that all my submitted documents for religious exemption to the COVID-19 vaccine are examined under a fair, constitutionally sound process that accounts for and accepts my wholly and unequivocally sincere religious beliefs as expressed within. I have already been significantly damaged and your expedient attention to this matter will avoid further injury. Any delay will continue to compromise my faith in a manner that is unfair, unbearable, and entirely unconstitutional.

I thank you kindly in advance for your prompt attention to this request and look forward to receiving my religious exemption.

Sincerely and respectfully yours,

Annabelle Matyas

5

# EXHIBIT 12b

7/25/22, 6:37 PM

## Reasonable Accommodation Appeal Determination

noreply@salesforce.com
on behalf of
NYC Employee Vaccine Appeals <vaxappeal@dcas.nyc.gov>
Mon 3/28/2022 4:45 PM
To: Matyas Annabelle <AMatyas@schools.nyc.gov>

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination, all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal. Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request.

The decision classification for your appeal is as follows: DOE has demonstrated that it would be an undue hardship to grant this accommodation to the employee given the need for a safe environment for in-person learning.

**For all employees other than DOE employees:** Pursuant to the City of New York's policy concerning the vaccine mandate, you now have **three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).

**For Department of Education (DOE) employees:** Pursuant to New York City Department of Education policy, you have seven calendar days to extend your Leave Without Pay or return to work. If you do neither, you will be subject to termination. For further information and instructions, please see <u>DOE Denial of Appeal Information.</u>



# EXHIBIT 13

FILED as NEW YORK COUNTY CLERK 07/26/2022 04:36 PM   Page 154 of 217   INDEX NO. 156303/2022
NYSCEF DOC. NO. 16                                                       RECEIVED NYSCEF: 07/26/2022

#: 154

7/26/22, 6:40 PM

## Termination of NYCDOE Employment

Division of Human Resources
Mon 4/11/2022 8:32 AM
To: Matyas Annabelle <AMatyas@schools.nyc.gov>

April 7th, 2022

MATYAS, ANNABELLE
TEACHER
EMPL ID: 0198061

Dear MATYAS, ANNABELLE:

You have previously received notice regarding your failure to comply with the New York City Health Commissioner's Order requiring vaccination of all NYCDOE staff and that you would be terminated from DOE as a result. Compliance with that Order is a condition of employment. Since you did not comply with the Order and did not choose to extend your leave without pay, despite notice and an opportunity to do so, your employment with the New York City Department of Education is terminated, effective **April 7, 2022**. Please note that your health insurance coverage through the City also ceases upon termination.

If you have not already done so, you must return all DOE-issued equipment and materials, including your ID, to your supervisor. Information about COBRA will be mailed separately to you at the address on file in NYCAPS. Your school and/or office will be notified of your termination as well.

Thank you for your service to the New York City Department of Education.

Sincerely,

NYCDOE Division of Human Resources

Ex B

# EXHIBIT 14

Dahlia Mendoza
50-05 164th. Street
Fresh Meadows, NY 11365
September 15, 2021

HR Connect
P.S. 35X
Franz Sigel School
261 East 163rd. Street
Bronx, NY 10467

To whom it may concern:

    I, Dahlia Mendoza, am writing to inform you that I am exercising my legal right not to get vaccinated. I am a devout Catholic Christian and I have studied and continue to study scripture throughout my life. I attended Catholic schools based on the Catholic Christian faith and doctrine. My religious belief prevents me from being able to take any of the available COVID-19 vaccines because they all employ cell lines derived from aborted children, and my religious conviction compels me to abstain from any cooperation, direct or indirect, in abortion, which I view as the killing of innocents.[1] The Catholic Christian church teaches that "vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary." Thus, the Catholic Church teaches that I must not be forced to take a COVID-19 vaccine.[2] I became awaken in 2004 when my sister informed me of how vaccinations violate our natural immune system. Therefore, I have stopped inoculating myself as well as my children.

    I am aware of the federal court ruling in *Shapiro vs. Thompson*, (1969) 394 U.S. 618, which states, "If a family's objection to immunization is due to a conscientiously and sincerely held religious belief, then they are entitled to an exemption. Formal church membership is no requisite as long as the family honestly believes and practices the tenets of a religious group."

    This written statement to exempt myself from the immunization requirement, and other injections, is because of my genuine and sincere religious beliefs which are inconsistent with these medical procedures and experimentation. The practice of vaccination and the injection of any foreign substance are contrary to my conscientiously held religious beliefs and practices and violate the free exercise of my religious principles.

    I adhere to the restrictive dietary laws of the Catholic Christian religion. It is against my deep, sincerely held religious convictions to accept the injection of any foreign substance into the body. This includes but is not limited to, any and all, vaccinations, shots, tests for diseases, oral vaccines, epidermal patches, live or killed bacterium, viruses, pathogens, germs, or any other microorganisms, that may be introduced into or upon the body.

---

[1] Included but not limited to the following vaccines: Johnson & Johnson/Janssen: Fetal cell cultures are used to produce and manufacture the J&J COVID-19 vaccine and the final formulation of this vaccine includes residual amounts of the fetal host cell proteins (≤0.15 mcg) and/or host cell DNA (≤3 ng). Pfizer/BioNTech: The HEK-293 abortion-related cell line was used in research related to the development of the Pfizer COVID-19 vaccine. Moderna/NIAID: Aborted fetal cell lines were used in both the development and testing of Moderna´s COVID-19 vaccine.

[2] See "Note on the morality of using some anti-Covid-19 vaccines," CONGREGATION FOR THE DOCTRINE OF THE FAITH, December 21, 2020:
https://www.vatican.va/roman_curia/congregations/cfaith/documents/rc_con_cfaith_doc_20201221_nota-vaccini-anti covid_en.html (accessed August 17, 2021).

The Catholic Holy Bible commands me to eat of the lawful and good things from the earth. I interpret this to include anything that is administered to the body. If the food, medicine, or vaccination is tampered, contaminated or not wholesome, I am asked to avoid it. My body is created with a perfect immune system. I am bestowed with this gift. It is a violation of my sacred religious beliefs to go against what God has given to me.

My religious beliefs are also based upon the understanding of what God requires of me as stated in the Catholic Holy Bible:

*For we are the temple of the living God; and God said, "I will live in them and move among them, and I will be their God, and they shall be my people. Therefore, come out from them and be separate from them, says the Lord, and touch nothing unclean; and I will welcome you, and I will be a father to you, and you shall be my sons and daughters, says the Almighty." Since we have these promises, beloved, let us cleanse ourselves from every defilement of body and spirit, and make holiness perfect in the fear of God. (Corinthians 6:16-7:1)*

*"And the Lord will guide you continually, and satisfy your desire with good things, and make your bones strong; and you shall be like a watered garden, like a spring of water, whose waters fail not." (Isaiah 58:11)*

I am a member of the Catholic Christian organization the Confraternity of Our Lady of Fatima under the guidance of Bishop Athanasius Schneider who, on this issue of conscience, has come down against any use of the available abortion-derived vaccines because it would be sinful to cooperate, even indirectly, in the crime of abortion.[3]

Applicable law has been interpreted to mean that a religious belief is subject to protection even though no religious group/person espouses such beliefs or the fact that the religious group/person to which the individual professes to belong may not advocate or require such belief. I am exercising my rights under the First Amendment of the United States Constitution and Title VII of the Civil Rights Act of 1964 as amended on November 1, 1980; Part 1605.1, Guidelines on Discrimination because of Religion, as well as the New York State's Public Health Law Sections 2164 and 2165. The Free Exercise Clause protects beliefs rooted in religion, even if such beliefs are not mandated by a particular religious organization or shared among adherents of a particular religious tradition. Frazee v. Illinois Dept. of Emp't Sec., 489 U.S. 829, 833-34 (1989). As the Supreme Court has repeatedly counseled, "religious beliefs need not be acceptable, logical, consistent, or comprehensible to others in order to merit First Amendment protection." Church of the Lukumi Babalu Aye v. Hialeah, 508 U.S. 520, 531 (1993). They must merely be "sincerely held." Frazee, 489 U.S. at 834.

