AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Annabelle Matyas; Daisy Badillo; Dahlia Mendoza )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-01861-MMH
The Department of Education of the City of New York; Melissa Aviles- )
Ramos- Chancellor; Katherine Rodi- Director of Employee Relations )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
The Department of Education of the City of New York  
65 Court Street  
Brooklyn, NY 11201

Melissa Aviles- Ramos- Chancellor  
65 Court Street  
Brooklyn, NY 11201

Katherine Rodi- Director of Employee Relations  
100 Gold Street  
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Pro se:

Annabelle Matyas  
7632 170th Street  
Fresh Meadows, NY 11366

Daisy Badillo  
13 Darin RD  
Warwick, NY 10990

Dahlia Mendoza  
5005 164th Street  
Fresh Meadows, NY 11365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY  
CLERK OF COURT

Date: 04/04/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-01861-MMH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, CHANCELLOR AND KATHERINE RODI, DIRECTOR OF EMPLOYEE RELATIONS
was received by me on *(date)* 5-6-25.

☒ I personally served the summons on the individuals at *(place)*
100 CHURCH STREET, NY, NY (NEW YORK) on *(date)* 5-6-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* A. BOEBLER, who is designated by law to accept service of process on behalf of *(name of organization)*
NYC LAW DEPARTMENT on *(date)* 5-6-25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5-6-25

*Nancy Barrantes*
Server's signature

NANCY BARRANTES
Printed name and title

7 DENISE DRIVE 7H
LATHAM, NY 12210
Server's address

[Notary seal: KEVIN CLINTON, NOTARY PUBLIC, NO. 01CL0031206, My Comm. Expires Nov 20, 2028, Qualified in Kings County, STATE OF NEW YORK]

Additional information regarding attempted service, etc:

State of New York
County of New York
The foregoing instrument was acknowledged before me 6 day of May 2025
*Kevin Clinton*
Your Name Here. Notary Public
My Commission Expires 11-20-28