

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SHINEQUA CHARLES**<br>Labor & Employment Law Division<br>Phone: 212-356-2458<br>shcharle@law.nyc.gov |

July 24, 2025

**By ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  *Matyas et al v. Department of Education of the City Of New York, et. al.*
              25-CV-1861 (MMH)

Dear Magistrate Judge Henry :

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendant New York City Department of Education ("DOE"), DOE Chancellor Melissa Aviles-Ramos, and Katherine Rodi in the above-referenced action. I write to respectfully request a 45 day extension of time, from July 25, 2025 until September 8, 2024, to respond to the Complaint. This is Defendants' second request for an extension of time to respond to the Complaint and it would not affect any other deadlines in this matter. I spoke to Plaintiffs Daisy Badillo and Dahila Mendoza today on the telephone to ask if they would consent to this request, but neither Plaintiff took a position. Both said they would have to confer with the other Plaintiffs and get back to me, but I have not yet heard a response from any of the Plaintiffs with a position. Furthermore, I reached out to the three Plaintiffs via email, but have not hear back.

      This extension is requested because Defendants are still awaiting certain documents that are essential to determining how they will respond to the Complaint. Specifically, Defendants have learned that Plaintiff Annabelle Matyas did not file a complaint with the New York State Division of Human Rights ("SDHR"), but Defendants have not yet heard from the SDHR as to whether Plaintiffs Badillo and Mendoza filed complaints with that agency and, if either or both did, what the outcome of such complaints were. Further, Defendants are aware that Plaintiff Badillo filed a charge of discrimination with the United States Equal Employment Opportunity Commission ("EEOC"), but we do not yet know how that charge was despised of. Further, Defendants are still investigating whether Plaintiffs Matyas and Mendoza filed charges of discrimination with the EEOC. These documents are essential for Defendants to determine

whether Plaintiffs exhausted their administrative remedies for their Americans with Disabilities Act claim, and whether there may be preclusion arguments as to their New York State and City Human Rights Law and § 1983 claims.

Accordingly, Defendants respectfully request that the Court grant an extension of time, until September 8, 2025, for Defendants to respond to the Complaint.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Shinequa Charles*
Shinequa Charles
Assistant Corporation Counsel

cc: Via First Class Mail and Email
Annabelle Matyas
Plaintiff *Pro Se*
7632 170th Street
Fresh Meadows, NY 11366

Daisy Badillo
Plaintiff *Pro Se*
13 Darin Road
Warwick, NY 10990
ddavictory1021@gmail.com

Dahlia Mendoza
5005 164th Street
Fresh Meadows, NY 11365
Email: ddavictory1021@gmail.com