

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**SHINEQUA CHARLES**
*Assistant Corporation Counsel*
Labor & Employment Division
(Phone: 212-356-2458
shcharle@law.nyc.gov

August 20, 2025

**By ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Matyas et al v. Department of Education of the City Of New York, et. al.*
       25-CV-1861 (MMH)

Dear District Judge Henry:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York ("City") and the New York City Department of Education ("DOE") in the above-referenced matter. I write to respectfully request leave to file ten (10) excess pages in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint. Section V(C)(1) of Your Honor's Individual Practice Rules imposes a 15-page limit on memoranda of law in support of motions, but Defendants anticipate that their Memorandum of Law will be 25 pages.

  An enlargement of pages is requested due to the fact that Defendants must respond to the claims of three separate Plaintiffs and because Plaintiffs' complaint asserts a wide array of broad and vague claims. Defendant will need the excess pages to address all claims and theories that appear to be in the complaint. I reached out to the three Plaintiffs via email, but have not heard back from the Plaintiffs with a position.

  I thank the Court for its consideration and attention to this matter.

                Respectfully submitted,

*/s/ Shinequa Charles*
Shinequa Charles
Assistant Corporation Counsel

cc: <u>Via First Class Mail and Email</u>
Annabelle Matyas
Plaintiff *Pro Se*
7632 170th Street
Fresh Meadows, NY 11366

Daisy Badillo
Plaintiff *Pro Se*
13 Darin Road
Warwick, NY 10990
ddavictory1021@gmail.com

Dahlia Mendoza
5005 164th Street
Fresh Meadows, NY 11365
Email: ddavictory1021@gmail.com