```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANNABELLE MATYAS, DAISY BADILLO, AND
DAHLIA MENDOZA,
                                                    NOTICE OF MOTION TO
                                    Plaintiffs,     DISMISS THE COMPLAINT

             -against-                              25-CV-01861(OEM)(MMH)

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK, MELISSA AVILES-RAMOS,
CHANCELLOR; AND KATHERINE RODI,
DIRECTOR OF EMPLOYEE RELATIONS,

                                    Defendants.
------------------------------------------------------------------------ x
```

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Assistant Corporation Counsel Shinequa Charles, dated September 8, 2025, and the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated September 8, 2025, and upon all the papers and proceedings previously had herein, Defendants will move this Court before the Honorable Orelia E. Merchant, United States District Judge, Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be determined by the Court, for a judgment, pursuant to Federal Rule of Civil Procedure 12(b), dismissing the Complaint on the following grounds: (1) Plaintiffs failed to exhaust their administrative remedies and thus any federal statutory claims must be dismissed; (2) Plaintiffs failed to file a timely notice of claim and so their SHRL and CHRL claims against DOE and Aviles-Ramos are time-barred; (3) Plaintiffs fail to state a claim for relief with respect to their allegations of religious discrimination, retaliation, violations of the First, Fifth, and Fourteenth Amendments, Equal Protection, and failure to provide reasonable accommodations; (4) Plaintiffs' fraud in the inducement claims fail as a

matter of law; (5) any claim for failure to engage in a cooperative dialogue under the CHRL should be dismissed; (6) Plaintiffs Mendoza and Badillo should have brought their claims as an Article 78; (7) all claims against Katherine Rodi should be dismissed because she was never served and because Plaintiffs have not alleged her personal involvement; and (8) all claims purportedly brought under 42 U.S.C. § 1988 and 18 U.S.C. § 242 should be dismissed because those statutes do not apply to civil actions.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the agreed upon briefing schedule, Defendants shall serve Plaintiff with its motion to dismiss on or before September 8, 2025.

Date: New York, New York
September 8, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
 City of New York
Attorney for Defendants The Department Of Education Of The City Of New York and Melissa Aviles-Ramos
100 Church Street, Room 2-143
New York, New York 10007
(212) 356-2458
shcharl@law.nyc.gov

By: */s/ Shinequa Charles*
 Shinequa Charles
 Assistant Corporation Counsel

TO: Via First Class Mail and Email
Annabelle Matyas
Plaintiff *Pro Se*
7632 170th Street
Fresh Meadows, NY 11366

Daisy Badillo
Plaintiff *Pro Se*

2

13 Darin Road
Warwick, NY 10990
ddavictory1021@gmail.com

Dahlia Mendoza
Plaintiff *Pro Se*
5005 164th Street
Fresh Meadows, NY 11365
Email: ddavictory1021@gmail.com

25-CV-01861(OEM)(MMH)

| UNITED STATES DISTRICT COURT |
| EASTERN DISTRICT OF NEW YORK |

ANNABELLE MATYAS, DAISY BADILLO, AND DAHLIA MENDOZA,

                                       Plaintiffs,

                       -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, CHANCELLOR; AND KATHERINE RODI, DIRECTOR OF EMPLOYEE RELATIONS ,

                                    Defendants.

**NOTICE OF MOTION TO DISMISS THE COMPLAINT AND DECLARATION**

*MURIEL GOODE-TRUFANT*
*Corporation Counsel of the City of New York*
    *Attorney for Defendants* The Department Of Education Of The City Of New York and Melissa Aviles-Ramos

    *100 Church Street*
    *New York, N.Y. 10007*

    *Of Counsel: Shinequa Charles*
    *Tel: (212) 356-2458*
    *Matter No.: 2025-033231*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................., 2025*

*............................................................... Esq.*

*Attorney for ...............................................................*