UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANNABELLE MATYAS, DAISY BADILLO, AND DAHLIA MENDOZA,

                                 Plaintiff,

              -against-

**THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, CHANCELLOR; AND KATHERINE RODI, DIRECTOR OF EMPLOYEE RELATIONS**,

                                 Defendant.
------------------------------------------------------------------------ x

**DECLARATION OF SHINEQUA CHARLES**

25-CV-01861 (OEM)(MMH)

      **Shinequa Charles** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant Acting Corporation Counsel of the City of New York, attorney for The Department Of Education Of The City Of New York ("DOE"), and DOE Chancellor Melissa Aviles-Ramos ("collectively Defendants"). I am familiar with the facts and circumstances of this matter based on information and documents obtained from the Department of Education of The City of New York ("DOE") and the New York City Law Department.

      2.    I submit this declaration in support of Defendants' motion to dismiss the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure ("FRCP") in order to place before the Court documents relied upon by Defendant in support of their motion and which are referred to in their Memorandum of Law.

      3.    Defendants annexes the following documents in support of their motion, which are incorporated by reference in Plaintiffs' court filings related to the Complaint, which are

1

matters of public record of which the Court may take judicial notice and which are documents in Plaintiffs' possession or of which Plaintiff has knowledge:

- Annexed hereto as Exhibit A is a copy of New York City Department of Health and Mental Hygiene ("DOHMH") Commissioner David A. Chokshi's Order dated September 28, 2021 To Require Covid-19 Vaccination For Department Of Education Employees, Contractors, Visitors, And Others.

- Annexed hereto as Exhibit B is a copy of Plaintiff Badillo's United States Equal Employment Opportunity Commission ("EEOC") charge of discrimination.

- Annexed hereto as Exhibit C is a copy of Plaintiff Matyas' Notice of Claim on May 10, 2023.

- Annexed hereto as Exhibit D is a copy of Plaintiff Matyas' Decision ,Order, Judgement  in Annabelle Matyas v  Board of Education of the City  School District of the City of New York, et.al Index # 156203/2022  and  Decision and Order on Motion in Annabelle Matyas v  Board of Education of the City School District of the City of New York, et.al Index # 156203/2022Article 78 .

- Annexed hereto as Exhibit E is a copy of the Declaration of Mallory Sullivan, Deputy Director of the DOE's Office of Employee Relations, dated May 27, 2022, submitted in support of the DOE's motion to dismiss the complaint in another Covid vaccine case, *Kane v. DeBlasio*, 21-CV-

2

7863 (VEC) (S.D.N.Y.) to provide information about DOE's employment record system in response to certain allegations regarding "problem codes."

I declare under penalty of perjury that the foregoing is true and correct.

Date:    New York, New York
         September 8, 2025

                MURIEL GOODE-TRUFANT
                Corporation Counsel of the
                 City of New York
                Attorney for Defendants The Department Of
                Education Of The City Of New York and Melissa
                Aviles-Ramos
                100 Church Street, Room 2-143
                New York, New York 10007
                (212) 356-2458
                shcharl@law.nyc.gov

By:    */s/ Shinequa Charles*
       Shinequa Charles
       Assistant Corporation Counsel