Annabelle Matyas
Plaintiff Pro Se
7632 170th Street
Fresh Meadows, NY 11366
ddavictory1021@gmail.com

Daisy Badillo
Plaintiff Pro Se
13 Darin Road
Warwick, NY 10990
ddavictory1021@gmail.com

Dahlia Mendoza
5005 164th Street
Fresh Meadows, NY 11365
ddavictory1021@gmail.com

September 28, 2025

**<u>VIA ECF PRO SE DESK</u>**:

Honorable Judge Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Courtroom 6C South

**Re: *Matyas et al v. Department of Education of the City Of New York, et. al.*
25-CV-1861 (OEM)(MMH)**

Dear Hon. Judge Merchant:

We are the Plaintiffs Pro Se in the case cited above.

We respectfully request an extension of time to oppose the First MOTION To Dismiss submitted by the Defendants. There was no briefing schedule given by you and no pre-motion conference, and we need more time to do our due diligence in completing our research so that we can justify the claims we are making.

The original date you gave for us to submit our opposition was October 9, 2025. This is our first request for an extension of time to craft our opposition to the Motion To Dismiss. We request until October 29, 2025 to submit our opposition papers, and the Defendants' attorney has agreed. This new date will not affect any other deadlines in this matter.

This extension is necessary because of the massive amounts of research into cases in the Federal courts both here and in the Southern district that have valid winning arguments. We do not want to waste this Court's time or resources.

We assure you that our request is not frivolous.

Please grant this request,

Thank you,


/s/Annabelle Matyas      /s/Daisy Badillo      /s/Dahlia Mendoza