Judge Orelia E. Merchant  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York  11201  
Courtroom: 6C South                                                                    October 29, 2025

### RE:  Matyas et al v. Department of Education of the City of New York et al
### 25-cv-01861-OEM-MMH

Dear Judge Merchant,

Today we, the Plaintiffs PRO SE in the case cited above, sent via email our Opposition papers and Exhibits to the City Law Department Attorney Ms. Shinequa Charles.

Respectfully,

/s/Annabelle Matyas            /s/Daisy Badillo            /s/Dahlia Mendoza