

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SHINEQUA CHARLES**
Labor & Employment Law Division
Phone: 212-356-2458
shcharle@law.nyc.gov

April 20, 2026

**By ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *Matyas et al v. Department of Education of the City Of New York, et. al.*
          25-CV-1861 (OEM)

Dear Magistrate Judge Henry :

      In regard to Hon. Merchant's order on April 17, 2026, the Opposition papers filed by Plaintiffs on April 16th is the same copy emailed to Defendant on October 29, 2025. I thank the Court for its consideration of this request.

      Respectfully submitted,

      /s/ *Shinequa Charles*
      Shinequa Charles
      Assistant Corporation Counsel

cc:    Via First Class Mail and Email
      Annabelle Matyas
      Plaintiff *Pro Se*
      7632 170th Street
      Fresh Meadows, NY 11366

      Daisy Badillo
      Plaintiff *Pro Se*

13 Darin Road
Warwick, NY 10990
ddavictory1021@gmail.com

Dahlia Mendoza
5005 164th Street
Fresh Meadows, NY 11365
Email: ddavictory1021@gmail.com