# NOTICE OF ERRATA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 27 2026   ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**ANNABELLE MATYAS, DAISY BADILLO, and DAHLIA MENDOZA**

V.

**THE DEPARTMENT OF EDUCATION**
**OF THE CITY OF NEW YORK, MELISSA**
**AVILES-RAMOS, Chancellor; and KATHERINE RODI, Director of Employee Relations,**

**DOCKET NO. 25-CV-1861(OEM) (MMH)**



RECEIVED
APR 27 2026
PRO SE OFFICE

## NOTICE OF ERRATA

To the Clerk of Court:

Plaintiffs respectfully submits this Notice of Errata to correct the record regarding Plaintiffs' Opposition to Defendants' Motion to Dismiss.

Plaintiff previously filed multiple versions of the Opposition appearing at Docket Entries **[17] and [18]**.

Due to inadvertent filing errors:

- Docket Entry **[17]** contains an incorrect document, exhibits previously submitted; and
- Docket Entry **[18]** contains the correct document but with missing pages and in incorrect order.

Plaintiffs have since filed and served the correct, operative version of the Opposition **[19]**.

Plaintiffs respectfully request that the Court treat as superseded and not operative Docket Entries **[17] and [18]** for purposes of the record and consider only the corrected Opposition as the operative filing **[19]**.

Respectfully submitted,

Annabelle Matyas
76-32 170th Street
Fresh Meadows, New York 11366
ddavictory1021@gmail.com

Daisy Badillo
13 Darin Road
Warwick, NY 10990
ddavictory1021@gmail.com

Dahlia Mendoza
50-05 164th. Street
Fresh Meadows, NY 11365
ddavictory1021@gmail.com

Dated: April 17, 2026

Annabelle Materas
76-32 170th. Street
Fresh Meadows, New York 11366

RETURN RECEIPT
REQUESTED

9589 0710 5270 1773 4509 99

RDC 99

11201

U.S. POSTAGE
FCM LETTER
FRESH MEADOWS
NY 11365
APR 17, 2026
$10.48
S2324N502880-01

Clerk of Court - Pro Se Intake Un.
U.S. District Unit
Eastern District of New York
225. Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 27 2026   ★

BROOKLYN OFFICE



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

Retail