*** Filed ***
12:10 AM, 20 May, 2026
U.S.D.C., Eastern District of New York

May 19, 2026

Annabelle Matyas
Plaintiff Pro Se
7632 170th Street
Fresh Meadows, NY 11366
ddavictory1021@gmail.com

Daisy Badillo
Plaintiff Pro Se
13 Darin Road
Warwick, NY 10990
 ddavictory1021@gmail.com

Dahlia Mendoza
5005 164th Street
Fresh Meadows, NY 11365
ddavictory1021@gmail.com

**VIA ECF PRO SE DESK**:
Honorable Judge Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Courtroom 6C South

**Re: *Matyas et al v. Department of Education of the City Of New York, et. al.***
**25-CV-1861 (OEM)(MMH)**

Dear Hon. Judge Merchant,

We are the Plaintiffs pro se listed above in the case *Matyas et al v. Department of Education of the City Of New York, et. al.*, and are sending this letter to you to request an extension of time to submit our request to move for leave to file an amended complaint.  You wrote in your May 1,

2026 Memorandum and Order that "such motion shall comply with Federal Rule of Civil Procedure 15, Local Civil Rule 7.1(e), and the Court's Individual Practices and Rules, including by attaching a redlined comparison of the operative pleading and the proposed amended pleading." You gave us the date of May 31, 2026 to submit these papers.

We request an extension of time to June 12, 2026, so that we may effectively research recent decisions, and how to redline our proposed Amended Complaint, which we have never done before. We need this extra time to fully comply with your Order. This is our first request.

We called and emailed the counsel for the Defendants, who is evidently away until May 26th, and we sent an email to her two replacements during her absence, and so far we have had no response from anyone. The Defendant's date to respond is June 29, 2026, and we would be willing to extend their time accordingly.

Thank you,

/s/Annabelle Matyas            /s/Daisy Badillo            /s/Dahlia Mendoza

CC: Shiniqua Charles