
**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

X

**ANNABELLE MATYAS, DAISY BADILLO, and DAHLIA MENDOZA,**

Plaintiffs

**DOCKET: 25-CV-1861 (OEM)(MMH)**

-against-

<u>**AMENDED COMPLAINT**</u>

***Jury Trial Demanded***

**THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, Chancellor; and KATHERINE RODI, In Her Official Capacity as Executive Director, Employee Relations and General Committee for the Department of Education,**

Defendants

x

**PLAINTIFFS ANNABELLE MATYAS, DAISY BADILLO, and DAHLIA MENDOZA**

("Plaintiffs") proceeding Pro Se, as and for their Summons and Complaint filed to protect their Constitutional rights against the above-captioned Defendants the **DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, Chancellor, and KATHERINE RODI, Director, Employee Relations and General Committee for the Department of Education,** alleges upon knowledge as to their own facts and upon information and belief as to all other matters:

<u>**PRELIMINARY STATEMENT**</u>

1. While government is fully empowered to make emergency action against life-threatening dangers, it is bedrock law in this country that constitutional rights and prohibitions do not change in an emergency. "The Constitution was adopted in a period of grave emergency. Its grants of power to the Federal Government and its limitations of the power of the States were determined in the light of emergency and they are not altered by emergency." Home Bldg. & Loan Ass'n v Blaisdell, 290 U.S. 398, 425 (1934). Thus "even in a pandemic, the Constitution cannot be put away and forgotten." Roman Catholic Diocese of Brooklyn v Cuomo, 208 L.Ed. 2d 206, 210 (2020).

2. In this action, Plaintiffs challenge the implementation of the COVID Vaccine Mandate ("CVM") in New York City that deprived them of Constitutional rights to their religion in substance and practice by charging them with "misconduct" for requesting an accommodation so that they could continue their employment with the New York City Department of Education ("DOE") while unvaccinated. Plaintiff Matyas found out she had been flagged with a Problem Code in October 2022; Plaintiffs Mendoza and Badillo found out they were Coded on February 14, 2023. All three Plaintiffs were blocked from teaching in New York City because the DOE refused to give them an accommodation for their religious beliefs which conflicted with the CVM. In retaliation for their requests to abstain

from getting the COVID vaccine due to their religious beliefs, the DOE punished Plaintiffs for asking to remain unvaccinated and work remotely during the 2021-2022 and 2022-2023 school years. Plaintiffs were punished by the DOE for their religion. The Problem Code is held at the Office of Employee Relations, under the Supervision of Defendant Katherine Rodi.

3. Defendants have no procedure upon which they rely, when they flag an employee. Also, there is no procedure that allows an employee to remove a Problem Code from their file and fingerprints. The PR Code remains on their files and fingerprints until Defendant Rodi decides to remove the Code.

4. Plaintiffs are not challenging the validity of the CVM, but the *as-applied* process used by Defendants under color of law to deprive them of their Constitutional rights ending in their unlawful separation from their employment and placement of their fingerprints and personnel files permanently in a disciplinary code database for "misconduct". This database is shared by the FBI and Criminal Justice System.

5. This Code, or flag, is known as "Problem Code", "PR", "ineligible/inquiry" or "inactive status" in Galaxy, the Defendants' budget database. The Problem Code permanently blocks Plaintiffs from receiving their tenured salary, employment, and full pensions. There is no procedure on why an employee is flagged, nor how an employee can get this flag removed. These actions are under the control of one person, Defendant Katherine Rodi, since 2012. Defendant Katherine Rodi is the person in charge at the DOE of designating who gets the code on their fingerprints and personnel file. See **EXHIBIT 1** Problem Code Documents.

6. Recently discovered evidence of the scheme to terminate Plaintiffs has come to light. In April 2026 a FOIL request uncovered emails that were sent in September 2021 by Steven Banks, General Counsel of the Office of Labor Relations, and other high-level City administrators as well as DOH Commissioner David Chokshi himself, to create information about the COVID vaccine that could bias any and all arbitrators against approving religious accommodations. See EXHIBIT 7, MEMO-UFT Accommodation Process. Banks calls all religious objections to the CVM "BS", and infers that all public employees in NYC claiming religious accommodations were basically lying.

7. Defendants ("DOE") have a long-standing animosity to public employment and the Unions that represent them, as well as the Constitutional rights and protections that public employment and tenure status give, such as relevant here, religious freedom (First Amendment), due process (14th Amendment and Section 1983) and workplace accommodations for religious appeals.

8. New York State is one of five states in America which do not honor religious exemptions. Defendants knew this and colluded with Arbitrator/Mediator Martin Scheinman to make sure that any and all DOE employees who had a sincere religious belief prohibiting vaccination against COVID had one option: to apply for a religious exemption, so that they could all be denied.

9. At all times compelled by this animus, Defendants proposed, adopted, enforced and encouraged a policy that allowed certain religious beliefs to be accommodated while other religions were categorically excluded from the possibility of accommodation, in direct violation of Plaintiffs' Constitutional rights cited above. **EXHIBIT 2**, Scheinman Award.

10. The Scheinman Award stated that, even if the DOE were to determine a person does belong to an "established" and "recognized" religion, and that religious organization provided a clergy letter, the applicant must still be denied if the "leader" of their faith has publicly expressed support for vaccination. By not defining who a "Leader" might be, the Award could categorically deny accommodation to whole categories of religious employees. The DOE allowed accommodation based upon membership in a preferred religious organization. This is clearly an example of religious discrimination.

11. The criteria in the Award were extremely restrictive and discriminatory. For religious exemptions the criteria were also very limited:
"Religious exemptions for an employee to not adhere to the mandatory vaccination policy must be documented in writing by a religious official (e.g., clergy) . Requests shall be denied where the leader of the religious organization has spoken publicly in favor of the vaccine, where the documentation is readily available (e.g., from an online source), or where the objection is personal, political, or philosophical in nature. Exemption requests shall be considered for recognized and established religious organizations. (e.g. Christian Scientists)" (p. 9)

12. The Scheinman Award was declared unconstitutional in November 2021 by the Southern District Court, and discarded from use in any appeal or accommodation procedure.

**EXHIBIT 3**. However, none of the Plaintiffs were reinstated to their original positions and status. The harm done was permanent.

13. Plaintiffs' terms of employment spelled out clearly in Education Law §3020 statute and their Union contract, "CBA" of the United Federation of Teachers, were never changed, and the LWOP or Leave Without Pay that removed Plaintiffs from their jobs was a false and misleading title for what was actually a forced suspension without pay. See LWOP, **EXHIBIT 4**.

14. Defendants' intent was to suspend without pay anyone who did not get vaccinated. Employment Law and the teacher's Collective Bargaining Agreement "CBA" for the United Federation of Teachers says that leaves are voluntary. But in Scheinman's September 10, 2021 Award and LWOP, the leave was forced upon Plaintiffs who could not get vaccinated. There is no forced leave in the CBA, only voluntary leave, such as FMLA. A leave that is forced on an employee as seen in this matter is punishment for misconduct or a criminal act. According to the U.S. Supreme Court, suspension without pay is retaliatory discrimination. See Burlington Northern and Santa Fe Railway Company v White, 548 US 53 (2006).

15. Despite giving religious accommodations (RA) to allegedly hundreds of other tenured employees similarly situated – some reported 165 DOE employees were given accommodations, other reports claimed 148, or 176, out of 3300 appeals from educators - and despite offering those approved both remote work and reassignment locations and at home on full salary, Defendants, acting at all times under color of law, offered no accommodations whatsoever to Plaintiffs in this case and terminated them without justification and without a fair hearing.

16. Rather than engage in good faith individualized review to determine who could be safely accommodated, Defendants created a discriminatory policy in order to put into place an implementation process focused on mass termination of New York City municipal workers who had First and Fourteenth Amendment protections and therefore a right to claim religion as a contraindication to getting vaccinated against COVID.

17. Plaintiffs bring this action because of the Problem Code being placed on their personnel files and fingerprints without their knowledge or consent, solely as a result of their inability to discard their religious beliefs that conflicted with getting vaccinated. Each and every claim in this action is a result of the alleged misconduct the Plaintiffs now are accused of, in violation of 42 U.S.C. Section 1983, 1st, and 14th Amendments to the United States Constitution; violation of Free Exercise Clause and Establishment Clause; continuous wrong for placement on a permanent Problem Code without due process; deprivation of any dialogue or hearing; NYSHRL,NYCHRL, Executive Law §296(1) and N.Y.C. Admin. Code §8-107(3)(a); failure to accommodate, and those parts of the New York State Constitution which similarly apply with like language and together with this Court's pendent jurisdiction over causes of action arising under New York State laws, both common and statutory; State laws governing employment and freedom of religion, in procedure and substance.

18. Plaintiffs seek monetary and declaratory relief against Defendants for committing acts with the intent and for the purpose of depriving Plaintiffs of Constitutionally protected property and liberty rights pursuant to their tenured status, without procedural and substantive due process and for refusing to, or neglecting to, prevent such deprivations and denials to Plaintiffs.

19. Plaintiffs' demands for relief include recovery of monetary damages in backpay above $400,000; full reinstatement to Plaintiffs' prior titles and positions with all raises and benefits; their names and personal data removed from the Office of Personnel Investigations' ("OPI") database; and/or they will each be given a §3020-a Arbitration Hearing to defend and support their keeping their jobs without getting vaccinated.

## PARTIES

20. Plaintiff Annabelle Matyas was a tenured teacher hired in 2001 to work for the Department of Education of the City of New York. She had an impeccable reputation and record. While a tenured teacher, Plaintiff Matyas had Constitutional rights, including protected liberty and property rights, to her position. She completed her administrative remedies by filing a request for a religious exemption and a 3020-a hearing but was denied both and charged with misconduct. Plaintiff was a public employee of Defendants within the meaning of an "employee" as defined in New York State Civil Service Law § 75- b(1)(b) and a covered person under Citywide Administrative Services and Education Law §§3020 and 3020-a.

21. Plaintiff Dahlia Mendoza was a tenured teacher hired in 1991 to work for the Department of

Education of the City of New York. She had an impeccable reputation and record. While a tenured teacher, Plaintiff Mendoza had Constitutional rights, including protected liberty and property rights, to her position. She completed her administrative remedies to obtain a religious exemption and a §3020-a hearing but was denied both, after being charged with misconduct. Plaintiff was a public employee of Defendants within the meaning of an "employee" as defined in New York State Civil Service Law § 75- b(1)(b) and a covered person under the Citywide Administrative Services and Education Law §§3020 and 3020-a.

22. Plaintiff Daisy Badillo was a tenured Bilingual Special Education teacher hired in November 1996 to work for the Department of Education of the City of New York. She had an impeccable reputation and record. While a tenured teacher, Plaintiff Badillo had Constitutional rights, including protected liberty and property rights, to her position. She completed her administrative remedies by filing a request for a religious exemption and a 3020-a hearing but was denied both and charged with misconduct. Plaintiff was a public employee of Defendants within the meaning of an "employee" as defined in New York State Civil Service Law § 75- b(1)(b) and a covered person under the Citywide Administrative Services and Education Law §§3020 and 3020-a.

23. Defendant the Department of Education of the City of New York ("DOE") has overseen the NYC system of public schools located throughout all five (5) boroughs of the City of New York and has been, and continues to be, a recipient of substantial federal funds, and has offices at 65 Court Street in Brooklyn, New York 11201.

24. Defendant Melissa Aviles-Ramos is the Chancellor of the Department of Education of the City of New York ("DOE") and has a responsibility to oversee and manage the NYC system of public schools located throughout all five (5) boroughs of the City of New York.

25. Defendant Katherine Rodi is employed by the Department of Education of the City of New York ("DOE") and started work as the Director of Employee Relations in 2012. She also has the responsibility of overseeing the DOE's Office of Safety and Health, and the Office of Personnel Investigations where she decides who among the DOE's employees are placed on a "Problem Code". She monitors the disciplinary information in the personnel file that is highlighted by the Problem Code for principals who may want to hire a former or current employee. Defendant Rodi had a direct influence on the Plaintiffs' suspension and termination by giving all three a "Problem Code" flag on their fingerprints and in their personnel files. During the 2021-2022 and 2022-2023 school years Defendant Rodi was the Director of a secret "General Committee" for the NYC Department of Education ("DOE"). In this role she denied all religious appeals that were submitted to SOLAS and thus had a direct influence on Plaintiffs' suspension without pay and loss of their jobs and full pensions without any restitution after the CVM ended in 2023. Katharine Rodi was deposed in a PERB case November 2015. This is part of her testimony:

    a) "Just being suspended does not get you on a flag. An arbitrator's decision tied to misconduct will get a person a flag.

    b) If they were found guilty of something, they would get a flag.

    c) …the flag is put on before 3020-a charges are filed; the flag is put on with the letter of discipline, even if it says that any further misconduct may result in your termination."

    d) If 3020-a charges are dismissed, Rodi reads the decision to determine whether the charges for termination was dismissed or whether the actual underlined misconduct was dismissed. Sometimes the level of misconduct does not lead to termination, but that does not undo the flag.

    PERB Case U-32479

26. Rodi was also deposed on March 25, 2025 in the case Masciarelli v New York City Department of Education, DOCKET #22-cv-07553 (CBA)(VS) and in her testimony she said that she was part of a NYC DOE "General Committee" and she denied every DOE employee's accommodation appeal without reviewing any of them:

"With further questioning, Rodi explains that the general committee members were under pressure to reopen in-person schooling and couldn't do so without replacing at least some of the DOE employees who were barred from entering school buildings. Rodi describes the flood of requests for accommodations the DOE received during the fall of 2021:

*We received it from teachers, from custodians, from school food workers, from principals, from assistant principals, from, you know, name the person, name the job. And the fact is that we needed to run a school system . . .*

She describes denying accommodation requests in order to "resign" employees so that they

could be replaced:

*[T]he only option was [sic] had was to resign them from the system without any bias so that we could hire other teachers. Because, again, we had a school to run.*

Later [Attorney Austin] Graff questions Rodi about the details of what happened to each individual's request for an accommodation:

*Q. Okay. So when you received an application for religious exemption, what did you review to make a determination whether to grant or deny?*

*A. We made sure that the person had appropriately applied in the right area. A number of people would check religious exemption, but they were really looking for a medical exemption.*

*We also made sure that they actually submitted something with their application, because some people included blank sheets of paper. And, then, if it was a medical—if it was in the wrong place, we—we immediately advised them so that they could reapply or reapply in the right place. If it was a blank piece of paper, we immediately advised them so that they could submit appropriate documentation."*

*And then, other than that, we then—we reviewed to make sure they had submitted something to support, you know, that it was religious in nature. We didn't judge what it was. And even if it was just a piece of paper that they wrote out. And then we denied their request."*

According to this description, the "individual review" the applicants received was simply a check to make sure they hadn't mistakenly submitted a blank piece of paper or a medical accommodation request.

27. Both Melissa Aviles-Ramos and Katherine Rodi are named Defendants in Complaint because under HRL § 296(1), supervisors who own some portion of the employer-entity, or who possess sufficient authority to affect personnel decisions, may be held individually liable for acts of discrimination. See Bonner v. Guccione, 916 F. Supp 271, 279 (S.D.N.Y. 1996) (holding that there is no unfairness in imputing liability to an owner or person high enough up in a company's hierarchy that she or he has power over personnel decisions); Sacay v. The Research Foundation of the City University of New York, 44 F. Supp.2d 505 (E.D.N.Y. 1999) (noting that inference that a supervisor played a role in the allegedly discriminatory decision to discharge an employee provided a minimally sufficient basis for individual liability under the HRL).

## JURISDICTION AND VENUE

28. The Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 for claims arising federal questions under 42 U.S.C. 1983, in particular the protections given by the Equal Protection Clause, First, Fifth, and Fourteenth Amendments to the Constitution, as well as State law claims codified in the New York State Constitution and Education Law §§3020 and 3020-a (the "tenure law"). This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C 1343(2)(4) for claims arising federal questions under 42 U.S.C. 1983 as Defendant at all times relevant herein acted under color of law.

29. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. §1367(a), as well as New York State Human Rights Law ("NYSHRL") and New York City Human Rights Law ("NYCHRL"), New York Executive Law §296 and Administrative Code §8-107, in that such claims are so related to Plaintiffs' claims within the original jurisdiction of this Court that they form part of the same case or controversy. Defendants were at all times acting under color of law in breaching their covenant of good will and fair dealing with the Plaintiffs as well as committing fraud in the inducement.

30. This action's venue properly lies in the United States District Court for the Eastern

District of New York, pursuant to 28 U.S.C. § 1391, because the New York City Department of Education has offices at 65 Court Street, Brooklyn, N.Y. This Court has the power to issue declaratory relief pursuant to 28 U.S.C. §§2201 and 2202.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

31. Plaintiffs filed requests for a religious exemption/accommodation to the DOE via SOLAS (HR database) without knowing that they had already been flagged by a disciplinary code

"Problem Code" on October 4, 2021. Plaintiff Matyas found out about the Code in October 2022; Plaintiffs Badillo and Mendoza found out they were in the Problem Code database on February 14, 2023. All of their efforts to obtain religious accommodations were in vain, but at no time did the person in charge, Defendant Katherine Rodi, give them the information about this punishment, the Problem Code. Thus, Plaintiffs' causes of action in this case were within the three years statute of limitations for Section 1983, NYSHRL and NYCHRL, 1st and 14th Amendments, looking at the timeline for finding out the basis for their termination and denials as 2022 and 2023, not 2021. The Problem Code colors each and every cause of action in this case. Plaintiffs appealed to the Scheinman arbitrators and were denied with an "X" in the box beside "Denied". No explanation given. The Citywide Panel then turned down their appeals without any details, only "undue burden". Here, the issue is the punishment given to Plaintiffs for requesting religious accommodations and then getting flagged with a Problem Code for "misconduct" without their knowledge or consent.

32. Plaintiffs state a cause of action under the Human Rights Laws, both City and State, pursuant to a three-year statute of limitation and continuing wrong doctrine under *Riccardo v. New York City Dep't of Ed., 2016 WL 7106048 *6* [Report and Recommendation] (S.D.N.Y. Dec. 2, 2016), adopted by District Judge for reasons set forth in Report and Recommendation 2017 WL 57854 (S.D.N.Y. Jan. 4, 2017) ("There is no apparent reason to treat [filings with the EEOC or NYSDHR] differently under the one-year statute of limitations that applies to claims against school districts and their officers under the human rights laws.")

## STATEMENT OF RELEVANT FACTS

33. In 2020 the scientific community began writing about the inefficiency and dangerous side effects of the COVID Vaccine. But New York City shut down entirely, and any restaurants or public places that stayed open were punished. Teachers remained at home, teaching remotely from March 2020 to September 2021.

34. On June 23, 2021, a year and a half in to the pandemic, Governor Cuomo announced that the pandemic emergency was officially over in New York State. The virus had mutated by that time to become more mild, there were far fewer deaths and hospitalizations, and the crisis had stabilized dramatically. By the end of July 2021, the scientific consensus among world public health leaders coalesced around three facts: vaccinated people could still catch and spread Covid-19; herd immunity could not be achieved through vaccination for this disease; and any vaccine protection waned significantly in a few weeks. All this information was ignored by Defendant, who proceeded with their pandemic panic plan.

35. On August 5, 2021 CDC Director Rochelle Walensky said on national TV that the vaccines could not stop transmission of Covid-19.( Blitzer, W. (2021, August 5) Transcript: Interview with CDC Director Dr. Walensky. The Situation Room, CNN.

http://www.cnn.com/TRANSCRIPTS/2108/05/sitroom.02.html

36. In 2021 national media and TV news reported that scientists and doctors did not believe that COVID vaccines stopped transmission of the COVID virus, and that natural immunity was more powerful than any vaccine. They spoke out against any mandate to vaccinate. See Declaration of Jayanta Bhattacharya https://www.documentcloud.org/documents/22125801-bhattacharya-declaration/; The Man Who Talked Back: Jay Bhattacharya: On The Fight Against COVID Lockdowns at https://www.hoover.org/research/man-who-talked-back-jay-bhattacharya-fight-against-covid-lockdowns.

37. While this case challenges Defendant's deprivation of Plaintiffs' due process in the manner in which the COVID Mandate was implemented, not the Mandate itself, it is

worth noting the decision of Judge Gerard J. Neri in the case Medical Professionals For Informed Consent et al., v Mary T. Bassett, Index. No. 008575/2022:

"Arbitrary action is without sound basis in reason and is generally taken without regard to the Respondents acknowledge then-current COVID-19 shots do not prevent transmission (see Summary of Assessment of Public Comment, NYSCEF Doc. No.7, p. 25). The Mandate defines, in the loosest meaning of the word, "fully vaccinated" as determined by the Department in accordance with applicable federal guidelines and recommendations" (ibid). "[I]t is a well-established rule that resort must be had to the natural signification of the words employed, and if they have a definite meaning, which involves no absurdity or contradiction, there is no room for construction and courts have no right to add to or take away from that meaning" (Gawron v. Town of Cheektowaga, 117 A.D.3d 1410, 1412 [Fourth Dept. 2014], citing Majewski v. Broadalbin-Perth Cent. Sch. Dist., 91 N.Y.2d 577,583 [1998]). A term which is defined at the whim of an entity, subject to change without a moment's notice contains all the hallmarks of "absurdity" and is no definition at all. In the alternative, the

Court finds the Mandate is arbitrary and capricious."

38. This widespread anti-CVM media message was not convenient for Defendants, so they doubled down on trashing all who dared challenge their removal from employment because they would not, could not, or did not get the vaccine. Plaintiffs lost their careers, health insurance, union membership and salary based upon nothing other than Defendants' animus toward them for standing firm on their religious beliefs that forbade them from being vaccinated against COVID.

39. Most shocking of all, Defendants have not at any time presented a single fact or any proof of the criteria needed to get an exemption/accommodation, or what their "undue burden" really is. This Court should find their defense unlawful and nonsense.

40. On August 12, 2021 Harry Nespoli, Chairperson of the Municipal Labor Committee and aware of the secret negotiations between the UFT and DOE on discipline and rights, wrote a letter to Renee Campion, Commissioner of the New York City Office of Labor Relations ("OLR") wherein Nespoli wrote about MLC's officers meeting with the City to negotiate working conditions for municipal employees who could not get the vaccine due to religious, medical, or other reasons. He also mentioned:

"Make no mistake, despite calling this a vaccination policy, the City's proposal creates a new criterion and process for discipline that would allow agencies to suspend workers without pay and without the typical forms of due process provided for under the collective bargaining agreements and law....no policy should be implemented before it is negotiated."

41. Barely a month later on September 10, 2021, after an Impasse brought Arbitrator Martin Scheinman to the bargaining table with the DOE and UFT, Scheinman issued his Arbitration Award that changed everything for Plaintiff and all teachers in New York City who refused the Vaccine on religious or medical grounds. (Ex. 2, Ex. 4)

42. Had Defendants been truthful and acted in good faith in honoring religious accommodation requests, as ordered by Dr. David Chokshi in his COVID Vaccine Mandate dated September 15, 2021 (clause #6 states "Nothing in this Order shall be construed to prohibit any reasonable accommodations otherwise required by law." (See **EXHIBIT 5**, DOH Order), then upon making the CVM voluntary in February 2023, Plaintiffs should have been reinstated to their original positions and salaries with benefits and salary steps. But none of the Plaintiffs were made whole. This proves that their terminations were decided in order to reduce the payroll and remove tenured DOE employees for any and no reason, not because they did not get vaccinated. All Constitutional rights and protections were ignored in Plaintiffs cases.

43. Mysteriously, other DOE employees did get approved religious accommodations – remote work. Some estimates are that there were 165 DOE employees given remote locations during the CVM timespan 2021-2023. DOE employee RF was one of these people. See the religious statement of RF, **EXHIBIT 6**, who was appointed "Principal" of St. Brigids, a former school that was designated as a "reassignment location" for unvaccinated educators who remained on salary, but could not stay with their students. St. Brigids had seats for 90 people who were also given religious accommodations and remained on salary while unvaccinated. After the COVID Vaccine Mandate became voluntary, RF went back to his former school and title, Assistant Principal. Why he was given such consideration, and Plaintiffs not, is a mystery. See
**City has unvaccinated educators doing remote learning now from the former St. Brigid School https://evgrieve.com/2022/03/city-has-unvaccinated-educators-doing.html.**

44. In November 2021 this Court found that the procedures and criteria created by Martin Scheinman and used by Defendants for approving or denying CVM accommodations were likely unconstitutional, and the Scheinman Award and accommodation arbitrations were ended and discarded. (Ex. 3). The Court replaced the Scheinman process with the Citywide Panel, which was no better. The panel members were not disclosed until years later, there was no in-person meetings or dialogue, and it was widely believed, and later proven, that the panelists never looked at or reviewed the individual submissions, and did not comply with any standard of law for religious exemptions/accommodations under NYSHRL or NYCHRL. The decisions coming from the panel were denials due to a mysterious "undue burden" that was never supported by any details. This Court should reject any argument from Defendants that has not facts to support what they are claiming, as in this matter. Until today Defendants have not remediated the harm done for those who were denied, including Plaintiffs, under any so-called "accommodation process".

45. Defendants have stood by the arbitration policy, despite its untenable and unconstitutional procedures. Under *Masterpiece Cakeshop v. Colorado Civil Rights Commission, 138 S.Ct. 1719, 1730 (2018),* a failure to disavow discriminatory standards defeats neutrality and

triggers strict scrutiny. In this matter, Plaintiffs challenge summary termination, which is barred by law, and contract.

46. This sordid tale of animus in providing religious accommodations should have stopped at this point, and Plaintiffs should have been given either the same mask-and-test policy they worked under in 2020-September 2021, or in remote teaching positions. Defendants never offered Plaintiffs any accommodation of any kind, even though remote teaching vacancies, Absent Teacher Reserve positions, and reassignment "rubber room" locations, which were widely known as open and available.

47. Plaintiffs are entitled to relief under the Second Circuit's holding in *Kane v. de Blasio, 19 F.4th 152 (2d Cir. 2021)*, in which the Court held that the criteria in the implementation of the COVID Vaccine Mandate ("CVM") were not neutral or generally applicable and likely violated the First Amendment. The City failed to offer any defense that could justify them under strict scrutiny.

48. Defendants ignored the Equal Protection Clause of the 14th Amendment in creating a different due process for New York City employees such as Plaintiffs here, than employees similarly situated with tenure in New York State but outside of New York City. Outside of New York City tenured teachers have the right to a §3020-a hearing if charged with insubordination/misconduct. That hearing process under a neutral arbitrator is the only authority to hear evidence, witness testimony, and Respondents' reasons for remaining unvaccinated.

49. The Mayor's Emergency Orders and the Orders from the DOH also did not, and cannot alter the terms of employment within the City workforce. All terms of employment must be negotiated and ratified by the Union's respective members under the Taylor Law. No Union ratified any changes to their members Collective Bargaining Agreements (CBAs).

50. The Mayor and the Commissioner of Health had no authority to deprive Plaintiffs of their due process hearing and vaccinations never existed as terms of employment in the UFT CBA.

51. This case also involves extensive evidence of religious discrimination that exceeds the scope of the prior decision in Kane or NYFRL, leading to strict scrutiny and relief under multiple causes of action. Recently discovered evidence shows that administrators of various agencies within the City of New York – including the General Counsel of the Office of Labor Relations "OLR" - joined together with then Commissioner of the DOH, Dr. David Chokshi, to create a strategy wherein anyone who requested a religious exemption/accommodation was denied. In fact, one party in this scheme called religious accommodations "BS". This biased and arbitrary scheme to fire all employees who requested religious exemptions/accommodations, such as Plaintiffs, is proof that any procedure to accommodate any DOE employee was a lie, and pretextual discrimination. See **EXHIBIT 7.** MEMO-UFT Accommodations Process.

52. The Office of Labor Relations ("OLR") is an important part of NYC's link with the Unions. Authorized by Executive Order 38 (February 7, 1967) amended by Executive Order 13 (July 24, 1990), the Office represents the Mayor in the conduct of all labor relations between the City of New York and labor unions representing employees of the City. The Commissioner serves on behalf of the Mayor as the City's liaison with both labor and management in the private sector.

The Commissioner represents the Mayor before the Office of Collective Bargaining in representations and all other matters over which the Office of Collective Bargaining possesses jurisdiction. Additionally, the Commissioner administers the Health Benefits Program, Management Benefits Fund, Employee Assistance Program, Medicare Part B Reimbursement and Pre-Tax Benefits & Citywide Programs including the Deferred Compensation Plan and NYCE IRA. Steven Banks, the person who started the emails seen in Ex. 7, is First Deputy Commissioner & General Counsel.

53. Defendants' vindictiveness can also be seen by their placing a "Problem Code" in their personnel files (Ex. 1) at the same time that Plaintiffs were suspended from pay (LWOP, EX. 4) in order to block any and all former employees from getting rehired by the DOE or any vendor. Health insurance was terminated as well as membership in the employee's respective Union. Plaintiffs were not given Notice of any of this. In fact, they did not hear about the Problem Code until after April 2022, when an email from DOE employee Eric Amato was made public along with the Declaration of Betsy Combier, filed in the case of Kane v. De Blasio, 19 F.4th 152 (2nd Cir. 2021). The actions by Defendants to hide the Problem Code are vindictive and punitive, and do not belong in public policy decisions.

54. By placing Plaintiffs' fingerprints into a "problem code" or no-hire database, Defendants

forced leave/suspension without pay "LWOP" became a disciplinary action, with a charge of misconduct/insubordination due to Plaintiffs holding onto their religious beliefs and refusing the vaccine. LWOP, leave/suspension without pay, created by Arbitrator Martin Scheinman out of whole cloth, has been ruled "retaliatory discrimination" by the U.S. Supreme Court. A forced leave ("LWOP") or suspension without pay is retaliatory discrimination, according to the U.S. Supreme Court in Burlington Northern & Santa Fe Railway Co. v. White, 548 U.S. 53 (2006). Justice Breyer delivered the opinion of the Court:

'Title VII of the Civil Rights Act of 1964 forbids employment discrimination against "any individual" based on that individual's "race, color, religion, sex, or national origin." Pub. L. 88–352, §704, 78 Stat. 257, as amended, 42 U. S. C. §2000e–2(a). A separate section of the Act—its anti-retaliation provision—forbids an employer from "discriminat[ing] against" an employee or job applicant because that individual "opposed any practice" made unlawful by Title VII or "made a charge, testified, assisted, or participated in" a Title VII proceeding or investigation. §2000e–3(a)."