I, Dahlia Mendoza, affirm that vaccinations and injections of any foreign substances and proteins conflict with my religious beliefs as stated above. Therefore, I

---

[3] See https://www.livefatima.io/ : The crime of abortion is so monstrous that any kind of concatenation with this crime, even a very remote one, is immoral and cannot be accepted under any circumstances by a Catholic once he has become fully aware of it. One who uses these vaccines must realize that his body is benefitting from the "fruits" (although steps removed through a series of chemical processes) of one of mankind's greatest crimes. Any link to the abortion process, even the most remote and implicit, will cast a shadow over the Church's duty to bear unwavering witness to the truth that abortion must be utterly rejected. The ends cannot justify the means.

request that you accommodate my religious beliefs and practices by exempting me from vaccinations and/or injections of any kind.

Thank you for your attention to this matter.

Sincerely,

Dahlia Mendoza

# EXHIBIT 15

From: solas_donotreply@schools.nyc.gov
Subject: **Your application for a COVID-19 Vaccine Related Exemption or Accommodation has been received.**
Date: Sep 20, 2021 at 5:42:30 PM
To: **Mendoza Dahlia** DMendoza@schools.nyc.gov

09/20/2021

Case#: A78669
File# 0678619
EMP ID: 718137

Dear DAHLIA MENDOZA,

Thank you for submitting your application online!

Type of Application: COVID-19 Vaccine Related Exemption or Accommodation

Application Communications:
During your application process, all communications will be sent to your DOE e-mail account. You must continue to check your DOE e-mail, even if you listed a different preferred email address.

Changes to Your Application:
Unfortunately, you cannot make changes to your submitted application. If you need to make changes, you must withdraw this application and re-submit your request. To withdraw the application please log back into SOLAS: https://dhrnycaps.nycenet.edu/SOLAS.

**Questions:**
For technical questions regarding the SOLAS system, please call HR Connect at 718-935-4000 and refer to the case number at the top of this notice.For more information, you may also visit the HR Connect Employee Portal by logging in with your DOE/Outlook User ID and password at https://doehrconnect.custhelp.com.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

## Your COVID-19 Vaccine Religious Exemption Application - Determination

**solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>**

Wed 9/22/2021 11:13 PM

To: Mendoza Dahlia <DMendoza@schools.nyc.gov>

09/22/2021

Case#: A78669
File# 0678619
EMP ID: 718137

Dear DAHLIA MENDOZA,

We have reviewed your application and supporting documentation for a religious exemption from the DOE COVID-19 vaccine mandate. Your application has failed to meet the criteria for a religious based accommodation. Per the Order of the Commissioner of Health, unvaccinated employees cannot work in a Department of Education (DOE) building or other site with contact with DOE students, employees, or families without posing a direct threat to health and safety. We cannot offer another worksite as an accommodation as that would impose an undue hardship (i.e. more than a minimal burden) on the DOE and its operations.

This application was reviewed in accordance with applicable law as well as the Arbitration Award in the matter of your union and the Board of Education regarding the vaccine mandate.

Under the terms of the Arbitration Award, you may appeal this denial to an independent arbitrator. If you wish to appeal, you must do so within one school day of this notice by logging into SOLAS https://dhrnycaps.nycenet.edu/SOLAS and using the option "I would like to APPEAL". As part of the appeal, you may submit additional documentation and also provide a reason for the appeal.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

# EXHIBIT 16

From: solas_donotreply@schools.nyc.gov
Subject: Your Appeal
Date: Sep 23, 2021 at 3:22:55 PM
To: Mendoza Dahlia DMendoza@schools.nyc.gov

09/23/2021

Case#: A78669
File# 0678619
EMP ID: 718137

Dear DAHLIA MENDOZA,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate related exemption or accommodation. This appeal and your application materials and documentation are being forwarded to Scheinman Arbitration and Mediation Services ("SAMS") and independent arbitrators convened by SAMS who will consider your appeal.

Supplemental documentation may be submitted within 48 hours of your filing of the appeal to SAMS by emailing the applicable address below. Please include your name and union in the subject line and send from your DOE email.

UFT: AppealsUFT@ScheinmanNeutrals.com
CSA: AppealsCSA@ScheinmanNeutrals.com
Local 237: AppealsTeamstersLocal237@ScheinmanNeutrals.com
Local 891: AppealsLocal891IUOE@ScheinmanNeutrals.com

Sincerely,

HR Connect
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

# EXHIBIT 16a

SCHEINMAN ARBITRATION AND MEDIATION SERVICES

----------------------------------------------- X

In the Matter of the Arbitration

              between

NEW YORK CITY DEPARTMENT OF EDUCATION

              and

      ANNABELLE MATYAS

----------------------------------------------- X

              X

              X

              X      Re: UFT 1586

              X    Vaccine Exemption Appeal

              X

              X

**Issue:** Religious Exemption

**Date of Hearing:** October 4, 2021

<u>**Award**</u>

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]

_____

**Arbitrator**

Timothy S. Taylor, Esq.

October 5, 2021

**Date**

E-7

# EXHIBIT 17



10/28/2021

Maintaining my Rights To Sue the NYC DOE

Dear Michael Sill:

My name is Dahlia Mendoza File #678619. I am a NYC DOE Teacher currently forcibly placed onto unpaid leave through action taken by the DOE which was no choice of my own. I filed for a religious exemption to vaccination which was denied even though I have sincerely held religious beliefs. I appealed that decision as being illegal and unconstitutional and my appeal was denied for unconstitutional reasons and through an unconstitutional and openly discriminatory process applied by the NYC DOE in violation of my First Amendment rights. I am currently suing NYC over this in a legal case.

I have not quit, resigned or retired and I will not be quitting, resigning or retiring. It is the NYC DOE that has forced me onto unpaid leave. I am ready, willing and able to return to my teaching position however you are preventing me from doing so by forcibly keeping me on unpaid leave.

Since NYC DOE has illegally denied my constitutional rights and refuses to pay or employ me, your decisions are denying me the most fundamental constitutional right of all-that to life itself. Without income I can't pay my bills or feed myself nor my family. I cannot violate my sincerely held religious beliefs in order to get a paycheck. Nor can I waive my right to enforce my religious rights by signing your waiver of my right to sue to get benefits. Therefore, I am seeking other employment because the NYC DOE under your leadership leaves me no other choice.

Nevertheless, I repeat one last time; I am ready, willing and able to return to my teaching position in the NYC DOE. I have not quit, I have not resigned, I am not retiring. You have constructively discharged me.

Sincerely,

Dahlia Mendoza
Dahlia Mendoza

# EXHIBIT 18



November 20,2021

**Renewed Application for Religious Exemption**

Dear Sir or Madam,

My name is Dahlia Mendoza. I have been a New York City Department of Education employee since 1991. On September 22, 2021, my religious exemption application to the DOE's Vaccine Mandate was denied, and my appeal of that denial was denied on October 6, 2021. I struggle every day with the impending November 30 deadline by which I will need to choose between my faith and my job.

In the *Kane v. DeBlasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards they had used to consider religious exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards. Accordingly, the Court ordered the Plaintiffs to be reassessed under this alternative process.