55. The unconstitutional retaliatory discrimination procedures established by Defendants against Plaintiffs shows that Defendants proposed, adopted, enforced and encouraged certain religious beliefs to be accommodated while other religions were categorically excluded from the possibility of accommodation. No facts were given as to the criteria for determining who received the accommodation and who did not. Defendants consistently claimed "undue burden" without any supporting information.

56. In an AFFIRMATION dated February 8, 2022, UFT General Counsel Beth Norton wrote,

"Approximately 240 UFT-represented DOE employees continue to work for the DOE remotely without being vaccinated for COVID-19, having received a medical exemption or a religious accommodation. The DOE has advised that some of these employees will be directed to work in-person at non-school facilities later this month, which is permissible under the Mandate.

From August 23, 2021 through at least November 22, 2021, the DOE sent numerous emails to staff regarding the vaccine mandate and consequences of an employee's failure to comply with the DOE Mandate. None of the email communications indicate, or even mention, that unvaccinated UFT members will be subject to summary termination without regard to due process rights.

Since the order in Kane was issued, many UFT members have advised the UFT that they were deterred from filing an application for accommodation under the original narrow parameters because they knew they would be denied. Others applied and were deterred from appealing on the same basis. Indeed, by communicating the narrow parameters the DOE hoped to cut down on applications that it did not intend to grant.

While the DOE has begun denying these post-Kane applications at the agency level, they are not permitting those employees to appeal, as others were able. Now, some of these employees – who are subject to the same unconstitutional procedures rejected by the Second Circuit – are among those who received notices earlier this week that they will be summarily terminated effective February 11, 2022. By placing these individuals on the termination list before some of their initial applications have been determined, the DOE demonstrates that they will be summarily denied, just as the DOE is seeking to summarily terminate them……

Before the most drastic action of termination, UFT members are entitled to access to the due process protections embodied in statutes and agreements the DOE is compelled to follow. To hold otherwise would dismantle the statutory and contractual due process procedures afforded to UFT members as public employees…….Tenured pedagogues such as classroom teachers, guidance counselors, school secretaries, school social workers, and school psychologists, can only be disciplined after an Education Law § 3020-a due process hearing before a neutral hearing officer. See Education Law 3020-a; Article 21 of the Classroom Teacher CBA….. Therefore, the DOE's attempt to summarily terminate unvaccinated employees denies UFT-represented DOE employees the rights they are guaranteed by statute and contract prior to adverse employment action."

(The New York City Municipal Labor Committee et al., v The City of New York et al., Index. No. 151169/2022, Doc. No. 30.)

57. In the case of Matthew T. Murphy v New York Police Department and City of New York, (23-cv-11235), the Court found that Murphy sufficiently pled a disparate treatment claim on a theory of his employer's failure to accommodate his religious beliefs which conflicted with an employment requirement. Murphy had the fact that more than 30 employees were granted religious accommodations. The Court found that he had told his employer about his beliefs, and he was disciplined with termination for his failure to comply with the conflicting

employment requirement.

58. Indeed, the Mandates neither speak to employment decisions nor establish COVID-19 vaccination as one of the few "conditions" or "qualifications" of employment exempt from statutory and contractual disciplinary procedures. DOHMH administrative orders (Mandates) cannot decree exemptions from statutory procedures. That can only be done through a legislative process.

59. Defendants created a fundamental constitutional problem: the arbitration policy required accommodation if religious beliefs qualified under the discriminatory standard (in which case employees "shall remain on payroll" regardless of hardship), while the Citywide Panel routinely denied similarly situated employees on alleged "undue hardship" grounds. The only difference was whether the employees' beliefs qualified under the discriminatory arbitration standards. Defendants made sure that almost no one did qualify.

60. While Plaintiffs and other City workers – except a few hundred given accommodations for some unknown reason – were terminated because they could not choose their jobs over their religious beliefs, the City rewarded exemptions to professional athletes, performing artists, and those "accompanying" them from vaccination requirements. Many of the now-exempt earn millions of dollars a year. This is in sharp contrast to unvaccinated (now-terminated) UFT members similarly situated to Plaintiff. See Executive Order 62, https://www.cbsnews.com/newyork/live-updates/eric-adams-vaccine-mandate-pro-athletes-performers-kyrie-irving/

### Plaintiff Annabelle Matyas

61. Plaintiff, a stellar tenured Biology teacher since 2001, was unlawfully deprived of her employment, of freedom from abuse of process and malicious prosecution, was labelled guilty of misconduct and stigmatized by this label, and denied her tenure rights due to her religious beliefs that prohibited her from getting the COVID vaccine.

62. Plaintiff obtained tenure in 2005 as a junior-senior high school teacher. After taking a four-year break from teaching, she was granted her tenure and returned to her position in 2015.

63. Plaintiff has never had any disciplinary charge filed against her.

64. Plaintiff submitted a religious exemption request in support of her life-long sincere religious beliefs to SOLAS – the DOE's database – on September 20, 2021. **EXHIBIT 8** SOLAS Religious Statement.

65. Plaintiff's Religious Statement and request for accommodation was denied the next day because she "did not meet the criteria". **EXHIBIT 9**

66. Plaintiff then submitted her Religious accommodation to the Citywide Panel, set up in November 2021. See **EXHIBIT 10. Then** She submitted a Statement **(EXHIBIT 10a)** to the Panel on December 3, 2021 but was denied again without any reason or just cause. **EXHIBIT 10b.**

67. At this point it was incumbent on the Defendants to give Plaintiff a §3020-a hearing because of her tenure. Instead, Plaintiff Matyas received a letter from the Defendants on April 11, 2022, which informed her she was terminated. **EXHIBIT 11.**

68. Plaintiff Matyas requested her job back in June 2023, after the CVM ended in February. She was not given her tenure back, without any justification. **EXHIBIT 12.**

69. Defendants never engaged in a statutorily cooperative dialogue thereby engaging in an unlawful discriminatory practice warranting the uniquely broad remedial powers of this Court pursuant to NYSHRL and NYCHRL to reinstate Plaintiff and compensate her for past harm. She has complied with all procedural prerequisites required by law.

### Plaintiff Dahlia Mendoza

70. Plaintiff Dahlia Mendoza has been a very effective teacher working for the Defendants since 1991.

71. Plaintiff has never had any disciplinary case filed against her for any reason.

72. On September 10, 2021 Plaintiff received the Bargaining Award created by Martin Scheinman that gave all employees of the New York City Department of Education the directive that all employees must get vaccinated against COVID, or submit a religious or medical exemption request.

73. On September 20, 2021 Plaintiff submitted to the DOE online SOLAS System her Religious Statement describing her sincere religious belief against the vaccine, and requesting an exemption/accommodation.

74. On September 22, 2021 Plaintiff's religious appeal (RA) was acknowledged but denied. **EXHIBIT 13**.

75. On September 23, 2021 Plaintiff's RA appeal was forwarded to the Scheinman Arbitration and Mediation Services. Inc ("SAMS"), Martin Scheinman's Company, and

on October 5 her RA was heard. She had 15 minutes in front of Arbitrator Timothy Taylor. **EXHIBIT 14**

76. On October 28, 2021 Plaintiff sent a letter to the UFT Secretary of the Executive Board Mike Sill, describing her outrage at the unconstitutional actions of the Defendants and preserving her rights to sue. **EXHIBIT 15.**

77. On November 20, 2021 Plaintiff wrote to Defendants, her employer in despair over having to choose between her faith and her job. **EXHIBIT 16**

78. On December 10, 2021 Plaintiff heard from the Chancellor's Strategic Response Team in response to her letter sent November 3, 2021. Lissette Roman replied that the Department cannot provide a specific response. **EXHIBIT 17**

79. On November 30 2021 Plaintiff's RA was received by the Citywide Panel, the forum replacing the SAMS panel. On January 7, 2022 Plaintiff received a list of questions from the Citywide Panel, which she answered on January 14, 2021. Then on   March 28, 2022 she heard that she had been denied because of "undue burden". **EXHIBIT 18**

80. On April 1, 2022 Plaintiff requested a 3020-a hearing, saying she had a statutory right to this as part of her due process. She never received any response. **EXHIBIT 19**

81. On April 11, 2022 Plaintiff received an email telling her she was terminated, saying that she had not been vaccinated, which was a condition of employment. This was a lie. Nowhere in her contract was there anything about vaccines being required as a term of employment. **EXHIBIT 20**

82. On April 14, 2022 Plaintiff wrote Mayor Eric Adams about the wrong-doing she saw within the Defendants' procedures. **EXHIBIT 21**

83. On August 22, 2022 Plaintiff received a letter from the Defendants telling her that she could return to her position if she was vaccinated. **EXHIBIT 22**

84. On February 14, 2023, after the CVM ended, Plaintiff went on her Payroll portal and saw that she was on the Problem Code "PR". She was blocked from ever working for the Defendants. **EXHIBIT 23**

85. Defendants never engaged in a statutorily cooperative dialogue thereby engaging in an unlawful discriminatory practice warranting the uniquely broad remedial powers of this Court pursuant to NYSHRL and NYCHRL to reinstate Plaintiff and compensate her for past harm. She has complied with all procedural prerequisites required by law.

### Plaintiff Daisy Badillo

86. Plaintiff Daisy Badillo started working for the Defendants in 1996.

87. Plaintiff has never had any disciplinary action charged against her until October 4, 2021.

88. Plaintiff received the Scheinman September 10, 2021 Award (Ex. 4) and immediately started work on obtaining her religious accommodation. She has a sincere religious belief against taking the COVID vaccination, and sent this statement to the Defendants via SOLAS online on 9-17-21. See **EXHIBIT 24, 25**

89. On September 19, 2021 Plaintiff's RA was denied. **EXHIBIT 26**

90. Plaintiff then appealed to SAMS on September 19, 2021. **EXHIBIT 27**

91. Plaintiff was denied by Arbitrator Timothy Taylor, who works for Martin Scheinman, Taylor simply put an "X" in the box "denied' **EXHIBIT 28**.

92. Plaintiff's RA was sent to the CITYWIDE Panel where she was denied on February 15, 2022. **EXHIBIT 29**

93. On February 18, 2022 Plaintiff was sent a form to fill out from the UFT to request a 3020-a. No one at the DOE responded. **EXHIBIT 30**

94. On March 17, 2022 Plaintiff was terminated, and immediately she tried to obtain her termination pay and CAR days. She retired 7-3-2022, however the Defendants would not recognize her retirement, only her termination with a problem code. **EXHIBIT 31**

95. On 2-14-2023 Plaintiff saw that she had a problem code on her personnel file even though the CVM ended February 8, 2023.

### CAUSES OF ACTION

### AS AND FOR A FIRST CAUSE OF ACTION
### FOR RELIGIOUS DISCRIMINATION

96. Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 90 as if the same were fully set forth at length herein.

97. Plaintiffs submitted to Defendants in September 2021 statements on their sincere religious beliefs which forbade them from getting vaccinated with the COVID-19 vaccine. They were denied, yet other teachers similarly situated were granted exemption/accommodations for their religious beliefs which prohibited getting vaccine.

98. The chaos caused by the discrimination of the DOE in the implementation of the COVID mandate is profound, and burdened both the Free Exercise Clause and the Establishment Clause of the Constitution, probably for years to come.

99. In this case, the two most visible signposts of religious discrimination are (1) the continuing wrong of aligning the accommodation process with a vacuous argument that any remote classroom or other such reassignment would be an "undue burden" and no review of any religious accommodation request was necessary; and (2) once the vaccine was declared voluntary and found to be ineffective, no reinstatement or restitution was made available.

100. Starting in 2020 the scientific community started publicly denying the value of the COVID vaccine in terms of stopping the transmission of the virus, or protecting the children in public schools against infection. Yet when the CVM ended and the City made vaccination voluntary in February 2023, Plaintiffs were not reinstated, nor were they taken off the Problem Code.

101. Defendants have neither a legitimate nor compelling interest in exercising express and overt religious discrimination. Defendants' invocation of "undue hardship" defenses are plainly false pretexts attempting to cover for the Defendants' explicit religious discrimination.

102. Defendants had knowledge of Plaintiffs' sincerely-held religious beliefs yet chose to ignore these beliefs, forced them into a suspension without pay, denied them their exemption requests and Appeals based upon an unconstitutional ruling that cited "undue burden" without any further details or reason, and terminated their employment. This directly contradicts the ruling in Groff v Dejoy, U.S. Supreme Court Docket 22-174, June 29, 2023 :

"The Court holds that showing "more than a de minimis cost," as that phrase is used in common parlance, does not suffice to establish "undue hardship" under Title VII. ….. Further, a hardship that is attributable to employee animosity to a particular religion, to religion in general, or to the very notion of accommodating religious practice, cannot be considered "undue."  Bias or hostility to a religious practice or accommodation cannot supply a defense."

103. Defendants wrongfully, deliberately, in bad faith and under color of law attempted to fraudulently induce Plaintiffs to choose to relinquish their protected beliefs in order to submit to an experimental vaccine, and then punished them for not agreeing to this extortion and discrimination.

104. A government employer may not punish some employees, but not others, for the same activity, due only to differences in the employees' religious beliefs.  Likewise, the government may not test the sincerity of an employee's religious beliefs by judging whether his or her beliefs are doctrinally coherent or legitimate in the eyes of the government.  Nor may a government employer discriminate against religion by implementing policies that exempt employees for secular reasons more readily than religious ones.

105. All such discrimination practices were used by Defendants against Plaintiffs. This violates the Free Exercise and Establishment Clauses of the First Amendment and the corresponding rights incorporated against the states by the Fourteenth Amendment.  "When there is no plausible explanation for religious discrimination other than animus, it is subject to strict scrutiny, regardless of whether the government employer admits that its actions were motivated by hostility to certain religions." (DOES et al., v BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO et al., No. 22-1027, U.S. Court of Appeals D.C. No. 1:21-CV-02637-RM-KMT., May 7, 2024)

106. Plaintiffs' unemployment and their unvaccinated status led directly to harassment by employees and workplace peers and supervisors who were vaccinated. See: NYC teachers with vaccine exemptions are being treated like pariahs, https://nypost.com/2022/03/05/nyc-teachers-with-vaccine-exemptions-treated-like-outcasts/

107. In the new category of "insubordinate employee" and "unvaccinated", Plaintiffs were not only removed unfairly and without due process from their jobs, but ostracized and humiliated by their peers both inside and outside of the workplace. Plaintiffs were discriminated against because of their religious beliefs. RF received an accommodation for his religious beliefs and was appointed "Principal" at St. Brigid's School where there were 90 seats for unvaccinated DOE employees. All, including RF, remained on salary throughout the lockdown, and returned to his job as Assistant Principal in 2023. See EXHIBIT 6. Why RF received an accommodation and Plaintiffs did not is unknown.

108. Defendants started with suspension without pay, then secretly charged Plaintiffs with misconduct/insubordination, falsely informed them that they had changed the terms of their employment when no change took place, flagged their files with a "Problem Code" without their knowledge or consent, and never gave Plaintiffs a hearing where they could clarify and particularize reasons for not getting the COVID vaccination.

109. At all relevant times, the City had full discretion to repeal, amend, carve-out or pause any aspect of the Mandates and appeal procedures, or repeal them altogether. Yet despite mounting evidence that the Mandates were unnecessary, and knowledge that Plaintiffs and thousands of others needed religious accommodation, the City did not amend any of the temporary "emergency" policies to provide relief. And when they did announce possible reinstatement in 2023 and again in 2025, no one was reinstated who had been wrongfully terminated.

110. Instead, Defendant City of New York and the DOE exercised their discretion to continue to renew the "emergency" mandate every 30 days well beyond when there was any rational justification for it.

111. On March 7, 2022, Mayor Adams and Commissioner Chokshi held a press conference, each noting how low the transmission rate was in the City, yet changed no one's status if terminated. The people stayed terminated.

112. Based on the foregoing, Defendants under color of law subjected Plaintiffs to discrimination on the basis of their religion in violation of their Constitutional rights to property, liberty and a due process hearing, 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law), and N.Y.C. Human Rights Law.

### AS AND FOR A SECOND CAUSE OF ACTION
### FOR RETALIATION

113. Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 107 as if the same were fully set forth at length herein.

114. In October 2021 Defendants changed the course of Plaintiffs' lives and careers by placing them on involuntary forced leave without pay (LWOP) because they requested religious exemption/accommodation requests to remain working while unvaccinated.

115. Plaintiffs at that time had been masking and testing, while working in the school performing their excellent and professional service to the children. There is no reason other than religious discrimination for Plaintiffs to have been terminated. In Garvey c City of NY (Index No. 85163/2022), Judge Ralph Porzio wrote in his decision:

"Though vaccination should be encouraged, public employees should not have been terminated for their non-compliance….The Health Commissioner cannot create a new condition of employment for City employees. The Mayor cannot exempt certain employees from these orders. Executive Order 62 renders all of these vaccine mandates arbitrary and capricious….prohibit an employee from reporting to work."

116. Plaintiffs presented sincere religious belief statements to SOLAS, the DOE database, and were denied due to the fact alleged by Defendants that they would cause an undue burden. The undue burden in substance remained a mystery.

117. It is well-known that tenured teachers have a contract. The CBA for teachers such as Plaintiffs details the process for a Leave. See Laura Campbell-Lui v. New York City Department of Education et al, Index No. 153518/19, doc. 14, p.125:

"Teachers may be granted a leave of absence without pay of up to two years to adjust personal affairs (such as the winding up of a family business on the death or incapacitation of the family member in charge) in accordance with existing rules and regulations. The teacher may consult with the Union with respect to the matter. Teachers who are denied such a leave may refer the matter to the Chief Executive of the Division of Human Resources for review and final determination."

118. In other words, the leave without pay is requested by the employee, it is not forced on the employee. There is actually no forced leave without pay unless you look at "suspension without pay", which is a disciplinary punishment after a misconduct charge is served on a teacher in preparation for a hearing:

"5. Serious Misconduct

The parties agree that certain types of alleged misconduct are so serious that the employee should be suspended without pay pending the outcome of the disciplinary process. Serious misconduct shall be defined as actions that would constitute: • the felony sale, possession, or use of marijuana, a controlled substance, or a precursor of a controlled substance or drug paraphernalia as defined in Article 220 or 221 of the Penal Law; or • any crime involving physical abuse of a minor or student (crimes involving sexual abuse of a minor or student are addressed in paragraph 6 below); or • any felony committed either on school property or while in the performance of teaching duties; or • any felony involving firearms as defined in Article 265 of the Penal Law; or • actions that would constitute a class A-I or A-II felony or any

felony defined as a violent felony offense in NY Penal Law § 70.02. If an employee is accused of committing serious misconduct, the employee shall be removed from payroll for a term not to exceed two (2) months after a finding by the "probable cause arbitrator" that there is probable cause to believe that the actions alleged were committed by the employee and that they constitute "serious misconduct" as defined above. Probable cause exists when evidence or information which appears reliable discloses facts or circumstances making it likely that such conduct occurred and that such person committed the conduct. To establish probable cause, the investigator assigned to the matter must be present and testify under oath before the arbitrator. The Board may also be required to produce signed statements from the victim or witnesses, if any…." CBA, p. 156 Article 21, Due Process and Review Procedures.

119. Martin Scheinman's LWOP, supported by Defendants to the present day, was made up out of whole cloth and is not in any Union contract in its' alleged form in 2021connected to the COVID vaccine.

120. The U.S. Supreme Court has ruled that the actions of Defendants, in forcing employees into leave without pay, is retaliatory discrimination in Burlington Northern and Santa Fe Railway Company, 548 US 53 (2006) ("that White suffered retaliatory discrimination when she was reassigned to less desirable duties and suspended without pay"). Justice Breyer delivered the opinion of the Court:
" Title VII of the Civil Rights Act of 1964 forbids employment discrimination against "any individual" based on that individual's "race, color, religion, sex, or national origin." Pub. L. 88–352, §704, 78 Stat. 257, as amended, 42 U. S. C. §2000e–2(a). A separate section of the Act—its anti-retaliation provision—forbids an employer from "discriminat[ing] against" an employee or job applicant because that individual "opposed any practice" made unlawful by Title VII or "made a charge, testified, assisted, or participated in" a Title VII proceeding or investigation. §2000e–3(a).
  The Courts of Appeals have come to different conclusions about the scope of the Act's anti-retaliation provision, particularly the reach of its phrase "discriminate against." Does that provision confine actionable retaliation to activity that affects the terms and conditions of employment? And how harmful must the adverse actions be to fall within its scope?
  We conclude that the anti-retaliation provision does not confine the actions and harms it forbids to those that are related to employment or occur at the workplace. We also conclude that the provision covers those (and only those) employer actions that would have been materially adverse to a reasonable employee or job applicant. In the present context that means that the employer's actions must be harmful to the point that they could well dissuade a reasonable worker from making or supporting a charge of discrimination."

121. But for the approval of the denial of protected rights by the Defendants, Plaintiffs were maliciously and in bad faith harassed into involuntarily leaving or being terminated from their jobs. The punishment was severe, due to the sudden loss of not only their salaries, but health insurance at the exact moment they needed it most, and Union membership as well. They were not allowed to grieve the violation of the bargained for rights in their contract, and could not challenge the problem code on their files, as they were no longer members of the Union when they found out about the Code. Plaintiffs were also permanently placed on the Problem Code database without their knowledge or consent.

122. After Plaintiffs were removed from salary they were told they would not be returned to work unless they gave up their right to sue the DOE. (LWOP, Ex. 4), All these actions are retaliatory discrimination, part of a "punish without proof" procedure and "you better do what we say you must do, get vaccinated, or you will be sorry".

123. Defendants' deliberate targets were employees similarly situated as the Plaintiffs here, who had high salaries and – worst of all – tenure. Tenure is public policy in New York State and gives, by law, protected property and liberty rights to those employees who earn this status. Defendants never liked this policy. Defendants wanted – and succeeded – in fraudulently harassing and discriminating against Plaintiffs to get them out of their positions quickly without due process. Their procedure, namely allowing Martin Scheinman to hold hearings where everyone would be denied their appeal, worked. Until November 28, 2021, when his procedure was declared unconstitutional.

124. The MEMO-UFT Accommodation Procedure (EXHIBIT 7) shows the animus and retaliatory discrimination that the process detailed in this case shows at every step. From the start, the City, DOE and Steven Banks all wanted any employee who submitted a religious accommodation request to be denied, terminated, and/or removed from salary. Banks called

religious beliefs against getting the COVID vaccine "BS". From this statement, Banks seemed to believe that all teachers who claimed a sincere religious belief in order to remain unvaccinated were basically lying.

125. The denial of any hearing is also in this mix of voices which created the retaliatory discrimination. Defendants insist that the implementation of the CVM was never disciplinary, because Martin Scheinman said so in his September 10, 2021 Award. The laws of New York City and State refute this. In addition to the case cited above, Burlington v White, there is the decision of the Third Appellate Division and the Court of Appeals in the matter of Kilduff v. Rochester City School District, 107 A.D.3d 1536, 966 N.Y.S.2d 708 (N.Y. Ct. App. 2013):

"We agree with petitioner that respondents failed to comply with the requirements of Education Law § 3020 (1) when they disciplined petitioner without affording her a hearing pursuant to Education Law § 3020-a….. (see generally Matter of Winter v Board of Educ. for Rhinebeck Cent. School Dist., 79 NY2d 1, 9 [1992], rearg denied 79 NY2d 978 [1992]; Matter of Diggins v Honeoye Falls-Lima Cent. School Dist., 50 AD3d 1473, 1474 [2008]). Present — Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ."

126. This decision was affirmed by the Court of Appeals in Matter of Kilduff v Rochester City Sch. Dist., 2014 NY Slip Op 08056 [24 NY3d 505], November 20, 2014.

127. Plaintiffs were never given any due process. This is part of the retaliation and discrimination. Martin Scheinman's panel denied everyone. So did Katherine Rodi's General Committee. This is retaliation and discrimination.

128. Defendants placed Plaintiffs on the problem code as part of their discrimination and retaliation. On October 4, 2021 Plaintiffs' fingerprints were given a flag/code known as a "Problem Code" and placed onto Defendants' Galaxy (budget) database used by the FBI and the Department of Labor Unemployment Board (UIAB). Anyone with the flag or Code on their fingerprints cannot get paid by the Defendants or any of the thousands of vendors working in the City of New York. This scarlet letter is extremely damaging to Plaintiffs' careers and lives. See the following post on Parentadvocates.org:
**"The New York City Department of Education's "Problem Code" is an Unlawful Flag on an Employee's Fingerprints"** https://www.parentadvocates.org/index.cfm?fuseaction=article&articleID=8884

129. The story given by the DOE that the Problem Code is not available to anyone except DOE employees is totally false. The Declaration of Betsy Combier shows that, as Ms. Combier never worked for the DOE and was able to tell employees whether or not they were on the Code, when asked. The Code is accessible by government agencies and principals, and UFT Representatives, among others. The label means that the individual has committed misconduct and was found guilty.

130. Based on the foregoing, Defendants under color of law subjected Plaintiffs to discrimination and retaliation on the basis of their religion in violation of their Constitutional rights to property, liberty and a due process hearing, 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law), and N.Y.C. Human Rights Law.

<u>**AS AND FOR A THIRD CAUSE OF ACTION**</u>
<u>**FOR FAILURE TO REASONABLY ACCOMMODATE**</u>
<u>**THE PLAINTIFF'S SINCERELY HELD RELIGIOUS BELIEFS**</u>

131. Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 125 as if the same were fully set forth at length herein.

132. Plaintiffs have sincerely held religious beliefs which forbid them from getting vaccinated with the COVID-19 vaccine.

133. Defendants had knowledge of Plaintiffs' sincerely-held religious beliefs yet chose to ignore these beliefs, denied their exemption/accommodation requests and Appeals based upon an unconstitutional ruling that cited "undue burden" on the Department without any further details or reason, and terminated their employment. This directly contradicts the ruling in Groff v Dejoy, U.S. Supreme Court Docket 22-174, June 29, 2023.

134. No reasonable accommodation was offered to Plaintiffs yet other employees of the Defendants received accommodations for their religious appeals.

135. At all relevant times Defendants knew that they had "rubber rooms" and reassignments to home as the new workplace for employees similarly removed from their positions in the

Department:

**New Rubber Rooms Pop Up Throughout NYC To Warehouse Unvaccinated Employees Who have Won medical or Religious Exemptions**
https://nycrubberroomreporter.blogspot.com/2022/03/new-rubber-rooms-pop-up-throughout-nyc.html

136. Defendants never engaged in a dialogue about Plaintiffs' possible accommodations or reassignment. This deprivation of a lawful procedure was intentional, acted on under color or law, and pursued in bad faith.

137. Defendants did not carry their burden of establishing undue hardship. Under Title VII,

undue hardship requires a showing that accommodation "would result in substantial increased costs in relation to the conduct of [the employer's] particular business." *Groff v.DeJoy*, 143 S. Ct. 2279, 2295 (2023).

Defendants never made this showing. They conducted no individualized assessment, engaged in no interactive process, and considered no alternatives to denial — including remote work, testing, masking, or modified assignments — despite the fact that most Plaintiffs had been successfully accommodated remotely during the preceding eighteen months, that many already worked remotely or without student contact, and that the DOE ultimately did accommodate at least 163 employees who were similarly situated.

138. The DOE compounded its failure when it offered reinstatement to all DOE employees in fall 2022 but refused to extend that offer to Plaintiffs without conditioning it on vaccination — again failing to accommodate their known religious beliefs as required for prospective as well as current employees. 42 U.S.C. § 2000e(j).
The City directly participated in and directed the discriminatory accommodation process and is independently liable for its own failure to provide meaningful fresh consideration through the Citywide Panel.

139. As a direct and proximate result of Defendants' failure to accommodate, Plaintiffs suffered loss of income and benefits, termination, derogatory employment records, high interest debt, medical debt, and severe emotional distress, including depression, anxiety, humiliation, and loss of self-esteem.

140. Defendants claimed "undue burden" while simultaneously omitting information of their long-term policy re-assigning employees to "rubber rooms", some of which held about 1-2000+ employees from 2002 until 2010. After 2010 Defendants scattered the re-assigned employees who could not be near children to rooms throughout New York City. The re-assigned employees not only were not told what they were guilty of, but were awaiting charges of incompetency or misconduct for some act that may never have happened. A problem code was put on these re-assigned employees when they were removed from their classrooms and school. Some remained reassigned to the rubber room for more than 7-15 years. All reassigned personnel received their full salary and benefits while they waited for a hearing unless they were removed from salary at a probable cause hearing. During the pandemic, these re-assigned employees awaited their §3020-a hearings at home.

141. Defendants could have given all the so-called "miscreants" similarly unvaccinated as Plaintiffs, a reassignment to home or a rubber room. Defendants chose to claim that no accommodation was available and any accommodation was an "undue burden". This lack of consideration directly contradicts the ruling in Groff. See RF's Religious Statement, EXHIBIT 6. He was given a religious accommodation.

142. A UFT Press release issued September 10, 2021, the same day as Scheinman's Award, publicly announced that there were many options for non-classroom accommodations within the DOE, as long as you claimed a medical exemption and not a religious accommodation. This makes no sense.

143. Plaintiffs allege sincerely held religious beliefs; they requested accommodations; an adverse employment action was taken by Defendants against Plaintiffs; and Defendants' refused to provide a reasonable accommodation. These allegations satisfy the pleading standard under EEOC v. Abercrombie & Fitch Stores, Inc., 575 U.S. 768 (2015).

144. Defendants conducted no individualized assessment and instead adopted a blanket policy categorically denying religious accommodation requests. Such categorical denials violate Title VII as a matter of law.

145. Based on the foregoing, the NYCDOE failed to provide a reasonable accommodation and as a result, discriminated against the Plaintiffs on the basis of their religion, in violation of

the First Amendment, Free Exercise Clause, and Establishment Clause, contained within the 14th Amendment; 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law); and N.Y.C. Human Rights Law.

**AS AND FOR A FOURTH CAUSE OF ACTION**
**FOR MUNICIPAL LIABILITY UNDER SECTION 1983**

146. Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 140 as if the same were fully set forth at length herein.

147. Under § 1983, the CITY and DOE may be liable for unconstitutional actions taken by its employees where "the action that is alleged to be unconstitutional implements or executes a policy statement, ordinance, regulation, or decision officially adopted and promulgated by [the City]'s officers." Monell v. Dep't of Social Servs., 436 U.S. 658, 690, 98S. Ct. 2018, 56 L. Ed. 2d 611 (1978).

148. To establish a municipal liability (or Monell) claim, "a plaintiff is required to plead and prove three elements: (1) an official policy or custom that (2) causes the plaintiff to be subjected to (3) a denial of a constitutional right." Wray v. City of New York, 490 F.3d 189, 195 (2d Cir. 2007) (quotation marks omitted); Agosto, 982 F.3d at 97.