Since my application and appeal were also considered under the same admittedly unconstitutional process, I hereby demand an immediate reexamination of my application under a fair, constitutionally sound process. I trust this renewed assessment will result in an exemption, since I know my religious beliefs to be demonstrably, wholly, and unequivocally sincere.

Kindly respond to this email as soon as possible. I have already been significantly damaged and your expedient attention to this matter will avoid further injury. Any delay will continue to compromise my faith in a manner that is unfair, unbearable, and entirely unconstitutional.

I thank you kindly in advance for your prompt attention to this request and look forward to receiving my religious exemption.

Most sincerely,
Dahlia Mendoza

# EXHIBIT 19



**Department of Education**
Chancellor Meisha Porter

**Meisha Porter**
*Chancellor*

**Chancellor's Strategic Response Group**

**52 Chambers Street Room 314 New York, NY 10007**

December 10, 2021

Ms. Dahlia Mendoza
50-05 164 Street
Fresh Meadows, NY 11365

Dear Ms. Mendoza:

Thank you for your correspondence to the Chancellor. We appreciate you reaching out to us, and apologize for the delayed response.

Upon receipt of your letter, I reached out to staff members within the Office of Labor Relations (OLR) for information. OLR staff informed me that as there is open litigation on this matter, counsel is handling all communications and the Department of Education cannot provide a specific response.

I hope this information is helpful. Thank you for writing to the Chancellor.

Sincerely,

Lissette Roman
Chancellor's Strategic Response Group

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chancellor Meisha Porter
NYC DOE
52 Chambers St. Rm #320
New York, NY 10007

9590 9402 6623 1028 1483 28

2. Article Number *(Transfer from service label)*

7021 0350 0000 0278 0508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT 20

From: solas_donotreply@schools.nyc.gov
Subject: Your Appeal
Date: Nov 30, 2021 at 3:07:02 PM
To: Mendoza Dahlia DMendoza@schools.nyc.gov

11/30/2021

Case#: A78669
File# 0678619
EMP ID: 718137

Dear DAHLIA MENDOZA,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate related exemption. This appeal and your application materials and documentation are being forwarded to the Citywide Panel.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

From: **Division of Human Resources**
DHR@schools.nyc.gov

Subject: **Your Appeal to the Citywide Panel – Additional Information**

Date: **Jan 7, 2022 at 7:06:55 PM**    *Email Sent 1/14/22 6:30PM*

Colleague,

Your appeal of your religious exemption to the COVID-19 vaccine mandate has been submitted to the Citywide Appeal Panel. To assist the Citywide Appeal Panel in reviewing your religious exemption request, please provide the following additional information by Friday, January 14, 2022 at 8:00 pm:

1. Whether you have previously taken any vaccinations.
2. If you have stated that you have a personal religious aversion to foreign or other impermissible substances entering your body, please describe this with more clarity, including describing any other commonly used medicines, food/drink and other substances you consider foreign/impermissible or that violate your religious belief.
3. If you have stated that you cannot take the vaccine because of an objection to using derivative fetal cells in the development of a vaccine, please provide more information about your stated objection and whether there are other medications or vaccinations that you do not take because of this objection.
4. Any additional occasions you have acted in accordance with the cited belief outside the context of a COVID-19 vaccination, to the extent not previously described in the documentation already submitted.

To submit this information, please follow the steps below:
- Written responses should be sent in as an attached document to PanelAppealUpdate@schools.nyc.gov (*Do **not** send, copy, or reply to this email.*)
- Written responses must be received by email by Friday, January 14, 2022 at 8:00 pm
- Only attach **new** information/document - do **not** resend documentation that was already provided.
- Include your Name and Employee ID number in the subject line of your email.

If additional information is not provided, the Panel will consider your appeal based on the materials/information you already submitted through SOLAS.

Thank you,

NYCDOE Division of Human Resources

January 14, 2022

NYCDOE Division of Human Resources,

I, Dahlia Mendoza #0718137, am responding to your email in order to give the following additional information to assist the Citywide Appeal Panel in reference to my religious exemption request.

1. Please refer to the first paragraph on page 1 for my explanation as to whether I have previously taken any vaccinations. In addition, as a child my parents had me vaccinated which was of no choice to me. They had made this decision on their own behalf. I have a personal relationship with God so taking any vaccine goes against this relationship. I can choose what is right for me because of the trust and guidance He provides.

2. Please refer to the fourth paragraph on page 1 for my explanation outside the context of a COVID-19 vaccination. My body is a temple of God which He takes care of. I have not taken medications in the past which were prescribed because their efficacies were uncertain. Since they were risky, they did not agree with my true sincere and genuine beliefs I have in God.

3. Please refer to the first paragraph on page 1 for my explanation as to my objection to using derivative fetal cells in the development of a vaccine. This goes against my held religious beliefs and my faith in God. It is my belief that God has given us life and He has entrusted us to live our lives in a way we deem worthy.

4. Please refer to the first paragraph on page 2 for information outside the context of a COVID-19 vaccination. I believe in God, the Creator of heaven and earth. God is the supreme authority over this creation and is all-powerful. I am created in His image. As the divine Architect, God designed my body to have an immune system that must not be defiled by vaccines. Immunizations are a violation of God's supreme authority, and therefore, unholy. Since immunizations are unholy they violate my religious beliefs.

Thank you.

Dahlia Mendoza

Case 1:25-cv-01861-OEM-MMH    Document 1    Filed 04/04/25    Page 176 of 217 PageID #: 176

## Reasonable Accommodation Appeal Determination

noreply@salesforce.com <noreply@salesforce.com>
on behalf of
NYC Employee Vaccine Appeals <vaxappeal@dcas.nyc.gov>
Mon 3/28/2022 4:47 PM

To: Mendoza Dahlia <DMendoza@schools.nyc.gov>

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination, all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal. Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request.

The decision classification for your appeal is as follows: DOE has demonstrated that it would be an undue hardship to grant this accommodation to the employee given the need for a safe environment for in-person learning.

**For all employees other than DOE employees:** Pursuant to the City of New York's policy concerning the vaccine mandate, you now have **three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).

**For Department of Education (DOE) employees:** Pursuant to New York City Department of Education policy, you have seven calendar days to extend your Leave Without Pay or return to work. If you do neither, you will be subject to termination. For further information and instructions, please see DOE Denial of Appeal Information.

# EXHIBIT 21



NetZero
Message Center

Print Message   |   Close

| | | |
|---|---|---|
| From | : | Dahlia Mendoza <stars9367@netzero.net> |
| To | : | KKing@uft.org |
| Subject | : | 3020a Hearing Request |
| Date | : | Fri, Apr 01, 2022 06:32 AM |

To whom it may concern:
I am formally requesting a 3020a hearing.  I received an email stating my appeal was
denied on March 28, 2022 which by the way had no statement regarding what my appeal was
for.  My appeal was for a religious exemption.  I ask again, why was my sincere and
genuine religious exemption denied?  There is no explanation, but that the DOE will
endure an undue hardship to grant me this accommodation. I guess there was never a plan
to have a position for me in the DOE. Now, I am also being terminated.  From my current
understanding, there are no charges against me, therefore; it appears the entire notion
that I can be terminated by the NYC DOE violates the contract I work under as an educator
and the 3020a hearing process.  I have not received any charges and I clearly cannot be
legally terminated by the NYC DOE.  In order to legally terminate me as a tenured
educator, there has to be a very specific legal process that must be adhered to.  Please
advise me on next steps to begin my 3020a hearing because as of now I have no charges
against me.  Unless the 3020a hearing process is followed in detail and specifically in
which it legally exists, I cannot be terminated and most certainly, I cannot be forced
into an illegitimate 3020a hearing without seeing the charges against me.
In addition, I cannot violate my sincere and genuine religious beliefs in order to
receive a paycheck, nor can I sign your waiver of my right to sue.  I am not quitting,
resigning, nor retiring.
Thank you for your attention.
I pray and have faith that honor will be restored as God deems it right.
Sincerely,
Dahlia Mendoza