149. Governments can only be held responsible for the actions of their employees when "their official policies cause their employees to violate another person's constitutional rights." City of St. Louis v. Praprotnik, 485 U.S. 112, 122, 108 S. Ct. 915, 99 L. Ed. 2d 107 (1988). Therefore, a plaintiff must "demonstrate that 'through its deliberate conduct, the municipality was the "moving force" behind the injury alleged.'" Agosto, 982F.3d at 98 (quoting Bd. of City Comm'rs of Bryan County, Okla. v. Brown, 520 U.S. 397, 404, 117 S. Ct. 1382, 137L. Ed. 2d 626 (1997)).

150. Here, Plaintiffs have stated sufficient facts to plead a Monell claim, as their Amended Complaint challenges the implementation of an official DOE policy. Wray, 490 F.3d at 195.

151. Plaintiffs have sufficiently alleged that the City and DOE and its employees are responsible for the Mandate itself, its' enforcement, and implementation. See Praprotnik, 485 U.S. at 122; Agosto, 982F.3d at 98-99.

152. Plaintiffs have enough facts to establish a constitutional violation in the implementation of the CVM as-applied to them and to all DOE employees similarly situated.

153. Based on the foregoing, the NYCDOE failed to provide a reasonable accommodation and as a result, discriminated against the Plaintiffs on the basis of their religion, in violation of the First Amendment, Free Exercise Clause, and Establishment Clause, contained within the 14th Amendment; 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law); and N.Y.C. Human Rights Law.

**AS AND FOR A FIFTH CAUSE OF ACTION**
**VIOLATION OF THE FREE EXERCISE CLAUSE OF**
**THE FIRST AMENDMENT — 42 U.S.C. § 1983**

154. Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 148 as if the same were fully set forth at length herein.

155. **The Free Exercise Clause prohibits the government from burdening religious** *practice through policies that are not neutral or not generally applicable. Church of Lukumi Babalu Aye, Inc. v. City of Hialeah*, 508 U.S. 520, 546 (1993). Where a policy is not neutral or not generally applicable, it is subject to strict scrutiny and must be narrowly tailored to serve a compelling government interest. *Id.* Where there is direct evidence of religious animus, neutrality fails as a matter of law regardless of the facial appearance of the policy. *Masterpiece Cakeshop, Ltd. v. Colo. Civil Rights Comm'n*, 138 S. Ct. 1719, 1731 (2018).

156. The accommodation process as designed and implemented was not neutral. Newly produced evidence establishes that the most senior officials responsible for designing and approving the accommodation guidance coordinated the development of guidance explicitly intended to help reviewers argue that certain categories of sincere religious belief were "BS." Defendant Varma, who exercised final City Hall approval authority over that guidance, has since admitted on video that the mandates were designed as a policy of "harassment" against objectors. These admissions constitute direct evidence of religious animus that independently requires application of strict scrutiny to the entire accommodation process. Masterpiece Cakeshop, 138 S. Ct. at 1729-31. (2d Cir. 2021).

157. Defendants cannot satisfy strict scrutiny. Defendants lack a compelling interest in categorical denial of religious accommodation where the vaccines do not meaningfully prevent transmission, where natural immunity provides equivalent or superior protection, where less restrictive alternatives including testing, masking, and remote work were available and used successfully, and where Defendants themselves accommodated at least 163 similarly situated employees without demonstrated hardship.

158. The accommodation process was also not generally applicable. The Mayor and senior executive officials retained unfettered discretion to grant or deny exemptions outside any uniform standard, and exercised unbounded discretion to alter Citywide Panel outcomes without explanation or constraint. The Second Circuit has already recognized that discretionary exemption systems of this kind are not generally applicable and therefore subject to strict scrutiny. Kane v. de Blasio, 19 F.4th 152, 169.

159. Each Plaintiff holds a sincerely held religious belief that precludes vaccination. The denial of accommodation substantially burdened that belief by forcing Plaintiffs to choose between their faith and their livelihood.

160. The City and DOE are liable under Monell v. Dep't of Social Services, 436 U.S. 658 (1978), because the constitutional violations resulted directly from official policies, customs, and decisions by final policymakers. The emails in EX.7 were approved by the Commissioner of Health acting in his official capacity and disseminated as official guidance in accordance with input and encouragement by policymakers at the highest levels of review. The Citywide Panel process was designed and overseen by the City. Katherine Rodi participated in her official capacity in denying Constitutional rights to DOE employees.

161. Based on the foregoing, the NYCDOE failed to provide a reasonable accommodation and as a result, discriminated against the Plaintiffs on the basis of their religion, in violation of the First Amendment, Free Exercise Clause, and Establishment Clause, contained within the 14th Amendment; 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law); and N.Y.C. Human Rights Law.

### AS AND FOR A SIXTH CAUSE OF ACTION
### VIOLATION OF THE ESTABLISHMENT CLAUSE
### OF THE UNITED STATES CONSTITUTION

162. Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 156 as if the same were fully set forth at length herein.

163. The Establishment Clause prohibits the government from taking sides in religious disputes, lending its authority to the interpretation of religious doctrine, or punishing the expression of religious beliefs it considers false. Emp. Div., Dep't of Human Res. of Or. v. Smith, 494 U.S. 872, 877 (1990). The government "cannot act in a manner that passes judgment upon or presupposes the illegitimacy of religious beliefs and practices." Masterpiece Cakeshop, 138 S. Ct. at 1731.

164. Defendants violated the Establishment Clause by embedding government-endorsed religious doctrine interpretation into the accommodation adjudication process. The Memo in EXHIBIT 7 instructed arbitrators and Citywide Panel members that religious objections grounded in concerns about aborted fetal cell lines were invalid because Pope Francis and other religious leaders had endorsed vaccination. This was a direct government pronouncement on the meaning of religious doctrine.

165. This conduct also violated the Establishment Clause's prohibition on denominational preferences, as the guidance explicitly favored the interpretations of mainstream religious leaders over those of individual believers and minority faith communities, establishing a government-enforced hierarchy of religious authority.

166. Monell and individual liability attach on the same bases set forth in the other causes of action, incorporated herein by reference.

167. Based on the foregoing, the NYCDOE failed to provide a reasonable accommodation and as a result, discriminated against the Plaintiffs on the basis of their religion, in violation of the First Amendment, Free Exercise Clause, and Establishment Clause, contained within the 14th Amendment; 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law); and N.Y.C. Human Rights Law.

### AS AND FOR A SEVENTH CAUSE OF ACTION
### VIOLATION OF THE NEW YORK STATE HUMAN RIGHTS LAW

**FAILURE TO ACCOMMODATE, AIDING AND
ABETTING, DISCRIMINATION, HARASSMENT AND RETALIATION**

168. Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 162 as if the same were fully set forth at length herein.

169. **The New York State Human Rights Law ("SHRL") prohibits employers from** imposing conditions of employment that require an employee to violate a sincerely held religious practice, unless the employer demonstrates after a bona fide effort that accommodation would cause undue hardship. N.Y. Executive Law § 296(10)(a).

170. Undue hardship under the SHRL requires a showing of "significant expense or difficulty," a higher standard than under federal law. N.Y. Executive Law § 296(10)(d). The SHRL also prohibits religious discrimination, hostile work environment, and retaliation, and expressly imposes liability on any person who aids or abets a violation of its provisions. N.Y. Executive Law § 296(6).

171. Defendants violated the SHRL by: failing to accommodate Plaintiffs' sincerely held religious beliefs without meeting the heightened undue hardship standard; discriminating against Plaintiffs on the basis of religion through both disparate treatment and disparate impact; subjecting Plaintiffs to a hostile work environment; and retaliating against Plaintiffs for exercising their rights.

172. Defendants are also liable under the SHRL as participants in the discriminatory accommodation process, as set forth more fully herein. The City also is liable because it aided, abetted, directed, and controlled the discriminatory process at every stage of review, including the Citywide Panel.

173. Based on the foregoing, the NYCDOE failed to provide a reasonable accommodation and as a result, discriminated against the Plaintiffs on the basis of their request for religious accommodation being designated "misconduct" and Problem Coded, in violation of the First Amendment, Free Exercise Clause, and Establishment Clause, contained within the 14th Amendment; 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law); and N.Y.C. Human Rights Law.

**AS AND FOR AN EIGHTH CAUSE OF ACTION
VIOLATION OF THE NEW YORK CITY HUMAN RIGHTS LAW
FAILURE TO ACCOMMODATE, AIDING AND
ABETTING, DISCRIMINATION, HARASSMENT AND RETALIATION**

174. Plaintiffs repeat, reiterate, and reallege each and every allegation contained in paragraphs 1 through 168 as if the same were fully set forth at length herein.

175. The New York City Human Rights Law ("NYCHRL") is construed more broadly than either Title VII or the SHRL and must be given independent liberal construction to accomplish its uniquely broad remedial purposes. Mihalik v. Credit Agricole Cheuvreux N. Am., Inc., 715 F.3d 102, 109 (2d Cir. 2013). The NYCHRL prohibits religious discrimination, failure to accommodate, hostile work environment, and retaliation, and imposes liability on any employer, employee, or agent who participates in, aids, or abets such conduct. N.Y.C. Admin. Code §§ 8-107(1), (3), (6), (7).

176. The NYCHRL expressly reaches "any person" who participates in discriminatory conduct, whether or not they are the employer. Each individual Defendant personally participated in the violations alleged herein and is individually liable under the NYCHRL.

177. The NYCHRL requires employers to accommodate sincerely held religious beliefs and practices unless doing so would cause undue hardship. N.Y.C. Admin. Code § 8-107(3)(a).

178. Defendants failed to meet this obligation. The NYCHRL's undue hardship standard is no less demanding than the SHRL standard, and Defendants made no effort to satisfy it.

179. The NYCHRL independently requires employers to engage in a cooperative dialogue before concluding that no reasonable accommodation is available. N.Y.C. Admin. Code § 8-107(28)(2). Failure to engage in cooperative dialogue is an independent basis for liability. Defendants conducted no meaningful cooperative dialogue with any Plaintiff — they issued form denials to 100% of applicants without individualized discussion of alternatives.

180. The newly produced email chain (EX 7) demonstrates that the accommodation process was designed from the outset to produce categorical denials, rendering any purported process a sham.

181. Defendants violated the NYCHRL by discriminating against Plaintiffs on the basis of religion, subjecting them to a hostile work environment, and retaliating against them for protected activity. Under the NYCHRL, Plaintiffs need only show they were treated "less well" than others because of their religion — a lower threshold than the adverse employment

action standard under Title VII. Mihalik, 715 F.3d at 110.

182. Based on the foregoing, the NYCDOE failed to provide a reasonable accommodation and as a result, discriminated against the Plaintiffs on the basis of their request for religious accommodation being designated "misconduct" and Problem Coded, in violation of the First Amendment, Free Exercise Clause, and Establishment Clause, contained within the 14th Amendment; 42 U.S.C. § 1983; N.Y. Executive Law§ 296 (New York State Human Rights Law); and N.Y.C. Human Rights Law.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants for all compensatory, emotional, psychological and punitive damages, injunctive relief, and any other damages permitted by law pursuant to the above referenced causes of action. It is respectfully requested that this Court grant Plaintiffs any other relief to which they are entitled, including but not limited to:

1. Permanently removing the Problem Code from Plaintiffs' files;

2. Awarding Plaintiffs all the back pay, car days and any other time owed since they were removed from their salaries in October 2021;

3. Granting such other and further relief that the Court deems just and proper.

Dated: June 11, 2026

/s/Annabelle Matyas          /s/Dahlia Mendoza          /s/Daisy Badillo

# Exhibit 1



**Department of
Education**

November 18, 2022


Brooklyn, New York


Title: Teacher/
Applicant ID:
PRP#:

Dear Ms.

Your name was recently submitted to the Office of Personnel Investigation (OPI) for security clearance to work with the NYC Department of Education (DOE) or a DOE contracted vendor. According to our records, your services with the DOE were terminated due to noncompliance with the vaccine mandate and you currently appear out of compliance. The purpose of our contact was to request information so that your application could be processed for security clearance. Requests were sent to you at the email address you provided                @aol.com' on November 10, 2022 and November 16, 2022. You were given a deadline to provide the requested information. To date, we have not received the required information.

Due to your non-compliance, you are unable to work with the DOE or any DOE contracted vendors. As such, your case has been administratively closed, and no security clearance determination has been made. Please note that at this time, you do not have security clearance to work with the DOE and/or one of its contracted vendors.


Sincerely,

The Office of Personnel Investigation
Division of Human Resources
NYC Department of Education


cc: File

From: kking@uft.org >
Date: Thu, Apr 28, 2022 at 12:50 PM
Subject: response from UFT regarding the problem code
>


**Karen King** (KKing@uft.org)To:you Details
Hello,

Technically you should receive charges. At this time, however, the DOE is not going to issue
3020-a charges because they do not believe they have to do so. We have filed a legal challenge to
protect your due process rights, should the judge decide in our favor, you will be entitled to a
hearing at that time.

The problem code was added to all employees who were placed on 2VM vaccine mandate leave.
It was placed there the day you went on the leave. DOE's central offices placed this code on all
employees who went on the leave. It will be removed once you are eligible to return to work.

**Karen King**
*Administrative Assistant to the Assistant Secretary &*
*Director of Personnel, Payroll, and Special Projects*
United Federation of Teachers
50 Broadway, 13th Floor
New York, N.Y. 10004
*kking@uft.org*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

MICHAEL KANE, et al,

                              Plaintiffs,

      - against –                          21-CV-7863 (VEC) (Lead Case)

BILL DE BLASIO, et al.,

                              Defendants.

-------------------------------------------------------------------- x

MATTHEW KEIL, et al.

                              Plaintiffs,

      - against -                          21-CV-8773 (VEC)

THE CITY OF NEW YORK, et al.,

                              Defendants

-------------------------------------------------------------------- x

**MALLORY O. SULLIVAN**, under penalty of perjury, declares pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1.        I am the Deputy Director of the Office of Employee Relations ("OER") at the New York City Department of Education ("DOE"), and I have held this position since November 2014. Prior to serving in my current position, I was an Agency Attorney with the DOE's Office of the General Counsel for approximately four years.

2.        I submit this declaration to provide information about DOE's employment record system in response to certain allegations regarding "problem codes" as set forth in the Declaration of Natasha Solon dated May 20, 2022 (ECF dkt. 162). I am familiar

with the facts set forth herein based on my personal knowledge as well as discussions with other DOE employees and the review of DOE records.

3. In my role as Deputy Director, I oversee the DOE's Office of Personnel Investigation ("OPI"), which is responsible for, among other things, screening and conducting background investigations for all candidates for employment with the DOE or with vendors under contract with the DOE and monitoring employee and vendor employee security clearances. As a part of these processes, OPI uses internal system codes.

4. The DOE maintains electronic employment records and employee service histories for DOE employees ("DOE employment records"). DOE employment records are kept within a system called NYCAPS, which is operated by the City of New York for all DOE and City employees. DOE employment records are only visible to the DOE and reflect employees' dates of employment, titles held, and various changes in active employment status.

5. In addition, DOE has codes within NYCAPS designed to engender special attention should an individual seek employment, re-employment, or change titles with the DOE. Such a code might be used where, for example, an employee left DOE employment with a performance issue, had a nomination for employment rescinded, or was the subject of an arrest. This is designed to ensure that prior to any new employment or new title within DOE, the employee's application undergoes further review by OPI. These types of codes have been colloquially referred to as "problem codes." These codes are only visible to internal DOE Human Resources staff, and the underlying basis for such code is only accessible by OPI.

8. Separately, DOE implemented an internal NYCAPS code specific to the Commissioner of Health Order mandating vaccination of DOE employees ("Vaccination Mandate"). This code remains visible to only OPI staff to ensure vaccination status was

reviewed prior to any return of an employee placed on a leave without pay due to non-compliance with the Vaccination Mandate. A DOE employee would not have a "problem code" in their service history as a result of any non-compliance with the Vaccination Mandate.

9.       In this instant case, Natasha Solon was placed on leave without pay due to non-compliance with the Vaccination Mandate, and returned to service once compliance with the Vaccination Mandate was confirmed. At no point did Natasha Solon have a "problem code" in her service history as a result of her non-compliance with the Vaccination Mandate nor was there ever any code in her service history arising out of her vaccination status visible to anyone outside of OPI.

Dated:       May 27, 2022
             New York, New York

By: _____
    Mallory O. Sullivan
    Deputy Director
    Office of Employee Relations

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                            :
MICHAEL KANE, et al.,                                       :
                                                            :
                                    Plaintiffs,             :
                                                            :
            - against -                                     :   Case No.  21-cv-7863 (VEC) (Lead)
                                                            :
BILL DE BLASIO, et al.,                                     :
                                                            :
                                    Defendants.             :
-------------------------------------------------------------X
                                                            :
MATTHEW KEIL, et al.                                        :
                                                            :
                                    Plaintiffs,             :
                                                            :
            - against -                                     :   Case No.  21-cv-8773 (VEC)
                                                            :
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                                    Defendants.             :
-------------------------------------------------------------X

## DECLARATION OF BARRY BLACK IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

**BARRY BLACK**, an attorney admitted to practice before this Court, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am an attorney for Plaintiffs and fully familiar with the facts and circumstances of this case.

2. I respectfully submit this declaration in response to Mallory O. Sullivan's Declaration.

3. Attached as Exhibit 1 is a true and correct copy of a declaration from Betsy Combier.

4. Attached as Exhibit 2 is a true and correct copy of a declaration from Plaintiff Dennis Strk.

5. Attached as Exhibit 3 is a true and correct copy of a declaration from proposed class member Patricia Catoire.

## First False Assertion in Sullivan Declaration

6. The Sullivan Declaration asserts that there are two different kinds of codes in the NYCAPS system: a "problem code" and some other unnamed code, the "problem code" indicating anything from a performance issue to criminal activity, and the unspecified code flagging the absence of vaccination. Glaringly absent from Sullivan's recitation is how these codes appear to the reader. That is because there is no difference; they are one and the same.

7. Indeed, DOE Human Resources Director Eric Amato explicitly stated in an email to UFT Assistant Secretary Michael Sill and General Counsel Beth Norton that a "[p]roblem code was added to all employees who were placed on 2VM vaccine mandate leave. Our central offices placed this code on all employees who went on the leave." Ex. 1, ¶ 13, Ex. A.

8. Moreover, terminated Plaintiffs had a problem code plainly visible in their payroll portal, indicated by a **"Problem PR"** notation in their salary history tab. Ex. 2, ¶ 5, Ex. A; Ex. 1 ¶ 10 (DOE's "problem code" is also referred to as a "pr" code).

1

**Second False Assertion in Sullivan Declaration**

9. The Sullivan Declaration falsely posits that the no one outside DOE's Office of Personnel Investigations has access to the problem code. To the contrary, any non-DOE school or official that wants to learn whether a former DOE employee has a problem code in his or her personnel file can easily do so in a variety of ways. For example, non-DOE schools which offer DOE-funded positions have access to the DOE's payment portal, Galaxy, which allows them to see problem codes; indeed Plaintiffs present evidence of at least 15 former DOE employees who were not hired at non-DOE schools because the non-DOE schools discovered their problem codes. Ex. 1, ¶¶ 14-18. Simple phone calls work as well: a former UFT Special Representative explained that she used to "receive[] countless calls every week asking . . . if there was a problem code on an employee's personnel file" and that her UFT colleague next door would then check her computer and "tell [her] 'yes' or 'no' within a minute." Ex. 1, ¶ 8. In some instances, DOE representatives disclosed the problem codes to prospective employers from non-DOE schools calling to verify employment. Ex. 1, ¶ 19. In one instance, a third-party HR representative at Bright Start Learning Center of NYC—a non-DOE school operating pursuant to NYS Department of Health Bureau of Early Intervention directives—informed a former DOE employee that she had had been flagged as "ineligible" in her personnel file. Ex. 3, ¶¶ 8-9, 13.

10. It is noteworthy that such evidence was already in the record before Defendants filed the Sullivan declaration, but Defendants did not even attempt to discredit it. ECF No. 162 ¶¶ 11-13 (Plaintiff Solon was told by an official at non-DOE school that it could not hire her because of the problem code in her personnel file).

2

## Further Evidence of Irreparable Harm

11. Plaintiffs' irreparable harm did not cease with their terminations. Instead, the problem codes in their files make them unemployable indefinitely at both DOE and non-DOE schools.

12. The UFT has stated unequivocally that such problem codes "will be removed once [they] are eligible to return to work." Ex. 1, ¶ 13, Ex. A.

13. Thus, Plaintiffs face ongoing coercion to violate their religious beliefs and become vaccinated, in order to become employable – and remove the scarlet letter from their permanent records.

14. The Court is reminded that Plaintiff Solon's problem code was removed within 24 hours of her getting vaccinated. ECF No. 162 ¶ 18.

Dated: New York, New York

June 3, 2022

Respectfully submitted,

Barry Black
Nelson Madden Black LLP
*Attorney for Plaintiffs*
475 Park Avenue South, Suite 2800
New York, NY 10016
(212) 382-4303

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X  :

MICHAEL KANE, et al.,

                              Plaintiffs,

          - against -

DE BLASIO et al.,

                             Defendants.

: Case No.  21-cv-7863 (VEC) (Lead)

---------------------------------------------------------X  :

MATTHEW KEIL, et al.

                              Plaintiffs,

          - against -

THE CITY OF NEW YORK et al.,

                              Defendants.

: Case No.  21-cv-8773 (VEC)

---------------------------------------------------------X

## DECLARATION OF BETSY COMBIER

Betsy Combier declares as follows, pursuant to 28 U.S.C. § 1746:

1.    My name is Betsy Combier and I am the President and lead paralegal of Advocatz, a paralegal consulting business for people who need a partner as they go through the Courts, grievances, or life problems.

2.    I respectfully submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3.    I know the facts stated herein to be true based upon my personal knowledge and based upon my review of the files of hundreds of my clients whom I have represented in proceedings with the New York City Department of Education ("DOE"), except

1

for statements which are made on information and belief and, as to those, I verily believe them.

4. I have a degree in Child Psychology from Northwestern University, an MA Certificate from the Johns Hopkins' School for Advanced International Studies where my specialization was the Soviet Military Industrial Complex, an MPS in Interactive Telecommunications from New York University, and a Certificate in Art and Drama Therapy from The New School.

5. I have successfully assisted parents, children, and caregivers with the educational needs of their children, and I have been advocating for the due process rights of Union members—in particular, members of the AFL-CIO, United Federation of Teachers ("UFT") and Local 32 B&J—for 17 years.

6. From 2007-2010, I worked as Special Representative to the UFT where my job was to oversee the eight re-assignment centers in the NYC DOE, first in all boroughs, and then at the Manhattan, Brooklyn, and Bronx locations.

7. I am very familiar with the arbitration hearing process, set forth in New York Education Law § 3020-a, having assisted teachers in approximately 300 3020-a hearings since 2003.

8. I am also very familiar with "problem codes"—the flag the DOE puts in the personnel file of employees to indicate that they should not be hired due to unexplained misconduct of some kind. Employees can be flagged for everything from receiving an unsatisfactory or ineffective rating to engaging in egregious criminal acts. During the three years I worked at the UFT headquarters, I received countless calls every week

2

asking me if there was a problem code on an employee's personnel file. When that happened, I would simply ask the person next door to my office, another UFT Special Representative, whether she could check her computer, and she would tell me "yes" or "no" within a minute.

9. When the DOE puts a problem code in the employee's personnel file, it also places a flag on the employee's fingerprints, which is then sent to the national databases at both the Federal Bureau of Investigation and the State Division of Criminal Justice Services.

10. I have represented more than 15 DOE employees before the DOE's Office of Personnel Investigation in proceedings in which they requested the removal of their problem codes. The flag has several names such as "problem code," "pr" code, "pc" code, "ineligible," and "no hire/inquiry" code; however, all refer to a salary block, whatever title it is given.

11. I have helped approximately 20 DOE employees get their problem codes removed from their personnel files.

12. I know of many former DOE employees who have problem codes in their personnel files because they declined to be vaccinated in violation of the DOE's mandate and were not granted a religious or medical exemption. The DOE places a problem code on the employee's personnel file immediately upon getting information that the employee did not submit proof of vaccination. As soon as the employee gets the vaccination and submits proof, the code is removed from his or her file.

3

13. Attached as Exhibit A is a true and correct redacted copy of an email one of my clients received from Eric Amato at the DOE. The email was also sent to UFT Assistant Secretary Michael Sill and copies UFT officials including its General Counsel Beth Norton. The email confirms that DOE employees who were placed on leave without pay for failing to be vaccinated in violation of the DOE's mandate had a problem code (as opposed to any other kind of code) added to their personnel files.

14. I am aware that non-DOE schools located in counties outside New York City receive funds from the NYC DOE for certain teaching positions. These may include, for example, special education or STEM teachers.

15. The DOE pays the salaries for these positions using the same system it uses to pay traditional DOE employees, which is called Galaxy. Galaxy indicates whether the employee has a problem code in his or her file and blocks payment to the employee with this flag/code if viewed in the personnel file.

16. Many of my clients with problem codes in Galaxy have looked for other teaching jobs outside the NYC DOE while their problem code appeals were ongoing.

17. At least 15 of my clients with problem codes were not hired by prospective schools outside the DOE because such schools saw the problem codes in Galaxy, even though those schools were located outside New York City.

18. Such schools were able to see the codes because the position applied for was financed by the DOE and so the school used the Galaxy system and could check the prospective employee's file.

4

19.    I also have several clients who applied to schools outside of the DOE who were not hired by their prospective employers because when the prospective employers reached out to the DOE to verify my clients' previous employment, the DOE representative told them about the problem codes in my clients' files.

20.    In sum, any non-DOE school that wants to learn whether a former DOE employee has a problem code in his or her personnel file can readily do so.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 3, 2022

_Betsy Combier_
By: Betsy Combier

5

# EXHIBIT A

From: **Amato Eric** <EAmato4@schools.nyc.gov>
Date: Wed, Feb 9, 2022 at 8:06 AM
Subject: RE: PR code
To: ███████████████████████████ Michael Sill <msill@uft.org>
Cc: Beth A. Norton
<bnorton@uft.org>, Kking@uft.org <Kking@uft.org>, dcampbell@uft.org <dcampbell@uft.org>

PR = Problem code — Problem code was added to all employees who were placed on 2VM vaccine mandate leave. It was placed there the day you went on the leave. Our central offices placed this code on all employees who went on the leave. It will be removed once you are eligible to return to work.

Thanks,
Eric

5. In October, 2021, I was involuntarily suspended for failing to get vaccinated in violation of my sincerely held religious beliefs.

6. After the Second Circuit held that the DOE's religious exemption policy was unconstitutional, I was able to apply for reconsideration by the Citywide Panel. The email sent to me stated that we did not need to submit anything because they would rely on the original material.

7. I received no response for months. Meanwhile my situation became desperate.

8. I depleted all of my savings, my son had to take a leave of absence from school because I could not pay the parental portion of tuition, and my children and I were running out of food, and on the brink of losing our home.

9. I owed over $2,000 in heating bills.

10. I applied to over sixty jobs during this period. Despite my extensive qualifications and spotless record, few positions called me back, and none offered me a job.

11. Finally, during an interview in Westchester, the woman conducting the interview took pity on me. She told me she liked me and wished she could hire me.

12. However, she said she had to be honest with me – neither she nor anyone else would be able to hire me.

13. I asked why. She said that there was a "problem" code in the system flagging my name. Outside schools cannot see the reason for the code, other than there is a problem flagged indicating not to hire. Examples she gave me of typical problem codes arose from robbery and other serious misconduct.

14. I have a spotless record and was shocked to find out about this code.

15. I investigated further and learned that the internal records at the DOE showed the reason for the problem code was that I was not vaccinated.

16. My situation grew more desperate every day, and it soon became clear that I would get no other work while this code remains.

17. Finally, to save my family and our home, I took the vaccine, which is against my sincerely held religious beliefs.

18. Within twenty-four hours of submitting my paperwork to the DOE, I was reinstated, and the problem code was removed.

19. Even though I felt I had no choice, this decision has been deeply traumatic and continues to cause irreparable harm.

20. I pray every day for help to overcome my anger, pain, and guilt for having to violate my faith.

21. The experience continues to impact me and to cause me serious distress.

22. I do not feel safe at my job. I do not feel safe in society.

23. The fact that the courts would continue to uphold this brazen unconstitutional condition and fail to intervene to protect us as we lose everything we have worked so hard to achieve continues to shake my faith in this country.

24. If, as the Second Circuit admitted, the DOE violated the Constitution, how can this Court or any other continue to allow the DOE to continue to harm so many of us for not taking the vaccine?

25. I am vaccinated now, but when the inevitable booster requirement comes, I will have to go through all of this again. I do not think that I can violate my faith again. The harm it caused me to do it to save my family was too severe.

26. I only hope that this Court intervenes before that occurs, or at least intervenes before more of my colleagues are forced to be violated the way I was.

27. This is spiritual rape. There is no other way to put it. I did not consent to this.

28. This Court must help us to stop the continuing injustice.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:       New York, New York
             May 20, 2022

_____
By: Natasha Solon

From: **Beth A. Norton** <BNorton@uft.org>
Date: Thu, Jul 28, 2022, 12:36 PM
Subject: RE: Questions about voluntary resignations and follow ups
To:
Cc: Michael Sill <MSill@uft.org>, Michael Mulgrew <MMulgrew@uft.org>, Tanisha Franks <TFranks@uft.org>, Karen King <KKing@uft.org>

The arbitration award doesn't "expire," I am not sure what you mean by that.

As the language you quoted from the waiver indicates, you will be deemed to have voluntarily resigned your position with the DOE on September 6 if you are not, at that time, in compliance with the health order (vaccinated with 2 shots of Pfizer or Moderna, or 1 shot of J&J). This will be treated as a traditional resignation, it is not a termination. You will be permitted to cash out your CAR and vacation days at the contractual rates. The code on your file indicates that you are not vaccinated, that will not be lifted until such time as you are vaccinated.

You should be receiving an email from the DOE in the next week or so asking for your intent for the fall.

At this time there is no indication that the vaccine mandate will be lifted, so if you wish to return you would have to comply with the health order. If that changes we will let you know.