# EXHIBIT 22

**From:** **Division of Human Resources**
DHR@schools.nyc.gov
**Subject:** **Termination of NYCDOE Employment**
**Date:** **Apr 11, 2022 at 8:32:52 AM**
**To:** **Mendoza Dahlia** DMendoza@schools.nyc.gov

April 7th, 2022

MENDOZA, DAHLIA
TEACHER
EMPL ID: 0718137

Dear MENDOZA, DAHLIA:

You have previously received notice regarding your failure to comply with the New York City Health Commissioner's Order requiring vaccination of all NYCDOE staff and that you would be terminated from DOE as a result. Compliance with that Order is a condition of employment. Since you did not comply with the Order and did not choose to extend your leave without pay, despite notice and an opportunity to do so, your employment with the New York City Department of Education is terminated, effective **April 7, 2022**. Please note that your health insurance coverage through the City also ceases upon termination.

If you have not already done so, you must return all DOE-issued equipment and materials, including your ID, to your supervisor. Information about COBRA will be mailed separately to you at the address on file in NYCAPS. Your school and/or office will be notified of your termination as well.

Thank you for your service to the New York City Department of Education.

Sincerely,

NYCDOE Division of Human Resources

# EXHIBIT 23

April 14, 2022

Dear Eric Adams,

I declare that I am woman and creator, doing business as [Dahlia Mendoza]. I am not an entity, corporation, or commercial individual that must obey policies. I received my termination letter on Monday, April 11, 2022, from the Department of Education and the date of my termination was last week, April 7, 2022.

I require that you provide documentation to the questions below:

1. Is there a contract that I have signed or am not aware of in which I have given bodily authority and/or have lawfully authorized my living body to be subject to corporate legalities of the Department of Education (DOE)?
   If so, provide the documentation with my actual signature, signed in ink.

2. Is (Dahlia Mendoza), your legal property? If so, provide documentation that I, (Dahlia Mendoza) have signed my property to the DOE, giving them authority to have control over my medical decisions and records.

3. Is there a contract that I have signed or am not aware of in which I have given the DOE authority over my religious beliefs/creed and how I practice my faith? Deeming them the authority of what is acceptable when it comes to the relationship with me: the living woman and creator, and my God? If so, provide the documentation with my actual signature, signed in ink.

4. Have I, [Dahlia Mendoza], signed a contract allowing for the DOE to legally and lawfully violate Article Two of the teacher's contract, which would allow them to discriminate against my religious beliefs/creed? If so, provide the documentation with my actual signature. Not a digital signature but one that I signed in ink.

5. Have I, [Dahlia Mendoza], signed a contract allowing for the DOE or the Citywide Appeal Panel to legally and lawfully violate Section 75 of the civil servant law, by placing me on unpaid leave without due process? If so, provide the documentation with my actual signature in ink.

6. Have I, [Dahlia Mendoza], signed a contract allowing for the DOE to legally and lawfully violate Title 8 of the Administrative Code of the City of New York and discriminate against me for perceived differences based on my religious beliefs/creed and health status? If so, provide the documentation with my actual signature in ink.

7. Is there documentation in your possession demonstrating that I am a threat for not receiving the COVID injections? Documents including peer reviewed articles that are unbiased and adhere to strict scientific standards. Do not provide orders, mandates and/or information from media outlets, but actual studies specifying how I am a threat.

8. Have you reviewed, researched or consulted with anyone concerning the deaths and illnesses following first and second doses of the COVID vaccine documented on the Defense Military Epidemiological Database (DMED), Centers for Medicare and Medicaid Services (CMS) and Vaccine Adverse Event Reporting System (VAERS) to ensure this medical intervention would not cause me [Dahlia Mendoza] harm and trespass against me?

9. Did I [Dahlia Mendoza], sign a document waiving protections under New York Consolidates laws PBH-Public Health Article 24-A (2440-2446) Protection of Human subjects? Especially in reference to § 2442. Informed consent. No human research may be conducted in this state in the absence of the voluntary informed consent subscribed to in writing by the human subject. If the human subject be a minor, such consent shall be subscribed to in writing by the minor's parent or legal guardian. If the human subject be otherwise legally unable to render consent, such consent shall be subscribed to in writing by such other person as may be legally empowered to act on behalf of the human subject. No such voluntary informed consent shall include any language through which the human subject waives, or appears to waive, any of his legal rights, including any release of any individual, institution or agency, or any agents thereof, from liability for negligence. If so, provide the documentation with my actual signature. Not a digital signature but one that I signed in ink.

10. Does the DOE have a signed contract whereby I [Dahlia Mendoza] have waived New York Constitution Article 1 -Bill of Rights Section 11 -Equal protection of laws; discrimination in civil rights prohibited? Specifically, NY Const Art I § 11. No person shall be denied the equal protection of the laws of this state or any subdivision thereof. No person shall, because of race, color, creed or religion, be subjected to any discrimination in his or her civil rights by any other person or by any firm, corporation, or institution, or by the state or any agency or subdivision of the state. If so, provide the documentation with my signature ink.

11. Have I [Dahlia Mendoza] signed a document waving Title 21 USC section 360bbb– 3(e)(1)(A)(ii)(I-III) of the Federal Food drug and cosmetic act? This requires that an individual who is to receive any of medical intervention

-2-

be made aware of potential benefits and risks associated with such and whether such are even known and that the individual has the right to accept

or refuse administration of the product together with any alternative to the product and of their benefits and risks. If I have signed a document waiving the Title 21 USC section 360bbb– 3(e)(1)(A)(ii)(I-III) provide the document with my ink signature.

Has the study completed by the NIH been reviewed and the ARR Under Title 21 USC section 360bbb 3(c)(2)(A): The vaccines do not diagnose, treat or prevent SARS-CoV-2 or

Under Title 21 USC section 360bbb 3(c)(2)(A): Can you prove with absolute certainty and facts that the potential risks of each COVID outweigh the risks?

Has the NIH (National Institutes of Health) study been reviewed with a focus on the Absolute Risk Reduction (ARR)?

**Case Law**

[**Trinity v. Comer**]- In this ruling Justice Ginsberg noted that one's faith is a personal matter entirely between a man/woman and their God.  If the DOE has the authority to ignore the provide documentation of this.

[**Engel v. Vitale**]- In this ruling the Supreme Court wrote that religion is "too personal, too sacred, too holy to permit it's 'unhallowed perversion' by a civil magistrate."

[**Rodrigues v. Ray Donovan** ]- All codes, rules and regulations are for the government authority only, not human/creators in accordance with God's     laws.  All codes, rules and regulations are unconstitutional and lacking due         process.

[**Marbury v. Madison**]- was a landmark U.S. Supreme Court case that established the principle of judicial review in the United States, meaning that    American courts have the power to strike down laws and statues that they    find to violate the Constitution of the United States.

[**Hertado v. California, 110 U.S. 516**]- "The State cannot diminish the rights of the people."

-3-

[**Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.**]- "There, every man is independent of all laws, except those prescribed by nature.  He is not bound by any institutions formed by his fellowman without his consent."