Regards,

**Beth A. Norton**
General Counsel
United Federation of Teachers
52 Broadway 14th Floor
New York, NY 10004
212-701-9420



# Exhibit 2



FILED: NEW YORK COUNTY CLERK 07/19/2022 02:10 PM   INDEX NO. 155983/2022
NYSCEF DOC. NO. 4                                  RECEIVED NYSCEF: 07/19/2022

September 10, 2021

**<u>Via E-Mail Only</u>**
Renee Campion, Commissioner
Steven H. Banks, Esq.
New York City Office of Labor Relations
The Office of Labor Relations
22 Cortlandt Street, 14th Floor
New York, NY 10007

Alan M. Klinger, Esq.
Stroock & Stroock & Lavan, L.L.P.
180 Maiden Lane, 33rd Floor
New York, NY 10038

Beth Norton, Esq.
Michael Mulgrew, President
United Federation of Teachers
52 Broadway, 14th Floor
New York, NY 10004

Re:    **Board of Education of the City School District of the City of New York**
       **and**
       **United Federation of Teachers, Local 2, AFT, AFL-CIO**
       **(Impact Bargaining)**

Dear Counsel:

Enclosed please find my Award in the above referenced matter.

Thank you.

Sincerely,

Martin F. Scheinman

MFS/sk
BOE.UFT.Impact Bargaining.awd

322 Main Street ◆ Port Washington, NY 11050 ◆ 516.944.1700 ◆ fax: 516.944.1771 ◆ www.ScheinmanNeutrals.com

Ex 1

```
---------------------------------- X
In the Matter of the Arbitration
                                    X
             between
                                    X
BOARD OF EDUCATION OF THE CITY              Re: Impact Bargaining
SCHOOL DISTRICT OF THE CITY OF      X
NEW YORK
                                    X
          "Department"
                                    X
          -and-
                                    X
UNITED FEDERATION OF TEACHERS,
LOCAL 2, AFT, AFL-CIO               X

          "Union"                   X

---------------------------------- X
```

**APPEARANCES**


**For the Department**
Renee Campion, Commissioner of Labor Relations
Steven H. Banks, Esq., First Deputy Commissioner
and General Counsel of Labor Relations



**For the Union**
STROOCK & STROOCK & LAVAN, L.L.P.
     Alan M. Klinger, Esq.


Beth Norton, Esq., UFT General Counsel
Michael Mulgrew, UFT President




**BEFORE:** Martin F. Scheinman, Esq., Arbitrator

## BACKGROUND

The Union ("Union" or "UFT") protests the Department of Education's ("Department" or "DOE") failure to reach agreement on the impact of its decision mandating all employees working in Department buildings show proof they started the Covid-19 vaccination protocols by September 27, 2021. The Union contends the Department failed to adequately provide, among other things, for those instances where employees have proof of a serious medical condition making the vaccine a danger to their health, as well as for employees who have a legitimate religious objection to vaccines.

Most of the basic facts are not in dispute.

For those in the New York City ("NYC" or "City") metropolitan area, we are now in the 18th month of the Covid-19 pandemic. During that time, we have seen substantial illness and loss of life. There have been periods of significant improvement and hope, but sadly, we have seen resurgence with the Delta variant. Throughout this period, NYC and its municipal unions have worked collaboratively to provide needed services for the City's 8.8 million residents in as safe an environment as possible. Yet, municipal employees have often borne great risk. The Department and the UFT are no exception. The DOE and the UFT immediately moved to remote instruction and then later a hybrid model of both in-person and remote learning for the 2020-2021 school year. Educators at all levels strove to deliver the best experience possible under strained circumstances. For this

2

coming school year, both the DOE and the UFT have endeavored to return, as much as possible, to in-person learning. They have developed protocols regarding masking and distancing to effectuate a safe environment for the City's students and educators.

To this end, the Delta resurgence has complicated matters. In recognition of increased risk, there have been various policies implemented at City agencies and other municipal entities. Mayor de Blasio in July 2021 announced a "Vaccine-or-Test" mandate which essentially requires the City workforce, including the UFT's educators, either to be vaccinated or undergo weekly testing for the Covid-19 virus effective September 13, 2021.

Most relevant to this matter, on August 23, 2021, the Mayor and the NYC Commissioner of Health and Mental Hygiene, David A. Chokshi, MD, announced a new policy for those workforces in NYC DOE buildings. Those employees would be subject to a "Vaccine Only" mandate. That is, such employees would need to show by September 27, 2021, they had at least started the vaccination protocol or would not be allowed onto DOE premises, would not be paid for work and would be at risk of loss of job and benefits. This mandate was reflected in an Order of Commissioner Chokshi, dated August 24, 2021. That Order, by its terms, did not expressly provide for exceptions or accommodations for those with medical contraindications to vaccination or sincerely-held religious objections to inoculation. Nor did it address matters of due process with regard to job and benefits protection.

The UFT promptly sought to bargain the impact and implementation of the Vaccine Only mandate. A number of discussions were had by the parties but important matters remained unresolved.

On September 1, 2021, the UFT filed a Declaration of Impasse with the Public Employment Relations Board ("PERB") as to material matters. The City/DOE did not challenge the statement of impasse and PERB appointed me to mediate the matters. Given the exigencies of the imminent start of the school year and the coming of the September 27, 2021, mandate, together with the importance of the issues involved to the workforce, mediations sessions were held immediately on September 2, 3, 4 and 5, 2021, with some days having multiple sessions. Progress was made, and certain tentative understandings were reached, but significant matters remained unresolved. By agreement of the parties, the process moved to arbitration. They asked I serve as arbitrator.[1]

Arbitration sessions were held on September 6 and 7, 2021. During the course of the hearings, both sides were given full opportunity to introduce evidence and argument in support of their respective positions. They did so. Both parties made strenuous and impassioned arguments reflecting their viewpoints on this entire issue.

During the course of these hearings, I made various interim rulings concerning the impact of the "Vaccine Only" mandate. I then

---

[1] My jurisdiction is limited to the issues raised during impact bargaining and not with regard to the decision to issue the underlying "Vaccine Only" order.

4

directed the parties to draft language reflecting those rulings. Even though I am very familiar with the language of the current Collective Bargaining Agreement, as well as the parties' relationship since I am a member of their permanent arbitration panel and have served as a fact-finder and mediator during several rounds of bargaining, I concluded the parties are more familiar with Department policy and how leave and entitlements have been administered in accordance with prior agreements. As such, my rulings reflect both the understandings reached during the negotiations prior to mediation, those reached in the mediation process and the parties' agreed upon language in response to my rulings. All are included, herein.

I commend the parties for their seriousness of purpose and diligence in addressing these complicated matters. The UFT made clear it supports vaccination efforts and has encouraged its members to be vaccinated. Nonetheless, as a Union, it owes a duty to its members to ensure their rights are protected. The City/DOE demonstrated recognition of the importance of these issues, particularly with regard to employees' legitimate medical or religious claims. I appreciate both parties' efforts in meeting the tight timeline we have faced and the professionalism they demonstrated serving the citizens of the City and what the million plus students deserved. They have invested immense effort to insure such a serious issue was litigated in such a thoughtful way.

5

Yet, in the end, it falls to me, as Arbitrator, to arrive at a fair resolution of the matters at hand.

This matter is one of the most urgent events I have been involved with in my forty (40) plus years as a neutral. The parties recognized the complexity of the issues before me, as well as the magnitude of the work that lies ahead to bring this conflict to completion in a timely manner. For this reason, they understood and accepted the scope and complexity of this dispute could not be handled by me alone. They agreed my colleagues at Scheinman Arbitration and Mediation Services ("SAMS") would also be involved.

I want to thank my colleagues at SAMS, especially Barry J. Peek, for their efforts and commitment to implementing the processes to resolve this matter. This undertaking could not be accomplished by any single arbitrator.

**Opinion**

After having carefully considered the record evidence, and after having the parties respond to countless inquiries. I have requested to permit me to make a final determination, I make the rulings set forth below. While some of the language has been drafted, initially, by the parties in response to my rulings, in the end the language set forth, herein, is mine alone. I hereby issue the following Award:

**I.    Exemption and Accommodation Requests & Appeal Process**

As an alternative to any statutory reasonable accommodation

process, the City, the Board of Education of the City School District for the City of New York (the "DOE"), and the United Federation of Teachers, Local 2, AFT, AFL-CIO (the "UFT), (collectively the "Parties") shall be subject to the following Expedited Review Process to be implemented immediately for full-time staff, H Bank and non-pedagogical employees who work a regular schedule of twenty (20) hours per week or more inclusive of lunch, including but not limited to Occupational Therapists and Physical Therapists, and Adult Education teachers who work a regular schedule of twenty (20) or more hours per week. This process shall only apply to (a) religious and medical exemption requests to the mandatory vaccination policy, and (b) medical accommodation requests where an employee is unable to mount an immune response to COVID-19 due to preexisting immune conditions and the requested accommodation is that the employee not appear at school. This process shall be in place for the 2021-2022 school year and shall only be extended by mutual agreement of the Parties.

Any requests to be considered as part of this process must be submitted via the SOLAS system no later than Monday, September 20, 2021, by 5:00 p.m.

A. Full Medical Exemptions to the vaccine mandate shall only be considered where an employee has a documented contraindication such that an employee cannot receive any of the three (3) authorized vaccines (Pfizer, Moderna, J&J)—with contraindications delineated in CDC clinical

considerations for COVID-19 vaccination. Note that a prior immediate allergic reaction to one (1) type of vaccine will be a precaution for the other types of vaccines, and may require consultation with an allergist.

B. Temporary Medical Exemptions to the vaccine mandate shall only be based on the following valid reasons to defer or delay COVID-19 vaccination for some period:

o Within the isolation period after a COVID-19 infection;

o Within ninety (90) days of monoclonal antibody treatment of COVID-19;

o Treatments for conditions as delineated in CDC clinical considerations, with understanding CDC guidance can be updated to include new considerations over time, and/or determined by a treating physician with a valid medical license responsible for the immunosuppressive therapy, including full and appropriate documentation that may warrant temporary medical exemption for some period of time because of active therapy or treatment (e.g., stem cell transplant, CAR T-cell therapy) that would temporarily interfere with the patient's ability to respond adequately to vaccination;

o Pericarditis or myocarditis not associated with COVID-19 vaccination or pericarditis or myocarditis associated with COVID-19 vaccination.

Length of delay for these conditions may vary, and the employee must get vaccinated after that period unless satisfying the criteria for a Full Medical Exemption described, above.

C. Religious exemptions for an employee to not adhere to the mandatory vaccination policy must be documented in writing by a religious official (e.g., clergy). Requests shall be denied where the leader of the religious organization has spoken publicly in favor of the vaccine, where the documentation is readily available (e.g., from an online source), or where the objection is personal, political, or philosophical in nature. Exemption requests shall be considered for recognized and established religious organizations (e.g., Christian Scientists).

D. There are cases in which, despite an individual having sought and received the full course of the vaccination, he or she is unable to mount an immune response to COVID-19 due to preexisting immune conditions. In these circumstances, each individual case shall be reviewed for potential accommodation. Medical accommodation requests must be documented in writing by a medical doctor.

E. The initial determination of eligibility for an exemption or accommodation shall be made by staff in the Division of Human Capital in the Office of Medical, Leaves and Benefits; the Office of Equal Opportunity; and Office of Employee

9

Relations. These determinations shall be made in writing no later than Thursday, September 23, 2021, and, if denied, shall include a reason for the denial.

F. If the employee wishes to appeal a determination under the identified criteria, such appeal shall be made in SOLAS to the DOE within one (1) school day of the DOE's issuance of the initial eligibility determination. The request for appeal shall include the reason for the appeal and any additional documentation. Following the filing of the appeal, any supplemental documentation may be submitted by the employee to the Scheinman Arbitration and Mediation Services ("SAMS") within forty eight (48) hours after the filing of the appeal. If the stated reason for denial of a medical exemption or accommodation request is insufficient documentation, the employee may request from the arbitrator and, upon good cause shown, the arbitrator may grant an extension beyond forty eight (48) hours and permit the use of CAR days after September 27, 2021, for the employee to gather the appropriate medical documentation before the appeal is deemed submitted for determination.

G. A panel of arbitrators identified by SAMS shall hear these appeals, and may request the employee or the DOE submit additional documentation. The assigned arbitrator may also request information from City and/or DOE Doctors as part of the review of the appeal documentation. The assigned

arbitrator, at his or her discretion, shall either issue a decision on the appeal based on the documents submitted or hold an expedited (virtual) factual hearing. If the arbitrator requests a factual hearing, the employee may elect to have a union representative present but neither party shall be required to be represented by an attorney at the hearing. The expedited hearing shall be held via Zoom telecommunication and shall consist of brief opening statements, questions from the arbitrator, and brief closing statements. Cross examination shall not be permitted. Any documentation submitted at the arbitrator's request shall be provided to the DOE at least one (1) business day before the hearing or the issuance of the written decision without hearing.

H. Appeal decisions shall be issued to the employee and the DOE no later than Saturday September 25, 2021. Appeal decisions shall be expedited without full Opinion, and final and binding.

I. While an appeal is pending, the exemption shall be assumed granted and the individual shall remain on payroll consistent with Section K below. However, if a larger number of employees than anticipated have a pending appeal as of September 27, 2021, as determined by SAMS, SAMS may award different interim relief consistent with the parties' intent. Those employees who are vaccinated and have applied for an

11

accommodation shall have the ability to use CAR days while their application and appeal are pending. Should the appeal be granted, these employees shall be reimbursed any CAR days used retroactive to the date of their initial application.

J. The DOE shall cover all arbitration costs from SAMS under this process. To the extent the arbitrator requests additional medical documentation or information from the DOE, or consultation with City and/or DOE Doctors, arranging and paying for such documentation and/or consultation shall be the responsibility of the DOE.

K. An employee who is granted a medical or religious exemption or a medical accommodation under this process and within the specific criteria identified above shall be permitted the opportunity to remain on payroll, but in no event required/permitted to enter a school building while unvaccinated, as long as the vaccine mandate is in effect. Such employees may be assigned to work outside of a school building (e.g., at DOE administrative offices) to perform academic or administrative functions as determined by the DOE while the exemption and/or accommodation is in place. For those with underlying medical issues granted an accommodation under Section I(D), the DOE will make best efforts to ensure the alternate work setting is appropriate for the employee's medical needs. The DOE shall make best efforts to make these assignments within the same borough as

12

the employee's current school, to the extent a sufficient number of assignments exist in the borough. Employees so assigned shall be required to submit to COVID testing twice per week for the duration of the assignment.

L. The process set forth, herein, shall constitute the exclusive and complete administrative process for the review and determination of requests for religious and medical exemptions to the mandatory vaccination policy and accommodation requests where the requested accommodation is the employee not appear at school. The process shall be deemed complete and final upon the issuance of an appeal decision. Should either party have reason to believe the process set forth, herein, is not being implemented in good faith, it may bring a claim directly to SAMS for expedited resolution.

## II. Leave

A. Any unvaccinated employee who has not requested an exemption pursuant to Section 1, or who has requested an exemption which has been denied, may be placed by the DOE on leave without pay effective September 28, 2021, or upon denial of appeal, whichever is later, through November 30, 2021. Such leave may be unilaterally imposed by the DOE and may be extended at the request of the employee consistent with Section III(B), below. Placement on leave without pay for these reasons shall not be considered a disciplinary action for any purpose.

13

B. Except as otherwise noted, herein, this leave shall be treated consistent with other unpaid leaves at the DOE for all purposes.

C. During such leave without pay, employees shall continue to be eligible for health insurance. As with other DOE leaves without pay, employees are prohibited from engaging in gainful employment during the leave period.

D. Employees who become vaccinated while on such leave without pay and provide appropriate documentation to the DOE prior to November 30, 2021, shall have a right of return to the same school as soon as is practicable but in no case more than one (1) week following notice and submission of documentation to the DOE.

E. Pregnancy/Parental Leave

   i. Any soon-to-be birth mother who starts the third trimester of pregnancy on or before September 27, 2021, (e.g. has a due date no later than December 27, 2021), may commence UFT Parental Leave prior to the child's birth date, but not before September 27, 2021.

   ii. No documentation shall be necessary for the early use of Parental Leave, other than a doctor's written assertion the employee is in her third trimester as of September 27, 2021.

   iii. Eligible employees who choose to start Parental Leave prior to the child's birth date, shall be required to first use CAR days until either: 1) they exhaust CAR/sick days,

14

at which point the Parental Leave shall begin, or 2) they give birth, at which point they shall be treated as an approved Parental Leave applicant for all purposes, including their prerogative to use additional CAR days prior to the commencement of Parental Leave.

iv. Eligible employees who have a pregnancy disability or maternity disability outside of the regular maternity period may, in accordance with existing rules, borrow CAR/sick days and use a Grace Period. This eligibility to borrow CAR/sick days does not apply to employees during the regular maternity recovery period if they have opted to use Parental Leave.

v. In the event an eligible employee exhausts CAR/sick days and parental leave prior to giving birth, the employee shall be placed on a leave without pay, but with medical benefits at least until the birth of the child. As applicable, unvaccinated employees may be placed in the leave as delineated in Section II(A).

vi. If not otherwise covered by existing Family Medical Leave Act ("FMLA") or leave eligibility, an employee who takes Parental Leave before the birth of the child shall be eligible to be on an unpaid leave with medical benefits for the duration of the maternity recovery period (i.e., six weeks after birth or eight weeks after a birth via C-Section)

15

    vii.    All other eligibility and use rules regarding UFT Parental Leave as well as FMLA remain in place.

## III. Separation

A. During the period of September, 28, 2021, through October 29, 2021, any employee who is on leave without pay due to vaccination status may opt to separate from the DOE. In order to separate under this Section and receive the commensurate benefits, an employee must file a form created by the DOE which includes a waiver of the employee's rights to challenge the employee's involuntary resignation, including, but not limited to, through a contractual or statutory disciplinary process. If an employee opts to separate consistent with this Section, the employee shall be eligible to be reimbursed for unused CAR days on a one (1) for one (1) basis at the rate of 1/200th of the employee's salary at departure per day, up to 100 days, to be paid following the employee's separation with documentation including the general waiver and release. Employees who elect this option shall be deemed to have resigned involuntarily effective on the date contained in the general waiver as determined by the DOE, for non-disciplinary reasons. An employee who separates under this Section shall continue to be eligible for health insurance through September 5, 2022, unless they are eligible for health insurance from another source (e.g., a spouse's coverage or another job).

B. During the period of November 1, 2021' through November 30, 2021, any employee who is on leave without pay due to vaccination status may alternately opt to extend the leave through September 5, 2022. In order to extend this leave pursuant to this Section, and continue to receive the commensurate benefits, an employee must file a form created by the DOE which includes a waiver of the employee's rights to challenge the employee's voluntary resignation, including, but not limited to, through a contractual or statutory disciplinary process. Employees who select this option shall continue to be eligible for health insurance through September 5, 2022. Employees who comply with the health order and who seek to return from this leave, and so inform the DOE before September 5, 2022, shall have a right to return to the same school as soon as is practicable but in no case more than two (2) weeks following notice to the DOE. Existing rules regarding notice of leave intention and rights to apply for other leaves still apply. Employees who have not returned by September 5, 2022, shall be deemed to have voluntarily resigned.

C. Beginning December 1, 2021, the DOE shall seek to unilaterally separate employees who have not opted into separation under Sections III(A) and III(B). Except for the express provisions

17

contained, herein, all parties retain all legal rights at all times relevant, herein.

September 10 , 2021.

_____
Martin F. Scheinman, Esq.
Arbitrator


STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NASSAU     )


I, MARTIN F. SCHEINMAN, ESQ., do hereby affirm upon my oath as Arbitrator that I am the individual described herein and who executed this instrument, which is my Award.

September 11 , 2021.

_____
Martin F. Scheinman, Esq.
Arbitrator

DOE.UFT.Impact Bargaining.awd

18



# Exhibit 3

# APPENDIX

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand twenty-one.

Before:    Pierre N. Leval,
José A. Cabranes,
Denny Chin,
*Circuit Judges.*

---

Michael Kane, William Castro, Margaret Chu, Heather Clark, Stephanie Di Capua, Robert Gladding, Nwakaego Nwaifejokwu, Ingrid Romero, Trinidad Smith, Amaryllis Ruiz-Toro,

           *Plaintiffs-Appellants,*

    v.

Bill de Blasio, in his official capacity as Mayor of the City of New York, David Chokshi, in his official capacity of Health Commissioner of the City of New York, New York City Department of Education,

           *Defendants-Appellees.*

**ORDER**

21-2678-cv

---

Matthew Keil, John De Luca, Sasha Delgado, Dennis Strk, Sarah Buzaglo,

           *Plaintiffs-Appellants,*

    v.

The City of New York, Board of Education of the City School District of New York, David Chokshi, in his Official Capacity of Health Commissioner of the City of New York, Meisha Porter, in her Official

21-2711-cv

Capacity as Chancellor of the New York City
Department of Education,

*Defendants-Appellees.*

---

The motions of Plaintiffs-Appellants ("Plaintiffs") for an injunction pending appeal having been heard at oral argument on November 10, 2021, and Defendants-Appellees ("Defendants") having represented to this Court that "the City is working toward making an opportunity for reconsideration available more broadly to DOE employee[s] who unsuccessfully sought religious exemptions pursuant to the arbitration award's appeal process," it is hereby

**ORDERED** that this appeal is expedited and will be heard by a merits panel sitting on November 22, 2021 (the "merits panel"). Pending further order by the merits panel,

1. Plaintiffs shall receive fresh consideration of their requests for a religious accommodation by a central citywide panel consisting of representatives of the Department of Citywide Administrative Services, the City Commission on Human Rights, and the Office of the Corporation Counsel.
2. Such consideration shall adhere to the standards established by Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law, and the New York City Human Rights Law. Such consideration shall not be governed by the challenged criteria set forth in Section IC of the arbitration award for United Federation of Teachers members. Accommodations will be considered for all sincerely held religious observances, practices, and beliefs.
3. Plaintiffs shall submit to the citywide panel any materials or information they wish to be considered within two weeks of entry of this order. The citywide panel shall issue a determination on each request no later than two weeks after a plaintiff has submitted such information and materials. Within two business days of the entry of this order, Defendants shall inform plaintiffs' counsel how such information and materials should be transmitted to the citywide panel.
4. The deadline to opt-in to the extended leave program and execute any accompanying waiver shall be stayed for Plaintiffs, and no steps will be taken to terminate the plaintiff's employment for noncompliance with the vaccination requirement.
5. If a plaintiff's request is granted by the citywide panel, the plaintiff will receive backpay running from the date they were placed on leave without pay.
6. This order is intended only to provide for temporary interim relief until the matter is considered by the merits panel of this court, which panel may entirely supersede these provisions for interim relief, and the parties are at liberty to advocate to the merits panel for alteration of these provisions. Unless the merits panel has previously entered a superseding order, within two weeks of the conclusion of Plaintiffs' proceedings before the citywide panel, the parties shall inform the merits panel of the result of those proceedings and advise of any further relief being sought.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



# Exhibit 4

# Notice of Leave Without Pay - PLEASE READ

NYCDOE <noreply@schools.nyc.gov>
Sat 10/2/2021 3:10 PM
To: _____@schools.nyc.gov>



Dear _____,

You are receiving this message because **you are being placed on a Leave Without Pay (LWOP) because you are not in compliance with the DOE's COVID-19 Vaccine Mandate**. If you are a substitute or in certain titles you have been placed in another inactive status, not a LWOP. **This means you must <u>not</u> report to your work or school site beginning Monday, October 4th.**

While you are on Leave Without Pay (LWOP), you:

- Cannot work and will not receive compensation, but you will continue your medical benefits
- Cannot use annual leave, CAR or sick time
- Cannot enter your work or school site
- Cannot reach out to students or families

In order to return from LWOP status, you must complete two steps using the **DOE Vaccination Portal**

1. Upload proof that you have received your first dose of a COVID-19 vaccine. **Proof of COVID-19 Vaccine can be an image of your vaccination card, NYS Excelsior Pass, or another government record**
2. E-sign the attestation stating that you are willing to return to your worksite within seven calendar days of submission.

Once you have completed these two steps, your HR Director and supervisor will also be notified and will work with you to plan your return date.

**If you have been vaccinated this weekend and upload this information by Monday morning, you may report to work as usual on Monday, October 4th, and you will be put back on active status.**

On Monday, October 4th, if you have an acceptable proof of vaccination (e.g., vaccination card, NY State Excelsior pass, or other government record) but have not been able to upload to the **DOE Vaccination Portal**, you may show your proof to the School Safety Agent and/or Principal (or designee) at the door. You will be allowed in the building, and you must immediately upload proof of vaccination to the Vaccination Portal and confirm that you would like to return to work in order to ensure there is no break in payroll.

If you encounter technical issues accessing the Vaccination Portal, please contact the DOE Help Desk by opening a ticket online or calling 718-935-5100. If you need support uploading your proof of vaccination, please contact your principal or HRD who can do so on your behalf.

Please be advised that if you do not intend to return to the DOE after October 1, 2021, you will need to return all DOE property, including computers, IDs, blackberries, and keys, immediately. Failure to return any DOE property that has been assigned to you will delay the processing of your final payment and any payout of leave time.

Employees represented by UFT or CSA who have been placed on LWOP due to vaccination status may select (in SOLAS) special separation or leave options per the arbitration award:

- **Separation with benefits** (available in SOLAS as of Monday, October 4): Employees choosing to separate under this option:
  - **Must share their intention to separate via SOLAS by October 29, 2021.**
  - Will be required to waive their rights to challenge the involuntary resignation, including, but not limited to, through a contractual or statutory disciplinary process
  - Will be eligible to be reimbursed for unused CAR/sick leave on a one-for-one basis at the rate of 1/200th of the employee's salary at departure per day, up to 100 days, to be paid out following the employee's separation
  - Will be eligible to maintain health insurance through September 5, 2022, unless they have health insurance available from another source.
- **Extend the leave without pay due to vaccination status through September 5, 2022** (available in SOLAS as of Monday, November 1 through November 30, 2021):
  - Employees choosing this option will also be required to waive their rights to challenge their involuntary resignation, including, but not limited to, through a contractual or statutory discipline process
  - They will remain eligible for health insurance through September 5, 2022
  - Employees who have not returned by September 5, 2022 shall be deemed to have voluntarily resigned
- Beginning December 1, 2021, the DOE will seek to unilaterally separate employees who have not selected one of the options above or otherwise separated service.

For more information about where to get vaccinated, visit vaccinefinder.nyc.gov or call 877-VAX-4-NYC. For the latest COVID-19 staffing updates, please visit the Coronavirus Staff Update InfoHub page.

Sincerely,

NYCDOE Division of Human Capital



**Exhibit 5**

**ORDER OF THE COMMISSIONER
OF HEALTH AND MENTAL HYGIENE
TO REQUIRE COVID-19 VACCINATION FOR
DEPARTMENT OF EDUCATION
EMPLOYEES, CONTRACTORS, VISITORS, AND OTHERS**

**WHEREAS**, on March 12, 2020, Mayor Bill de Blasio issued Emergency Executive Order No. 98 declaring a state of emergency in the City to address the threat posed by COVID-19 to the health and welfare of City residents, and such order remains in effect; and

**WHEREAS**, on March 25, 2020, the New York City Commissioner of Health and Mental Hygiene declared the existence of a public health emergency within the City to address the continuing threat posed by COVID-19 to the health and welfare of City residents, and such declaration and public health emergency continue to be in effect; and

**WHEREAS**, pursuant to Section 558 of the New York City Charter (the "Charter"), the Board of Health may embrace in the Health Code all matters and subjects to which the power and authority of the Department of Health and Mental Hygiene (the "Department") extends; and

**WHEREAS**, pursuant to Section 556 of the Charter and Section 3.01(c) of the Health Code, the Department is authorized to supervise the control of communicable diseases and conditions hazardous to life and health and take such actions as may be necessary to assure the maintenance of the protection of public health; and

**WHEREAS**, the U.S. Centers for Disease Control and Prevention ("CDC") reports that new variants of COVID-19, identified as "variants of concern" have emerged in the United States, and some of these new variants which currently account for the majority of COVID-19 cases sequenced in New York City, are more transmissible than earlier variants; and

**WHEREAS,** the CDC has stated that vaccination is an effective tool to prevent the spread of COVID-19 and benefits both vaccine recipients and those they come into contact with, including persons who for reasons of age, health, or other conditions cannot themselves be vaccinated; and

**WHEREAS,** the CDC has recommended that school teachers and staff be "vaccinated as soon as possible" because vaccination is "the most critical strategy to help schools safely resume full operations [and] is the leading public health prevention strategy to end the COVID-19 pandemic;" and

**WHEREAS,** on September 9, 2021, President Joseph Biden announced that staff who work in Head Start programs and in schools run by the Bureau of Indian Affairs and Department of Defense will be required to be vaccinated in order to implement the CDC's recommendations; and

**WHEREAS**, on August 26, 2021, New York State Department of Health adopted emergency regulations requiring staff of inpatient hospitals and nursing homes to receive the first dose of a vaccine by September 27, 2021, and staff of diagnostic and treatment centers, hospices, home care and adult care facilities to receive the first dose of a vaccine by October 7, 2021; and

**WHEREAS,** Section 17-104 of the Administrative Code of the City of New York directs the Department to adopt prompt and effective measures to prevent the communication of infectious diseases such as COVID-19, and in accordance with Section 17-109(b), the Department may adopt

vaccination measures to effectively prevent the spread of communicable diseases; and

**WHEREAS,** the City is committed to safe, in-person learning in all pre-school to grade 12 schools, following public health science; and

**WHEREAS** the New York City Department of Education ("DOE") serves approximately 1 million students across the City, including students in the communities that have been disproportionately affected by the COVID-19 pandemic and students who are too young to be eligible to be vaccinated; and

**WHEREAS**, a system of vaccination for individuals working in school settings, including DOE buildings and charter school buildings, will potentially save lives, protect public health, and promote public safety; and

**WHEREAS,** pursuant to Section 3.01(d) of the Health Code, I am authorized to issue orders and take actions that I deem necessary for the health and safety of the City and its residents when urgent public health action is necessary to protect the public health against an existing threat and a public health emergency has been declared pursuant to such section; and

**WHEREAS,** on August 24, 2021, I issued an order requiring COVID-19 vaccination for DOE employees, contractors, and others who work in-person in a DOE school setting or DOE building, which was amended on September 12, 2021; and

**WHEREAS**, unvaccinated visitors to public school settings could spread COVID-19 to students and such individuals are often present in public school settings and DOE buildings;

**NOW THEREFORE** I, Dave A. Chokshi, MD, MSc, Commissioner of Health and Mental Hygiene, finding that a public health emergency within New York City continues, and that it is necessary for the health and safety of the City and its residents, do hereby exercise the power of the Board of Health to prevent, mitigate, control and abate the current emergency, to

**RESCIND and RESTATE** my September 12, 2021 Order relating to COVID-19 vaccination for DOE employees, contractors, visitors, and others; and

I hereby order that:

1. No later than September 27, 2021, or prior to beginning employment, the following individuals must provide proof of vaccination as described below:
    a. DOE staff must provide proof of vaccination to the DOE.
    b. City employees who work in-person in a DOE school setting, DOE building, or charter school setting must provide proof of vaccination to their employer.
    c. Staff of contractors of DOE or the City, as defined below, must provide proof of vaccination to their employer, or if self-employed, to the DOE.
    d. Staff of any charter school serving students up to grade 12, and staff of contractors hired by charter schools co-located in a DOE school setting to work in person in a DOE school setting or DOE building, must provide proof of vaccination to their employer, or if self-employed, to the contracting charter school.