**Remedy of the people when rights are violated.  Below are not exhaustive and more remedies will be sought.**

### USC 18 Section 241- Conspiracy Against Rights:

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right shall be filed under this title or imprisoned not more than ten years, or both.

### USC 18 Section 242- Deprivation of Rights under Color of Law:

Whoever, under color of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any State to the deprivation of any rights  shall be fined under this title or imprisoned not more than one year, or both.

### USC 18 Section 2071- Concealment:

Whoever willfully and unlawfully conceals, removes, mutilates, obliterates or destroys or attempts to do so, documents filed or deposited with any clerk  or officer of any court, shall be fined or imprisoned not more than here  years, or both.

### USC 42 Section 1983: Civil Action for Deprivation of Rights:

Every person who, under color of any statue, ordinance, regulation, custom, or usage, of any State subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law.

### USC 42 1985- Conspiracy to interfere with Civil Rights:

If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly, any person's rights the party so injured or deprived may have an action for the recovery of the damages against any one or more of the conspirators.

### USC 42 Section 1986: Action for Neglect to Prevent:

Every person who, having knowledge that any wrongs conspired to be done or are about to be committed, and having power to prevent or aid in preventing the commission of the dame, neglects or refuses so to do, if such wrongful act to be committed, shall be liable to the party injured.

-4-

Thank you to the men and women reading this.  I expect a response to the questions listed above within 7 calendar days.  If you do not respond to the questions it will be presumed that you tacitly agree that I have not signed contracts relinquishing my inalienable rights, you were never given authority to violate my rights and are therefore held liable.  If you do not respond you tacitly agree that you have not done

your due diligence in researching the adverse effects of the COVID vaccine and by not doing so have caused me harm.  If you choose not to respond or respond in a manner that will cause me further harm, I will proceed with a tort claim.


Respectfully,


Woman, creator, doing business as [Dahlia Mendoza]
Benefactor/ Grantor

-5-

# EXHIBIT 24

 **Department of Education**

August 22, 2022

DAHLIA MENDOZA
50-05 164TH STREET
FLUSHING, NY 11365

Employee ID #: 0718137
Dear DAHLIA MENDOZA,

Earlier this year, you were terminated from employment from the New York City Department of Education due to non-compliance with the employee COVID-19 vaccine mandate. You are now being offered the opportunity to return to employment if you become fully vaccinated, provided that you meet the following conditions:

- Provide proof that that you have received at least one dose of the COVID-19 vaccine no later than September 6, 2022.
- Provide proof of full COVID-19 vaccination (meaning the receipt of two shots of two dose vaccine, if applicable) no later than October 21, 2022 (45 days after September 6).

Former employees who provide such proof will be re-hired within two weeks of providing proof of full vaccination, but no earlier than September 20, 2022.

Please be aware, that employees will be rehired into their title but may receive a different assignment including to a different school.

To provide proof of vaccination by these dates, please take the following steps:

- Send an email to VaccineMandateTermination@schools.nyc.gov
- Put your name and Employee ID # in the subject line (your Employee ID # is found under your address on the top of this page)
- Attach to your email proof of COVID-19 vaccination which can be an image of your vaccination card, NYS Excelsior Pass, or another government record
- You will receive further communications to the email you use to send this information, so please be sure to use an email you will be monitoring.

Thank you,

NYC Department of Education Division of Human Resources

# EXHIBIT 25

Your application for a COVID-19 Vaccine Related Exemption or Accommodation has been received.

solas_donotreply@schools nyc gov <solas_donotreply@schools.nyc.gov>

14 - 17 2021 12 40 AM

To  Badillo Daisy <DBadillo3@schools.nyc.gov>

09/17/2021

Case#: A74001
File# 0715392
EMP ID: 809851

Dear DAISY BADILLO,

Thank you for submitting your application online!

Type of Application: COVID-19 Vaccine Related Exemption or Accommodation

Application Communications:
During your application process, all communications will be sent to your DOE e-mail account. You must continue to check your DOE e-mail, even if you listed a different preferred email address.

Changes to Your Application:
Unfortunately, you cannot make changes to your submitted application. If you need to make changes, you must withdraw this application and re-submit your request. To withdraw the application please log back into SOLAS: https://dhmycaps.nycenet.edu/SOLAS.

Questions:
For technical questions regarding the SOLAS system, please call HR Connect at 718-935-4000 and refer to the case number at the top of this notice.For more information, you may also visit the HR Connect Employee Portal by logging in with your DOE/Outlook User ID and password at https://doehrconnect.custhelp.com.

Sincerely,


HR Connect
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Reference  COVID19 Vaccine Acc Submission

# EXHIBIT 26

2/14/23, 8:15 PM                                    Payroll Portal Main Page

**Department of Education**                                                          DFO

Functions | Employee Self Service | DOE Applications | Other | Logout          8:15:19 I

# Employee Self Service: Payroll Register

### Employee Information

SSN ***-**-5288
Name MENDOZA, DAHLIA
Pay Cycle 742 (S) - Pedagogues / Pedagogic Supervi ▼



### Salary History

Equate Date 12 31 9999
Prior Equate Date 09 24 1994
Certified YES
Rating NOT APPLICABLE
Problem PR

| Title | Pay C. | Pay Rate | Sal Co | Effective Date | Expire Date | Salary T |
|-------|--------|----------|--------|----------------|-------------|----------|
| TRTRQ | S | 128,657.00 | UA8N | 10-15-2021 | 04-06-2022 | BASE |
| TRTRQ | S | 128,657.00 | UA8N | 05-14-2021 | 10-14-2021 | BASE |
| TRTRQ | S | 124,909.00 | UA8N | 05-14-2020 | 05-13-2021 | BASE |
| TRTRQ | S | 121,862.00 | UA8N | 02-14-2019 | 05-13-2020 | BASE |
| TRTRQ | S | 119,472.00 | UA8N | 09-04-2018 | 02-13-2019 | BASE |
| TRTRQ | S | 119,472.00 | UA8N | 06-16-2018 | 09-03-2018 | BASE |
| TRTRQ | S | 115,993.00 | UA8N | 05-01-2018 | 06-15-2018 | BASE |
| TRTRQ | S | 113,762.00 | UA8N | 05-01-2017 | 04-30-2018 | BASE |

# EXHIBIT 27

10/14/21, 8:25 AM                                        Mail - Badillo Daisy - Outlook

## Your COVID-19 Vaccine Religious Exemption Application - Determination

solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>
Sun 9/19/2021 4:24 PM
To  Badillo Daisy - DBadillo3@schools.nyc.gov

09/19/2021

Case#: A74001
File# 715392
EMP ID: 809851

Dear DAISY BADILLO,

We have reviewed your application and supporting documentation for a religious exemption from the DOE COVID-19 vaccine mandate. Your application has failed to meet the criteria for a religious based accommodation. Per the Order of the Commissioner of Health, unvaccinated employees cannot work in a Department of Education (DOE) building or other site with contact with DOE students, employees, or families without posing a direct threat to health and safety. We cannot offer another worksite as an accommodation as that would impose an undue hardship (i.e. more than a minimal burden) on the DOE and its operations.

This application was reviewed in accordance with applicable law as well as the Arbitration Award in the matter of your union and the Board of Education regarding the vaccine mandate.

Under the terms of the Arbitration Award, you may appeal this denial to an independent arbitrator. If you wish to appeal, you must do so within one school day of this notice by logging into SOLAS https://dhrnycaps.nycenet.edu/SOLAS and using the option "I would like to APPEAL". As part of the appeal, you may submit additional documentation and also provide a reason for the appeal.