2. An employer to whom staff must submit proof of vaccination status, must securely maintain a record of such submission, either electronically or on paper, and must demonstrate proof of compliance with this Order, including making such records immediately available to the Department upon request.

3. Beginning September 13, 2021, all visitors to a DOE school building must show prior to entering the building that they have:
   a. Been fully vaccinated; or
   b. Received a single dose vaccine, or the second dose of a two-dose vaccine, even if two weeks have not passed since they received the dose; or
   c. Received the first dose of a two-dose vaccine.

4. Public meetings and hearings held in a DOE school building must offer individuals the opportunity to participate remotely in accordance with Part E of Chapter 417 of the Laws of 2021.

5. For the purposes of this Order:

   "Charter school setting" means a building or portion of building where a charter school provides instruction to students in pre-kindergarten through grade 12 that is not collocated in a DOE building.

   "DOE school setting" includes any indoor location where instruction is provided to DOE students in public school pre-kindergarten through grade 12, including but not limited to locations in DOE buildings, and including residences of students receiving home instruction and places where care for children is provided through DOE's LYFE program. DOE school settings include buildings where DOE and charter schools are co-located.

   "DOE staff" means (i) full or part-time employees of the DOE, and (ii) DOE interns (including student teachers) and volunteers.

   "Fully vaccinated" means at least two weeks have passed after an individual received a single dose of a COVID-19 vaccine that only requires one dose, or the second dose of a two-dose series of a COVID-19 vaccine approved or authorized for use by the Food and Drug Administration or World Health Organization.

   "Proof of vaccination" means proof that an individual:
   a. Has been fully vaccinated;
   b. Has received a single dose vaccine, or the second dose of a two-dose vaccine, even if two weeks have not passed since they received the dose; or
   c. Has received the first dose of a two-dose vaccine, in which case they must additionally provide proof that they have received the second dose of that vaccine within 45 days after receipt of the first dose.

   "Staff of contractors of DOE or the City" means a full or part-time employee, intern or volunteer of a contractor of DOE or another City agency who works in-person in a DOE school

setting, a DOE building, or a charter school, and includes individuals working as independent contractors.

"Visitor" means an individual, not otherwise covered by Paragraph 1 of this Order, who will be present in a DOE school building, except that "visitor" does not include:
   a. Students attending school or school-related activities in a DOE school setting;
   b. Parents or guardians of students who are conducting student registration or for other purposes identified by DOE as essential to student education and unable to be completed remotely;
   c. Individuals entering a DOE school building for the limited purpose to deliver or pick up items;
   d. Individuals present in a DOE school building to make repairs at times when students are not present in the building;
   e. Individuals responding to an emergency, including police, fire, emergency medical services personnel, and others who need to enter the building to respond to or pick up a student experiencing an emergency;
   f. Individuals entering for the purpose of COVID-19 vaccination;
   g. Individuals who are not eligible to receive a COVID-19 vaccine because of their age; or
   h. Individuals entering for the purposes of voting or, pursuant to law, assisting or accompanying a voter or observing the election.

"Works in-person" means an individual spends any portion of their work time physically present in a DOE school setting, DOE building, or charter school setting. It does not include individuals who enter such locations for the limited purpose to deliver or pick up items unless the individual is otherwise subject to this Order. It also does not include individuals present such locations to make repairs at times when students are not present in the building unless the individual is otherwise subject to this Order.

6. Nothing in this Order shall be construed to prohibit any reasonable accommodations otherwise required by law.

7. This Order shall be effective immediately and remain in effect until rescinded, subject to the authority of the Board of Health to continue, rescind, alter or modify this Order pursuant to Section 3.01(d) of the Health Code.

Dated: September 15, 2021

Dave A. Chokshi, M.D., MSc
Commissioner

# Exhibit 6

September 13th, 2021

To whom it may concern,

My name is R   F   , my employee ID is #....... I have been employed with the NYCDOE for 20 years now. I am extremely proud of all the work I've done with the communities of the Bronx that I've had the privilege of working with. I am currently an Assistant Principal with in the Bronx.

**"Religious liberty is a foundational principle of enduring importance in America enshrined in our Constitution and other sources of Federal law."**  I know that the law in this Country allows for personal religious beliefs and that's what makes me so proud to be an American, where my beliefs and freedoms are protected. I get to work in a city that is literally called the Melting Pot of the Country. It is filled with all different cultures and religions and we can live together respecting and encouraging one another's differences.

My faith, and religious journey is the most important thing in my life. I am a devout Christian; my life is led by the Holy Spirit that lives inside of me. It is my religious belief that my God is my healer and I put all my faith and hope in Him. It is my religious belief that it is a complete betrayal of faith to put my hope and faith in any vaccine to keep my body healthy. My God will heal me and my family. We have all contracted covid and He kept us all, safe and whole.

Any blood that may be in any vaccines is sacrilegious and I cannot allow my body to be corrupted or made unclean. 1 Corinthians 3:17 "If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple". Exodus 15:26 "I am the Lord that heals you." Fetal cells that may be used in creating this vaccine, goes against my stance on abortion. As a Christian I am against murder. Exodus 20:13 "You shall not murder." Therefore, taking this vaccine will desecrate my body. Even though I have been fully vaccinated in my childhood, that choice was performed by the choices of my non-religious parents, whom I loved dearly. As an adult, husband and father, I choose to live out my life through God's command from His Holy word, the Bible.

My faith and relationship in God are what helps guide my life and helps me discern what is needed to keep my body in line with the Word of God. I am created in the image of God. My body/blood is a sacred being and must remain pure in the sight of God. Taking this vaccine or any other vaccine for that matter would go against everything I believe and base my life upon.

I ask that you please keep this confidential, I am only sharing these personal things so you could have a better understanding of my declination of this vaccine due to my religious beliefs. Please understand my convictions. Thank you for your time and consideration.

Sincerely,

R   F



# Exhibit 7

Final version for your awareness. No changes from what you saw last.

**From:** Dave Chokshi <dchokshi@health.nyc.gov>
**Sent:** Wednesday, September 22, 2021 8:13 AM
**To:** Nellie Afshar <nafshar@health.nyc.gov>
**Subject:** Re: Urgent Need for Help--UFT Accommodation Process

Thanks—looks good

On Sep 21, 2021, at 10:19 PM, Nellie Afshar <nafshar@health.nyc.gov> wrote:

Here is latest version of the memo – includes addition of the list of meds and animal products.

For awareness, we have not been able to verify the list of meds, I asked Jackie if she can track it down w Jay.

**From:** Dave Chokshi <dchokshi@health.nyc.gov>
**Sent:** Tuesday, September 21, 2021 8:04 PM
**To:** Nellie Afshar <nafshar@health.nyc.gov>
**Subject:** Re: Urgent Need for Help--UFT Accommodation Process

Thank you!!

Dave A. Chokshi, MD MSc

Commissioner

NYC Department of Health and Mental Hygiene

347-396-4133

**From:** Nellie Afshar <nafshar@health.nyc.gov>
**Sent:** Tuesday, September 21, 2021 8:03 PM
**To:** Dave Chokshi <dchokshi@health.nyc.gov>
**Subject:** RE: Urgent Need for Help--UFT Accommodation Process

Yes I'm making those revisions now, and also adding line about Tylenol, advil, etc

Thank you!

**From:** Dave Chokshi <dchokshi@health.nyc.gov>
**Sent:** Tuesday, September 21, 2021 8:02 PM
**To:** Nellie Afshar <nafshar@health.nyc.gov>
**Subject:** Re: Urgent Need for Help--UFT Accommodation Process

Nellie, this looks fine to me and no issues with it coming from me. We had to remove the section about pork and animal products? Seemed they wanted it specifically.

Also happened to notice that 'fetal' is misspelled as 'feral' in one place.

Dave A. Chokshi, MD MSc

Commissioner

NYC Department of Health and Mental Hygiene

347-396-4133

**From:** Nellie Afshar <nafshar@health.nyc.gov>
**Sent:** Tuesday, September 21, 2021 7:18 PM
**To:** Dave Chokshi <dchokshi@health.nyc.gov>
**Subject:** RE: Urgent Need for Help--UFT Accommodation Process

Commissioner – we're still refining this but here is the current version in case you can review in parallel. On our side – Jane, Celia, Jen Rosen, and PIO reviewed. Let me know if any issues w this coming from you.

**From:** Bray, Jackie <JBray@cityhall.nyc.gov>
**Sent:** Tuesday, September 21, 2021 5:15 PM
**To:** Nellie Afshar <nafshar@health.nyc.gov>; Dave Chokshi <dchokshi@health.nyc.gov>; Celia Quinn Md <cquinnmd@health.nyc.gov>; Jane Zucker <jzucker@health.nyc.gov>; Rebecca Giglio <rgiglio@health.nyc.gov>
**Cc:** 'Anne Mabus' <mabusa@nychhc.org>
**Subject:** RE: Urgent Need for Help--UFT Accommodation Process

Here is the latest draft from OLR who reformatted some.

Happy to merge the edits if useful once I have yours.

*Jackie Bray*
*Pronouns: she/her/hers*

*Deputy Executive Director*
*NYC COVID-19 Test & Trace Corps*
*jbray@cityhall.nyc.gov*
*Cell: 347-453-3697*

---

**From:** Nellie Afshar <nafshar@health.nyc.gov>
**Sent:** Tuesday, September 21, 2021 4:49 PM
**To:** Bray, Jackie <JBray@cityhall.nyc.gov>; Chokshi, Dave (DOHMH) <dchokshi@health.nyc.gov>; Celia Quinn Md <cquinnmd@health.nyc.gov>; Jane Zucker <jzucker@health.nyc.gov>; Rebecca Giglio <rgiglio@health.nyc.gov>
**Cc:** 'Anne Mabus' <mabusa@nychhc.org>
**Subject:** RE: Urgent Need for Help--UFT Accommodation Process

We have edits and I will send your way Jackie

---

**From:** Bray, Jackie <JBray@cityhall.nyc.gov>
**Sent:** Tuesday, September 21, 2021 4:46 PM
**To:** Dave Chokshi <dchokshi@health.nyc.gov>; Celia Quinn Md <cquinnmd@health.nyc.gov>; Jane Zucker <jzucker@health.nyc.gov>; Nellie Afshar <nafshar@health.nyc.gov>; Rebecca Giglio <rgiglio@health.nyc.gov>
**Cc:** 'Anne Mabus' <mabusa@nychhc.org>
**Subject:** FW: Urgent Need for Help--UFT Accommodation Process

Thoughts? Can we close this out?

*Jackie Bray*
*Pronouns: she/her/hers*
*Deputy Executive Director*
*NYC COVID-19 Test & Trace Corps*
*jbray@cityhall.nyc.gov*
*Cell: 347-453-3697*

---

**From:** Bray, Jackie
**Sent:** Tuesday, September 21, 2021 4:46 PM
**To:** Varma, Jay <JVarma@cityhall.nyc.gov>; Steve Banks (OLR) <sbanks@olr.nyc.gov>
**Cc:** Thamkittikasem, Jeff <JThamkittikasem@cityhall.nyc.gov>; Campion, Renee (OLR) <rcampion@olr.nyc.gov>; Siciliano Lauren <LSiciliano2@schools.nyc.gov>; 'Anne Mabus' <mabusa@nychhc.org>; Chokshi, Dave (DOHMH) <dchokshi@health.nyc.gov>; Afshar, Nellie (Health) <nafshar@health.nyc.gov>; 'Jane Zucker' <jzucker@health.nyc.gov>; 'Celia Quinn Md' <cquinnmd@health.nyc.gov>
**Subject:** RE: Urgent Need for Help--UFT Accommodation Process

OK I've added a line about pork, beef, and animal products. DOHMH needs to confirm if the line is accurate.

COH and team – we need your approval on this memo and then we need guidance from you on who at the DOHMH would sign it. I think it should go from dOHMH to OLR officiallu once you are comfortable with it. We are moving fast here on negotiations and hearings on exemptions so wanting to wrap this up today.

Thank you!

*Jackie Bray*
*Pronouns: she/her/hers*
*Deputy Executive Director*
*NYC COVID-19 Test & Trace Corps*
*jbray@cityhall.nyc.gov*
*Cell: 347-453-3697*

---

**From:** Bray, Jackie
**Sent:** Tuesday, September 21, 2021 2:00 PM
**To:** Varma, Jay <JVarma@cityhall.nyc.gov>; Steve Banks (OLR) <sbanks@olr.nyc.gov>
**Cc:** Thamkittikasem, Jeff <JThamkittikasem@cityhall.nyc.gov>; Campion, Renee (OLR) <rcampion@olr.nyc.gov>; Siciliano Lauren <LSiciliano2@schools.nyc.gov>; Anne Mabus <mabusa@nychhc.org>; Chokshi, Dave (DOHMH) <dchokshi@health.nyc.gov>; Afshar, Nellie (Health) <nafshar@health.nyc.gov>; Jane Zucker <jzucker@health.nyc.gov>; 'Celia Quinn Md' <cquinnmd@health.nyc.gov>
**Subject:** RE: Urgent Need for Help--UFT Accommodation Process

+Celia too.

*Jackie Bray*
*Pronouns: she/her/hers*
*Deputy Executive Director*
*NYC COVID-19 Test & Trace Corps*
*jbray@cityhall.nyc.gov*
*Cell: 347-453-3697*

---

**From:** Varma, Jay <JVarma@cityhall.nyc.gov>
**Sent:** Tuesday, September 21, 2021 1:58 PM
**To:** Bray, Jackie <JBray@cityhall.nyc.gov>; Steve Banks (OLR) <sbanks@olr.nyc.gov>
**Cc:** Thamkittikasem, Jeff <JThamkittikasem@cityhall.nyc.gov>; Campion, Renee (OLR) <rcampion@olr.nyc.gov>; Siciliano Lauren <LSiciliano2@schools.nyc.gov>; Anne Mabus <mabusa@nychhc.org>; Chokshi, Dave (DOHMH) <dchokshi@health.nyc.gov>; Afshar, Nellie (Health) <nafshar@health.nyc.gov>; Jane Zucker <jzucker@health.nyc.gov>
**Subject:** Re: Urgent Need for Help--UFT Accommodation Process

Memo ok with me.

Get Outlook for iOS

**From:** Bray, Jackie <JBray@cityhall.nyc.gov>
**Sent:** Tuesday, September 21, 2021 1:56:53 PM
**To:** Steve Banks (OLR) <sbanks@olr.nyc.gov>
**Cc:** Thamkittikasem, Jeff <JThamkittikasem@cityhall.nyc.gov>; Campion, Renee (OLR) <rcampion@olr.nyc.gov>; Siciliano Lauren <LSiciliano2@schools.nyc.gov>; Anne Mabus <mabusa@nychhc.org>; Chokshi, Dave (DOHMH) <dchokshi@health.nyc.gov>; Varma, Jay <JVarma@cityhall.nyc.gov>; Afshar, Nellie (Health) <nafshar@health.nyc.gov>; Jane Zucker <jzucker@health.nyc.gov>
**Subject:** RE: Urgent Need for Help--UFT Accommodation Process

++adding MDs.

Attached is a memo Annie drafted. Obviously need Dave, Jane, and Jay to review and then need to know from OLR whether this works.

*Jackie Bray*
*Pronouns: she/her/hers*
*Deputy Executive Director*
*NYC COVID-19 Test & Trace Corps*
*jbray@cityhall.nyc.gov*
*Cell: 347-453-3697*

**From:** Steve Banks (OLR) <sbanks@olr.nyc.gov>
**Sent:** Monday, September 20, 2021 10:08 PM
**To:** Bray, Jackie <JBray@cityhall.nyc.gov>
**Cc:** Thamkittikasem, Jeff <JThamkittikasem@cityhall.nyc.gov>; Campion, Renee (OLR) <rcampion@olr.nyc.gov>; Siciliano Lauren <LSiciliano2@schools.nyc.gov>
**Subject:** Re: Urgent Need for Help--UFT Accommodation Process

+Lauren for awareness and to see if an example or 2 can be provided by the DOE

The first page of the North Dakota document is a little bit more neutral than I was thinking. But the second and third page get to the point. We can go further and make an argument about how even if someone is concerned about fetal cells it should not prevent them from being vaccinated.

Yes the list is good. Because to the extent there are hearings in these cases, the employees can be asked about whether they use or have used those medications.

And yes to a little more time, there is no definitive time limit but I said I'd get the UFT something tomorrow and the idea is that hearings are going to start on Wednesday. If it's later in the afternoon I'm sure that's ok.

On Sep 20, 2021, at 9:56 PM, Bray, Jackie <JBray@cityhall.nyc.gov> wrote:

OK. Need you to weigh in on three things:

1. Here's a memo from the North Dakota Department of Health. If we created something similar is that what you need? COVID-19_Vaccine_Fetal_Cell_Handout.pdf

2. The MDs were also batting around the idea of making someone attest to rejecting all the medications on this list and look for proof that they have rejected all of these "sincerely" for some time: https://www.patheos.com/blogs/throughcatholiclen-tested-on-hek-293-is-immoral-goodbye-modern-medicine/

3. Can you send me some of the letters? Are there phrases that appear in many of them?

And finally, we clearly have very good material here and we also want to give you the best product we can because this will absolutely be subject to litigation and will go far. Is there a way to buy us more than 12 hours overnight?

Thanks,
Jackie

*Jackie Bray*
*Pronouns: she/her/hers*
*Deputy Executive Director*
*NYC COVID-19 Test & Trace Corps*
*jbray@cityhall.nyc.gov*
*Cell: 347-453-3697*

**From:** Steve Banks (OLR) <sbanks@olr.nyc.gov>
**Sent:** Monday, September 20, 2021 9:50 PM
**To:** Bray, Jackie <JBray@cityhall.nyc.gov>
**Cc:** Thamkittikasem, Jeff <JThamkittikasem@cityhall.nyc.gov>; Campion, Renee (OLR) <rcampion@olr.nyc.gov>
**Subject:** Re: Urgent Need for Help--UFT Accommodation Process

Yep. Thanks much

> On Sep 20, 2021, at 9:07 PM, Bray, Jackie <JBray@cityhall.nyc.gov> wrote:

OK. Yes. We can get you something and have a shell of something to use from LA County.

Might take till noon or 1pm. that OK?

*Jackie Bray*
*Pronouns: she/her/hers*
*Deputy Executive Director*
*NYC COVID-19 Test & Trace Corps*
*jbray@cityhall.nyc.gov*
*Cell: 347-453-3697*

**From:** Bray, Jackie
**Sent:** Monday, September 20, 2021 8:27 PM
**To:** Steve Banks (OLR) <sbanks@olr.nyc.gov>
**Cc:** Thamkittikasem, Jeff <JThamkittikasem@cityhall.nyc.gov>; Campion, Renee (OLR) <rcampion@olr.nyc.gov>
**Subject:** Re: Urgent Need for Help--UFT Accommodation Process

I have no clue if we can pull this together because this is a "new one" but I will absolutely try. Will circle back later tonight with an update.

Sent from my iPhone

> On Sep 20, 2021, at 8:22 PM, Steve Banks (OLR) <sbanks@olr.nyc.gov> wrote:
>
> Now that the UFT exemption requests have been coming in for several days and the cases have been reviewed at the DOE, it turns out that upwards of 2/3 of the exemption requests are religious not medical. But there is a medical aspect to the religious requests that I could use some help on. Many of the religious claims cite that fetal tissue and/or certain animal products were used in the research, development, and/or actual formula for the COVID vaccines.
>
> Since many of these cases are going to labor arbitrators, there is a need for factual

information for the arbitrators to reference. It would be very very helpful if we could get a document signed off on by a City Doctor that essentially makes the argument as to why this is BS. The purpose of the document would be for the arbitrators to reference, and I would vet it with the UFT first. So I'm looking for basically a point by point analysis of why the potential claims that taking this would violate the rights of someone who religiously opposes abortion and/or consumption of certain animals is not consistent with the science of the virus. In some areas, there may be a distinction between the 3 brands of vaccine and I think as long as one is available the claim should also be denied.

Is this something you guys could pull together by late morning tomorrow?

Thanks,

Steven Banks
First Deputy Commissioner & General Counsel
NYC Office of Labor Relations

22 Cortlandt Street, 14th Floor
New York, NY 10007
(212) 306-7238

Sent from the New York City Department of Health & Mental Hygiene. This email and any files transmitted with it may contain confidential information and are intended solely for the use of the individual or entity to whom they are addressed. This footnote also confirms that this email message has been swept for the presence of computer viruses.
<Draft Memo - Religious Exemption DOE_DOHMH v2_JZ v3.docx>



**Exhibit 8**

# Annabelle Matyas

███████████

██████████████████

██████████

September 19, 2021

To Whom it May Concern:

I am an NYC DOE teacher licensed in Biology, 7-12 working at Rachel Carson Middle School 237. I love and respect my students and I am immensely grateful to have the opportunity serve in my position as their teacher. I pray that I will be able to continue in this position for years to come.

That said, according to federal law, Title VII of the Civil Rights Act of 1964, I have the right to a religious exemption for vaccination based on my sincerely held religious beliefs and faith in GOD. As such I am requesting a religious exemption to the immunization requirements for employment in the NYC Department of Education.

I request that this request for religious exemption be confidential as I am only sharing the contents within this letter because the law dictates that I do so. I request that the contents be 100% confidential as it contains thoughts, sentiments, and beliefs that I do not share in casual conversation.

## PERSONAL NARRATIVE

I am a practicing bible Christian and have been so for over 14 years. My path toward GOD's divine truth has not been a simple one, so in this section I will provide some background as to how I came to know GOD and why I hold his teachings to be the only truth that need be followed.

It has been my family's difficult history throughout the years that have formed my belief system and has led me to see life as it really is.

My family originates from South America. When we came to this country, we found ourselves completely displaced from both family and resources. My world and that of my sister and brother consisted of our nuclear family alone. Our knowledge of GOD, therefore, came solely from our parents.

My mother and father come from a long line of devout Roman Catholics. My mother grew up in a convent with nuns and has always tried to remain at some level in communion with GOD. My father, also raised Romans Catholic, broke his relationship with GOD at age 16, as a consequence of his father's death in an engineering accident and being left as head of the household over 9 sisters and brothers, and a distraught mother.

My father was an amazingly studious, intelligent, and hardworking individual and took on his new role with unyielding dedication. Even as a young man my father commanded respect from everyone he met. He graduated from college in South America as valedictorian with the

highest of honors and a scholarship to study at the University of Chicago in America.  He postponed his studies for some years however to become a Civil Engineer and support his family until they were old enough to be on their own.  My father found truth and success to be in the intelligence of man and therefore buried himself in all that is science and distanced himself further and further from religion with each passing year.  He eventually became a Quantum physicist, having studied at the University of Chicago and Princeton University on scholarship, and held tight to his atheist frame of mind.  My father was an atheist until his last year of his life which is when he became a born-again Christian.

During my childhood and the years when my father was an atheist, much instability plagued my family as a whole. My parents experienced marital problems that eventually led them to the demise of divorce.  Financial problems plagued the family for the most part.  Instances of sexual abuse further strained the family unit.  My siblings and I, as the children of the family, suffered psychological traumas as a result of this instability caused by this loss of faith.  My father, a well-respected and educated man, insisted and was adamant about raising us without the presence of GOD in our home, therefore; we were raised in an Atheist household despite my mother's core Catholic beliefs.  My father and subsequently my mother strayed away from GOD's word, and as such my family was nearly completely destroyed.

> *That your faith should not be in the wisdom of men, but in the power of GOD.*
>  *(1 Corinthians 2:5)*

After my parents' divorce my father took custody of my brother and moved to Edmonton, Alberta where he would be a Professor of Physics.  I will never know what occurred during my brother's time with my father however, I do remember my brother who never cried, calling my mother at age 15 crying and pleading for her to send him money to come back to NY and live with us.  Soon after, my father was alone in Canada with his coveted doctorate in Physics and teaching at a renowned university.   That year he sought GOD and looked for answers for why all had gone awry.  I imagine he never fully settled his struggle between GOD and science as he escaped his conflict through suicide at the end 1985.  I was 11 years old.

Through this tragedy GOD was not present for my siblings or me.  My mother as single working mother while attending school, would not have the time or energy to bring us to church regularly or to explain to us the meaning of it all.  I found my mother to be absent in most aspects of parenting and found her belief in GOD to be devoid of any real meaning.  I, therefore, glorified the memory I had of my father and tried to educate myself as he had, while my brother and sister, older than I, struggled with the truth that they knew of our father; he was a sinner.

My brother found himself lost and in great conflict.  Seeking solace, security, and a reconciliation of childhood traumas he sought a relationship with GOD, but also succumbed to temptations, indulging in illicit drugs, pursued the occult, and gravitated toward undesirable company.  He would drift from periods of great faith, attending Christian church regularly, to periods where he would give in to secular desires.  He was deeply tormented and unfortunately no one in our family would ever offer him the encouragement he needed in his walk toward the LORD.  This conflict between faith and the comforts of the flesh eventually proved to be intolerable as he later followed in our father's steps and escaped through suicide

2

in 2005. My sister and I will forever regret not having supported him in his attempt to know GOD and follow his word.

It was not until after the death of my father and later the death of my brother, that my sister and I began to question our belief system and spirituality to actively seek GOD. My sister, before me, successfully found a relationship with the LORD and has been a great example of the power of faith in GOD and his teachings. Through her faith she abandoned years of medication for depression and anxiety. GOD has given her the strength and love to overcome childhood struggles brought on by an atheist upbringing and begin anew.

> *"For I will restore health to you and heal you of your wounds." Says the LORD. (Jeremiah 30:17)*

GOD helped her overcome many obstacles that have been presented to her, as she has given herself to him and has been fortified with his strength. She and now I, take solace in this verse,

> *Trust in him at all times; ye people, pour out your heart before him; GOD is a refuge for us. Psalm 62.8.*

My sister's faith helped her triumph over the trauma of abuse brought on by our father and the lack of communication that plagued our home. She was able to find an inner peace I at the time, never thought possible. Through her example, I began to find that stability and security is only achieved by truly following GOD's teachings.

As I was the youngest in our family I was spared much of the abuse or even knowledge of it brought on by our father. I was 5 when my parents divorced and 11 when my father died. I grew up alone, lonely, and angry, as both my siblings struggled with the trauma of abuse and isolated themselves from me, and my mother was always away working two jobs, or with friends, but rarely available to me. I took pride and comfort in the memory of my father and tried to follow his lead through becoming educated.

Continuing my education was not easy, as I would fall into periods of great sadness and loneliness where everything seemed impossible. Without knowing exactly why or without ever having been taught, I would silently and secretly pray for guidance from GOD on many nights and read passages from my mother's Holy Bible. This somehow gave me strength to continue on those most dismal days. I know now that it was GOD that helped me eventually finish my degree in Biology and Psychology and become a Biology teacher.

> *But if from there you seek the LORD your GOD, you will find him if you seek him with all your heart and with all your soul. (Deuteronomy 4:29)*

> *But seek first the kingdom of GOD and His righteousness, and all these things shall be added to you. (Matthew 6:33)*

Regrettably, it was not until the death of my brother and when many family secrets of abuse were brought to light that I realized that neither my father, nor my brother, nor my mother, nor my sister, nor I, had ever had **FAITH in GOD**.

3

> *Trust in the LORD thy God with all your heart, and on your own intelligence rely not; In all your ways acknowledge him, and he shall direct your paths. ( Proverbs 3:5-6)*

This was the most painful; yet cathartic of realizations for me as for the first time in my life I knew how to find peace and healing. My sister's dichotomous walk with GOD alongside mine reinforced this understanding. And through our lead, our mother has also reconnected with her devout upbringing and the lessons she learned as a student in a convent.

Since my brother's passing GOD has been a part in everything I do and all decisions I make. I read the Bible almost daily and have attend Bible studies whenever possible. Through the years, I have found that my faith keeps me away from harm's reach and been able to attain peace that I have never known before my relationship with GOD. I am no longer lonely or insecure as to my place in the world.

> *The LORD is my rock, my fortress and my deliverer; my God is my rock, in whom I take refuge. He is my shield and the horn of my salvation, my stronghold. (Psalm 18:2)*

## TRIGGERING EVENT

As a science teacher educated in Biology, I never questioned the science behind vaccines, and I could reason how they may be effective in tricking the body into an immune response that would ward off many viral diseases. However, in reading the bible and knowing GOD, I *cannot* lay more faith in the science of man than in GOD provisions for those who believe in him.

> *Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (Matthew 6:33-34)*

My apprehension about vaccines grew further when teaching on vaccines to a group of 9th grade students in a biology class. During this particular lesson a student of mine asked me if mixing the blood of a virus and the blood of a person made vaccines. Since I know that viruses don't even have cells of their own, I understand that viruses cannot possibly have blood of their own, as blood is a tissue made of many cells, I confidently answered him 'NO, viruses require host cells so therefore they don't any have blood.' Luckily, he and the class were satisfied with my answer to his question and the lesson ended shortly thereafter.

However, for me the question persisted to pester me, as I knew that vaccines often included animal blood products as a medium to cultivate the virus in its weakened form and this would even further implicate the holiness of the procedure.

## "BLOOD" RATIONALE

Until that time, I had never considered this idea before and it was severely troublesome for me as this would mean that being vaccinated is an act in strict opposition to GOD's tenets.

> *Those who mix human blood with the blood of sacrificed animals are sinners. (Luke 13.1-5)*

4

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him.  The physical body is the form which houses the lofty soul and therefore must also remain holy and pure, and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

The story of Daniel in the bible is a great example of how GOD rewards those who lay their trust fully in him and keep their body holy and pure without defilement.

In the book of Daniel, Daniel risks the high status and rewards that come with becoming an advisor in the Babylonian court by refusing to consume the royal food and drink that would defile his body.  Defilement is an act against GOD and faith.  It was assumed that before long, Daniel and those who followed his lead would become too unhealthy and unfit to serve the king as they chose not to partake of the royal foods.  However, after the long training period it was Daniel and his group who were the strongest and healthiest and the most superior among all men training to be advisors.  Daniel chose his faith above the promises and rewards offered by the king and GOD protected him and secured him in his glory.  This is the example I chose to follow.