Sincerely,


*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

# EXHIBIT 28

9/29/21, 9:28 AM                                                 Mail - Badillo Daisy - Outlook

Your Appeal

solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>
Sun 9/19/2021 9:41 PM
To  Badillo Daisy <DBadillo3@schools.nyc.gov>

09/19/2021


Case#: A74001
File# 0715392
EMP ID: 809851

Dear DAISY BADILLO,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate
related exemption or accommodation. This appeal and your application materials and
documentation are being forwarded to Scheinman Arbitration and Mediation Services ("SAMS") and
independent arbitrators convened by SAMS who will consider your appeal.

Supplemental documentation may be submitted within 48 hours of your filing of the appeal to SAMS
by emailing the applicable address below. Please include your name and union in the subject line
and send from your DOE email.

UFT: AppealsUFT@ScheinmanNeutrals.com
CSA: AppealsCSA@ScheinmanNeutrals.com
Local 237: AppealsTeamstersLocal237@ScheinmanNeutrals.com
Local 891: AppealsLocal891IUOE@ScheinmanNeutrals.com

Sincerely,


HR Connect
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number  GX500M6R3 N0425 COVID-19_VAX_Exemption_Appeal

# EXHIBIT 29

SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------- X
In the Matter of the Arbitration

                                              X

              between

                                              X

NEW YORK CITY DEPARTMENT OF EDUCATION          Re:  UFT 329

                                              X

              and                              Vaccine Exemption Appeal

                                              X

       DAISY BADILLO

                                              X

------------------------------------------- X


Issue:    Religious Exemption


Date of Hearing:  September 23, 2021


**Award**

APPLICATION FOR EXEMPTION: GRANTED [ ]    DENIED [X]    OTHER [ ]


_Timothy S. Taylor_                          September 23, 2021
**Arbitrator**                               **Date**
Timothy S. Taylor, Esq.

# EXHIBIT 30

**From:** noreply@salesforce com <noreply@salesforce com> on behalf of NYC Employee Vaccine Appeals <vaxappeal@dcas nyc gov>
**Sent:** Tuesday, February 15, 2022 12 07 PM
**To:** Badillo Daisy <DBadillo3@schools nyc gov>
**Subject:** Reasonable Accommodation Appeal Determination

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request

The decision classification for your appeal is as follows DOE has demonstrated that it would be an undue hardship to grant this accommodation to appellant given the need for a safe environment for in-person learning.

**For all employees other than DOE employees:** Pursuant to the City of New York's policy concerning the vaccine mandate, you now have **three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).

**For Department of Education (DOE) employees:** Pursuant to New York City Department of Education policy, you have seven calendar days to extend your Leave Without Pay or return to work. If you do neither, you will be subject to termination. For further information and instructions, please see DOE Denial of Appeal Information.

# EXHIBIT 31

2/21/22, 8:10 PM

AOL Mail - Message View

## RE: 3020a Hearing Request

**From:** Karen King <kKing@uft.org>
**To:** 'ladydee73@aol.com' <ladydee73@aol.com>
**Date:** Fri, Feb 18, 2022 2:05 pm

Good Afternoon,

Can you kindly please fill out this online form so that we can submit it on your behalf.

**Karen King**

**From:** ladydee73@aol.com <ladydee73@aol.com>
**Sent:** Friday, February 18, 2022 12:42 PM
**To:** Michael Sill <MSill@uft.org>
**Subject:** 3020a Hearing Request

To whom it may concern:

I am formally requesting a 3020a hearing. I received an email stating my appeal was denied which by the way had no statement regarding what my appeal was for. My appeal was for a religious exemption. I ask again, why was my sincere and genuine religious exemption denied? There is no explanation, but that the DOE will endure an undue hardship to grant me this accommodation. Now, I am also being terminated. From my current understanding, there are no charges against me, therefore, it appears the entire notion that I can be terminated by the NYC DOE violates the contract I work under as an educator and the 3020a hearing process. I have not received any charges and I clearly cannot be legally terminated by the NYC DOE. In order to legally terminate me as a tenured educator, there has to be a very specific legal process that must be adhered to. Please advise me on next steps to begin my 3020a hearing because as of now I have no charges against me. Unless the 3020a hearing process is followed in detail and specifically in which it legally exists, I cannot be terminated and most certainly, I cannot be forced into a illegitimate 3020a hearing without seeing the charges against me.
In addition, I cannot violate my sincere and genuine religious beliefs in order to receive a paycheck, nor can I sign your waiver of my right to sue. I am not quitting, resigning, nor retiring.
Thank you for your attention. I pray and have faith that honor will be restored as God deems it.


Sincerely,
Daisy Badillo

# EXHIBIT 32

*Emailed from lent*
*termination 1 pm*
*9/23/22 718-935-2218*
*Spoke to Marcia 1:27*
*Called 1:35*
*718-935-4000*
*HR Connect*
*High Call volume*

*# Have to have this updated to retirement (I will not receive benefits if a new contract goes through).*

*Has to change from terminated to retirement per Marcia.*

2:36

3 Messages
< ❷   **Revised OP 44 i...**   ∧  ∨



The legal documents require the first and last name when signing off. Please have the form signed correctly by the payroll secretary with first and last name also

The form attached has the wrong effective date that is being signed off for. Make the correction and resubmit.

*3/17/22 - Termination Date*
*DVM - Denied Vaccine Mandate*
*10/15/21 - 3/16/22 LWD - Leave w/o Pay*

------------------EMPLOYEE SERVICE DATA WINDOW----------------
EIS ID: 0715392 SSN: XXX-XX-4200 NAME: BADILLO    DAISY
BOE ENTRY: 11/04/1996 PAY RATE:        .00
PAY CODE:    RE
EFFECT  END    TITLE JOB ORG   POS LIC  EFF   LIS
S DATE   DATE   WORK  ID  UNIT   ID  WORK  RSN STA COD
- -------- -------- ----- ----- ------ ----- ----- --- --- ---

03/17/22        TRTSQ HEVR4 11X160 900BQ 901B  DVM TRM
10/15/21 03/16/22 TRTSQ HEVR4 11X160 900BQ 901B  2VM LWO

And  form attached is a scanned copy and the Original Legal Document must always be submitted in order for us to be able to process. These forms should not be printed and or scanned for any reason They go from email to email and the original saved to your documents and attached to the outgoing email.
Make the correction and resubmit the original .

   

Science 1

# EXHIBIT 33



**Department of Education**

DFO

Functions | Employee Self Service | DOE Applications | Other | Logout

6:14:34 PM

## Employee Self Service: Payroll Register

### Salary History

**Salary History**

Equate Date 12 31 9999
Prior Equate Date 03 06 2000
Certified YES
Rating NOT APPLICABLE
Problem PR

Employee Informat

SSN ***-**-4200
Name BADILLO, DAISY
Pay Cycle 742 (S) - Pedagogue

| Title | Pay C. | Pay Rate | Sal Cd | Effective Date | Expire Date | Salary T. | Date Changed |
|-------|--------|----------|--------|----------------|-------------|-----------|--------------|
| TRTSQ | S | 122,424.00 | UA8L | 10-15-2021 | 03-16-2022 | BASE | 03-18-22 |
| TRTSQ | S | 122,424.00 | UA8L | 05-14-2021 | 10-14-2021 | BASE | 10-15-21 |
| TRTSQ | S | 118,858.00 | UA8L | 05-14-2020 | 05-13-2021 | BASE | 05-13-21 |
| TRTSQ | S | 115,959.00 | UA8L | 03-22-2020 | 05-13-2020 | BASE | 05-01-20 |
| TRTSQ | S | 105,469.00 | UA8J | 02-14-2019 | 03-21-2020 | BASE | 03-31-20 |
| TRTSQ | S | 103,400.00 | UA8J | 06-16-2018 | 02-13-2019 | BASE | 06-11-19 |
| TRTSQ | S | 100,389.00 | UA8J | 05-01-2018 | 06-15-2018 | BASE | 06-11-19 |
| TRTSQ | S | 98,458.00 | UA8J | 03-22-2018 | 04-30-2018 | BASE | 06-11-19 |
| TRTSQ | S | 97,133.00 | UA8F | 05-01-2017 | 03-21-2018 | BASE | 06-11-19 |