*But Daniel resolved not to defile himself with the royal food and wine, and he asked the chief official for permission not to defile himself this way. (Daniel 1:8)*

*At the end of the time set by the king to bring them into his service, the chief official presented them to Nebuchadnezzar.  The king talked with them, and he found none equal to Daniel, Hananiah, Mishael and Azariah; so they entered the king's service. (Daniel 1:18:19)*

GOD is very clear about defilement of our bodies.  In Leviticus we are taught that we must keep our bodies and souls holy and not sully them or defile them in any way.

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him.  The physical body is the form which houses the lofty soul and therefore must also remain holy and pure and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

GOD is explicit as to what would defile us.  Again, in Leviticus, it is explained:

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*The soul of every sort of flesh is its blood. (Leviticus 17:14)*

From this it becomes apparent that blood **must** be maintained holy, as the <u>blood</u> is in fact the <u>soul</u>.

5

GOD warns us that we **must** not mix our blood with that of other animals, as this would taint our souls.

> *Those who mix human blood with the blood of sacrificed animals are sinners.*
> (Luke 13.1-5)

> *Every moving animal that is alive may serve as food for you. As in the case of green vegetation, I do give it all to you. Only flesh with its soul—its blood—you must not eat.* (Genesis 9:3)

Currently all vaccines use animal blood products as a medium to cultivate viruses in their weakened form. This would be defilement of the blood and the soul. Therefore, there currently are no moral vaccines. All vaccines must be avoided including the vaccine for Covid-19.

## Faith Rational

Through the years as I further studied the bible and its teachings my stance against vaccines has only grown stronger. The bible teaches that Christians must be true to their faith and not follow any false idols. There is only one GOD. To trust that a vaccine will protect us more than God would, is to have a false idol. I cannot betray my faith and GOD and my conscious. I will not follow any false idols in search of salvation I know that my salvation is secure in my faith in GOD.

> *But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD. (Joshua 24:15)*

My faith has confirmed to me that he will protect his flock and keep us healthy and strong if we follow HIS teachings.

> *And the Lord will guide you continually and satisfy your desire with good things, and make your bones strong, (Isaiah 58:11)*

> *If you listen carefully to the voice of the Lord your God and do what is right in His eyes, if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the Lord, who heals you. (Exodus 15:26)*

I understand that vaccines have been designed to protect us from becoming ill with a variety of viruses. However, for me as person of faith I know that GOD provides and shelters all those who believe and follow his tenets.

> *Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (*Matthew 6:33-34)

6

We need not worry about becoming sick, because as long as we follow and trust in GOD, we will remain strong.

> *The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore.* (Psalm 121:7)

As a Christian, my faith in GOD surmounts any philosophies or scientific understandings of man.  I must have faith in GOD's provisions and not allow any current and perhaps transient world system to lead me astray from my faith.  This is idea is exemplified in Romans 12:1-3:

> *And do not conform to the present world system, but be transformed by the renewal of your mind, so as to sense for yourselves what is the good and acceptable perfect will of God. (*Romans 12:1-3)

To believe that a vaccine could protect me more than GOD can, would be to concede to a false idol.  Again, this would be in strict opposition with my faith.

In Joshua 24, we are taught that although GOD promises to protect and secure eternally those who love and trust in him, he also gives us the choice to follow other gods.

> *But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD. (*Joshua 24:15)

We are given that choice to follow a false idol such as the science of man, however we must know that we would be in transgression of what GOD wants from us.

> *And the people answered and said, God forbid that we should forsake the LORD, to serve other gods. (*Joshua 24:16)

For my faith to be true, I must follow Joshua's lead and trust in GOD.  Otherwise, my faith would be shallow and filled with hypocrisy.

I cannot justify or reconcile betraying my faith in GOD and his promise to protect us.  I cannot be a hypocrite in front of GOD and allow myself to be swayed in respect to vaccines or otherwise.

Furthermore, I have learned through my studies that as GOD has made us in his image, we are just as we should be.  Therefore, there is no need to alter our bodies in any way, or to vaccinate.  We as his creations are perfect and sacred.  To assume that we could enhance or improve our bodies would be the greatest insult to GOD and our faith in him as the divine.  In Corinthians 3:16-17, we are reminded:

7

*Don't you know that you yourselves are God's temple and that God's Spirit dwells in your midst? If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple. (Corinthians 3:16-17)*

The bible teaches that GOD will provide and protect us. If I were to allow myself to be vaccinated I would in essence doubt in GOD's promise to protect us; again, I could not possibly reconcile this lack of faith.

*The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore. (Psalm 121:7)*

Again, as GOD made us in his image, we are therefore perfect and just as we should be. There is never a need to rely on any preventative medical treatment like a vaccine or biological.

*They that are whole have no need of the physician, but they that are sick: I came not to call the righteous, but sinners to repentance. (Mark 2:17)*

The Bible teaches that GOD hates arrogance, and the scientific community is overflowing with arrogance in believing that they know more than GOD does. How can I possibly think that introducing foreign organisms and fluids into myself is not defiling myself? This is an issue of great distress for me as I honestly feel that I would betray my faith in by allowing myself to be vaccinated. Yet, I could lose my one source of income if I don't. Regardless, GOD has given us the gift of life we must pay homage to him and follow his teachings, or our lives will go awry.

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*See to it that no one takes you captive by philosophy and empty deceit, according to human tradition, according to the elemental spirits of the world, and not according to Christ. (Colossians 2:8)*

Through his teachings in the bible I, like my sister have been afforded great strength. I know that and therefore must stay true to my moral consciousness in the decisions I make in my life. My father was extremely successful academically, having completed his Doctorate in Physics from a prestigious university and being well respected in his field. I know my father loved us but nonetheless the void of God and faith weakened our family and left our family susceptible and target to many evil influences and chaos. Through my life, I continue to see this trend in loved ones who to my dismay lose faith in GOD. It is when we part from our faith in GOD to give more credence to the science of man that we are weakened and unable to triumph over illness, chaos and the evils of the world. I will not and cannot doubt in my Holy Father and his word. I cannot betray my moral conscious and faith in GOD.

*The LORD is my strength and my song; he has become my salvation. He is my GOD, and I will praise him, my father's GOD, and I will exalt him. (Exodus 15:2)*

8

I pray that with an understanding on how I arrived at my religious beliefs and faith in GOD, you will see that I must be true to my religion not allow myself to be vaccinated. I pray that you will grant me the exemption for these immunization requirements as I am requesting this exemption because it is my sincerest religious belief that I would be betraying the covenants of GOD and my faith in him if I allow for my blood and body to be defiled in anyway.

> *In you, O LORD, I put my trust; let me never be ashamed; deliver me in Your righteousness. Psalm 31:1*

Sincerely and respectfully yours,

Annabelle Matyas

---

I Stella Jack, founder and presiding minister of Stella Jack Ministries International, which is located at 493 Clinton Avenue, Rockville Center, NY 11570, I do affirm that the above are Annabelle Matyas' sincerely held religious beliefs according to the Word of God, the Bible. It is in total agreement to the Christian Faith. I ask that you would grant the religious exemption.

Stella Jack
09/19/2021

phone 1-646-339-5205



# Exhibit 9

7/25/22, 6:18 PM

## Your Appeal

solas_donotreply@schools.nyc.gov
Thu 9/23/2021 4:52 PM
To: Matyas Annabelle <AMatyas@schools.nyc.gov>

09/23/2021

Case#: A78447
File# 0797123
EMP ID: 198061

Dear ANNABELLE MATYAS,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate related exemption or accommodation. This appeal and your application materials and documentation are being forwarded to Scheinman Arbitration and Mediation Services ("SAMS") and independent arbitrators convened by SAMS who will consider your appeal.

Supplemental documentation may be submitted within 48 hours of your filing of the appeal to SAMS by emailing the applicable address below. Please include your name and union in the subject line and send from your DOE email.

UFT: AppealsUFT@ScheinmanNeutrals.com
CSA: AppealsCSA@ScheinmanNeutrals.com
Local 237: AppealsTeamstersLocal237@ScheinmanNeutrals.com
Local 891: AppealsLocal891IUOE@ScheinmanNeutrals.com

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX5925955 N3425 COVID-19_VAX_Exemption_Appeal

Ex 6

# Annabelle Matyas
76-32 170th Street,
Fresh Meadows, NY 11366
(718) 930-5095

September 19, 2021

To Whom it May Concern:

I am an NYC DOE teacher licensed in Biology, 7-12 working at Rachel Carson Middle School 237. I love and respect my students and I am immensely grateful to have the opportunity serve in my position as their teacher. I pray that I will be able to continue in this position for years to come.

That said, according to federal law, Title VII of the Civil Rights Act of 1964, I have the right to a religious exemption for vaccination based on my sincerely held religious beliefs and faith in GOD. As such I am requesting a religious exemption to the immunization requirements for employment in the NYC Department of Education.

I request that this request for religious exemption be confidential as I am only sharing the contents within this letter because the law dictates that I do so. I request that the contents be 100% confidential as it contains thoughts, sentiments, and beliefs that I do not share in casual conversation.

PERSONAL NARRATIVE
I am a practicing bible Christian and have been so for over 14 years. My path toward GOD's divine truth has not been a simple one, so in this section I will provide some background as to how I came to know GOD and why I hold his teachings to be the only truth that need be followed.

It has been my family's difficult history throughout the years that have formed my belief system and has led me to see life as it really is.

My family originates from South America. When we came to this country, we found ourselves completely displaced from both family and resources. My world and that of my sister and brother consisted of our nuclear family alone. Our knowledge of GOD, therefore, came solely from our parents.

My mother and father come from a long line of devout Roman Catholics. My mother grew up in a convent with nuns and has always tried to remain at some level in communion with GOD. My father, also raised Romans Catholic, broke his relationship with GOD at age 16, as a consequence of his father's death in an engineering accident and being left as head of the household over 9 sisters and brothers, and a distraught mother.

My father was an amazingly studious, intelligent, and hardworking individual and took on his new role with unyielding dedication. Even as a young man my father commanded respect from everyone he met. He graduated from college in South America as valedictorian with the

highest of honors and a scholarship to study at the University of Chicago in America. He postponed his studies for some years however to become a Civil Engineer and support his family until they were old enough to be on their own. My father found truth and success to be in the intelligence of man and therefore buried himself in all that is science and distanced himself further and further from religion with each passing year. He eventually became a Quantum physicist, having studied at the University of Chicago and Princeton University on scholarship, and held tight to his atheist frame of mind. My father was an atheist until his last year of his life which is when he became a born-again Christian.

During my childhood and the years when my father was an atheist, much instability plagued my family as a whole. My parents experienced marital problems that eventually led them to the demise of divorce. Financial problems plagued the family for the most part. Instances of sexual abuse further strained the family unit. My siblings and I, as the children of the family, suffered psychological traumas as a result of this instability caused by this loss of faith. My father, a well-respected and educated man, insisted and was adamant about raising us without the presence of GOD in our home, therefore; we were raised in an Atheist household despite my mother's core Catholic beliefs. My father and subsequently my mother strayed away from GOD's word, and as such my family was nearly completely destroyed.

> *That your faith should not be in the wisdom of men, but in the power of GOD.*
> *(1 Corinthians 2:5)*

After my parents' divorce my father took custody of my brother and moved to Edmonton, Alberta where he would be a Professor of Physics. I will never know what occurred during my brother's time with my father however, I do remember my brother who never cried, calling my mother at age 15 crying and pleading for her to send him money to come back to NY and live with us. Soon after, my father was alone in Canada with his coveted doctorate in Physics and teaching at a renowned university. That year he sought GOD and looked for answers for why all had gone awry. I imagine he never fully settled his struggle between GOD and science as he escaped his conflict through suicide at the end 1985. I was 11 years old.

Through this tragedy GOD was not present for my siblings or me. My mother as single working mother while attending school, would not have the time or energy to bring us to church regularly or to explain to us the meaning of it all. I found my mother to be absent in most aspects of parenting and found her belief in GOD to be devoid of any real meaning. I, therefore, glorified the memory I had of my father and tried to educate myself as he had, while my brother and sister, older than I, struggled with the truth that they knew of our father; he was a sinner.

My brother found himself lost and in great conflict. Seeking solace, security, and a reconciliation of childhood traumas he sought a relationship with GOD, but also succumbed to temptations, indulging in illicit drugs, pursued the occult, and gravitated toward undesirable company. He would drift from periods of great faith, attending Christian church regularly, to periods where he would give in to secular desires. He was deeply tormented and unfortunately no one in our family would ever offer him the encouragement he needed in his walk toward the LORD. This conflict between faith and the comforts of the flesh eventually proved to be intolerable as he later followed in our father's steps and escaped through suicide

2

in 2005. My sister and I will forever regret not having supported him in his attempt to know GOD and follow his word.

It was not until after the death of my father and later the death of my brother, that my sister and I began to question our belief system and spirituality to actively seek GOD. My sister, before me, successfully found a relationship with the LORD and has been a great example of the power of faith in GOD and his teachings. Through her faith she abandoned years of medication for depression and anxiety. GOD has given her the strength and love to overcome childhood struggles brought on by an atheist upbringing and begin anew.

> *"For I will restore health to you and heal you of your wounds." Says the LORD. (Jeremiah 30:17)*

GOD helped her overcome many obstacles that have been presented to her, as she has given herself to him and has been fortified with his strength. She and now I, take solace in this verse,

> *Trust in him at all times; ye people, pour out your heart before him; GOD is a refuge for us. Psalm 62.8.*

My sister's faith helped her triumph over the trauma of abuse brought on by our father and the lack of communication that plagued our home. She was able to find an inner peace I at the time, never thought possible. Through her example, I began to find that stability and security is only achieved by truly following GOD's teachings.

As I was the youngest in our family I was spared much of the abuse or even knowledge of it brought on by our father. I was 5 when my parents divorced and 11 when my father died. I grew up alone, lonely, and angry, as both my siblings struggled with the trauma of abuse and isolated themselves from me, and my mother was always away working two jobs, or with friends, but rarely available to me. I took pride and comfort in the memory of my father and tried to follow his lead through becoming educated.

Continuing my education was not easy, as I would fall into periods of great sadness and loneliness where everything seemed impossible. Without knowing exactly why or without ever having been taught, I would silently and secretly pray for guidance from GOD on many nights and read passages from my mother's Holy Bible. This somehow gave me strength to continue on those most dismal days. I know now that it was GOD that helped me eventually finish my degree in Biology and Psychology and become a Biology teacher.

> *But if from there you seek the LORD your GOD, you will find him if you seek him with all your heart and with all your soul. (Deuteronomy 4:29)*

> *But seek first the kingdom of GOD and His righteousness, and all these things shall be added to you. (Matthew 6:33)*

Regrettably, it was not until the death of my brother and when many family secrets of abuse were brought to light that I realized that neither my father, nor my brother, nor my mother, nor my sister, nor I, had ever had **FAITH in GOD**.

3

*Trust in the LORD thy God with all your heart, and on your own intelligence rely not; In all your ways acknowledge him, and he shall direct your paths. ( Proverbs 3:5-6)*

This was the most painful; yet cathartic of realizations for me as for the first time in my life I knew how to find peace and healing. My sister's dichotomous walk with GOD alongside mine reinforced this understanding. And through our lead, our mother has also reconnected with her devout upbringing and the lessons she learned as a student in a convent.

Since my brother's passing GOD has been a part in everything I do and all decisions I make. I read the Bible almost daily and have attend Bible studies whenever possible. Through the years, I have found that my faith keeps me away from harm's reach and been able to attain peace that I have never known before my relationship with GOD. I am no longer lonely or insecure as to my place in the world.

*The LORD is my rock, my fortress and my deliverer; my God is my rock, in whom I take refuge. He is my shield and the horn of my salvation, my stronghold. (Psalm 18:2)*

TRIGGERING EVENT

As a science teacher educated in Biology, I never questioned the science behind vaccines, and I could reason how they may be effective in tricking the body into an immune response that would ward off many.viral diseases. However, in reading the bible and knowing GOD, I *cannot* lay more faith in the science of man than in GOD provisions for those who believe in him.

*Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (Matthew 6:33-34)*

My apprehension about vaccines grew further when teaching on vaccines to a group of 9th grade students in a biology class. During this particular lesson a student of mine asked me if mixing the blood of a virus and the blood of a person made vaccines. Since I know that viruses don't even have cells of their own, I understand that viruses cannot possibly have blood of their own, as blood is a tissue made of many cells, I confidently answered him 'NO, viruses require host cells so therefore they don't any have blood.' Luckily, he and the class were satisfied with my answer to his question and the lesson ended shortly thereafter.

However, for me the question persisted to pester me, as I knew that vaccines often included animal blood products as a medium to cultivate the virus in its weakened form and this would even further implicate the holiness of the procedure.

"BLOOD" RATIONALE

Until that time, I had never considered this idea before and it was severely troublesome for me as this would mean that being vaccinated is an act in strict opposition to GOD's tenets.

*Those who mix human blood with the blood of sacrificed animals are sinners. (Luke 13.1-5)*

4

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure, and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

The story of Daniel in the bible is a great example of how GOD rewards those who lay their trust fully in him and keep their body holy and pure without defilement.

In the book of Daniel, Daniel risks the high status and rewards that come with becoming an advisor in the Babylonian court by refusing to consume the royal food and drink that would defile his body. Defilement is an act against GOD and faith. It was assumed that before long, Daniel and those who followed his lead would become too unhealthy and unfit to serve the king as they chose not to partake of the royal foods. However, after the long training period it was Daniel and his group who were the strongest and healthiest and the most superior among all men training to be advisors. Daniel chose his faith above the promises and rewards offered by the king and GOD protected him and secured him in his glory. This is the example I chose to follow.

*But Daniel resolved not to defile himself with the royal food and wine, and he asked the chief official for permission not to defile himself this way. (Daniel 1:8)*

*At the end of the time set by the king to bring them into his service, the chief official presented them to Nebuchadnezzar. The king talked with them, and he found none equal to Daniel, Hananiah, Mishael and Azariah; so they entered the king's service. (Daniel 1:18:19)*

GOD is very clear about defilement of our bodies. In Leviticus we are taught that we must keep our bodies and souls holy and not sully them or defile them in any way.

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

GOD is explicit as to what would defile us. Again, in Leviticus, it is explained:

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*The soul of every sort of flesh is its blood. (Leviticus 17:14)*

From this it becomes apparent that blood **must** be maintained holy, as the blood is in fact the soul.

5

GOD warns us that we **must** not mix our blood with that of other animals, as this would taint our souls.

> Those who mix human blood with the blood of sacrificed animals are sinners. (Luke 13.1-5)

> Every moving animal that is alive may serve as food for you. As in the case of green vegetation, I do give it all to you. Only flesh with its soul—its blood—you must not eat. (Genesis 9:3)

Currently all vaccines use animal blood products as a medium to cultivate viruses in their weakened form. This would be defilement of the blood and the soul. Therefore, there currently are no moral vaccines. All vaccines must be avoided including the vaccine for Covid-19.

Faith Rational

Through the years as I further studied the bible and its teachings my stance against vaccines has only grown stronger. The bible teaches that Christians must be true to their faith and not follow any false idols. There is only one GOD. To trust that a vaccine will protect us more than God would, is to have a false idol. I cannot betray my faith and GOD and my conscious. I will not follow any false idols in search of salvation I know that my salvation is secure in my faith in GOD.

> But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD. (Joshua 24:15)

My faith has confirmed to me that he will protect his flock and keep us healthy and strong if we follow HIS teachings.

> And the Lord will guide you continually and satisfy your desire with good things, and make your bones strong, (Isaiah 58:11)

> If you listen carefully to the voice of the Lord your God and do what is right in His eyes, if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the Lord, who heals you. (Exodus 15:26)

I understand that vaccines have been designed to protect us from becoming ill with a variety of viruses. However, for me as person of faith I know that GOD provides and shelters all those who believe and follow his tenets.

> Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (Matthew 6:33-34)

6

We need not worry about becoming sick, because as long as we follow and trust in GOD, we will remain strong.

> *The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore.* (Psalm 121:7)

As a Christian, my faith in GOD surmounts any philosophies or scientific understandings of man. I must have faith in GOD's provisions and not allow any current and perhaps transient world system to lead me astray from my faith. This is idea is exemplified in Romans 12:1-3:

> *And do not conform to the present world system, but be transformed by the renewal of your mind, so as to sense for yourselves what is the good and acceptable perfect will of God.* (Romans 12:1-3)

To believe that a vaccine could protect me more than GOD can, would be to concede to a false idol. Again, this would be in strict opposition with my faith.

In Joshua 24, we are taught that although GOD promises to protect and secure eternally those who love and trust in him, he also gives us the choice to follow other gods.

> *But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD.* (Joshua 24:15)

We are given that choice to follow a false idol such as the science of man, however we must know that we would be in transgression of what GOD wants from us.

> *And the people answered and said, God forbid that we should forsake the LORD, to serve other gods.* (Joshua 24:16)

For my faith to be true, I must follow Joshua's lead and trust in GOD. Otherwise, my faith would be shallow and filled with hypocrisy.

I cannot justify or reconcile betraying my faith in GOD and his promise to protect us. I cannot be a hypocrite in front of GOD and allow myself to be swayed in respect to vaccines or otherwise.

Furthermore, I have learned through my studies that as GOD has made us in his image, we are just as we should be. Therefore, there is no need to alter our bodies in any way, or to vaccinate. We as his creations are perfect and sacred. To assume that we could enhance or improve our bodies would be the greatest insult to GOD and our faith in him as the divine. In Corinthians 3:16-17, we are reminded:

7

*Don't you know that you yourselves are God's temple and that God's Spirit dwells in your midst? If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple. (Corinthians 3:16-17)*

The bible teaches that GOD will provide and protect us. If I were to allow myself to be vaccinated I would in essence doubt in GOD's promise to protect us; again, I could not possibly reconcile this lack of faith.

*The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore. (Psalm 121:7)*

Again, as GOD made us in his image, we are therefore perfect and just as we should be. There is never a need to rely on any preventative medical treatment like a vaccine or biological.

*They that are whole have no need of the physician, but they that are sick: I came not to call the righteous, but sinners to repentance. (Mark 2:17)*

The Bible teaches that GOD hates arrogance, and the scientific community is overflowing with arrogance in believing that they know more than GOD does. How can I possibly think that introducing foreign organisms and fluids into myself is not defiling myself? This is an issue of great distress for me as I honestly feel that I would betray my faith in by allowing myself to be vaccinated. Yet, I could lose my one source of income if I don't. Regardless, GOD has given us the gift of life we must pay homage to him and follow his teachings, or our lives will go awry.

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*See to it that no one takes you captive by philosophy and empty deceit, according to human tradition, according to the elemental spirits of the world, and not according to Christ. (Colossians 2:8)*

Through his teachings in the bible I, like my sister have been afforded great strength. I know that and therefore must stay true to my moral consciousness in the decisions I make in my life. My father was extremely successful academically, having completed his Doctorate in Physics from a prestigious university and being well respected in his field. I know my father loved us but nonetheless the void of God and faith weakened our family and left our family susceptible and target to many evil influences and chaos. Through my life, I continue to see this trend in loved ones who to my dismay lose faith in GOD. It is when we part from our faith in GOD to give more credence to the science of man that we are weakened and unable to triumph over illness, chaos and the evils of the world. I will not and cannot doubt in my Holy Father and his word. I cannot betray my moral conscious and faith in GOD.

*The LORD is my strength and my song; he has become my salvation. He is my GOD, and I will praise him, my father's GOD, and I will exalt him. (Exodus 15:2)*

8

I pray that with an understanding on how I arrived at my religious beliefs and faith in GOD, you will see that I must be true to my religion not allow myself to be vaccinated. I pray that you will grant me the exemption for these immunization requirements as I am requesting this exemption because it is my sincerest religious belief that I would be betraying the covenants of GOD and my faith in him if I allow for my blood and body to be defiled in anyway.

*In you, O LORD, I put my trust; let me never be ashamed; deliver me in Your righteousness. Psalm 31:1*

Sincerely and respectfully yours,

Annabelle Matyas

---

I Stella Jack, founder and presiding minister of Stella Jack Ministries International, which is located at 493 Clinton Avenue, Rockville Center, NY 11570, I do affirm that the above are Annabelle Matyas' sincerely held religious beliefs according to the Word of God, the Bible. It is in total agreement to the Christian Faith. I ask that you would grant the religious exemption.

Stella Jack

09/19/2021

phone 1-646-339-5205

9



**Exhibit 9a**

7/25/22, 6:18 PM

## Your Appeal

solas_donotreply@schools.nyc.gov
Thu 9/23/2021 4:52 PM
To: Matyas Annabelle <AMatyas@schools.nyc.gov>

09/23/2021

Case#: A78447
File# 0797123
EMP ID: 198061

Dear ANNABELLE MATYAS,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate related exemption or accommodation. This appeal and your application materials and documentation are being forwarded to Scheinman Arbitration and Mediation Services ("SAMS") and independent arbitrators convened by SAMS who will consider your appeal.

Supplemental documentation may be submitted within 48 hours of your filing of the appeal to SAMS by emailing the applicable address below. Please include your name and union in the subject line and send from your DOE email.

UFT: AppealsUFT@ScheinmanNeutrals.com
CSA: AppealsCSA@ScheinmanNeutrals.com
Local 237: AppealsTeamstersLocal237@ScheinmanNeutrals.com
Local 891: AppealsLocal891IUOE@ScheinmanNeutrals.com

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX5925955 N3425 COVID-19_VAX_Exemption_Appeal

Ex 6

# Annabelle Matyas

76-32 170th Street,
Fresh Meadows, NY 11366
(718) 930-5095

September 19, 2021

To Whom it May Concern:

I am an NYC DOE teacher licensed in Biology, 7-12 working at Rachel Carson Middle School 237. I love and respect my students and I am immensely grateful to have the opportunity serve in my position as their teacher. I pray that I will be able to continue in this position for years to come.

That said, according to federal law, Title VII of the Civil Rights Act of 1964, I have the right to a religious exemption for vaccination based on my sincerely held religious beliefs and faith in GOD. As such I am requesting a religious exemption to the immunization requirements for employment in the NYC Department of Education.

I request that this request for religious exemption be confidential as I am only sharing the contents within this letter because the law dictates that I do so. I request that the contents be 100% confidential as it contains thoughts, sentiments, and beliefs that I do not share in casual conversation.

PERSONAL NARRATIVE
I am a practicing bible Christian and have been so for over 14 years. My path toward GOD's divine truth has not been a simple one, so in this section I will provide some background as to how I came to know GOD and why I hold his teachings to be the only truth that need be followed.

It has been my family's difficult history throughout the years that have formed my belief system and has led me to see life as it really is.

My family originates from South America. When we came to this country, we found ourselves completely displaced from both family and resources. My world and that of my sister and brother consisted of our nuclear family alone. Our knowledge of GOD, therefore, came solely from our parents.

My mother and father come from a long line of devout Roman Catholics. My mother grew up in a convent with nuns and has always tried to remain at some level in communion with GOD. My father, also raised Romans Catholic, broke his relationship with GOD at age 16, as a consequence of his father's death in an engineering accident and being left as head of the household over 9 sisters and brothers, and a distraught mother.

My father was an amazingly studious, intelligent, and hardworking individual and took on his new role with unyielding dedication. Even as a young man my father commanded respect from everyone he met. He graduated from college in South America as valedictorian with the

highest of honors and a scholarship to study at the University of Chicago in America. He postponed his studies for some years however to become a Civil Engineer and support his family until they were old enough to be on their own. My father found truth and success to be in the intelligence of man and therefore buried himself in all that is science and distanced himself further and further from religion with each passing year. He eventually became a Quantum physicist, having studied at the University of Chicago and Princeton University on scholarship, and held tight to his atheist frame of mind. My father was an atheist until his last year of his life which is when he became a born-again Christian.

During my childhood and the years when my father was an atheist, much instability plagued my family as a whole. My parents experienced marital problems that eventually led them to the demise of divorce. Financial problems plagued the family for the most part. Instances of sexual abuse further strained the family unit. My siblings and I, as the children of the family, suffered psychological traumas as a result of this instability caused by this loss of faith. My father, a well-respected and educated man, insisted and was adamant about raising us without the presence of GOD in our home, therefore; we were raised in an Atheist household despite my mother's core Catholic beliefs. My father and subsequently my mother strayed away from GOD's word, and as such my family was nearly completely destroyed.

> That your faith should not be in the wisdom of men, but in the power of GOD.
> (1 Corinthians 2:5)

After my parents' divorce my father took custody of my brother and moved to Edmonton, Alberta where he would be a Professor of Physics. I will never know what occurred during my brother's time with my father however, I do remember my brother who never cried, calling my mother at age 15 crying and pleading for her to send him money to come back to NY and live with us. Soon after, my father was alone in Canada with his coveted doctorate in Physics and teaching at a renowned university. That year he sought GOD and looked for answers for why all had gone awry. I imagine he never fully settled his struggle between GOD and science as he escaped his conflict through suicide at the end 1985. I was 11 years old.

Through this tragedy GOD was not present for my siblings or me. My mother as single working mother while attending school, would not have the time or energy to bring us to church regularly or to explain to us the meaning of it all. I found my mother to be absent in most aspects of parenting and found her belief in GOD to be devoid of any real meaning. I, therefore, glorified the memory I had of my father and tried to educate myself as he had, while my brother and sister, older than I, struggled with the truth that they knew of our father; he was a sinner.

My brother found himself lost and in great conflict. Seeking solace, security, and a reconciliation of childhood traumas he sought a relationship with GOD, but also succumbed to temptations, indulging in illicit drugs, pursued the occult, and gravitated toward undesirable company. He would drift from periods of great faith, attending Christian church regularly, to periods where he would give in to secular desires. He was deeply tormented and unfortunately no one in our family would ever offer him the encouragement he needed in his walk toward the LORD. This conflict between faith and the comforts of the flesh eventually proved to be intolerable as he later followed in our father's steps and escaped through suicide

2

in 2005. My sister and I will forever regret not having supported him in his attempt to know GOD and follow his word.

It was not until after the death of my father and later the death of my brother, that my sister and I began to question our belief system and spirituality to actively seek GOD. My sister, before me, successfully found a relationship with the LORD and has been a great example of the power of faith in GOD and his teachings. Through her faith she abandoned years of medication for depression and anxiety. GOD has given her the strength and love to overcome childhood struggles brought on by an atheist upbringing and begin anew.