Title History

Payr

Salary History | Ch

# EXHIBIT 34



**The University of the State of New York**
The State Education Department
Teacher Tenure Hearing Unit
EBA Room 987
Albany, New York 12234

Ph:  (518) 473-2829
Fax:  (518) 402-5940

*(09/21)*

## Hearing Request/Waiver for Education Law §3020-a or §3020-b Charges

| Instructions to the Tenured Employee: | This form is for you to request a hearing on the Education Law §3020-a or §3020-b charges brought against you, or to waive your right to a hearing on such charges.  You must return this form within 10 days of receipt of the charges to the Clerk or Secretary of the Board of Education that brought charges against you.  If you fail to request a hearing or waive your right to a hearing within 10 days, you will be deemed to have waived your right to a hearing on the charges and your employing board will meet to determine a penalty. |
|---|---|

### Tenured Employee Information

| Name | Annabelle Matyas | Phone | 718-930-5095 |
|---|---|---|---|
| Address | 76-32 170th Street | Phone | |
| Address | | Fax | |
| City, State Zip | Fresh Meadows, NY 11366 | Email | annamatyas74@gmail.com |

### Hearing Request or Waiver

| ☑ | I request a hearing on the charges served against me pursuant to Education Law §3020-a or §3020-b |
|---|---|
| ☐ | I waive the right to have a hearing pursuant to Education Law §3020-a or §3020-b.  I understand the Board of Education will meet to determine the case and fix the penalty or punishment, if one is to be imposed. |

### Tenured Employee Attorney Information

I reserve the right to choose between a union attorney or an outside attorney if charges are made against me. At this time, to my knowledge, no charges have been made against me.

| Firm Name | | | |
|---|---|---|---|
| Attorney Name | | Phone 1 | |
| Address | | Phone 2 | |
| Address | | Fax | |
| City, State, Zip | | Email | |

### Tenured Employee Signature

| Signature | With out prejudice *(signature)* Signature only valid with attached stipulation (3 pages) | Date | 04/25/2022 |
|---|---|---|---|

From my current understanding, there are no charges against me by the New York City Department of Education. If there were charges against me, then the New York City Department of Education would have to follow New York Education Law § 3020 and § 3020-a or § 3020-b.

New York Education Law § 3020 states the following.

1. <u>No person enjoying the benefits of tenure shall be disciplined or removed during a term of employment except for just cause and in accordance with the procedures specified in section three  thousand twenty-a</u> of this article or in accordance with alternate disciplinary procedures contained in a  collective bargaining agreement covering his or her terms and conditions of employment that was  effective on or before September first, nineteen hundred ninety-four and has been unaltered by  renegotiation, or in accordance with alternative disciplinary procedures contained in a collective  bargaining agreement covering his or her terms and conditions of employment that becomes effective on or after September first, nineteen hundred ninety

disciplinary procedures contained in a collective bargaining agreement that becomes effective on or after September first, nineteen hundred ninety-four, <u>must provide for the written election by the employee of  either the procedures specified in such section three thousand twenty-a or the alternative disciplinary  procedures contained in the collective bargaining agreement and must result in a disposition of the  disciplinary charge within the amount of time allowed therefor under such section three thousand twenty agreement that becomes effective on or after July first, two thousand ten shall provide for an expedited  hearing process before a single hearing officer in accordance with subparagraph (i-a) of paragraph c of subdivision three of section three thousand twenty-a</u> of this article in cases <u>in which charges of  incompetence are brought based solely upon an allegation of a pattern of ineffective teaching or  performance as defined in section three thousand twelve</u>-c of this article and <u>shall provide that such a  pattern of ineffective teaching or performance shall constitute very significant evidence of incompetence</u> which may form the basis for just cause removal.

2. No person enjoying the benefits of tenure shall be suspended for a fixed time without pay or  dismissed due to a violation of article thirteen-E of the public health law.

New York Education Law § 3020-a states the following.

1. Filing of charges. All charges against a person enjoying the benefits of tenure as provided in  subdivision three of section eleven hundred two , and sections twenty-five hundred nine , twenty-five  hundred seventy-three , twenty-five hundred ninety-j , three thousand twelve and three thousand fourteen of this chapter shall be in writing and filed with the clerk or secretary of the school district or employing board during the period between the actual opening and closing of the school year for which the  employed is normally required to serve. Except as provided in subdivision eight of section twenty-five  hundred seventy-three and subdivision

seven of section twenty-five hundred ninety-j of this chapter, no  charges under this section shall be brought more than three years after the occurrence of the alleged incompetency or misconduct, except when the charge is of misconduct constituting a crime when  committed.

2. Disposition of charges.

a. Upon receipt of the charges, the clerk or secretary of the school district or employing board shall immediately notify said board thereof. <u>Within five days after receipt of  charges, the employing board, in executive session, shall determine, by a vote of a majority of all the  members of such board, whether probable cause exists to bring a disciplinary proceeding against an  employee pursuant to this section. If such determination is affirmative, a written statement specifying (i) **the charges in detail.**</u> (ii) the maximum penalty which will be imposed by the board if the employee doe not request a hearing or that will be sought by the board if the employee is found guilty of the charges  after a hearing accused employee by certified or registered mail, return receipt requested or by personal delivery to the employee

b. <u>The employee may be suspended pending a hearing on the charges and the final determination  thereof. The suspension shall be with pay,</u> except the employee may be suspended <u>without pay if the  employee has entered a guilty plea to or has been convicted of a felony crime concerning the criminal sale or possession of a controlled substance, a precursor of a controlled substance, or drug paraphernalia</u> as  defined in article two hundred twenty or two hundred twenty-one of the penal law; or a felony crime  involving the physical abuse of a minor or student.

New York Education Law § 3020-b states the following.

1. Applicability. This section shall apply to classroom teachers and building principals who receive  two or more consecutive annual ineffective ratings pursuant to annual professional performance reviews conducted in accordance with the provisions of section three thousand twelve-c or three thousand twelve d of this article.