> *"For I will restore health to you and heal you of your wounds." Says the LORD. (Jeremiah 30:17)*

GOD helped her overcome many obstacles that have been presented to her, as she has given herself to him and has been fortified with his strength. She and now I, take solace in this verse,

> *Trust in him at all times; ye people, pour out your heart before him; GOD is a refuge for us. Psalm 62.8.*

My sister's faith helped her triumph over the trauma of abuse brought on by our father and the lack of communication that plagued our home. She was able to find an inner peace I at the time, never thought possible. Through her example, I began to find that stability and security is only achieved by truly following GOD's teachings.

As I was the youngest in our family I was spared much of the abuse or even knowledge of it brought on by our father. I was 5 when my parents divorced and 11 when my father died. I grew up alone, lonely, and angry, as both my siblings struggled with the trauma of abuse and isolated themselves from me, and my mother was always away working two jobs, or with friends, but rarely available to me. I took pride and comfort in the memory of my father and tried to follow his lead through becoming educated.

Continuing my education was not easy, as I would fall into periods of great sadness and loneliness where everything seemed impossible. Without knowing exactly why or without ever having been taught, I would silently and secretly pray for guidance from GOD on many nights and read passages from my mother's Holy Bible. This somehow gave me strength to continue on those most dismal days. I know now that it was GOD that helped me eventually finish my degree in Biology and Psychology and become a Biology teacher.

> *But if from there you seek the LORD your GOD, you will find him if you seek him with all your heart and with all your soul. (Deuteronomy 4:29)*

> *But seek first the kingdom of GOD and His righteousness, and all these things shall be added to you. (Matthew 6:33)*

Regrettably, it was not until the death of my brother and when many family secrets of abuse were brought to light that I realized that neither my father, nor my brother, nor my mother, nor my sister, nor I, had ever had **FAITH in GOD**.

3

*Trust in the LORD thy God with all your heart, and on your own intelligence rely not; In all your ways acknowledge him, and he shall direct your paths. ( Proverbs 3:5-6)*

This was the most painful; yet cathartic of realizations for me as for the first time in my life I knew how to find peace and healing. My sister's dichotomous walk with GOD alongside mine reinforced this understanding. And through our lead, our mother has also reconnected with her devout upbringing and the lessons she learned as a student in a convent.

Since my brother's passing GOD has been a part in everything I do and all decisions I make. I read the Bible almost daily and have attend Bible studies whenever possible. Through the years, I have found that my faith keeps me away from harm's reach and been able to attain peace that I have never known before my relationship with GOD. I am no longer lonely or insecure as to my place in the world.

*The LORD is my rock, my fortress and my deliverer; my God is my rock, in whom I take refuge. He is my shield and the horn of my salvation, my stronghold. (Psalm 18:2)*

TRIGGERING EVENT

As a science teacher educated in Biology, I never questioned the science behind vaccines, and I could reason how they may be effective in tricking the body into an immune response that would ward off many viral diseases. However, in reading the bible and knowing GOD, I *cannot* lay more faith in the science of man than in GOD provisions for those who believe in him.

*Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (Matthew 6:33-34)*

My apprehension about vaccines grew further when teaching on vaccines to a group of 9th grade students in a biology class. During this particular lesson a student of mine asked me if mixing the blood of a virus and the blood of a person made vaccines. Since I know that viruses don't even have cells of their own, I understand that viruses cannot possibly have blood of their own, as blood is a tissue made of many cells, I confidently answered him 'NO, viruses require host cells so therefore they don't any have blood.' Luckily, he and the class were satisfied with my answer to his question and the lesson ended shortly thereafter.

However, for me the question persisted to pester me, as I knew that vaccines often included animal blood products as a medium to cultivate the virus in its weakened form and this would even further implicate the holiness of the procedure.

"BLOOD" RATIONALE

Until that time, I had never considered this idea before and it was severely troublesome for me as this would mean that being vaccinated is an act in strict opposition to GOD's tenets.

*Those who mix human blood with the blood of sacrificed animals are sinners. (Luke 13.1-5)*

4

> *Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure, and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

The story of Daniel in the bible is a great example of how GOD rewards those who lay their trust fully in him and keep their body holy and pure without defilement.

In the book of Daniel, Daniel risks the high status and rewards that come with becoming an advisor in the Babylonian court by refusing to consume the royal food and drink that would defile his body. Defilement is an act against GOD and faith. It was assumed that before long, Daniel and those who followed his lead would become too unhealthy and unfit to serve the king as they chose not to partake of the royal foods. However, after the long training period it was Daniel and his group who were the strongest and healthiest and the most superior among all men training to be advisors. Daniel chose his faith above the promises and rewards offered by the king and GOD protected him and secured him in his glory. This is the example I chose to follow.

> *But Daniel resolved not to defile himself with the royal food and wine, and he asked the chief official for permission not to defile himself this way. (Daniel 1:8)*

> *At the end of the time set by the king to bring them into his service, the chief official presented them to Nebuchadnezzar. The king talked with them, and he found none equal to Daniel, Hananiah, Mishael and Azariah; so they entered the king's service. (Daniel 1:18:19)*

GOD is very clear about defilement of our bodies. In Leviticus we are taught that we must keep our bodies and souls holy and not sully them or defile them in any way.

> *Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

GOD is explicit as to what would defile us. Again, in Leviticus, it is explained:

> *For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

> *The soul of every sort of flesh is its blood. (Leviticus 17:14)*

From this it becomes apparent that blood **must** be maintained holy, as the blood is in fact the soul.

5

GOD warns us that we **must** not mix our blood with that of other animals, as this would taint our souls.

> Those who mix human blood with the blood of sacrificed animals are sinners. (Luke 13.1-5)

> Every moving animal that is alive may serve as food for you. As in the case of green vegetation, I do give it all to you. Only flesh with its soul—its blood—you must not eat. (Genesis 9:3)

Currently all vaccines use animal blood products as a medium to cultivate viruses in their weakened form. This would be defilement of the blood and the soul. Therefore, there currently are no moral vaccines. All vaccines must be avoided including the vaccine for Covid-19.

Faith Rational
Through the years as I further studied the bible and its teachings my stance against vaccines has only grown stronger. The bible teaches that Christians must be true to their faith and not follow any false idols. There is only one GOD. To trust that a vaccine will protect us more than God would, is to have a false idol. I cannot betray my faith and GOD and my conscious. I will not follow any false idols in search of salvation I know that my salvation is secure in my faith in GOD.

> But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD. (Joshua 24:15)

My faith has confirmed to me that he will protect his flock and keep us healthy and strong if we follow HIS teachings.

> And the Lord will guide you continually and satisfy your desire with good things, and make your bones strong, (Isaiah 58:11)

> If you listen carefully to the voice of the Lord your God and do what is right in His eyes, if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the Lord, who heals you. (Exodus 15:26)

I understand that vaccines have been designed to protect us from becoming ill with a variety of viruses. However, for me as person of faith I know that GOD provides and shelters all those who believe and follow his tenets.

> Seek first of all His kingdom and His righteousness and then all these things taken together will be given you besides. So do not worry or be anxious about tomorrow, for tomorrow will have worries and anxieties of its own. Sufficient for each day is its own trouble. (Matthew 6:33-34)

6

We need not worry about becoming sick, because as long as we follow and trust in GOD, we will remain strong.

> *The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore.* (Psalm 121:7)

As a Christian, my faith in GOD surmounts any philosophies or scientific understandings of man. I must have faith in GOD's provisions and not allow any current and perhaps transient world system to lead me astray from my faith. This is idea is exemplified in Romans 12:1-3:

> *And do not conform to the present world system, but be transformed by the renewal of your mind, so as to sense for yourselves what is the good and acceptable perfect will of God.* (Romans 12:1-3)

To believe that a vaccine could protect me more than GOD can, would be to concede to a false idol. Again, this would be in strict opposition with my faith.

In Joshua 24, we are taught that although GOD promises to protect and secure eternally those who love and trust in him, he also gives us the choice to follow other gods.

> *But if serving the LORD seems undesirable to you, then choose for yourselves this day whom you will serve, whether the gods your ancestors served beyond the Euphrates, or the gods of the Amorites, in whose land you are living. But as for me and my household, we will serve the LORD.* (Joshua 24:15)

We are given that choice to follow a false idol such as the science of man, however we must know that we would be in transgression of what GOD wants from us.

> *And the people answered and said, God forbid that we should forsake the LORD, to serve other gods.* (Joshua 24:16)

For my faith to be true, I must follow Joshua's lead and trust in GOD. Otherwise, my faith would be shallow and filled with hypocrisy.

I cannot justify or reconcile betraying my faith in GOD and his promise to protect us. I cannot be a hypocrite in front of GOD and allow myself to be swayed in respect to vaccines or otherwise.

Furthermore, I have learned through my studies that as GOD has made us in his image, we are just as we should be. Therefore, there is no need to alter our bodies in any way, or to vaccinate. We as his creations are perfect and sacred. To assume that we could enhance or improve our bodies would be the greatest insult to GOD and our faith in him as the divine. In Corinthians 3:16-17, we are reminded:

7

*Don't you know that you yourselves are God's temple and that God's Spirit dwells in your midst? If anyone destroys God's temple, God will destroy that person; for God's temple is sacred, and you together are that temple. (Corinthians 3:16-17)*

The bible teaches that GOD will provide and protect us. If I were to allow myself to be vaccinated I would in essence doubt in GOD's promise to protect us; again, I could not possibly reconcile this lack of faith.

*The LORD will keep you from all harm, he will watch over your life; the LORD will watch over your coming and going both now and forevermore. (Psalm 121:7)*

Again, as GOD made us in his image, we are therefore perfect and just as we should be. There is never a need to rely on any preventative medical treatment like a vaccine or biological.

*They that are whole have no need of the physician, but they that are sick: I came not to call the righteous, but sinners to repentance. (Mark 2:17)*

The Bible teaches that GOD hates arrogance, and the scientific community is overflowing with arrogance in believing that they know more than GOD does. How can I possibly think that introducing foreign organisms and fluids into myself is not defiling myself? This is an issue of great distress for me as I honestly feel that I would betray my faith in by allowing myself to be vaccinated. Yet, I could lose my one source of income if I don't. Regardless, GOD has given us the gift of life we must pay homage to him and follow his teachings, or our lives will go awry.

*For I am the LORD your God: you shall therefore sanctify yourselves, and you shall be holy; for I am holy: neither shall you defile yourselves with any manner of creeping thing that creeps upon the earth. (Leviticus 11:44)*

*See to it that no one takes you captive by philosophy and empty deceit, according to human tradition, according to the elemental spirits of the world, and not according to Christ. (Colossians 2:8)*

Through his teachings in the bible I, like my sister have been afforded great strength. I know that and therefore must stay true to my moral consciousness in the decisions I make in my life. My father was extremely successful academically, having completed his Doctorate in Physics from a prestigious university and being well respected in his field. I know my father loved us but nonetheless the void of God and faith weakened our family and left our family susceptible and target to many evil influences and chaos. Through my life, I continue to see this trend in loved ones who to my dismay lose faith in GOD. It is when we part from our faith in GOD to give more credence to the science of man that we are weakened and unable to triumph over illness, chaos and the evils of the world. I will not and cannot doubt in my Holy Father and his word. I cannot betray my moral conscious and faith in GOD.

*The LORD is my strength and my song; he has become my salvation. He is my GOD, and I will praise him, my father's GOD, and I will exalt him. (Exodus 15:2)*

8

I pray that with an understanding on how I arrived at my religious beliefs and faith in GOD, you will see that I must be true to my religion not allow myself to be vaccinated. I pray that you will grant me the exemption for these immunization requirements as I am requesting this exemption because it is my sincerest religious belief that I would be betraying the covenants of GOD and my faith in him if I allow for my blood and body to be defiled in anyway.

*In you, O LORD, I put my trust; let me never be ashamed; deliver me in Your righteousness. Psalm 31:1*

Sincerely and respectfully yours,

Annabelle Matyas

---

I Stella Jack, founder and presiding minister of Stella Jack Ministries International, which is located at 493 Clinton Avenue, Rockville Center, NY 11570, I do affirm that the above are Annabelle Matyas' sincerely held religious beliefs according to the Word of God, the Bible. It is in total agreement to the Christian Faith. I ask that you would grant the religious exemption.

Stella Jack

09/19/2021

phone 1-646-339-5205

9



SCHEINMAN ARBITRATION AND MEDIATION SERVICES

---------------------------------------------- X

In the Matter of the Arbitration

            X

       between

            X

NEW YORK CITY DEPARTMENT OF EDUCATION       **Re: UFT 1586**

            X

       and               Vaccine Exemption Appeal

            X

   ANNABELLE MATYAS

            X

---------------------------------------------- X

Issue:   Religious Exemption

Date of Hearing:  October 4, 2021

## Award

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]

_____

_____

_____

_____

_____

_____

_Timothy S. Taylor_             October 5, 2021

**Arbitrator**                    **Date**

Timothy S. Taylor, Esq.

E-7



**Exhibit 10**

## New Appeal Option for Religious Exemption to the COVID-19 Vaccine Mandate

Division of Human Capital <DHC@schools.nyc.gov>
Fri 11/19/2021 5:36 PM

0 1 attachments (378 KB)
Directions to use SOLAS to Request Appeal to Citywide Panel.pdf;

Dear Colleague,

According to our records, you appealed a denial of a religious exemption to the COVID-19 vaccine mandate and that appeal was not granted by the third-party arbitrator. As you may be aware, other City employees now have an option to appeal a religious exemption denial by their agency to a central Citywide Panel. Based on your status, you now have an opportunity to also appeal to this Citywide Panel.

Please note the following about this new appeal option:

- Your request will be considered by a central Citywide Panel comprised of representatives of the Commission on Human Rights, the Department of Citywide Administrative Services, and the Office of the Corporation Counsel. The determination will be made by the panel according to the standards imposed by Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law, and the New York City Human Rights Law.

- To submit this appeal, you will use SOLAS, as you have before. Specific login instructions are below. There is <u>no</u> need to re-submit any materials you already included in your original application or in SOLAS as part of your appeal to the arbitrator, however, you may submit new documentation when you submit this appeal in SOLAS. Note that documentation from a religious official is not required but you are free to submit it.

- To be considered by the Citywide Appeal, you must submit the appeal via SOLAS by no later than 11:59 pm on Friday, December 3, 2021.

- While your new appeal is pending you will remain on Leave Without Pay status. However, the deadline to apply for the extension of your Leave Without Pay will be extended until seven calendar days after your new appeal is resolved.

- If you opted for the special provisions separation, you still may re-appeal. If your new appeal is approved, then you will be given a choice to be reinstated.

To make an appeal using this procedure:
1. Log into <u>SOLAS</u>
2. Click the button **at the bottom-right of your screen** titled "Apply for Leave/Exemption/Accommodation"
3. Go to section 'COVID-19 Vaccine Related Exemption or Accommodation" (scroll down

Ex 8

7/25/22, 6:12 PM

if needed)
4. Select "I would like to APPEAL"
5. Provide your consent by clicking "OK" on the pop-up
6. Enter reason for appeal
7. **Optional**: upload additional documentation for appeal
8. Click "Confirm Appeal"
9. Click "OK" on the pop-up
10. You should see the option text changed to "Your appeal is pending a determination"

A copy of these instructions with screenshots from SOLAS is attached to this message.
Please do not reply to or forward this message.

Thank you,

NYCDOE Division of Human Capital



FILED: NEW YORK COUNTY CLERK 07/26/2022 03:36 PM
NYSCEF DOC. NO. 12

INDEX NO. 156203/2022
RECEIVED NYSCEF: 07/26/2022

# Annabelle Matyas

76-32 170th Street,
Fresh Meadows, NY 11366
(718) 930-5095

December 3, 2021

NYC Department of Education
65 Court Street
Brooklyn, NY 11201

**RE: New Appeal of Religious Exemption Denial**

To Whom it May Concern:

I have been a New York City Department of Education employee for over 16 years. On September 22, 2021, my religious exemption application to the DOE's Vaccine Mandate was denied, and my appeal of that denial was denied on October 6, 2021. I absolutely adore serving the children of New York City and their families as a teacher and still look forward to my continued service at the New York City Department of Education for many, many years to come. It is for that reason that I have severely struggled everyday since my religious exemption was first denied given the deadlines that would force me to choose between my faith and my job.

In the *Kane v. DeBlasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards they had used to consider religious exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards. Accordingly, the Court ordered the Plaintiffs to be reassessed under this alternative process.

Since my application and appeal were also considered under the same admittedly unconstitutional process, I hereby demand an immediate reexamination of my application and this additional document under a fair, constitutionally sound process. I trust this renewed assessment

1

*Ex 9*

will result in an exemption, since I know my religious beliefs to be demonstrably, wholly, and unequivocally sincere.

To attest to that sincerity in this letter I reiterate the sentiment of my original religious exemption application and add to it in saying that I wholeheartedly believe that God is the creator of everything and everyone. We are all created in his image and he has given us everything we need to live and be well.

> "So God created mankind in his own image, in the image of God he created them; male and female he created them." (Genesis 1:27.)

God has promised us protection from disease for all who follow His Word.

> "He said, "It you listen carefully to the Lord your god and do what is right in his eyes if you pay attention to his commands and keep all his decrees, I will not bring on you any of the diseases I brought on the Egyptians, for I am the Lord, who heals you." (Exodus 15:26)

Therefore I wholly TRUST in God alone for protection. In my life I have lost many whom I have immensely loved, my father, my brother, and most recently my husband under God. I was witness to their faltering faith where despite my dismay and broken heart they did not TRUST in God's protection wavered and ultimately led to their untimely earthly demise. I will not and can not follow in that lead.

The Bible tell us that we are given the choice to follow a false idol such as the science of man, however we MUST know, that trusting in a false idol such as the science of man or a vaccine for our protection over our trust and and faith in God's protection is an incredible transgression of what GOD wants from us.

> *And the people answered and said, God forbid that we should forsake the LORD, to serve other gods. (Joshua 24:16)*

2

For my faith to be true, I must follow Joshua's lead and trust in GOD. My faith prevents me from submitting myself to the covid-19 vaccine or any other vaccine for that matter. I cannot betray my faith in GOD and his promise to protect us.

Additionally, I want to add that since the mandate has been in place, I have researched and have learned that all of the available COVID-19 vaccines involve aborted fetal tissue and or human embryonic stem cell derivation lines. This is a direct act of rebellion against God.

- **Johnson & Johnson/Jansen:** Fetal cell cultures are used to produce and manufacture the J&J COVID-19 vaccine and the final formulation of this vaccine includes residual amounts of the fetal host cell proteins ($\leq$ 0.15 mcg) and/or host cell DNA ($\leq$3ng).
- **Pfizer/BioNTech**: the HEK-293 abortion-related cellline was used in research related to the development of the Pfizer COVID-19 vaccine.
- **Moderna/NIAID**: Aborted fetal cell lines were used in both the development and testing of Modern's COVID-19 vaccine.

As a Bible Christian, the sanctity of life is a major tenet in my faith. The use of aborted fetal cells in manufacturing (in the processing, development, or research) is a direct violation of God's law and my faith. Life starts at conception and God is the source of that life. Any intervention that results in ending life would be a rejection of God's gift of a new life and a hostile rebellion against God.

These vaccines have a direct link to the abortion industry and I cannot be complicit in that evil. Participation in the COVID-19 vaccine encourages the manufacturers to make more vaccines. This would be an act against God.

"Abstain from every form of evil." Thessalonians 5:22.

I sincerely believe that taking a vaccine where cells from aborted fetuses are employed to create cell lines, even if just for research, would be a cooperation in evil that destroys God's creation.

3

"Now the word of the Lord came to me, saying, 'Before I formed you in the womb, I knew you, and before you were born, I consecrated you; I appointed you a prophet to the nations." Jeremiah 1:4-5.

"The Lord called me from the womb, from the body of my mother he named my name." Isaiah 49:1b

Again, abortion and/or cooperation in it is a hostile act of rebellion against God's gifts, creations, and akin to murder itself, therefore the work of evil itself. While it is a sin to murder my neighbor, it is entirely more, to dissect, claim possession, patent, exploit, then sell an elixir containing a child's mortal remains. And still more, to pervert the divine command to love thy neighbor and make it a moral imperative to receive, directly or indirectly, my neighbor's body (aborted fetal tissue) into my own person in the name of a false idol's protection! To make something which is sacred, commercial and proprietary when it is inherently non-commercial and non-proprietary is absolute evil against God and my faith. It is my undeniable conclusion that God disapproves of this exploitation.

Moreover, I will reiterate further, that the human body is the most sacred of all the natural material creations, as it is the home of the rational immortal soul fashioned in God's image and likeness, the chosen vessel for God himself when he entered the material world.

*Follow GOD your LORD, remain in awe of Him, keep His commandments, obey and serve Him and you will then be able to cling to Him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure, and GOD would keep the body healthy without defilement, you must be holy, since I am GOD your LORD, and I am holy. (Leviticus 19:11)*

Again, it is a direct violation of my conscience and Christian Faith to purchase or defile my sacred body by receiving any products into my body from companies that submit to the depravity of

4

using the remains of aborted children for individual benefit or worse, corporate profit. Therefore I am wholly prohibited from ever receiving the COVID-19 vaccine.

These are my own sincere and genuine beliefs opposing the COVID-19 vaccines as per my understanding and translation of the Bible as we are all **permitted to worship Christ in the way we see fit.**

Once more, I am a dedicated New York City Department of Education pedagogue and I look forward to continuing to serve as such for years to come. To that end I trust that all my submitted documents for religious exemption to the COVID-19 vaccine are examined under a fair, constitutionally sound process that accounts for and accepts my wholly and unequivocally sincere religious beliefs as expressed within. I have already been significantly damaged and your expedient attention to this matter will avoid further injury. Any delay will continue to compromise my faith in a manner that is unfair, unbearable, and entirely unconstitutional.

I thank you kindly in advance for your prompt attention to this request and look forward to receiving my religious exemption.

Sincerely and respectfully yours,

Annabelle Matyas

5



**Exhibit 10b**

7/25/22, 6:37 PM

## Reasonable Accommodation Appeal Determination

noreply@salesforce.com
on behalf of
NYC Employee Vaccine Appeals <vaxappeal@dcas.nyc.gov>
Mon 3/28/2022 4:45 PM

To: Matyas Annabelle <AMatyas@schools.nyc.gov>

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination, all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal. Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request.

The decision classification for your appeal is as follows: DOE has demonstrated that it would be an undue hardship to grant this accommodation to the employee given the need for a safe environment for in-person learning.

**For all employees other than DOE employees:** Pursuant to the City of New York's policy concerning the vaccine mandate, you now have **three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).

**For Department of Education (DOE) employees:** Pursuant to New York City Department of Education policy, you have seven calendar days to extend your Leave Without Pay or return to work. If you do neither, you will be subject to termination. For further information and instructions, please see <u>DOE Denial of Appeal Information.</u>





**Exhibit 11**

7/26/22, 6:40 PM

## Termination of NYCDOE Employment

Division of Human Resources
Mon 4/11/2022 8:32 AM

To: Matyas Annabelle <AMatyas@schools.nyc.gov>

April 7th, 2022

MATYAS, ANNABELLE
TEACHER
EMPL ID: 0198061

Dear MATYAS, ANNABELLE:

You have previously received notice regarding your failure to comply with the New York City Health Commissioner's Order requiring vaccination of all NYCDOE staff and that you would be terminated from DOE as a result. Compliance with that Order is a condition of employment. Since you did not comply with the Order and did not choose to extend your leave without pay, despite notice and an opportunity to do so, your employment with the New York City Department of Education is terminated, effective **April 7, 2022**. Please note that your health insurance coverage through the City also ceases upon termination.

If you have not already done so, you must return all DOE-issued equipment and materials, including your ID, to your supervisor. Information about COBRA will be mailed separately to you at the address on file in NYCAPS. Your school and/or office will be notified of your termination as well.

Thank you for your service to the New York City Department of Education.

Sincerely,

NYCDOE Division of Human Resources

Ex B



# Exhibit 12

 **Gmail**

**Anna M <annamatyas74@gmail.com>**

## Matyas- Science Position

**Anna M** <annamatyas74@gmail.com>                                    Mon, Jun 26, 2023 at 1:01 PM
To: Jfriedm@schools.nyc.gov

June 26, 2023

Good afternoon Ms. Friedman,

I hope this email finds you well.

I am sure that you are very busy with the end of year process. I sent you an email on May 12, 2023. I am not sure if you saw it or not

However, as you may already know the vaccine mandate has been lifted. This means that I am eligible to return to the DOE and to Rachel Carson.

I would like to meet with you to discuss returning to IS 237  I considered Rachel Carson a home during my tenure there under your supervision. I truly welcome the prospect of working under your guidance and alongside the 237 staff to meet the needs of our community children.

I look forward to your reply and discussing my return to work with you.

Most Sincerely,

Annabelle Matyas
[Quoted text hidden]



From: solas_donotreply@schools.nyc.gov
Subject: Your application for a COVID-19 Vaccine Related Exemption or Accommodation has been received.
Date: Sep 20, 2021 at 5:42:30 PM
To: Mendoza Dahlia DMendoza@schools.nyc.gov

09/20/2021

Case#: A78669
File# 0678619
EMP ID: 718137

Dear DAHLIA MENDOZA,

Thank you for submitting your application online!

Type of Application: COVID-19 Vaccine Related Exemption or Accommodation

Application Communications:
During your application process, all communications will be sent to your DOE e-mail account. You must continue to check your DOE e-mail, even if you listed a different preferred email address.

Changes to Your Application:
Unfortunately, you cannot make changes to your submitted application. If you need to make changes, you must withdraw this application and re-submit your request. To withdraw the application please log back into SOLAS: https://dhrnycaps.nycenet.edu/SOLAS.

**Questions:**
For technical questions regarding the SOLAS system, please call HR Connect at 718-935-4000 and refer to the case number at the top of this notice.For more information, you may also visit the HR Connect Employee Portal by logging in with your DOE/Outlook User ID and password at https://doehrconnect.custhelp.com.

Sincerely,


*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number  GX5901373 N3350 ADA Submission

# Your COVID-19 Vaccine Religious Exemption Application - Determination

solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>

Wed 9/22/2021 11:13 PM

To: Mendoza Dahlia <DMendoza@schools.nyc.gov>

09/22/2021

Case#: A78669
File# 0678619
EMP ID: 718137

Dear DAHLIA MENDOZA,

We have reviewed your application and supporting documentation for a religious exemption from the DOE COVID-19 vaccine mandate. Your application has failed to meet the criteria for a religious based accommodation. Per the Order of the Commissioner of Health, unvaccinated employees cannot work in a Department of Education (DOE) building or other site with contact with DOE students, employees, or families without posing a direct threat to health and safety. We cannot offer another worksite as an accommodation as that would impose an undue hardship (i.e. more than a minimal burden) on the DOE and its operations.

This application was reviewed in accordance with applicable law as well as the Arbitration Award in the matter of your union and the Board of Education regarding the vaccine mandate.

Under the terms of the Arbitration Award, you may appeal this denial to an independent arbitrator. If you wish to appeal, you must do so within one school day of this notice by logging into SOLAS https://dhrnycaps.nycenet.edu/SOLAS and using the option "I would like to APPEAL". As part of the appeal, you may submit additional documentation and also provide a reason for the appeal.

Sincerely,


*HR Connect*
Medical, Leaves, and Records Administration


Please do not reply to this message via e-mail. This email address is automated.

Ref Number  GX5922134 N3418 COVID-19_VAX_ReligiousExempt_GenDenial



**Exhibit 14**

From: solas_donotreply@schools.nyc.gov
Subject: Your Appeal
Date: Sep 23, 2021 at 3:22:55 PM
To: Mendoza Dahlia DMendoza@schools.nyc.gov

09/23/2021

Case#: A78669
File# 0678619
EMP ID: 718137

Dear DAHLIA MENDOZA,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate related exemption or accommodation. This appeal and your application materials and documentation are being forwarded to Scheinman Arbitration and Mediation Services ("SAMS") and independent arbitrators convened by SAMS who will consider your appeal.

Supplemental documentation may be submitted within 48 hours of your filing of the appeal to SAMS by emailing the applicable address below. Please include your name and union in the subject line and send from your DOE email.

UFT: AppealsUFT@ScheinmanNeutrals.com
CSA: AppealsCSA@ScheinmanNeutrals.com
Local 237: AppealsTeamstersLocal237@ScheinmanNeutrals.com
Local 891: AppealsLocal891IUOE@ScheinmanNeutrals.com

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number GX5925643 N3425 COVID-19_VAX_Exemption_Appeal



**Exhibit 15**

10/28/2021

Maintaining my Rights To Sue the NYC DOE

Dear Michael Sill:

My name is Dahlia Mendoza File #678619. I am a NYC DOE Teacher currently forcibly placed onto unpaid leave through action taken by the DOE which was no choice of my own. I filed for a religious exemption to vaccination which was denied even though I have sincerely held religious beliefs. I appealed that decision as being illegal and unconstitutional and my appeal was denied for unconstitutional reasons and through an unconstitutional and openly discriminatory process applied by the NYC DOE in violation of my First Amendment rights. I am currently suing NYC over this in a legal case.

I have not quit, resigned or retired and I will not be quitting, resigning or retiring. It is the NYC DOE that has forced me onto unpaid leave. I am ready, willing and able to return to my teaching position however you are preventing me from doing so by forcibly keeping me on unpaid leave.

Since NYC DOE has illegally denied my constitutional rights and refuses to pay or employ me, your decisions are denying me the most fundamental constitutional right of all-that to life itself. Without income I can't pay my bills or feed myself nor my family. I cannot violate my sincerely held religious beliefs in order to get a paycheck. Nor can I waive my right to enforce my religious rights by signing your waiver of my right to sue to get benefits. Therefore, I am seeking other employment because the NYC DOE under your leadership leaves me no other choice.

Nevertheless, I repeat one last time; I am ready, willing and able to return to my teaching position in the NYC DOE. I have not quit, I have not resigned, I am not retiring. You have constructively discharged me.

Sincerely,

Dahlia Mendoza
Dahlia Mendoza

# Exhibit 16

November 20,2021

**Renewed Application for Religious Exemption**

Dear Sir or Madam,

My name is Dahlia Mendoza.  I have been a New York City Department of Education employee since 1991.  On September 22, 2021, my religious exemption application to the DOE's Vaccine Mandate was denied, and my appeal of that denial was denied on October 6, 2021.  I struggle every day with the impending November 30 deadline by which I will need to choose between my faith and my job.