2. Filing and disposition of charges. a. A school district or employing board may bring charges of  incompetence pursuant to this section against any classroom teacher or building principal who receives  two consecutive ineffective ratings. A school district or employing board shall bring charges of  incompetence pursuant to this section against any classroom teacher or building principal who receives  three consecutive ineffective ratings. All charges against a person enjoying the benefits of tenure as  provided in subdivision three of section eleven hundred two , and sections twenty-five hundred nine ,  twenty-five hundred seventy-three , twenty-five hundred ninety-j , three thousand twelve and three thousand fourteen of this chapter shall be in writing and filed with the clerk or secretary of the school  district or employing board. Except as provided in subdivision eight of section twenty-five hundred  seventy-three and subdivision seven of section twenty-five hundred ninety-j of this chapter, no charges  under this section shall be brought more than three years after the occurrence of the alleged  incompetency. When such charges are brought, a

2

written statement specifying (i) the charges in detail,  (ii) that the penalty that will be imposed by the board if the employee does not request a hearing or that

section, shall be immediately forwarded to the accused employee by certified or registered mail, return  receipt requested or by personal delivery to the employee.

b. The employee may be suspended pending a hearing on the charges and the final determination  thereof and such suspension shall be with pay.

c. Within ten days of receipt of the statement of charges, the employee shall notify the clerk or secretary of the employing board in writing whether he or she desires a hearing on the charges. The unexcused  failure of the employee to notify the clerk or secretary of his or her desire for a hearing within ten days of the receipt of charges shall be deemed a waiver of the right to a hearing. Where an employee requests a hearing in the manner provided for by this section, the clerk or secretary of the board shall, within three  working days of receipt of the employee's notice or request for a hearing, notify the commissioner of the need for a hearing. If the employee waives his or her right to a hearing the employing board shall  proceed, within fifteen days, by a vote of a majority of all members of such board, to determine the case  and fix the penalty to be imposed in accordance with subdivision four of this section.

d. Charges brought pursuant to this section for two consecutive ineffective ratings shall allege that the  employing board has developed and substantially implemented a teacher or principal improvement plan in accordance with section three thousand twelve-c or section three thousand twelve-d of this article for the employee following the first evaluation in which the employee was rated ineffective, and the immediately preceding evaluation if the employee was rated developing


Law §3020-a or §3020-b charges, the Rights of Tenured Employees form and the Hearing Request/Waiver form. Unless the § 3020-a or § 3020-b process is followed in the detail and specificity in which it exists, they cannot force me into a 3020-a or § 3020-b hearing. If the New York City Department of Education charges me, then I will decide what course of action I want to take.

Since the New York City Department of Education (NYCDOE) must abide by New York Education Law 3020, and 3020-a or 3020-b, it is incomprehensible why I would need to request a hearing. Furthermore, the New York State Education Department Teacher Tenure Hearing Unit spe Law §3020-a or §3020-b charges, the Rights of Tenured Employees form and the Hearing Request/Waiver form. Unless the § 3020-a or § 3020-b process is followed in the detail and specificity in which it exists, they cannot force me into a 3020-a or § 3020-b hearing. If the New York City Department of Education charges me, then I will decide what course of action I want to take. Since the United Federation of Teachers Request/Waiver for Education Law §3020-a or §3020- Department of Education might or will circumvent my rights as a tenured teacher and my due process and also filled out the form because I fear the United Federation of Teachers may refuse to represent my rights as

3

a tenured teacher if the NYCDOE brings charges against me and/or tries to terminate me if I do not fill out this form. However, my signature in no way waives, invalidates, or changes my position that since, to my knowledge, there are no charges placed against me, I cannot be disciplined and/or legally terminated by the NYCDOE. For the NYCDOE to bring me up on charges and/or try to legally terminate me as a tenured educator, there is a very specific legal process that must be adhered to. There is not even the hint that the correct process is currently being carried out. Therefore, I reserve the right to rescind my -a or §3020- , and I do not waive any of my Constitutional, New York State Constitution, other rights, nor my right to seek redress.


Sincerely,



Annabelle Matyas

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

|  |  |
|---|---|
| ANNABELLE MATYAS, DAISY BADILLO, and DAHLIA MENDOZA <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, Chancellor; and KATHERINE RODI, Director of Employee Relations, <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, 65 Court Street, Brooklyn, New York 11201 MELISSA AVILES-RAMOS, Chancellor; 65 Court Street, Brooklyn, New York 11201 and KATHERINE RODI, Director of Employee Relations, 100 Gold Street, New York, New York, 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    New York City Law Department
100 Church Street
New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

### BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                  *Server's signature*

                                           _____
                                                  *Printed name and title*

                                           _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

Revised 02.13.2025; Effective 02.17.2025

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ANNABELLE MATYAS, DAISY BADILLO, and DAHLIA MENDOZA

**DEFENDANTS**
THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, ~~MELISSA~~

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Kings County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Annabelle Matyas 718-930-5095, 76-32 170th Street, Fresh Meadows, New York, DAISY BADILLO, 917-327-7994, 13 Darin Road, Warwick, New York,

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐1 U.S. Government Plaintiff
☒3 Federal Question *(U.S. Government Not a Party)*
☐2 U.S. Government Defendant
☐4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☒ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒1 Original Proceeding
☐2 Removed from State Court
☐3 Remanded from Appellate Court
☐4 Reinstated or Reopened
☐5 Transferred from Another District *(specify)*
☐6 Multidistrict Litigation - Transfer
☐8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983 and 14th Amendment
Brief description of cause:
Deprivation of due process

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒Yes ☐No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:   JUDGE _____   DOCKET NUMBER _____

DATE April 4, 2025
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐   monetary damages sought are in excess of $150,000.00 exclusive of interest and costs,

☑   the complaint seeks injunctive relief, or

☐   the matter is otherwise ineligible for the following reason:

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more its stocks. Add an additional page if needed.

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 3 in Section VIII on the front of this form. Rule 3(a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 3(a) provides that "A civil case shall not be deemed "related" to another civil case merely because the civil case involves identical legal issues, or the same parties." Rule 3 further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (b), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NEW YORK EASTERN DISTRICT DIVISION OF BUSINESS RULE 1(d)(3)

*If you answer "Yes" to any of the questions below, this case will be designated as a Central Islip case and you must select Office Code 2.*

| | | |
|---|---|---|
| 1. | Is the action being removed from a state court that is located in Nassau or Suffolk County? | ☐ Yes ☑ No |
| 2. | Is the action—not involving real property—being brought against United States, its officers or its employees AND the majority of the plaintiffs reside in Nassau or Suffolk County? | ☐ Yes ☑ No |
| 3. | If you answered "No" to all parts of Questions 1 and 2: | |
| | a.   Did a substantial part of the events or omissions giving rise to claim or claims occur in Nassau or Suffolk County? | ☐ Yes ☑ No |
| | b.   Do the majority of defendants reside in Nassau or Suffolk County? | ☐ Yes ☑ No |
| | c.   Is a substantial amount of any property at issue located in Nassau or Suffolk County? | ☐ Yes ☑ No |
| 4. | If this is a Fair Debt Collection Practice Act case, was the offending communication received in either Nassau or Suffolk County? | ☐ Yes ☐ No |

*(Note, a natural person is considered to reside in the county in which that person is domiciled; an entity is considered a resident of the county that is either its principal place of business or headquarters, of if there is no such county in the Eastern District, the county within the District with which it has the most significant contacts.)*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☐ Yes    ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?

☐ Yes (If yes, please explain)    ☐ No

I certify the accuracy of all information provided above.

**Signature:** _____

Revised 02.13.2025; Effective 02.17.2025

from their salary in 2021;

3.  Awarding Plaintiffs financial compensation for being unable to contribute to their TDA.

4.  Considering Plaintiffs are pro se, an opportunity to Amend their Complaint after submission of Defendant's papers.

5.  Granting such other and further relief that the Court deems just and proper.

Dated: April 4, 2025

By: *Annabelle Matyas,*
*Authorized representative,*
*Sui Juris*
*all rights reserved.*
*without prejudice*
Annabelle Matyas

7632 170th Street
Fresh Meadows, New York 11366
718-930-5095
ddavictory1021@gmail.com

By *Daisy Badillo*
*Authorized Representative,*
*Suri juris*
*All rights reserved.*
*Without prejudice*
Daisy Badillo

13 Darin Road
Warwick, New York
917-327-7994
ddavictory1021@gmail.com

By *Dahlia Mendoza*
*Authorized Representative,*
*Suri juris*
*All rights reserved,*
*without prejudice*
Dahlia Mendoza

5005 164th Street
Fresh Meadows, New York 11365
917-480-1095
ddavictory1021@gmail.com