In the *Kane v. DeBlasio* and *Keil v. City of New York*, cases now pending before the United States Court of Appeals for the Second Circuit, the Defendants have conceded that the process and standards they had used to consider religious exemption applications and appeals were "constitutionally suspect" and proposed an alternative process with purportedly constitutional standards.  Accordingly, the Court ordered the Plaintiffs to be reassessed under this alternative process.

Since my application and appeal were also considered under the same admittedly unconstitutional process, I hereby demand an immediate reexamination of my application under a fair, constitutionally sound process. I trust this renewed assessment will result in an exemption, since I know my religious beliefs to be demonstrably, wholly, and unequivocally sincere.

Kindly respond to this email as soon as possible.  I have already been significantly damaged and your expedient attention to this matter will avoid further injury.  Any delay will continue to compromise my faith in a manner that is unfair, unbearable, and entirely unconstitutional.

I thank you kindly in advance for your prompt attention to this request and look forward to receiving my religious exemption.

Most sincerely,
Dahlia Mendoza



# Exhibit 17



**Department of Education**

Chancellor Meisha Porter

---

**Meisha Porter**
*Chancellor*

**Chancellor's Strategic Response Group**

**52 Chambers Street**
**Room 314**
**New York, NY 10007**

December 10, 2021

Ms. Dahlia Mendoza
50-05 164 Street
Fresh Meadows, NY 11365

Dear Ms. Mendoza:

Thank you for your correspondence to the Chancellor. We appreciate you reaching out to us, and apologize for the delayed response.

Upon receipt of your letter, I reached out to staff members within the Office of Labor Relations (OLR) for information. OLR staff informed me that as there is open litigation on this matter, counsel is handling all communications and the Department of Education cannot provide a specific response.

I hope this information is helpful. Thank you for writing to the Chancellor.

Sincerely,

Lissette Roman
Chancellor's Strategic Response Group

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chancellor Meisha Porter
NYC DOE
52 Chambers St. Rm #320
New York, NY 10007

9590 9402 6623 1028 1483 28

2. Article Number *(Transfer from service label)*

7021 0350 0000 0278 0508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
11/3

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# Exhibit 18

From: solas_donotreply@schools.nyc.gov
Subject: Your Appeal
Date: Nov 30, 2021 at 3:07:02 PM
To: Mendoza Dahlia DMendoza@schools.nyc.gov

11/30/2021

Case#: A78669
File# 0678619
EMP ID: 718137

Dear DAHLIA MENDOZA,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate related exemption. This appeal and your application materials and documentation are being forwarded to the Citywide Panel.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX6105181 N3452 COVID-19 Appeal CWP

**From:** Division of Human Resources
DHR@schools.nyc.gov
**Subject:** Your Appeal to the Citywide Panel – Additional Information
**Date:** Jan 7, 2022 at 7:06:55 PM

Email Sent 1/14/22 6:30 PM

Colleague,

Your appeal of your religious exemption to the COVID-19 vaccine mandate has been submitted to the Citywide Appeal Panel. To assist the Citywide Appeal Panel in reviewing your religious exemption request, please provide the following additional information by Friday, January 14, 2022 at 8:00 pm:

1. Whether you have previously taken any vaccinations.
2. If you have stated that you have a personal religious aversion to foreign or other impermissible substances entering your body, please describe this with more clarity, including describing any other commonly used medicines, food/drink and other substances you consider foreign/impermissible or that violate your religious belief.
3. If you have stated that you cannot take the vaccine because of an objection to using derivative fetal cells in the development of a vaccine, please provide more information about your stated objection and whether there are other medications or vaccinations that you do not take because of this objection.
4. Any additional occasions you have acted in accordance with the cited belief outside the context of a COVID-19 vaccination, to the extent not previously described in the documentation already submitted.

To submit this information, please follow the steps below:
- Written responses should be sent in as an attached document to PanelAppealUpdate@schools.nyc.gov (*Do not send, copy, or reply to this email.*)
- Written responses must be received by email by Friday, January 14, 2022 at 8:00 pm
- Only attach new information/document - do not resend documentation that was already provided.
- Include your Name and Employee ID number in the subject line of your email.

If additional information is not provided, the Panel will consider your appeal based on the materials/information you already submitted through SOLAS.

Thank you,

NYCDOE Division of Human Resources

January 14, 2022

NYCDOE Division of Human Resources,

I, Dahlia Mendoza #0718137, am responding to your email in order to give the following additional information to assist the Citywide Appeal Panel in reference to my religious exemption request.

1. Please refer to the first paragraph on page 1 for my explanation as to whether I have previously taken any vaccinations. In addition, as a child my parents had me vaccinated which was of no choice to me. They had made this decision on their own behalf. I have a personal relationship with God so taking any vaccine goes against this relationship. I can choose what is right for me because of the trust and guidance He provides.

2. Please refer to the fourth paragraph on page 1 for my explanation outside the context of a COVID-19 vaccination. My body is a temple of God which He takes care of. I have not taken medications in the past which were prescribed because their efficacies were uncertain. Since they were risky, they did not agree with my true sincere and genuine beliefs I have in God.

3. Please refer to the first paragraph on page 1 for my explanation as to my objection to using derivative fetal cells in the development of a vaccine. This goes against my held religious beliefs and my faith in God. It is my belief that God has given us life and He has entrusted us to live our lives in a way we deem worthy.

4. Please refer to the first paragraph on page 2 for information outside the context of a COVID-19 vaccination. I believe in God, the Creator of heaven and earth. God is the supreme authority over this creation and is all-powerful. I am created in His image. As the divine Architect, God designed my body to have an immune system that must not be defiled by vaccines. Immunizations are a violation of God's supreme authority, and therefore, unholy. Since immunizations are unholy they violate my religious beliefs.

Thank you,

Dahlia Mendoza

## Reasonable Accommodation Appeal Determination

noreply@salesforce.com <noreply@salesforce.com>
on behalf of
NYC Employee Vaccine Appeals <vaxappeal@dcas.nyc.gov>
Mon 3/28/2022 4:47 PM
To: Mendoza Dahlia <DMendoza@schools.nyc.gov>

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination, all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal. Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request.

The decision classification for your appeal is as follows: DOE has demonstrated that it would be an undue hardship to grant this accommodation to the employee given the need for a safe environment for in-person learning.

**For all employees other than DOE employees:** Pursuant to the City of New York's policy concerning the vaccine mandate, you now have **three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).

**For Department of Education (DOE) employees:** Pursuant to New York City Department of Education policy, you have seven calendar days to extend your Leave Without Pay or return to work. If you do neither, you will be subject to termination. For further information and instructions, please see DOE Denial of Appeal Information.

# Exhibit 19



From  :  Dahlia Mendoza <stars9367@netzero.net>

To  :  KKing@uft.org

Subject  :  3020a Hearing Request

Date  :  Fri, Apr 01, 2022 06:32 AM

To whom it may concern:
I am formally requesting a 3020a hearing.  I received an email stating my appeal was
denied on March 28, 2022 which by the way had no statement regarding what my appeal was
for.  My appeal was for a religious exemption.  I ask again, why was my sincere and
genuine religious exemption denied?  There is no explanation, but that the DOE will
endure an undue hardship to grant me this accommodation. I guess there was never a plan
to have a position for me in the DOE. Now, I am also being terminated.  From my current
understanding, there are no charges against me, therefore; it appears the entire notion
that I can be terminated by the NYC DOE violates the contract I work under as an educator
and the 3020a hearing process.  I have not received any charges and I clearly cannot be
legally terminated by the NYC DOE.  In order to legally terminate me as a tenured
educator, there has to be a very specific legal process that must be adhered to.  Please
advise me on next steps to begin my 3020a hearing because as of now I have no charges
against me.  Unless the 3020a hearing process is followed in detail and specifically in
which it legally exists, I cannot be terminated and most certainly, I cannot be forced
into an illegitimate 3020a hearing without seeing the charges against me.
In addition, I cannot violate my sincere and genuine religious beliefs in order to
receive a paycheck, nor can I sign your waiver of my right to sue.  I am not quitting,
resigning, nor retiring.
Thank you for your attention.
I pray and have faith that honor will be restored as God deems it right.
Sincerely,
Dahlia Mendoza



**Exhibit 20**

From: Division of Human Resources
        DHR@schools.nyc.gov
Subject: Termination of NYCDOE Employment
Date: Apr 11, 2022 at 8:32:52 AM
To: Mendoza Dahlia DMendoza@schools.nyc.gov

April 7th, 2022

MENDOZA, DAHLIA
TEACHER
EMPL ID: 0718137

Dear MENDOZA, DAHLIA:

You have previously received notice regarding your failure to comply with the New York City Health Commissioner's Order requiring vaccination of all NYCDOE staff and that you would be terminated from DOE as a result. Compliance with that Order is a condition of employment. Since you did not comply with the Order and did not choose to extend your leave without pay, despite notice and an opportunity to do so, your employment with the New York City Department of Education is terminated, effective **April 7, 2022**. Please note that your health insurance coverage through the City also ceases upon termination.

If you have not already done so, you must return all DOE-issued equipment and materials, including your ID, to your supervisor. Information about COBRA will be mailed separately to you at the address on file in NYCAPS. Your school and/or office will be notified of your termination as well.

Thank you for your service to the New York City Department of Education.

Sincerely,

NYCDOE Division of Human Resources



**Exhibit 21**

April 14, 2022

Dear Eric Adams,

I declare that I am woman and creator, doing business as [Dahlia Mendoza]. I am not an entity, corporation, or commercial individual that must obey policies. I received my termination letter on Monday, April 11, 2022, from the Department of Education and the date of my termination was last week, April 7, 2022.

I require that you provide documentation to the questions below:

1. Is there a contract that I have signed or am not aware of in which I have given bodily authority and/or have lawfully authorized my living body to be subject to corporate legalities of the Department of Education (DOE)?
   If so, provide the documentation with my actual signature, signed in ink.

2. Is (Dahlia Mendoza), your legal property? If so, provide documentation that I, (Dahlia Mendoza) have signed my property to the DOE, giving them authority to have control over my medical decisions and records.

3. Is there a contract that I have signed or am not aware of in which I have given the DOE authority over my religious beliefs/creed and how I practice my faith? Deeming them the authority of what is acceptable when it comes to the relationship with me: the living woman and creator, and my God? If so, provide the documentation with my actual signature, signed in ink.

4. Have I, [Dahlia Mendoza], signed a contract allowing for the DOE to legally and lawfully violate Article Two of the teacher's contract, which would allow them to discriminate against my religious beliefs/creed? If so, provide the documentation with my actual signature. Not a digital signature but one that I signed in ink.

5. Have I, [Dahlia Mendoza], signed a contract allowing for the DOE or the Citywide Appeal Panel to legally and lawfully violate Section 75 of the civil servant law, by placing me on unpaid leave without due process? If so, provide the documentation with my actual signature in ink.

6. Have I, [Dahlia Mendoza], signed a contract allowing for the DOE to legally and lawfully violate Title 8 of the Administrative Code of the City of New York and discriminate against me for perceived differences based on my religious beliefs/creed and health status? If so, provide the documentation with my actual signature in ink.

7. Is there documentation in your possession demonstrating that I am a threat for not receiving the COVID injections? Documents including peer reviewed articles that are unbiased and adhere to strict scientific standards. Do not provide orders, mandates and/or information from media outlets, but actual studies specifying how I am a threat.

8. Have you reviewed, researched or consulted with anyone concerning the deaths and illnesses following first and second doses of the COVID vaccine documented on the Defense Military Epidemiological Database (DMED), Centers for Medicare and Medicaid Services (CMS) and Vaccine Adverse Event Reporting System (VAERS) to ensure this medical intervention would not cause me [Dahlia Mendoza] harm and trespass against me?

9. Did I [Dahlia Mendoza], sign a document waiving protections under New York Consolidates laws PBH-Public Health Article 24-A (2440-2446) Protection of Human subjects? Especially in reference to § 2442. Informed consent. No human research may be conducted in this state in the absence of the voluntary informed consent subscribed to in writing by the human subject. If the human subject be a minor, such consent shall be subscribed to in writing by the minor's parent or legal guardian. If the human subject be otherwise legally unable to render consent, such consent shall be subscribed to in writing by such other person as may be legally empowered to act on behalf of the human subject. No such voluntary informed consent shall include any language through which the human subject waives, or appears to waive, any of his legal rights, including any release of any individual, institution or agency, or any agents thereof, from liability for negligence. If so, provide the documentation with my actual signature. Not a digital signature but one that I signed in ink.

10. Does the DOE have a signed contract whereby I [Dahlia Mendoza] have waived New York Constitution Article 1 -Bill of Rights Section 11 -Equal protection of laws; discrimination in civil rights prohibited? Specifically, NY Const Art I § 11. No person shall be denied the equal protection of the laws of this state or any subdivision thereof. No person shall, because of race, color, creed or religion, be subjected to any discrimination in his or her civil rights by any other person or by any firm, corporation, or institution, or by the state or any agency or subdivision of the state. If so, provide the documentation with my signature ink.

11. Have I [Dahlia Mendoza] signed a document waving Title 21 USC section 360bbb– 3(e)(1)(A)(ii)(I-III) of the Federal Food drug and cosmetic act? This requires that an individual who is to receive any of medical intervention

-2-

be made aware of potential benefits and risks associated with such and whether such are even known and that the individual has the right to accept

or refuse administration of the product together with any alternative to the product and of their benefits and risks. If I have signed a document waiving the Title 21 USC section 360bbb– 3(e)(1)(A)(ii)(I-III) provide the document with my ink signature.

Has the study completed by the NIH been reviewed and the ARR Under Title 21 USC section 360bbb 3(c)(2)(A): The vaccines do not diagnose, treat or prevent SARS-CoV-2 or

Under Title 21 USC section 360bbb 3(c)(2)(A): Can you prove with absolute certainty and facts that the potential risks of each COVID outweigh the risks?

Has the NIH (National Institutes of Health) study been reviewed with a focus on the Absolute Risk Reduction (ARR)?

**Case Law**

[Trinity v. Comer]- In this ruling Justice Ginsberg noted that one's faith is a personal matter entirely between a man/woman and their God. If the DOE has the authority to ignore the provide documentation of this.

[Engel v. Vitale]- In this ruling the Supreme Court wrote that religion is "too personal, too sacred, too holy to permit it's 'unhallowed perversion' by a civil magistrate."

[Rodrigues v. Ray Donovan ]- All codes, rules and regulations are for the government authority only, not human/creators in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking due process.

[Marbury v. Madison]- was a landmark U.S. Supreme Court case that established the principle of judicial review in the United States, meaning that American courts have the power to strike down laws and statues that they find to violate the Constitution of the United States.

[Hertado v. California, 110 U.S. 516]- "The State cannot diminish the rights of the people."

-3-

[Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.]- "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent."

Remedy of the people when rights are violated. Below are not exhaustive and more remedies will be sought.

**USC 18 Section 241- Conspiracy Against Rights:**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right shall be filed under this title or imprisoned not more than ten years, or both.

**USC 18 Section 242- Deprivation of Rights under Color of Law:**

Whoever, under color of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any State to the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both.

**USC 18 Section 2071- Concealment:**

Whoever willfully and unlawfully conceals, removes, mutilates, obliterates or destroys or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than here years, or both.

**USC 42 Section 1983: Civil Action for Deprivation of Rights:**

Every person who, under color of any statue, ordinance, regulation, custom, or usage, of any State subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law.

**USC 42 1985- Conspiracy to interfere with Civil Rights:**

If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly, any person's rights the party so injured or deprived may have an action for the recovery of the damages against any one or more of the conspirators.

**USC 42 Section 1986: Action for Neglect to Prevent:**

Every person who, having knowledge that any wrongs conspired to be done or are about to be committed, and having power to prevent or aid in preventing the commission of the dame, neglects or refuses so to do, if such wrongful act to be committed, shall be liable to the party injured.

-4-

Thank you to the men and women reading this. I expect a response to the questions listed above within 7 calendar days. If you do not respond to the questions it will be presumed that you tacitly agree that I have not signed contracts relinquishing my inalienable rights, you were never given authority to violate my rights and are therefore held liable. If you do not respond you tacitly agree that you have not done

your due diligence in researching the adverse effects of the COVID vaccine and by not doing so have caused me harm. If you choose not to respond or respond in a manner that will cause me further harm, I will proceed with a tort claim.

Respectfully,

Woman, creator, doing business as [Dahlia Mendoza]
Benefactor/ Grantor



**Exhibit 22**

 **Department of Education**

August 22, 2022

DAHLIA MENDOZA
50-05 164TH STREET
FLUSHING, NY 11365

Employee ID #: 0718137
Dear DAHLIA MENDOZA,

Earlier this year, you were terminated from employment from the New York City Department of Education due to non-compliance with the employee COVID-19 vaccine mandate. You are now being offered the opportunity to return to employment if you become fully vaccinated, provided that you meet the following conditions:

- Provide proof that that you have received at least one dose of the COVID-19 vaccine no later than September 6, 2022.
- Provide proof of full COVID-19 vaccination (meaning the receipt of two shots of two dose vaccine, if applicable) no later than October 21, 2022 (45 days after September 6).

Former employees who provide such proof will be re-hired within two weeks of providing proof of full vaccination, but no earlier than September 20, 2022.

Please be aware, that employees will be rehired into their title but may receive a different assignment including to a different school.

To provide proof of vaccination by these dates, please take the following steps:

- Send an email to VaccineMandateTermination@schools.nyc.gov
- Put your name and Employee ID # in the subject line (your Employee ID # is found under your address on the top of this page)
- Attach to your email proof of COVID-19 vaccination which can be an image of your vaccination card, NYS Excelsior Pass, or another government record
- You will receive further communications to the email you use to send this information, so please be sure to use an email you will be monitoring.

Thank you,

NYC Department of Education Division of Human Resources



**Exhibit 23**



**Department of Education**

DFO

Functions | Employee Self Service | DOE Applications | Other | Logout      8:15:19 P

## Employee Self Service: Payroll Register

### Employee Information

**SSN** \*\*\*-\*\*-5288
**Name** MENDOZA, DAHLIA
**Pay Cycle** 742 (S) - Pedagogues / Pedagogic Supervi

 Title History    $ Total Earnings/Ded

Payroll Register    Sal

Salary History    Check Detail    VA

### Salary History

#### Salary History

**Equate Date** 12 31 9999
**Prior Equate Date** 09 24 1994
**Certified** YES
**Rating** NOT APPLICABLE
**Problem** PR

| Title | Pay C. | Pay Rate | Sal Cd | Effective Date | Expire Date | Salary T. |
|-------|--------|----------|--------|----------------|-------------|-----------|
| TRTRQ | S | 128,657.00 | UA8N | 10-15-2021 | 04-06-2022 | BASE |
| TRTRQ | S | 128,657.00 | UA8N | 05-14-2021 | 10-14-2021 | BASE |
| TRTRQ | S | 124,909.00 | UA8N | 05-14-2020 | 05-13-2021 | BASE |
| TRTRQ | S | 121,862.00 | UA8N | 02-14-2019 | 05-13-2020 | BASE |
| TRTRQ | S | 119,472.00 | UA8N | 09-04-2018 | 02-13-2019 | BASE |
| TRTRQ | S | 119,472.00 | UA8N | 06-16-2018 | 09-03-2018 | BASE |
| TRTRQ | S | 115,993.00 | UA8N | 05-01-2018 | 06-15-2018 | BASE |
| TRTRQ | S | 113,762.00 | UA8N | 05-01-2017 | 04-30-2018 | BASE |



# Exhibit 24

Sent
9/21/21
Certified Mail

Daisy Badillo
13 Darin Road
Warwick, NY 10990
September 16, 2021

HR Connect
P.S. 160
The Walt Disney Magnet STEAM School
4140 Hutchinson River Parkway East
Bronx, NY 10467

To whom it may concern;

I am writing to inform you that I am exercising my legal right not to vaccinate myself because of my genuine and sincere religious beliefs. I was bought up with a strong faith in God. I attended a Christian Catholic elementary school then attended a Christian Catholic high school. I have studied and read scriptures throughout my whole life. I am also a member of the Confraternity of Our Lady of Fatima, a Catholic organization under Bishop Athanasius Schneider.

In 1995, I had an awakening and became enlightened after meeting several followers of Allah and learning about the Islamic religion. These two faiths brought me to discontinue any inoculation into my body. I also did not inoculate any of my children. My children were born naturally with the assistance of a midwife. My faith in God brought me to a conviction and belief that I will not harm my body with any substance(s) that go against my beliefs.

I have always believed God created a perfect being. In being created in God's image, I have been given a perfect immune system. I take care of my body I feed it natural plant food from God's intended garden. I believe it is a violation of my sacred religious beliefs to violate what God has given me. I believe that receiving immunizations shows God that I have no faith in His promises of protection for me, saying that I trust man more that His holy words. I believe in God and His many promises of protection for me as I place my trust in Him.

I am aware of the federal court ruling in *Shapiro vs. Thompson*, (1969) 394 U.S. 618, which states, "If a family's objection to immunization is due to a conscientiously and sincerely held religious belief, then they are entitled to an exemption. Formal church membership is no requisite as long as the family honestly believes and practices the tenets of a religious group." Therefore, I must state that even if I were not a Christian Catholic or follow Islamic teachings, my genuine and sincere religious beliefs still stand. I could not live with myself if I were forced to be injected with any vaccine.

This written statement to exempt myself from the immunization requirement, and other injections, is because I hold genuine and sincere religious beliefs which are inconsistent with these medical procedures and experimentation. The practice of vaccination and the injection of any foreign substance including cell lines derived from aborted babies are contrary to my conscientiously held religious beliefs and practices, and violate the free exercise of my religious principles.

I adhere to the restrictive dietary laws of the Christian, as well as the Islamic religion. It is against my deep, sincerely held religious convictions to accept the injection of any foreign substance into my body.



**Exhibit 25**

## Your application for a COVID-19 Vaccine Related Exemption or Accommodation has been received.

solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>
Fri 9/17/2021 12:40 AM
To: Badillo Daisy <DBadillo3@schools.nyc.gov>
09/17/2021

Case#: A74001
File# 0715392
EMP ID: 809851

Dear DAISY BADILLO,

Thank you for submitting your application online!

Type of Application: COVID-19 Vaccine Related Exemption or Accommodation

Application Communications:
During your application process, all communications will be sent to your DOE e-mail account. You must continue to check your DOE e-mail, even if you listed a different preferred email address.

Changes to Your Application:
Unfortunately, you cannot make changes to your submitted application. If you need to make changes, you must withdraw this application and re-submit your request. To withdraw the application please log back into SOLAS: https://dhrmycaps.nycenet.edu/SOLAS.

**Questions:**
For technical questions regarding the SOLAS system, please call HR Connect at 718-935-4000 and refer to the case number at the top of this notice.For more information, you may also visit the HR Connect Employee Portal by logging in with your DOE/Outlook User ID and password at https://doehrconnect.custhelp.com.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number  GX5881911 N3350 ACA Submission



# Exhibit 26

## Your COVID-19 Vaccine Religious Exemption Application - Determination

solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>
Sun 9/19/2021 4:22 PM
To: Badillo Daisy <DBadillo3@schools.nyc.gov>

09/19/2021

Case#: A74001
File# 715392
EMP ID: 809851

Dear DAISY BADILLO,

We have reviewed your application and supporting documentation for a religious exemption from the DOE COVID-19 vaccine mandate. Your application has failed to meet the criteria for a religious based accommodation. Per the Order of the Commissioner of Health, unvaccinated employees cannot work in a Department of Education (DOE) building or other site with contact with DOE students, employees, or families without posing a direct threat to health and safety. We cannot offer another worksite as an accommodation as that would impose an undue hardship (i.e. more than a minimal burden) on the DOE and its operations.

This application was reviewed in accordance with applicable law as well as the Arbitration Award in the matter of your union and the Board of Education regarding the vaccine mandate.

Under the terms of the Arbitration Award, you may appeal this denial to an independent arbitrator. If you wish to appeal, you must do so within one school day of this notice by logging into SOLAS https://dhrnycaps.nycenet.edu/SOLAS and using the option "I would like to APPEAL". As part of the appeal, you may submit additional documentation and also provide a reason for the appeal.

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number  GXS896181 N3416 COVID-19_VAX_ReligiousExempt_GenDenial



## Your Appeal

solas_donotreply@schools.nyc.gov <solas_donotreply@schools.nyc.gov>
Sun 9/19/2021 9:41 PM
To: Badillo Daisy <DBadillo3@schools.nyc.gov>

09/19/2021

Case#: A74001
File# 0715392
EMP ID: 809851

Dear DAISY BADILLO,

This notification confirms the receipt of your appeal of your denial of a COVID-19 vaccine mandate related exemption or accommodation. This appeal and your application materials and documentation are being forwarded to Scheinman Arbitration and Mediation Services ("SAMS") and independent arbitrators convened by SAMS who will consider your appeal.

Supplemental documentation may be submitted within 48 hours of your filing of the appeal to SAMS by emailing the applicable address below. Please include your name and union in the subject line and send from your DOE email.

UFT: AppealsUFT@ScheinmanNeutrals.com
CSA: AppealsCSA@ScheinmanNeutrals.com
Local 237: AppealsTeamstersLocal237@ScheinmanNeutrals.com
Local 891: AppealsLocal891IUOE@ScheinmanNeutrals.com

Sincerely,

*HR Connect*
Medical, Leaves, and Records Administration

Please do not reply to this message via e-mail. This email address is automated.

Ref Number : GX5896689 N3425 COVID-19_VAX_Exemption_Appeal


**Exhibit 28**

SCHEINMAN ARBITRATION AND MEDIATION SERVICES
--------------------------------------------- X
In the Matter of the Arbitration                X

                between                          X

NEW YORK CITY DEPARTMENT OF EDUCATION           X        Re:  UFT 329

                and                             X        Vaccine Exemption Appeal

        DAISY BADILLO                           X

--------------------------------------------- X

Issue:      Religious Exemption
_____

Date of Hearing:   September 23, 2021
_____

                        **Award**

APPLICATION FOR EXEMPTION:  GRANTED [ ]    DENIED [X]    OTHER [ ]

_____

_____

_____

_____

_____

_____


_Timothy S. Taylor_ (signature)              September 23, 2021
**Arbitrator**                               Date
Timothy S. Taylor, Esq.



**Exhibit 29**

**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of NYC Employee Vaccine Appeals <vaxappeal@dcas.nyc.gov>
**Sent:** Tuesday, February 15, 2022 12:07 PM
**To:** Badillo Daisy <DBadillo3@schools.nyc.gov>
**Subject:** Reasonable Accommodation Appeal Determination

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination, all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal. Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request.

The decision classification for your appeal is as follows: DOE has demonstrated that it would be an undue hardship to grant this accommodation to appellant given the need for a safe environment for in-person learning.

**For all employees other than DOE employees:** Pursuant to the City of New York's policy concerning the vaccine mandate, you now have **three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).

**For Department of Education (DOE) employees:** Pursuant to New York City Department of Education policy, you have seven calendar days to extend your Leave Without Pay or return to work. If you do neither, you will be subject to termination. For further information and instructions, please see DOE Denial of Appeal Information.



# Exhibit 30

## RE: 3020a Hearing Request

**From:** Karen King <KKing@uft.org>
   **To:** 'ladydee73@aol.com' <ladydee73@aol.com>
**Date:** Fri, Feb 18, 2022 2:05 pm

Good Afternoon,

Can you kindly please fill out this online form so that we can submit it on your behalf.

**Karen King**

**From:** ladydee73@aol.com <ladydee73@aol.com>
**Sent:** Friday, February 18, 2022 12:42 PM
**To:** Michael Sill <MSill@uft.org>
**Subject:** 3020a Hearing Request

To whom it may concern:
I am formally requesting a 3020a hearing. I received an email stating my appeal was denied which by the way had no statement regarding what my appeal was for. My appeal was for a religious exemption. I ask again, why was my sincere and genuine religious exemption denied? There is no explanation, but that the DOE will endure an undue hardship to grant me this accommodation. Now, I am also being terminated. From my current understanding, there are no charges against me, therefore; it appears the entire notion that I can be terminated by the NYC DOE violates the contract I work under as an educator and the 3020a hearing process. I have not received any charges and I clearly cannot be legally terminated by the NYC DOE. In order to legally terminate me as a tenured educator, there has to be a very specific legal process that must be adhered to. Please advise me on next steps to begin my 3020a hearing because as of now I have no charges against me. Unless the 3020a hearing process is followed in detail and specifically in which it legally exists, I cannot be terminated and most certainly, I cannot be forced into a illegitimate 3020a hearing without seeing the charges against me.
In addition, I cannot violate my sincere and genuine religious beliefs in order to receive a paycheck, nor can I sign your waiver of my right to sue. I am not quitting, resigning, nor retiring.
Thank you for your attention. I pray and have faith that honor will be restored as God deems it.


Sincerely,
Daisy Badillo



**Exhibit 31**



# ▪ Employee Self Service: Payroll Register

**Salary History** ▾ X

## Salary History

**Employee Informat**

SSN \*\*\*-\*\*-4200

Name BADILLO, DAISY

Pay Cycle 742 (S) - Pedagogue

■ Title History | $

✎ Payr

⤓ Salary History | ☰ Ch

**Equate Date** 12 31 9999
**Prior Equate Date** 03 06 2000
**Certified** YES
**Rating** NOT APPLICABLE
**Problem** PR

| Title | Pay C. | Pay Rate | Sal Cd | Effective Date | Expire Date | Salary T. | Date Changed |
|-------|--------|----------|--------|----------------|-------------|-----------|--------------|
| TRTSQ | S | 122,424.00 | UA8L | 10-15-2021 | 03-16-2022 | BASE | 03-18-22 |
| TRTSQ | S | 122,424.00 | UA8L | 05-14-2021 | 10-14-2021 | BASE | 10-15-21 |
| TRTSQ | S | 118,858.00 | UA8L | 05-14-2020 | 05-13-2021 | BASE | 05-13-21 |
| TRTSQ | S | 115,959.00 | UA8L | 03-22-2020 | 05-13-2020 | BASE | 05-01-20 |
| TRTSQ | S | 105,469.00 | UA8J | 02-14-2019 | 03-21-2020 | BASE | 03-31-20 |
| TRTSQ | S | 103,400.00 | UA8J | 06-16-2018 | 02-13-2019 | BASE | 06-11-19 |
| TRTSQ | S | 100,389.00 | UA8J | 05-01-2018 | 06-15-2018 | BASE | 06-11-19 |
| TRTSQ | S | 98,458.00 | UA8J | 03-22-2018 | 04-30-2018 | BASE | 06-11-19 |
| TRTSQ | S | 97,133.00 | UA8F | 05-01-2017 | 03-21-2018 | BASE | 06-11-19 |